

**ICRC**

Mrs. Farhat Paracha
65, Khayban-e-Mujahid
Phase 5, Defence Housing Society
Karachi
Sindh

Islamabad, 19 October 2004
ISL 04/2182 NLU/AY

### Red Cross Messages from Mr. Saifullah Paracha

Dear Madam,

In accordance with its mandate provided by the States party to the 1949 Geneva Conventions, the International Committee of the Red Cross (ICRC) is visiting prisoners detained at Guantanamo Bay, Cuba.

Within the framework of its exclusively humanitarian mission and keeping up with its principles of impartiality, neutrality and independence, the ICRC is allowing detainees who are visited by its delegates to send news of strictly personal content to their relatives. This is done by writing Red Cross Message (RCM) that may be censored by the detaining authorities.

From this prospective, we are sending you four Red Cross Messages (RCM) from your husband presently detained in Guantanamo Bay, Cuba. If you wish to send a reply to these messages, please fill in the enclosed reply form and send it back to our office at the following address:

International Committee of the Red Cross
House No. 12, Street No. 83
Sector G-6/4
Islamabad
Tel: 2823334, 2824752 (Mrs. Amber or Ms. Abida)
Monday to Friday (8:00 a.m. to 5:00 p.m.)

The contents of a Red Cross Message must be strictly personal and no comments of political, military or discriminatory nature should be written in the message.

Sincerely yours,



Nicolas Luyet
Protection delegate

Encl.: ment.
International Committee of the Red Cross H. No. 12, St. 83, G-6/4, Islamabad Tel: +92 51 2824780, 2823334 Fax: +92 51 2824759 islamabad.isl@icrc.org

Exhibit A to affidavit of November 17, 2004