Gaillard T. Hunt
Attorney at Law
8909 Grant Street
Bethesda, Maryland 20817

301-530-2807
gthunt@mdo.net

Admitted:
D.C. Bar. #89375
(Not in Maryland)
U.S. Tax Court

October 22, 2004

RADM James M. McGarrah
Office of Administrative Review of Enemy Combatants
2000 Navy Pentagon
Room 4D545
Washington, D.C. 20350-2000
Fax: 703-692-8097

Re: SAIFULLAH PARACHA

Dear Admiral McGarrah:

The wife of Saifullah Paracha has asked me to inquire into his detention.

If any of the Guantanamo prisoners are due to be released, Mr. Paracha should be among them. He is a 57-year-old businessman who lived in the United States, has a green card, and has many relatives in the U.S. Our information is that he was taken while on a business trip to talk to representatives of K-Mart about an importing deal. His family does not know whether he was taken in Karachi or in Bangkok, but in any event he was at a civilian airport far from any field of combat, and of course he was unarmed. Whatever his offense, if indeed he has done anything at all, he is not an enemy combatant.

I am now formally requesting the following information:

1. The charges, if any, against Mr. Paracha.

2. The evidence to support those charges and the evidence to support his classification as an enemy combatant, or whatever classification he has been given.

3. The date he has or will be given an administrative hearing.

4. The name and contact information of the person who will represent or assist Mr. Paracha at any administrative hearing.

For the record, I am also formally objecting that an administrative hearing would not comply with the requirements of the Rasul case, or other due process requirements, and formally stating that Mr. Paracha reserves his rights in the event he is not released shortly.

Yours respectfully,

Gaillard T. Hunt

*Faxed Oct 22, 2004, ~10AM.*

*Exhibit B to Affidavit of November 17, 2004*