Gaillard T. Hunt
Attorney at Law
8909 Grant Street
Bethesda, Maryland 20817

301-530-2807
gthunt@mdo.net

Admitted:
D.C. Bar. #89375
(Not in Maryland)
U.S. Tax Court

October 26, 2004

RADM James M. McGarrah
Office of Administrative Review of Enemy Combatants
2000 Navy Pentagon
Room 4D545
Washington, D.C. 20350-2000
Fax: 703-692-8097

Re: SAIFULLAH PARACHA

Dear Admiral McGarrah:

With reference to my letter of October 22, 2004, seeking information about Saifullah Paracha, I may have not used the most accurate terminology. When I referred to an administrative hearing, I meant to include all proceedings and records relating to Mr. Paracha's status, however designated, including but not limited to proceedings under the Combatant Status Review Tribunals.

To the extent that any relevant documents are classified, I hereby request their declassification.

It is especially urgent that I learn the date at which any activity is scheduled for the CSRT, and the contact information for the person representing him there, as I expect his family will want to present or submit evidence.

Yours respectfully,

Gaillard T. Hunt

Exhibit C to Affidavit of November 17, 2004