

# Department of Defense
## Director, Combatant Status Review Tribunals

October 27 2004

Gaillard T. Hunt
Attorney at Law
8909 Grant Street
Bethesda, MD 20817

SUBJECT: REQUEST FOR INFORMATION REGARDING "SAIFULLAH PARACHA"

Dear Mr. Hunt:

    Thank you for your letters of October 22nd and 26th. Unfortunately, I cannot provide information on whether the individual you identify as "Saifullah Paracha" is detained at Guantanamo Bay Naval Station, Guantanamo Bay, Cuba.

    For your general information, Combatant Status Review Tribunals will be conducted for all detainees currently held in Guantanamo Bay, Cuba. I anticipate that tribunals for all of these detainees will be complete on or about December 31st, 2004. Family members of detainees are allowed to send correspondence to detainees through the International Committee for the Red Cross or through the United States Postal Service via the following address: Detainee's Name, 160 Camp X-Ray, Washington, D.C. 20355.

    I hope this information is useful.

                                                 Sincerely,

                                                 J. M. McGARRAH
                                                 Rear Admiral, Civil Engineer Corps
                                                 United States Navy

*Exhibit D to Affidavit of November 17, 2004*