UNITED STATES OF AMERICA

DISTRCIT OF COLUMBIA

GAILLARD T. HUNT, deposes and says:

I am admitted to the bar of the United States District Court for the District of Columbia. I am competent to make this affidavit, which I make in support of a temporary restraining order or preliminary injunction to prevent the removal of SAIFULLAH PARACHA from the jurisdiction of this Court.

Mr. Paracha's wife, FARHAT PARACHA, tells me, by telephone, email, and various documents, the following:

    1. For many years Mr. PARACHA was active, and well-known and highly-regarded, in the United States and Pakistan, in charitable and humanitarian projects (e.g., the financing of an obstetric wing of a hospital), in the production of films, and in trading (primarily clothing and textiles) with businesses in the United States. In June or July of 2003, an American business associate asked Mr. PARACHA to come to Bangkok, Thailand, to negotiate with K-Mart representatives. On July 5, 2003, his wife, FARHAT PARACHA, left Mr. PARACHA at the Karachi international airport. To this day she has not seen him again. The airline reports that he went to Bangkok, and that the airline has no record of any incidents or problems on the flight. When, where, how, and by whom Mr. PARACHA was seized is unknown to his wife, despite her energetic efforts to learn these facts. When, where, and how he came into the captivity of the United States is unknown. The reason for his seizure is unknown.

2. From time to time Mr. PARACHA's wife received reports from the International Committee of the Red Cross that he was held prisoner by respondents at Bagram Air Force Base in Afghanistan. The most recent report from the ICRC is that Mr. PARACHA has been held at Guantanamo Naval Base, Guantanamo, Cuba, since September 19, 2004.   See Exhibit A, a letter from the ICRC dated October 19, 2004.

The following I know of my own knowledge:

3. On or around October 13, 2004, I talked to Andrew I. Warden, Esq., who described himself as the liaison person between the Department of Justice and the Department of Defense for the Guantanamo habeas corpus cases. I gave him Mr. Paracha's name and he agreed to inquire about his status. On October 14, 2004, Mr. Warden told me that it was the policy to "neither confirm nor deny" the presence of a prisoner at Guantanamo.

4. Early in the morning on October 22, 2004, I called the Office of Administrative Review of Enemy Combatants, 703-695-6486, and because of the earliness of the hour I had the honor of talking to Rear Admiral James M. McGarrah himself. I inquired about Mr. Paracha and the Admiral suggested I put my questions in writing and fax them to him at 703-692-8097. Later that day, I faxed and mailed Exhibit B. On October 26, 2004, I sent Exhibit C. The response was Exhibit D, dated October 27, 2004.

5. Since then I have sent several communications in the way recommended by Admiral McGarrah in Exhibit C, that is, addressed to Saifullah Paracha, 160 Camp X-Ray, Washington, D.C. 20355. Among these was a habeas corpus petition, with a letter

suggesting that Mr. Paracha sign it and return it to me for filing, or file it directly with this Court. I included stamps and an envelope addressed to myself.

6. To date I have had no indication whether Mr. Paracha has been allowed to receive anything I have sent him. Nor have I received any acknowledgment, verbal or otherwise, that Mr. Paracha is in respondents' custody.

7. Various people have sent me statements, sworn and unsworn, confirming Mrs. PARACHA's assertions that SAIFULLA PARACHA, a 57 year-old-businessman removed from a civilian airport, is not and never has been a combatant, enemy or otherwise. I have forwarded several of these to the Office for Administrative Review of Enemy Combatants.

8. I am apprehensive that respondents will repeat their actions described in *Rumsfeld v. Padilla*, 124 S. Ct. 2711 (June 28, 2004), where a prisoner was moved without notice away from the Southern District of New York, where the Court was considering his confinement. I fear that the government will move Mr. Paracha to some place arguably beyond the jurisdiction of this Court, such as back to Bagram Air Force Base in Afghanistan.

I swear and declare under penalty of perjury that the foregoing is true and correct, to the best of my information and belief.

Executed on November 17, 2004, at Bethesda, Maryland.

_Gaillard T. Hunt_
GAILLARD T. HUNT