IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

SAIFULLAH PARACHA,
Detainee,
Guantanamo Bay Naval Station,
Guantanamo Bay, Cuba,

        Petitioner,

        v.                                      Civil Action

Hon. GEORGE W. BUSH
1600 Pennsylvania Avenue NW,
Washington, D.C. 20500,

Hon. DONALD H. RUMSFELD
Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000,

and

Brigadier General JAY HOOD,
Commander, Joint Task Force-GTMO,
Guantanamo Bay Naval Station
Guantanamo, Cuba

        Respondents.

**TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE**

This Court having considered petitioner's motion for a temporary restraining order and respondents' response thereto, the Court hereby finds that:

1. The International Committee of the Red Cross has reported that petitioner SAIFULLAH PARACHA is detained at the United States Naval Base at Guantanamo Bay, Cuba.

2. Petitioner has petitioned this Court for the writ of habeas corpus to inquire into the legitimacy of his detention.

3. The Supreme Court held in *Rasul v. Bush*, 542 U.S. \_\_\_\_\_, 124 S. Ct. 2686 (June 28, 2004) that habeas corpus jurisdiction for prisoners such as petitioner held at Guantanamo Bay lies in this Court, the U.S. District Court for the District of Columbia. (Accord, *Gherebi v. Bush*, No. 04-CV-1164, September 29, 2004, memorandum opinion of Judge Green.)

3. If petitioner is removed out of the jurisdiction of this Court (unless he is released from confinement altogether) he will suffer irreparable harm. Respondents will suffer no harm from continuing to keep petitioner where they have placed him, at Guantanamo. The public interest requires that the jurisdiction of this Court not be compromised by moving petitioner.

WHEREFORE, IT IS HEREBY ORDERED that:

A. Respondents and all acting in concert with them are forbidden and enjoined from removing SAIFULLAH PARACHA from Guantanamo Bay, except if he be granted his full and permanent release;

B. Respondents and their agents will preserve all evidence and information concerning the treatment of petitioner and other prisoners held near or with him, before, during, and after interrogation, and while being held in the custody of the United States or any other power;

C. Respondents will arrange for private and unmonitored communications between petitioner SAIFULLAH PARACHA and counsel;

D. GAILLARD T. HUNT of the Bar of this Court is hereby assigned to represent SAIFULLAH PARACHA under the Criminal Justice Act, and the case is to proceed in forma pauperis. Petitioner is hereby excused from posting security for costs.

AND IT IS FURTHER ORDERED THAT

Respondents will show cause on or before _____, 2004, why this order should not be extended till the final disposition of this case or till further order of this Court.

This order is signed on _____, 2004, at _____ o'clock, and will expire at the end of ten days from its signing;

_____
U.S.D.J.

Notice to:

GAILLARD T. HUNT, Esq.
      Attorney for Petitioner
(D.C. Bar No. 89375)
8909 Grant Street
Bethesda, Maryland 20817
(Not admitted in Maryland)
301-530-2807
gthunt@mdo.net
(Fax: 301-564-6059)


ANDREW I. WARDEN, Esq.
      Attorney for Respondents
U.S. Department of Justice
Civil Division, Federal Programs Branch
Room 7144
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: 202-514-4107
Fax: 202-616-8470