UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
SAIFULLAH PARACHA,                          )
                                            )
        Petitioner,                         )
                                            )
   v.                                       )   Civil Action No. 04-2022 (PLF)
                                            )
GEORGE W. BUSH, et al.,                     )
                                            )
        Respondents.                        )
_____)

## ORDER

Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." L. Civ. R. 40.6(a). On August 11, 2006, the undersigned transferred the Government's motion for procedures related to review of certain detainee materials and motion for expedited briefing [91] to Judge Robertson for decision [105].

Because petitioner has filed motions which are directly related to the issues to be decided in the motion transferred to Judge Robertson, the undersigned and Judge Robertson have agreed that those motions should also be transferred to Judge Robertson. The motions hereby transferred are: Petitioner's Motion for Release of Attorney-Detainee Correspondence [88]; Petitioner's Motion to Review and Release Confidential Attorney-Detainee Correspondence [95]; and Petitioner's Motion for Return of Papers or Submission to Special Master for Privilege Review [101].

                                              /s/
                                      PAUL L. FRIEDMAN
DATE: August 24, 2006            United States District Judge