UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIFULLAH PARACHA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-2022 (PLF) |
| ) | |
| BARACK OBAMA, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

This matter is before the Court on petitioner's motion to suppress the amended factual return. In their opposition, respondents identify two pending proceedings that may make petitioner's motion moot in full or in part. Specifically, respondents represent that they have submitted for declassification certain statements attributed to petitioner which currently are deemed classified. In addition, the determination of whether the Protective Order permits a petitioner's counsel to disclose classified information acquired from the petitioner to the petitioner himself is before Judge Hogan for consideration. Accordingly, the Court concludes that petitioner's motion may become moot in full or in part, and therefore that it does not make sense to rule on it at this point. Accordingly, it is hereby

ORDERED that petitioner's motion [263] is denied without prejudice.

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 4, 2009