UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 4 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SAIFULLAH PARACHA, )
)
Petitioner, )
)
v. ) Civil Action No. 04-2022 (PLF)
)
BARACK H. OBAMA, et al., ) ~~under Seal~~
)
Respondents. )

## [~~PROPOSED~~] ORDER

Before the Court is Petitioner's motion to stay his case. Respondents do not oppose the motion. Accordingly, it is ORDERED that

(1) the motion is granted and the case stayed;

(2) the parties' obligations under this Court's November 6, 2008 Case Management Order, as amended on December 16, 2008, shall be suspended with respect to Petitioner unless and until the Court lifts the stay;

(3) either counsel for Petitioner or counsel for Respondents may lift the stay upon notice to counsel for the opposing party;

(4) this Court's September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Protective Order") shall remain in effect while the case is stayed; and

(5) counsel for Petitioner shall continue to have access to Petitioner in accordance with the terms of the Protective Order, including, but not limited to, access to visit petitioner in person and to send and receive legal mail, while the petition is stayed.

SO ORDERED.

/s/ Paul L. Friedman
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2011