**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAIFULLAH ABDULLAH PARACHA,<br>    (ISN 1094),<br>        Petitioner,<br><br>    v.<br><br>BARACK H. OBAMA, et al.,<br>        Respondents. | )<br>)<br>)<br>)   Civil Action No. 04-2022 (UNA)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENTS' NOTICE OF FILING

Respondents hereby provide notice that they filed under seal with the Clerk's Office today a protected information submission, entitled "Consent Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 1094," along with a marked version of the factual return for Saifullah Abdullah Paracha (ISN 1094).

Dated: September 28, 2011        Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors


   */s/ Trish Maskew*
TRISH MASKEW
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Fifth Floor
Washington, DC 20530
TEL: (202) 305-7658

Attorneys for Respondents

**PROTECTED INFORMATION – FILED UNDER SEAL**