# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAIFULLAH PARACHA., ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> BARACK H. OBAMA, *et al.*, ) <br> ) <br> *Respondents*. ) | Civil Action No. 04-2022 (PLF) |

## JOINT STATUS REPORT

The parties make this joint status report in compliance with this Court's Order of February 18, 2015:

1. The petition in this case was filed on November 17, 2004 (Doc. 1). Pursuant to Petitioner's unopposed motion (Doc. 366), the Court stayed this case on May 4, 2011 (Doc. 367).

2. On April 4, 2011, Petitioner filed an "Emergency Application for Immediate Access to All Publicly Available Wikileaks Documents Relevant to Petitioner's Case" (Doc 363). On June 15, 2011, Respondents filed an opposition to Petitioner's emergency application (Doc. 376), and on July 1, 2011, Petitioner filed a reply (Doc. 380). On October 24, 2014, the Court issued a minute order directing Respondents to file a supplemental brief addressing the current classification status of the documents at issue in Petitioner's emergency application. On November 7, 2014, Respondents filed a notice of their filing of a classified supplemental brief in response to the Court's October 24, 2014 (Doc 396). The Court has not yet ruled on the application.

3.   On November 19, 2014, Respondents filed a public version of their factual return (Doc. 397).

4.   At this time, neither party seeks to lift the stay.

5.   Petitioner's counsel is contemplating the filing of a new motion relating to Petitioner's health condition.

| | |
|---|---|
| Dated: March 13, 2015 | Respectfully submitted, |
| /s/ David H. Remes | BENJAMIN C. MIZER<br>ACTING ASSISTANT ATTORNEY GENERAL |
| David H. Remes<br>D.C. Bar No. 370372 | CIVIL DIVISION |
| APPEAL FOR JUSTICE<br>1106 Noyes Drive | JOSEPH H. HUNT<br>BRANCH DIRECTOR |
| Silver Spring, MD 20910<br>202-669-6508 | FEDERAL PROGRAMS BRANCH |
| remesdh@gmail.com | TERRY M. HENRY<br>ASSISTANT BRANCH DIRECTOR |
| *Counsel for Peitioner* | FEDERAL PROGRAMS BRANCH |
| | /s/ Joseph C. Folio III<br>ANDREW I. WARDEN<br>SCOTT D. LEVIN<br>JOSEPH C. FOLIO III<br>TRIAL ATTORNEYS<br>U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION, FEDERAL PROGRAMS BRANCH<br>20 MASSACHUSETTS AVENUE, N.W.<br>WASHINGTON, D.C. 20001<br>TELEPHONE: (202) 305-4968<br>FAX: (202) 616-8460<br>E-MAIL: joseph.folio@usdoj.gov |
| | *ATTORNEYS FOR RESPONDENTS* |