# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIFULLAH PARACHA, | : |
| | : |
| Petitioner, | : |
| | :   Civil Action No. 04-2022 (PLF) |
| | : |
| vs. | : |
| | : |
| BARACK H. OBAMA, et al., | : |
| | : |
| Respondents. | : |

## MOTION FOR ADDITIONAL DISCOVERY

Now comes the Petitioner, Saifullah Paracha, and respectfully moves this Court for access to his counsel-of-record with appropriate clearance to be allowed to see, in a secure facility, the complete and unredacted text of footnote 2008 of the Senate Report on Torture. Mr. Paracha has reason to believe that the content of the redacted footnote would benefit him in seeking habeas relief.

Respectfully submitted,

*/s/ Edward Bryan*
EDWARD BRYAN
Assistant Federal Public Defender
CLAIRE C. CURTIS
Attorney at Law
Office of the Federal Public Defender
1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113
Phone: (216) 522-4856; Fax: (216) 522-4321
edward_bryan@fd.org
claire_curtis@fd.org

Counsel for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2016, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. mail.

*/s/ Edward Bryan*
EDWARD BRYAN

Counsel for Petitioner