IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAIFULLAH PARACHA, | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action No. 04-2022 (PLF) |
| | : | |
| vs. | : | |
| | : | |
| DONALD J. TRUMP, et al., | : | |
| | : | |
| Respondents. | : | |

**MOTION TO ALLOW REVIEW OF CLASSIFIED AMENDED FACTUAL RETURN OR TO COMPEL PRODUCTION OF UNCLASSIFIED AMENDED FACTUAL RETURN**

Now comes the Petitioner, Saifullah Paracha, and respectfully moves this Court to allow undersigned counsel to review the classified version of the Amended Factual Return (Doc. 469, Notice) with Mr. Paracha in the secure attorney-client visiting room at the prison camp in Guantanamo Bay, Cuba. The reason for this request is three-fold. First, undersigned counsel has been unable to get an unclassified version of the Return from the government to date. Second, undersigned counsel cannot complete Mr. Paracha's Traverse without reviewing the contents of the Amended Return with him. And third, the government is not in compliance with either the original or amended Case Management Orders, which set out the deadline for producing an unclassified Return. In the alternative, Mr. Paracha moves this Court to compel the government to

1

produce an unclassified version of the Amended Factual Return within twenty-one days of this filing..

The government filed its Amended Factual Return on July 30, 2017. (Doc. 469, Notice). In the fall of 2017, undersigned counsel requested an unclassified version of the Return to review with Mr. Paracha – as one had not yet been produced. At that time, the government advised that an unclassified version would be produced by the end of 2017. In following up with the government in November 2017, counsel was again advised the unclassified Return was forthcoming. The unclassified Return was not produced.

Undersigned counsel reached out to the government again in late January 2018 to inquire on the status of the unclassified Return. At that time, the government advised that there were delays in its production due to classification-review authorities being overwhelmed with other habeas matters and declassification review demands. The government advised that a miscommunication between attorneys and classification review authorities may also have contributed to the delay. At that time, the government was unable to say when the Return would be produced to undersigned counsel. To date, undersigned counsel has still not received an unclassified version of the Return, and the request for its production was more than six months ago.

Undersigned counsel has another visit with Mr. Paracha scheduled for the week of March 19, 2018. Requests to travel to the base at GTMO require at least six weeks' notice. Without a copy of the Return to review with Mr. Paracha, counsel cannot effectively complete the Traverse on his behalf. Mr. Paracha's assistance is central in understanding and responding to the specific allegations in the Return. Further, Mr. Paracha has a right as a petitioner in a habeas proceeding to see the Return's contents. The government took a significant amount of time in supplementing its disclosures after Mr. Paracha's petition was unstayed, as well as further time to amend its Factual

Return. Mr. Paracha is the oldest detainee at GTMO at seventy years old, and he has serious health conditions. Legal and practical realities dictate that time is of the essence.

Finally, the November 6, 2008 Case Management Order requires the government to produce an unclassified factual return within fourteen days of filing the return. *In re: Guantanamo Bay Detainee Litigation*, Case No. 1:10CV1020, Doc. 689, CMO, p. 2. In December 2008, this Court amended that Case Management Order to provide that the government was required to file an unclassified version of the return within twenty-one days of filing. *In re: Guantanamo Bay Detainee Litigation*, Case No. 1:05CV993, Doc. 103, Am. CMO., p. 2). The government has not met the deadline required by this Court. Therefore, Mr. Paracha respectfully request that this Court issue an order allowing him to review the classified version of the Amended Factual Return with his attorneys in a secure visit room at Guantanamo Bay. In the alternative, Mr. Paracha respectfully moves this Court for an order compelling the government to produce an unclassified version of the Amended Factual Return within twenty-one days of this filing.

> Respectfully submitted,
>
> STEPHEN C. NEWMAN
> Federal Public Defender
>
> /*s/ Claire C. Curtis*
> CLAIRE C. CURTIS
> Attorney at Law
> 617 Adams Street
> Toledo, OH 43604
> (419 259-7370; Fax: (419) 259-7375
> CATHERINE J. ADINARO
> Attorney at Law
> EDWARD BRYAN
> Assistant Federal Public Defender
> 1660 W. 2nd Street, Suite 750
> Cleveland, Ohio 44113
> Phone: (216) 522-4856; Fax: (216) 522-4321
> cathi_adinaro@fd.org

claire_curtis@fd.org
edward_bryan@fd.org

Counsel for Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. mail.

/*s/ Claire C. Curtis*
CLAIRE C. CURTIS
Attorney at Law

Counsel for Petitioner