**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAIFULLAH PARACHA, | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action No. 04-2022 (PLF) |
| | : | |
| vs. | : | |
| | : | |
| DONALD J. TRUMP, et al., | : | |
| | : | |
| Respondents. | : | |

**JOINT STATUS REPORT**

Pursuant to this Court's August 1, 2017 Order, the parties submit this joint status report regarding Petitioner's three pending discovery motions. (Dkt. 470).

On November 15, 2017, Petitioner sent a classified letter to the government requesting additional discovery based on the updated disclosures. Petitioner's counsel reviewed the government's response on February 27, 2018. In its response, the government states it is reviewing documents to determine if some of the requested information is available. Additionally, the government has identified potentially exculpatory information for which it intends to move for an exception to disclosure under Section I.F. of the Case Management Order ("CMO").

On February 23, 2018, Petitioner filed a motion to compel the government to produce an unclassified version of the amended factual return, pursuant to CMO Section I.C. (Dkt. 472). The

1

government opposes the motion and asserts the unclassified version will be available to Petitioner's counsel by mid-April 2018. (Dkt. 483, page 3).

Petitioner is not currently in a position to determine if the pending discovery requests are moot. Based on the government's response to Petitioner's request for additional discovery, Petitioner may receive additional disclosures. Moreover, undersigned counsel has been unable to review the factual return with Petitioner. Without reviewing all of the disclosures and discussing the allegations in the factual return with Mr. Paracha, undersigned counsel cannot agree Petitioner's pending discovery requests are moot. For this reason, Petitioner respectfully request this Court set a deadline for another status report on or before July 2, 2018.

For its part, the government believes that Petitioner's requests in section I of its Motion for Supplemental Discovery (Mar. 31, 2016) (see ECF No. 426), which seek discovery under section I.E.1 of the Case Management Order as amended,[1] are moot for the reasons stated in its opposition to that motion. See Resps.' Combined Opp'n to Petr.'s Discovery Mots. (Oct. 14, 2016) (see ECF No. 455). In brief, Petitioner's requests under section I.E.1(1) seek inculpatory information upon which the government does not intend to rely and, so, are irrelevant here. And Petitioner's requests under section I.E.1(3) for the circumstances of Petitioner's statements have been complied with.

Respectfully submitted,

| | |
|---|---|
| STEPHEN C. NEWMAN | CHAD A. READLER |
| Federal Public Defender | Acting Assistant Attorney General |
| | |
| /s/ CATHERINE J. ADINARO | JENNIFER D. RICKETTS |
| CATHERINE J. ADINARO (OH:0088731) | Branch Director |

---

[1] See Case Mgmt. Order (Nov. 6, 2008) (ECF No. 204), as amended by Order (Dec. 16, 2008) (ECF No. 219), and as further amended by Order (July 16, 2009) (ECF No. 308).

| | |
|---|---|
| Attorney at Law<br>CLAIRE C. CURTIS<br>Attorney at Law<br>EDWARD BRYAN<br>Assistant Federal Public Defender<br>Office of the Federal Public Defender<br>1660 W. 2nd Street, Suite 750<br>Cleveland, Ohio 44113<br>Phone: (216) 522-4856; Fax: (216) 522-4321<br>cathi_adinaro@fd.org<br>claire_curtis@fd.org<br>edward_bryan@fd.org<br><br>Attorneys for the Petitioner | TERRY M. HENRY<br>Assistant Branch Director<br><br>/s/ RONALD J. WILTSIE_____<br>RONALD J. WILTSIE (DC Bar 431562)<br>DANIEL M. BARISH (DC Bar 448263)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20530<br>Email: ronald.wiltsie@usdoj.gov<br>Tel: (202) 307-1401   Fax: (202) 616-8202<br><br>Attorneys for Respondents |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. mail.

/*s/ CATHERINE J. ADINARO*
CATHERINE J. ADINARO  (OH:0088731)
Attorney at Law

Counsel for Petitioner