IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIFULLAH PARACHA (ISN 1094), | : |
| Petitioner, | : |
| | : Civil Action No. 04-2022 (PLF) |
| vs. | : |
| DONALD J. TRUMP, et al., | : |
| Respondents. | : |

## JOINT STATUS REPORT

On April 9, 2018, the Court issued a Minute Order directing the parties to file a joint status report by April 20, 2018, notifying the Court (1) whether Respondents have provided a version of the Amended Factual Return that can be provided to Mr. Paracha, and (2) if so, whether the Petitioner still seeks a resolution of his motion that was filed as ECF No. 482.  Due to the volume and sensitivity of the exhibits at issue and the logistics and complexity of having the relevant client agencies create a version of the Amended Factual Return that shares the maximum amount of information with the Petitioner himself, consistent with national security, as explained in more detail in Respondents response to Petitioner's motion at ECF No. 483, p. 9, Respondents have not yet been able to produce a version of the Amended Factual Return that can be shared with Mr. Paracha.  Respondents expect to be able to produce this version of the Amended Factual Return that can be shown to the Petitioner on April 27, 2018.  In light of this, the parties request this Court to issue an Order requiring the parties to file a Joint Status Report on April 30, 2018, stating (1) whether Respondents have provided a version of the Amended Factual Return that can be provided to Mr. Paracha, and (2) if so, whether the Petitioner still seeks a resolution of his motion that was filed as ECF No. 482.

1

Respectfully submitted,

| | |
|---|---|
| STEPHEN C. NEWMAN<br>Federal Public Defender<br><br>/*s/ CATHERINE J. ADINARO*<br>CATHERINE J. ADINARO<br>Attorney at Law<br>CLAIRE C. CURTIS<br>Attorney at Law<br>EDWARD BRYAN<br>Assistant Federal Public Defender<br>Office of the Federal Public Defender<br>1660 W. 2nd Street, Suite 750<br>Cleveland, Ohio 44113<br>Phone: (216) 522-4856; Fax: (216) 522-4321<br>cathi_adinaro@fd.org<br>claire_curtis@fd.org<br>edward_bryan@fd.org<br><br>Attorneys for the Petitioner | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>TERRY M. HENRY<br>Assistant Branch Director<br><br>/*s/ Daniel M. Barish*<br>RONALD J. WILTSIE (DC Bar 431562)<br>DANIEL M. BARISH (DC BAR 448263)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20530<br>Daniel.Barish@usdoj.gov<br>Tel: (202) 305-8970 Fax: (202) 305-2685<br><br><br>Attorneys for Respondents |