**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAIFULLAH PARACHA (ISN 1094), | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action No. 04-2022 (PLF) |
| | : | |
| vs. | : | |
| | : | |
| DONALD J. TRUMP, et al., | : | |
| | : | |
| Respondents. | : | |

## JOINT STATUS REPORT

On April 23, 2018, the Court issued a Minute Order directing the parties to file a joint status report by April 30, 2018, notifying the Court (1) whether Respondents have provided a version of the Amended Factual Return that can be shared with Mr. Paracha, and (2) if so, whether the Petitioner still seeks resolution of his motion that was filed as ECF No. 482.  On April 27, 2018, Respondents provided to Petitioner's counsel at the secure facility a version of the Amended Factual Return that can be shared with Mr. Paracha.  Petitioner's counsel confirmed receipt of this version of the Amended Factual Return on April 30, 2018.  As a result, Petitioner withdraws its motion that was filed as ECF No. 482 as moot.

Dated: April 30, 2018

Respectfully submitted,

| | |
|---|---|
| STEPHEN C. NEWMAN | CHAD A. READLER |
| Federal Public Defender | Acting Assistant Attorney General |
| | |
| */s/ CATHERINE J. ADINARO* | TERRY M. HENRY |
| CATHERINE J. ADINARO | Assistant Branch Director |

| | |
|---|---|
| Attorney at Law | |
| CLAIRE C. CURTIS | |
| Attorney at Law | */s/ Daniel M. Barish* |
| EDWARD BRYAN | RONALD J. WILTSIE (DC Bar 431562) |
| Assistant Federal Public Defender | DANIEL M. BARISH (DC BAR 448263) |
| Office of the Federal Public Defender | United States Department of Justice |
| 1660 W. 2nd Street, Suite 750 | Civil Division, Federal Programs Branch |
| Cleveland, Ohio 44113 | 20 Massachusetts Avenue, N.W. |
| Phone: (216) 522-4856; Fax: (216) 522-4321 | Washington, D.C. 20530 |
| cathi_adinaro@fd.org | Daniel.Barish@usdoj.gov |
| claire_curtis@fd.org | Tel: (202) 305-8970 Fax: (202) 305-2685 |
| edward_bryan@fd.org | |
| | |
| Attorneys for the Petitioner | Attorneys for Respondents |