# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIFULLAH PARACHA (ISN 1094), : | |
| : | |
| Petitioner, : | |
| : | Civil Action No. 04-2022 (PLF) |
| : | |
| v. : | |
| : | |
| DONALD J. TRUMP, et al., : | |
| : | |
| Respondents. : | |

## JOINT STATUS REPORT

On May 24, 2018, the Court issued a Memorandum Opinion and Order that, *inter alia*, directed the parties to file a joint status report by June 29, 2018, notifying the Court, with respect to ten items or categories of information requested by Petitioner's counsel in letters of November 15, 2017, and March 20, 2018: "(1) whether the requested discovery has been located; (2) if so, whether it can be provided to Mr. Paracha's counsel in either redacted or unredacted form; and (3) whether an extension of the July 31, 2018 due date for the supplemental traverse is necessary." Respondents' counsel provided a classified letter to Petitioner's counsel on June 29, 2018, detailing the progress and results of the requested discovery. To summarize, Respondents have completed some of the searches for the requested information/documents and have provided some responsive documents and information, or indicated for certain requests that no responsive information has been found. However, there are still some searches among the ten requested categories of information or items for which Respondents have not yet completed, although significant progress has been made. Respondents expect to finish the outstanding searches for the requested categories or items in the next 60 days and hope to be able to provide any additional responsive information that is required to be produced under the Amended Case Management

Order by August 31, 2018. In light of this, Petitioner's counsel requests that the deadline for the supplemental traverse be extended until October 1, 2018. Respondents' have no objection to this requested extension.

Dated: June 29, 2018

Respectfully submitted,

| | |
|---|---|
| STEPHEN C. NEWMAN<br>Federal Public Defender<br><br>/s/ *CATHERINE J. ADINARO*<br>CATHERINE J. ADINARO<br>Attorney at Law<br>CLAIRE R. CAHOON<br>Attorney at Law<br>EDWARD G. BRYAN<br>Assistant Federal Public Defender<br>Office of the Federal Public Defender<br>1660 W. 2nd Street, Suite 750<br>Cleveland, Ohio 44113<br>Phone: (216) 522-4856; Fax: (216) 522-4321<br>cathi_adinaro@fd.org<br>claire_cahoon@fd.org<br>edward_bryan@fd.org<br><br>Attorneys for the Petitioner | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>TERRY M. HENRY<br>Assistant Branch Director<br><br><br>/s/ *Daniel M. Barish*<br>RONALD J. WILTSIE (DC Bar 431562)<br>DANIEL M. BARISH (DC BAR 448263)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20530<br>Daniel.Barish@usdoj.gov<br>Tel: (202) 305-8970 Fax: (202) 305-2685<br><br><br>Attorneys for Respondents |