# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIFULLAH PARACHA (ISN 1094), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-2022 (PLF) |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

## RESPONDENTS' NOTICE OF *EX PARTE* FILING

NOTICE is hereby given that on June 29, 2018, Respondents filed, through the Classified Information Security Officer, Respondents' *Ex Parte* Motion for Exception from Disclosure Pursuant to the May 24, 2018, Memorandum Opinion and Order (ECF No. 492) and Section I.F. of the Case Management Order.

Dated: June 29, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Daniel M. Barish*
RONALD J. WILTSIE (DC Bar 431562)
DANIEL M. BARISH (DC Bar 448263)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Email: Daniel.Barish@usdoj.gov
Tel: (202) 305-8970   Fax: (202) 305-2685
Trial Attorneys for Respondents