# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAIFULLAH PARACHA,  )  )    Petitioner,  )  )   Civil Action No. 04-2022 (PLF)  v.  )  )  DONALD TRUMP, et al.  )  )    Respondents.  ) | |

## NOTICE OF FILING

Notice is hereby given that Petitioner Saifullah Paracha (ISN 1094) has, through undersigned counsel, filed on July 24, 2018, with the Court Security Officer Petitioner's Supplement to July 23, 2018 Status Report.

July 24, 2018                                              Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ CLAIRE C. CAHOON*
Attorney at Law
Ohio Bar: 0082335
CATHERINE ADINARO
Attorney at Law
Ohio Bar: 0088731
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
Office of the Federal Public Defender,
Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
claire_cahoon@fd.org

        cathi_adinaro@fd.org
        edward_bryan@fd.org

Counsel for Petitioner Saifullah Paracha