UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAIFULLAH PARACHA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 04-2022 (PLF) |
| DONALD J. TRUMP, et al., | ) ) ) | |
| Respondents. | ) ) | |

MEMORANDUM OPINION AND SCHEDULING ORDER

On May 22, 2019, the Court granted petitioner's motion [Dkt. No. 506] for an evidentiary hearing on the merits of his habeas corpus petition and reserved certain related matters for later decision. See May 22, 2019 Minute Order. This opinion and order define the parties' obligations and deadlines with respect to the October 2019 evidentiary hearing. The Court has reviewed the individual and joint filings setting out the parties' respective positions as to the schedule for briefing and discovery and the testimony to be presented. See Dkt. Nos. 507, 508, 512.[1] The Court also held a status conference to discuss these matters on May 15, 2019. Upon consideration of the filings, the parties' representations at the status conference, and the entire record in this case, the Court establishes the following schedule and procedures for the evidentiary hearing, briefing, and discovery.

---

[1] Respondents' Response to Petitioner's Motion for Evidentiary Hearing [Dkt. No. 507]; Petitioner's Reply to Respondents' Response to Motion for Evidentiary Hearing [Dkt. No. 508]; April 1, 2019 Joint Status Report, [Dkt. No. 512].

I. DATES OF HEARING AND PRE-HEARING CONFERENCE

As announced in the Court's minute order of May 22, 2019, the evidentiary hearing on the merits of Petitioner Saifullah Paracha's petition for habeas corpus is scheduled to commence at 10:00 AM on Monday, October 21, 2019. The hearing will continue day-to-day until concluded; the Court has allotted up to two weeks for the proceedings, if necessary. The Court will hold a pre-hearing conference at 10:00 AM on Wednesday, October 8, 2019.

II. BRIEFS AND EXHIBITS

*A. Pretrial Briefs and Motions*

The parties shall file simultaneous pre-trial merits briefs on or before September 20, 2019. The briefs are not to exceed 45 pages in length and must include the following elements, at minimum: (i) discussion of applicable legal principles concerning detention authority and any other legal issues relevant to Mr. Paracha's petition for habeas corpus; (ii) discussion and argument with respect to any questions of weight or admissibility of specific evidence; and (iii) discussion and argument concerning the relevant facts, with specific citations to and discussion of the evidence relevant to the positions taken in the briefs. The parties shall file simultaneous opposition merits briefs, not to exceed 35 pages, on or before October 4, 2019.

Either party may move for the admission of hearsay evidence, or file any other evidentiary motion, on or before September 20, 2019. The party opposing the admission of such evidence may respond on or before October 4, 2019.

*B. Exhibits*

All exhibits shall be submitted to the Court in hard copy, to include two copies of the numbered list of exhibits and two separate bound and tabbed copies of the exhibits. To the extent possible, the parties shall use joint exhibits. The parties shall submit their joint exhibits to the Court on or before October 4, 2019. Each joint exhibit shall be marked "JE # ___." If separate exhibits are necessary, or should the parties need to add additional exhibits after October 4, 2019, respondents' exhibits shall be marked as "RE # ___" and petitioner's exhibits shall be marked as "PE # ___." Separate exhibits, if necessary, shall be submitted as soon as practicable, but in no event later than October 16, 2019.

### III.   DISCOVERY

*A. Pending Discovery Motions*

The Court will resolve the discovery requests contained in Dkt. Nos. 426 and 429 by separate order.

The discovery dispute addressed in Dkt. No. 494, a motion from respondents, also remains outstanding. The motion concerns a provision of the Case Management Order ("CMO") that allows respondents to seek an exception to disclosure if they object to providing appropriately cleared counsel for petitioner with classified information that respondents would otherwise be obligated to disclose. See Dkt. No. 219, Paragraph I.F; see also Dkt. Nos. 204, 308.[2] Respondents have submitted one such request, which they filed as an ex parte motion. See Dkt. No. 494. On or before June 14, 2019, respondents shall inform the Court whether any part

---

[2]   Judge Hogan issued a Case Management Order governing certain aspects of all Guantanamo habeas cases in this District on November 6, 2008 [Dkt. No. 204], and amended the Order on December 16, 2008 [Dkt. No. 219]. The undersigned amended certain definitions in the CMO for cases in this Court, including the instant case, on July 16, 2009 [Dkt. No. 308].

of the <u>ex parte</u> Section I.F motion now pending is moot or has otherwise changed; respondents may also supplement the motion by the same deadline.

