IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIFULLAH PARACHA (ISN 1094), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-2022 (PLF) |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

**JOINT STATUS REPORT**

On May 30, 2019, the Court issued a Memorandum Opinion and Scheduling Order (ECF No. 515) that, *inter alia*, required the parties to file joint status reports apprising the Court of their progress on the matters addressed in that order. Pursuant to that order, the parties filed the first joint status report on July 1 (ECF No. 519), the second joint status report on August 1 (ECF No. 520), and the third joint status report on September 4 (ECF No. 525). This constitutes the parties' fourth joint status report, which is due on October 4.

I. Discovery Update

Respondents noted in the September joint status report that they had completed their searches and productions of responsive documents pursuant to the Court's June 12, 2019 discovery order (ECF No. 517), except for two potentially responsive sensitive documents that Respondents' counsel were in the process of obtaining appropriate clearances to gain access to. Since that time, Respondents' counsel have obtained access to these documents, and as a result, are today producing a classified substitute to Petitioner's counsel. Respondents will also be filing an *ex parte* motion for exception from disclosure, pursuant to Section I.F. of the Amended CMO, related to that classified substitute.

Petitioner Testimony

On September 16, 2019, Petitioner's counsel confirmed that they do not intend to call Petitioner to testify at the merits hearing.

Pre-hearing Conference

The parties will be at the pre-hearing conference on Tuesday, October 8, 2019 at 10:00 AM.

Uzair Paracha Criminal Trial Update

The new trial in the Uzair Paracha criminal case remains scheduled to begin on March 23, 2020. *See United States v. Paracha*, 03-CR-1197 (SHS) (S.D.N.Y., Minute Entry of June 20, 2019).

Dated:  October 4, 2019

Respectfully submitted,

| | |
|---|---|
| STEPHEN C. NEWMAN<br>Federal Public Defender | JOSEPH H. HUNT<br>Assistant Attorney General |
| CLAIRE R. CAHOON<br>Ohio Bar No. 0082335<br>Attorney at Law | ALEXANDER K. HAAS<br>Branch Director |
| | TERRY M. HENRY<br>Assistant Branch Director |
| /s/Catherine Shusky<br>CATHERINE ADINARO SHUSKY<br>Ohio Bar No. 0088731<br>Attorney at Law<br>EDWARD BRYAN<br>Assistant Federal Public Defender<br>Office of the Federal Public Defender<br>1660 W. 2nd Street, Suite 750<br>Cleveland, Ohio 44113<br>Phone: (216) 522-4856; Fax: (216) 522-4321<br>claire_cahoon@fd.org<br>cathi_shusky@fd.org<br>edward_bryan@fd.org | /s/ DANIEL M. BARISH<br>RONALD J. WILTSIE (DC Bar 431562)<br>DANIEL M. BARISH (DC Bar 448263)<br>MICHAEL H. BAER (NY Bar 5384300)<br><br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 7301<br>Washington, D.C. 20005<br>Email: Daniel.Barish@usdoj.gov<br>Tel: (202) 305-8970   Fax: (202) 616-8470 |

Attorneys for the Petitioner				Attorneys for Respondents

Attorneys for the Petitioner				Attorneys for Respondents