UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SAIFULLAH ABDULLAH PARACHA,          )
                                    )
    Petitioner,                  )
                                    )
v.                                   )   Civil Action No. 04-2022 (PLF)
                                    )
DONALD J. TRUMP, et al.,             )
                                    )
    Defendant.                   )
_____)

ORDER

For the reasons set forth in the Court's classified opinion of January 23, 2020, it is hereby

ORDERED that petitioner Saifullah Abdullah Paracha's amended petition for a writ of habeas corpus [Dkt. No. 11] is DENIED. A copy of the classified opinion is being provided to counsel for the parties. After completion of the classification review, a redacted version of the opinion will be posted on the public record.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

                                                          PAUL L. FRIEDMAN
                                                          United States District Judge

DATE: January 23, 2020