### B.  Other Outstanding Discovery

Fact discovery will close on September 4, 2019.  On or before August 14, 2019, respondents shall complete searches and make any supplemental productions pursuant to their ongoing discovery obligations under Section I.D.2 of the CMO.  <u>See</u> Dkt. No. 204.  On or before August 14, 2019, respondents shall also file any additional motions pursuant to Section I.F of the CMO.  <u>See</u> Dkt. No. 219.   Respondents may present the motions in a consolidated omnibus motion.

### IV.   TESTIMONY AT THE HEARING

#### A.  Petitioner's Testimony

On or before August 21, 2019, petitioner must advise respondents and the Court as to whether he will testify at the evidentiary hearing.

#### B.  Experts

On or before August 21, 2019,  petitioner must advise respondents and the Court as to whether he will call expert witnesses – and, if so, the names and areas of expertise of the witnesses that petitioner will call at the hearing.

#### C.  Rebuttal Evidence

On or before September 4, 2019, respondents must advise petitioner and the Court as to whether they will call fact or expert witnesses – and, if so, the names and areas of expertise, if applicable, of the witnesses that respondents will call at the hearing.

*D.  Petitioner's Access to the Hearing*

Petitioner will be permitted to view or listen to the unclassified opening statements, the unclassified testimony of his own witnesses, and the unclassified testimony of any witness called by respondents, to the extent that it is practicable for any classified testimony from respondents' witnesses to be presented separately.  Should respondents call witnesses, respondents may file a motion on or before September 4, 2019, which sets out the testimony (if any) that petitioner should not be permitted to hear.  Petitioner will not be permitted to view or listen to counsel's classified opening statements, closing arguments, or any other presentation of evidence or argument, except as explicitly noted in this paragraph.  The parties will arrange for petitioner to see the appropriate portions of the proceedings by means of a live video conference or, if not technically feasible, to listen to the appropriate portions of the proceedings through a live audio connection.

V.  CONDUCT OF THE HEARING

**Opening Statements:** The parties will begin with their unclassified opening statements, with respondents presenting their opening statement first.  Counsel for petitioner must provide any interpreter necessary for petitioner's participation via video or audio conference; respondents must coordinate with the appropriate parties to arrange for secure video or audio conference capabilities.  Following the unclassified opening statements, respondents and petitioner will, in turn, present classified opening statements, to which Mr. Paracha will not have access.

**Petitioner's Testimony**: Following the opening statements, Mr. Paracha will have the opportunity to testify.

**Presentation of Evidence**: Other than in their presentation of the testimony of Mr. Paracha and any expert witnesses or other rebuttal witnesses, the parties will make an issue-by-issue presentation. Each fact or expert witness may only testify once. On or before October 4, 2019, the parties shall file a joint statement of the material issues in dispute and the order in which they will be presented at the hearing. If necessary, the joint statement may contain individual parties' positions as to areas of disagreement. As to each material issue, respondents shall make the first presentation, petitioner will have an opportunity to respond, and respondents will have an opportunity for rebuttal.

**Closing Arguments:** The parties shall present classified closing statements, with respondent preceding petitioner. Respondents will be allowed rebuttal, but the total time for each party's argument shall be the same.

## VI. ADDITIONAL MATTERS

### A. Trial of Uzair Paracha

The Court will not delay or alter the schedule of these proceedings in light of the federal criminal proceedings against petitioner's son. The parties, however, periodically shall apprise the Court of the status of the case.

### B. Amended Traverse

The government will provide a copy of the amended traverse suitable for Mr. Paracha's review at its earliest convenience and, if possible, before the evidentiary hearing. In light of petitioner's representations during the status conference on May 15, 2019, however, respondents need not provide the review copy before the hearing if doing so would further delay

the hearing. Respondents shall prioritize timely compliance with their discovery and briefing obligations.

## VII.   CONCLUSION

In accordance with the procedures and schedule set forth above, the Court will hold an evidentiary hearing in this matter beginning on Monday, October 21, 2019 at 10:00 AM. Accordingly, it is hereby

ORDERED that the parties will comply with each of the deadlines established above for the briefing and other pre-hearing obligations; and it is

FURTHER ORDERED that the parties shall submit joint status reports apprising the Court of their progress on the foregoing matters on July 1, 2019; August 1, 2019; September 4, 2019; and October 4, 2019.

SO ORDERED.


                                                      /s/
                                      PAUL L. FRIEDMAN
                                      United States District Judge

DATE: May 30, 2019