APPEAL,GITMO,HABEAS

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:04–cv–02022–PLF</u>

PARACHA v. BUSH et al

Assigned to: Judge Paul L. Friedman

Cases:  1:05–cv–00345–JDB

        1:05–cv–00329–UNA

Case in other court:  USCA, 16–05248

        05–05194

        USCA, 05–05333

        USCA, 05–05334

        08–05238

Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 11/17/2004

Jury Demand: None

Nature of Suit: 530 Prisoner Petition: General (Habeas Corpus)

Jurisdiction: Federal Question

## **Petitioner**

**SAIFULLAH PARACHA**

*Detainee, Guanatanamo Bay Naval Station*

represented by **Edward Gerard Bryan**

FEDERAL PUBLIC DEFENDER, NORTHERN DISTRICT OF OHIO

1660 West 2nd Street

Suite 750

Cleveland, OH 44143

(216) 522–4856

Fax: (216) 4321

Email: <u>edward_bryan@fd.org</u>

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Gaillard T. Hunt**

GAILLARD T. HUNT

10705 Tenbrook Drive

Silver Spring, MD 20901

(301) 530–2807

Fax: (301) 564–6059

Email: <u>gthunt@mdo.net</u>

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ahmed Ghappour**

REPRIEVE

P.O. Box 52742

22 Tudor Street

London, UK EC4Y 0AY

UK

011 44 207 353

Fax: 011 44 207 353 4641

Email: <u>aghappour@gmail.com</u>

1

**Catherine Adinaro Shusky**
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
1660 West 2nd Street
Suite 750
Cleveland, OH 44113
(216) 861–3955
Email: cathi_shusky@fd.org
*ATTORNEY TO BE NOTICED*

**Claire Roxanne Cahoon**
FEDERAL PUBLIC DEFENDER,
NORTHERN DISTRICT OF OHIO
617 Adams Street
Toledo, OH 43604
419–259–7370
Fax: 419–259–7375
Email: claire_cahoon@fd.org
*ATTORNEY TO BE NOTICED*

**Cori Crider**
REPRIEVE
P.O. Box 52742
22 Tudor Street
London, UK EC4Y 0AY
011 44 207 353
Fax: 011 44 207 353 4641
Email: cori@reprieve.org.uk

**David H. Remes**
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669–6508
Email: remesdh@gmail.com

**Marc D. Falkoff**
NORTHERN ILLINOIS UNIVERSITY
College of Law
Swen Parson Hall
DeKalb, IL 60115–2890
(347) 564–5043
Fax: (815) 753–9301
Email: mdf19@columbia.edu

**Mark A. Maher**
REPRIEVE US
1101 New York Avenue, NW
Suite 1000
Washington, DC 20005
(267) 679–4759
Email: mark.maher@reprieve.org.uk
*ATTORNEY TO BE NOTICED*

**Shelby Sullivan–Bennis**
REPRIEVE US
405 Lexington Avenue
Fl. 64
New York, NY 10174
(401) 835–4214
Email: Shelby.sullivan.bennis@gmail.com
*TERMINATED: 03/20/2019*

**Tara L. Murray**
REPRIEVE
P.O. Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
Fax: 44 011 207 353 4641
Email: TARA.MURRAY@REPRIEVE.ORG.UK
*ATTORNEY TO BE NOTICED*

**Zachary Katznelson**
Equal Justice Initiative
122 Commerce Street
Montgomery, AL 36104
334–269–1803
Email: zkatznelson@gmail.com
*TERMINATED: 10/09/2009*

**Petitioner**

**FARHAT PARACHA**                    represented by    **Clive A. Stafford Smith**
*Next Friend*                                           REPRIEVE
                                                        PO BOX 72054
                                                        London, UK EC3P 3BZ
                                                        011 44 207 553 8140
                                                        Fax: 011 44 207 353 4641
                                                        Email: clive@reprieve.org.uk
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Cori Crider**
(See above for address)
*TERMINATED: 07/01/2016*

**David H. Remes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gaillard T. Hunt**
(See above for address)
*TERMINATED: 12/22/2010*

**Marc D. Falkoff**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara L. Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BARACK HUSSEIN OBAMA, II**
*President of the United States of America*

represented by **Daniel Mark Barish**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 305–8970
Fax: (202) 305–2685
Email: daniel.barish@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Charles Folio , III**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 5th Street NW
Suite 11300
Washington, DC 20530
(202) 598–8362
Email: Joseph.Folio@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald James Wiltsie**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 307–1401
Fax: (202) 616–8470
Email: ronald.wiltsie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 514–4107
Fax: (202) 616–8470
Email: terry.henry@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javier M. Guzman**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448–9090
Email: jguzman@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Kristina Ann Wolfe**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
(202) 353–4519
Email: kristina.wolfe@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Hendry Baer**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 305–8573
Fax: (202) 616–8470
Email: michael.h.baer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Trish Maskew**
U.S. DEPARTMENT OF JUSTICE
Civil Division/Office of Immigration
Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 305–7658
Email: trish.maskew@usdoj.gov
*TERMINATED: 10/23/2012*

V.

**Interested Party**

**PRIVILEGE TEAM**                    represented by   **Daniel Franklin Van Horn**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530

(202) 252–2506
Fax: (202) 252–2599
Email: daniel.vanhorn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

| | | |
|---|---|---|
| **GEORGE WALKER BUSH**<br>*TERMINATED: 01/20/2009* | represented by | **Andrew I. Warden**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>(202) 616–5084<br>Fax: (202) 616–8470<br>Email: andrew.warden@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jonathan S. Needle**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 305–0037
Fax: (202) 616–8470
Email: jonathan.needle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judry Laeb Subar**
UNITED STATES DEPARTMENT OF
JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 7132
Washington, DC 20530
(202) 514–3969
Fax: (202) 616–8470
Email: judry.subar@usdoj.gov
*TERMINATED: 10/27/2008*
*LEAD ATTORNEY*

**Kristina Ann Wolfe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald James Wiltsie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Kenneth Haas**
U.S. DEPARTMENT OF JUSTICE
U.S. Attorney's Office – District of
Columbia
555 4th Street, NW
Washington, DC 20530
(202) 353–8679
Fax: (202) 616–8470
Email: alexander.haas@usdoj.gov

**David Farnham**
US DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Suite 6150
Washington, DC 20530
(202) 305–4693
Email: david.farnham2@usdoj.gov
*TERMINATED: 01/21/2009*

**David Hugh White**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7119
Washington, DC 23050
(202) 514–3146
Fax: (202) 616–8470
Email: david.white2@usdoj.gov

**Edward H. White**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 6110
Washington, DC 20530
(202) 514–5108
Email: ned.white@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11532
Washington, DC 20005
(202) 514–3716

Fax: (202) 616–8470
Email: jean.lin@usdoj.gov
*TERMINATED: 10/09/2009*

**Joseph Charles Folio , III**
(See above for address)

**Julia Alexandra Heiman**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Poc Agostinho, Jean
1100 L St., N.W.
Washington, DC 20530
202–616–8480
Email: julia.heiman@usdoj.gov

**Kathryn Celia Davis**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616–8298
Fax: (202) 616–8460
Email: Kathryn.C.Davis@usdoj.gov

**Lisa Ann Olson**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11012
Washington, DC 20005
(202) 514–5633
Fax: (202) 616–8470
Email: lisa.olson@usdoj.gov
*TERMINATED: 08/07/2006*

**Michael Thomas Koenig**
U.S. DEPARTMENT OF JUSTICE
405 5th Street, NW
Washington, DC 20530
(202) 616–2165
Email: michael.koenig@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nicholas J. Patterson**
U.S. ATTORNEY'S OFFICE FOR THE
WESTERN DISTRICT OF OK
210 Park Avenue
Suite 400
Oklahoma City, OK 73102
4055538700
Email: nicholas.patterson@usdoj.gov

*ATTORNEY TO BE NOTICED*

**Patrick D. Davis**
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 305–0879
Fax: (202) 616–8470
Email: patrick.davis2@usdoj.gov
*TERMINATED: 04/03/2015*

**Paul Edward Ahern**
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305–0633
Fax: (202) 616–8470
Email: paul.ahern@usdoj.gov
*TERMINATED: 08/03/2009*

**Paul A. Dean**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
20 Massachusetts Avenue, NW
Room 5134
Washington, DC 20044
(202) 514–1280
Email: paul.dean@usdoj.gov

**Preeya M. Noronha**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20530
(202) 514–3338
Fax: (202) 616–8202
Email: preeya.noronha@usdoj.gov
*TERMINATED: 12/21/2006*
*ATTORNEY TO BE NOTICED*

**Robert J. Prince**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883, Benjamin Franklin Station
Washington, DC 20044
(202) 305–3654
Fax: (202) 616–8460
Email: robert.prince@usdoj.gov

**Scott Michael Marconda**

U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 5130
Washington, DC 20530
(202) 305−0169
Email: scott.marconda@usdoj.gov
*TERMINATED: 01/22/2009*

**Stephen McCoy Elliott**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 305−8177
Fax: (202) 616−8470
Email: stephen.elliott@usdoj.gov
*TERMINATED: 03/02/2012*

**Respondent**

**DONALD H. RUMSFELD**                    represented by   **Daniel Mark Barish**
*Secretary of Defense*                                     (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jonathan S. Needle**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Judry Laeb Subar**
                                                           (See above for address)
                                                           *TERMINATED: 10/27/2008*
                                                           *LEAD ATTORNEY*

                                                           **Ronald James Wiltsie**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Terry Marcus Henry**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alexander Kenneth Haas**
                                                           (See above for address)

                                                           **David Farnham**
                                                           (See above for address)
                                                           *TERMINATED: 01/21/2009*

                                                           **David Hugh White**

(See above for address)

**Edward H. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*TERMINATED: 10/09/2009*

**Joseph Charles Folio , III**
(See above for address)

**Julia Alexandra Heiman**
(See above for address)

**Kathryn Celia Davis**
(See above for address)

**Kristina Ann Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Ann Olson**
(See above for address)
*TERMINATED: 08/07/2006*

**Michael Hendry Baer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Thomas Koenig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas J. Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick D. Davis**
(See above for address)
*TERMINATED: 04/03/2015*

**Paul Edward Ahern**
(See above for address)
*TERMINATED: 08/03/2009*

**Paul A. Dean**
(See above for address)

**Preeya M. Noronha**
(See above for address)

*TERMINATED: 12/21/2006*
*ATTORNEY TO BE NOTICED*

**Robert J. Prince**
(See above for address)

**Scott Michael Marconda**
(See above for address)
*TERMINATED: 01/22/2009*

**Stephen McCoy Elliott**
(See above for address)
*TERMINATED: 03/02/2012*

**Respondent**

**JAY HOOD**                          represented by    **Daniel Mark Barish**
*Commander, Joint Task Force–GTMO,*                     (See above for address)
*Guantanamo Bay Naval Station*                          *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jonathan S. Needle**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Judry Laeb Subar**
                                                        (See above for address)
                                                        *TERMINATED: 10/27/2008*
                                                        *LEAD ATTORNEY*

                                                        **Ronald James Wiltsie**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Terry Marcus Henry**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Alexander Kenneth Haas**
                                                        (See above for address)

                                                        **David Farnham**
                                                        (See above for address)
                                                        *TERMINATED: 01/21/2009*

                                                        **David Hugh White**
                                                        (See above for address)

                                                        **Edward H. White**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Jean Lin**
(See above for address)
*TERMINATED: 10/09/2009*

**Joseph Charles Folio , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Alexandra Heiman**
(See above for address)

**Kathryn Celia Davis**
(See above for address)

**Kristina Ann Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Ann Olson**
(See above for address)
*TERMINATED: 08/07/2006*

**Michael Hendry Baer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Thomas Koenig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas J. Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick D. Davis**
(See above for address)
*TERMINATED: 04/03/2015*

**Paul Edward Ahern**
(See above for address)
*TERMINATED: 08/03/2009*

**Paul A. Dean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
(See above for address)
*TERMINATED: 12/21/2006*
*ATTORNEY TO BE NOTICED*

**Robert J. Prince**
(See above for address)

**Scott Michael Marconda**
(See above for address)
*TERMINATED: 01/22/2009*

**Stephen McCoy Elliott**
(See above for address)
*TERMINATED: 03/02/2012*
*ATTORNEY TO BE NOTICED*

**Movant**

**ASSOCIATED PRESS**                    represented by   **Jeanette Melendez Bead**
LEVINE SULLIVAN KOCH & SCHULZ,
LLP
1050 17th Street,NW
Suite 800
Washington, DC 20036
(202) 508–1100
Fax: (202) 861–9888
Email: jbead@lskslaw.com
*LEAD ATTORNEY*

**Movant**

**NEW YORK TIMES COMPANY**              represented by   **Jeanette Melendez Bead**
(See above for address)
*LEAD ATTORNEY*

**Movant**

**USA TODAY**                           represented by   **Jeanette Melendez Bead**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/17/2004 | 1 | | PETITION for Writ of Habeas Corpus (Filing fee $ 5.) filed by SAIFULLAH PARACHA.(td, ) (Entered: 11/18/2004) |
| 11/17/2004 | | | SUMMONS Not Issued as to GEORGE W. BUSH JR., JAY HOOD, DONALD H. RUMSFELD (td, ) (Entered: 11/18/2004) |
| 11/17/2004 | 2 | | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order by SAIFULLAH PARACHA. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Affidavit # 6 Text of Proposed Order)(td, ) (Entered: 11/18/2004) |
| 11/18/2004 | 3 | | NOTICE re: Second Certificate of Notice under Local Rule 65.1 by SAIFULLAH PARACHA (nmw, ) (Entered: 11/19/2004) |

| 11/22/2004 | 4 | | ORDER re briefing schedule. Signed by Judge Paul L. Friedman on November 22, 2004. (ma) (Entered: 11/22/2004) |
|---|---|---|---|
| 11/24/2004 | 5 | | Memorandum in opposition to motion re 2 *temporary restraining order and preliminary injunction* filed by GEORGE W. BUSH JR., JAY HOOD, DONALD H. RUMSFELD. (Olson, Lisa) (Entered: 11/24/2004) |
| 11/30/2004 | 6 | | REPLY to opposition to motion re 2 filed by SAIFULLAH PARACHA. (Hunt, Gaillard) (Entered: 11/30/2004) |
| 12/01/2004 | | | MINUTE ORDER that with respect to petitioner's motion for a preliminary injunction or temporary restraining order, argument on petitioner's motions shall be heard December 7, 2004 at 10:00 a.m. in Courtroom 17. Pursuant to Local Civil Rule 65.1, live testimony shall not be heard. Signed by Judge Paul L. Friedman on December 1, 2004. (ma) (Entered: 12/01/2004) |
| 12/01/2004 | 7 | | NOTICE of Appearance by Lisa Ann Olson on behalf of GEORGE W. BUSH JR., JAY HOOD, DONALD H. RUMSFELD (Olson, Lisa) (Entered: 12/01/2004) |
| 12/03/2004 | 8 | | ORDER that the Court wishes to make clear that the only issue it wishes to consider at oral argument on December 7, 2004 at 10:00 a.m. is whether petitioner is entitled to an injunction preventing his removal from the United States. Signed by Judge Paul L. Friedman on December 3, 2004. (ma) (Entered: 12/03/2004) |
| 12/03/2004 | 9 | | ORDER that the Court will transfer this case to Judge Green for coordination and management as reflected in the September 15, 2004 Resolution of the Executive Session, such transfer to take effect immediately after the Court rules on petitioner's motion for preliminary injunction now scheduled for argument on December 7, 2004. Signed by Judge Paul L. Friedman on December 3, 2004. (ma) (Entered: 12/03/2004) |
| 12/06/2004 | | | Set Hearing: Temporary Restraining Order/Preliminary Injunction Hearing set for 12/7/2004 10:00 AM in Courtroom 17 before Judge Paul L. Friedman. (bm) (Entered: 12/06/2004) |
| 12/07/2004 | | | SUMMONS Issued (6) as to GEORGE W. BUSH JR., JAY HOOD, DONALD H. RUMSFELD (2), U.S. Attorney and U.S. Attorney General (cp, ) (Entered: 12/07/2004) |
| 12/07/2004 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Motion Hearing for Temporary Restraining Order and Preliminary Injunction held on 12/7/2004. Motions for Temporary Restraining Order and Preliminary Injunction heard and DENIED, for reasons stated on the record in open Court. (Court Reporter Linda Russo.) (bm) (Entered: 12/07/2004) |
| 12/07/2004 | 10 | | ORDER denying 2 petitioner's motion or application for a temporary restraining order and for a preliminary injunction. Signed by Judge Paul L. Friedman on December 7, 2004. (ma) (Entered: 12/07/2004) |
| 12/10/2004 | 11 | | AMENDED PETITION for Writ of Habeas Corpus filed by FARHAT PARACHA, SAIFULLAH PARACHA.(nmw, ) (Entered: 12/10/2004) |
| 12/16/2004 | 12 | | ORDER Setting Briefing Schedule. Signed by Judge Joyce Hens Green on 12–16–04. (MD) (Entered: 12/16/2004) |

| 12/16/2004 | 13 | ORDER Applying Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba. Signed by Judge Joyce Hens Green on 12–16–04. (Attachments: # 1 # 2)(MD) (Entered: 12/16/2004) |
| --- | --- | --- |
| 12/20/2004 | 14 | Unopposed MOTION for Extension of Time to File *Factual Return*, Unopposed MOTION for Extension of Time to File Response/Reply as to 11 Petition for Writ of Habeas Corpus by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Olson, Lisa) (Entered: 12/20/2004) |
| 12/21/2004 | 15 | Unopposed MOTION for Extension of Time to *respond to orders of December 16, 2004,* by SAIFULLAH PARACHA. (Hunt, Gaillard) (Entered: 12/21/2004) |
| 12/21/2004 | 16 | NOTICE of Change of Address by Gaillard T. Hunt (Hunt, Gaillard) (Entered: 12/21/2004) |
| 12/21/2004 | 17 | ORDER Granting Extensions of Time. Signed by Judge Joyce Hens Green on 12–21–04. (FEK) (Entered: 12/21/2004) |
| 12/29/2004 | 18 | NOTICE of Appearance by Terry Marcus Henry on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Henry, Terry) (Entered: 12/29/2004) |
| 12/30/2004 | 19 | NOTICE of Appearance by Preeya M. Noronha on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Noronha, Preeya) (Entered: 12/30/2004) |
| 01/18/2005 | 20 | MOTION to Vacate *Order entered December 16, 2004, applying protective order,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 01/18/2005) |
| 01/18/2005 | 21 | RESPONSE to 11 *Petition for Writ of Habeas Corpus by Petitioner Saifullah Paracha (Factual Return) and Notice of Submission of Factual Return Under Seal* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A (Part 1 of 3)# 2 Exhibit A (Part 2 of 3)# 3 Exhibit A (Part 3 of 3))(Noronha, Preeya) (Entered: 01/18/2005) |
| 01/18/2005 | 22 | RESPONSE to 11 *Amended Petition for Habeas Corpus and Motion to Dismiss or for Judgment as a Matter of Law and Supporting Memorandum* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Noronha, Preeya) (Entered: 01/18/2005) |
| 01/18/2005 | 23 | MOTION to Dismiss *Amended Petition for Habeas Corpus or for Judgment as a Matter of Law and Supporting Memorandum (also filed as Docket No. 22)* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Noronha, Preeya) (Entered: 01/18/2005) |
| 01/18/2005 | 24 | MOTION to Designate as "Protected Information" Certain Information in Declaration in Support of Response to Amended Petition for Habeas Corpus and Motion to Dismiss or for Judgment as a Matter of Law and Notice of Submission of Unredacted Declaration Under Seal by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Text of Proposed Order)(Noronha, Preeya) (Entered: 01/18/2005) |

| 01/31/2005 | 25 | | Joint MOTION for Extension of Time to File Response/Reply *to pending motions* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 01/31/2005) |
|---|---|---|---|
| 02/01/2005 | | | MINUTE ORDER granting 25 joint motion for extension of time up to and including February 15, 2005 for petitioner to respond to respondent's motion to dismiss and for judgment as a matter of law and respondents' time to respond to petitioner's motion on the protective order. Signed by Judge Paul L. Friedman on February 1, 2005. (ma) (Entered: 02/01/2005) |
| 02/03/2005 | 26 | | MOTION to Stay by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Text of Proposed Order)(Warden, Andrew) (Entered: 02/03/2005) |
| 02/09/2005 | 27 | | Memorandum in opposition to motion re 23 *Petitioner's Opposition to Motion to Dismiss or for Judgment as a Matter of Law* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Affidavit Exh 1 Farhat affidavit# 2 Exhibit Exh 1–A Saifullah Card# 3 Exhibit Exh 1–B Farhat Card# 4 Affidavit Exh 2 Mahasin Affidavit# 5 Affidavit Exh 3 Khan Affidavit# 6 Exhibit Exh 4 Tausif Affidavt# 7 Exhibit Exh 5 Memorandum of law)(Hunt, Gaillard) (Entered: 02/09/2005) |
| 02/09/2005 | 28 | | MOTION for Summary Judgment by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Exhibit Order creating CSRT# 2 Exhibit Exh B CSRT procedures)(Hunt, Gaillard) (Entered: 02/09/2005) |
| 02/10/2005 | 29 | | Memorandum in opposition to motion re 26 *Respondents' Motion to Stay* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 02/10/2005) |
| 02/10/2005 | 30 | | Memorandum in opposition to motion re 24 *to designate protected information* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 02/10/2005) |
| 02/14/2005 | 31 | | Memorandum in opposition to motion re 23 *respondents' Response to Amended Petition for Habeas Corpus and Motion to Dismiss or for Judgment as a Matter of Law,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 02/14/2005) |
| 02/14/2005 | 32 | | MOTION to Suppress *Factual Return under Seal, submission noticed in docket 21,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 02/14/2005) |
| 02/14/2005 | 33 | | MOTION to Compel *Answers t Interrogatories and Release of Envelope Addressed to Counsel* by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Motion to compel answers to interrogatoreis# 2 Affidavit With Attachments 1–4# 3 Exhibit Attachments 5–6 to Hunt Affidavit)(Hunt, Gaillard) (Entered: 02/14/2005) |
| 02/15/2005 | 34 | | Memorandum in opposition to motion re 23 *AND 22,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 02/15/2005) |
| 02/15/2005 | 35 | | Memorandum in opposition to motion re 20 *to Vacate Order Entered December 16, 2004, Applying Protective Order* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Patterson, Nicholas) (Entered: 02/15/2005) |

| 02/16/2005 | 36 | | NOTICE of Appearance by Nicholas J. Patterson on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Patterson, Nicholas) (Entered: 02/16/2005) |
|---|---|---|---|
| 02/18/2005 | 37 | | REPLY to opposition to motion re 24 *to Designate as "Protected Information" Certain Information in Declaration in Support of Response to Amended Petition for Habeas Corpus and Motion to Dismiss or for Judgment as a Matter of Law* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Patterson, Nicholas) (Entered: 02/18/2005) |
| 02/18/2005 | 38 | | REPLY to opposition to motion re 20 *to Vacate Protective Order,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Appendix Att A Physicians' amicus brief in Hamdan)(Hunt, Gaillard) (Entered: 02/18/2005) |
| 02/18/2005 | 39 | | REPLY to opposition to motion re 23 *Respondents' Motion to Dismiss Amended Petition for Habeas Corpus or for Judgment as a Matter of Law* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A)(Noronha, Preeya) (Entered: 02/18/2005) |
| 02/18/2005 | 40 | | REPLY to opposition to motion re 26 *Respondents' Motion for Stay of Proceedings Pending Appeal (also filed as Docket No. 39)* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A)(Noronha, Preeya) (Entered: 02/18/2005) |
| 02/18/2005 | 41 | | Memorandum in opposition to motion re 28 *Petitioner's Motion for Summary Judgment (also filed as Docket Nos. 39 and 40)* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A)(Noronha, Preeya) (Entered: 02/18/2005) |
| 02/18/2005 | 42 | | Memorandum in opposition to motion re 32 *Petitioner's Motion to Suppress the Classified Return (also filed as Docket Nos. 39, 40 and 41)* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A)(Noronha, Preeya) (Entered: 02/18/2005) |
| 02/28/2005 | 43 | | Memorandum in opposition to motion re 33 *Opposition to Petitioner's Motion For Release of Papers and To Compel Discovery* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 02/28/2005) |
| 03/04/2005 | 44 | | REPLY to opposition to motion re 33 *Petitioner's Reply in Support of Motion for Release of Papers and to Compel Discovery* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 03/04/2005) |
| 03/07/2005 | 45 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 12/14/04. (nmw, ) (Entered: 03/08/2005) |
| 03/07/2005 | 46 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to GEORGE W. BUSH, JR served on 2/9/2005, answer due 4/11/2005; DONALD H. RUMSFELD served on 12/14/2004, answer due 2/14/2005; JAY HOOD served on 12/14/2004, answer due 2/14/2005. (nmw, ) (Entered: 03/08/2005) |
| 03/07/2005 | 47 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. (nmw, ) (Entered: 03/08/2005) |

| 03/17/2005 | 48 | MOTION for Leave to Proceed in forma pauperis by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Exhibit Exhibits A, B, and C)(Hunt, Gaillard) (Entered: 03/17/2005) |
|---|---|---|
| 03/18/2005 | | Summons (1) Issued for amended petition as to JAY HOOD. (td, ) (Entered: 03/18/2005) |
| 03/23/2005 | 49 | ORDER denying 20 petitioner's motion to vacate order entered December 16, 2004 applying protective order, granting 24 respondents' motion to designate as "protected information" certain information in declaration in support of response to amended petition for habeas corpus and motion to dismiss or for judgment as a matter of law, and granting 26 respondents' motion to stay proceedings pending appeal. Signed by Judge Paul L. Friedman on March 23, 2005. (MA) (Entered: 03/23/2005) |
| 04/05/2005 | 50 | MOTION for Preliminary Injunction *to prevent rendition and for release from isolation,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Affidavit Nydell April 4 2005)(Hunt, Gaillard) (Entered: 04/05/2005) |
| 04/14/2005 | 51 | Unopposed MOTION for Extension of Time to File Response/Reply *to Petitoner's Motion for a Preliminary Injunction* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Text of Proposed Order)(White, Edward) (Entered: 04/14/2005) |
| 04/19/2005 | 52 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JAY HOOD served on 4/1/2005, answer due 5/31/2005. (nmw, ) (Entered: 04/19/2005) |
| 04/19/2005 | | MINUTE ORDER granting 51 respondents' motion for extension of time up to and including April 22, 2005 to file its response to petitioner's motion for preliminary injunction ordering his removal from isolation and prohibiting his rendition. Signed by Judge Paul L. Friedman on April 19, 2004.(MA) (Entered: 04/19/2005) |
| 04/22/2005 | 53 | Memorandum in opposition to motion re 50 *preliminary injunction ordering his removal from isolation and prohibiting his renditiion* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(White, Edward) (Entered: 04/22/2005) |
| 04/29/2005 | 54 | REPLY to opposition to motion re 50 *Release from Isolation and Prohibiting Rendition,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 04/29/2005) |
| 05/17/2005 | 55 | NOTICE OF APPEAL as to 13 Order by SAIFULLAH PARACHA. (Fee not paid) (td, ) (Entered: 05/18/2005) |
| 05/18/2005 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 55 Notice of Appeal (td, ) (Entered: 05/18/2005) |
| 05/19/2005 | 56 | MOTION for Leave to Appeal in forma pauperis by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 05/19/2005) |
| 05/27/2005 | 57 | ORDER of USCA (certified copy) as to 55 Notice of Appeal filed by SAIFULLAH PARACHA; It is hereby ordered that on the courts own motion that this case be held in abeyance pending resolution by the District Court of |

| | | | |
|---|---|---|---|
| | | | the motion for leave to proceed in forma pauperis filed on March 17, 2005; USCA#05–5194 (jsc) (Entered: 06/10/2005) |
| 05/31/2005 | | | USCA Case Number 05–5194 for 55 Notice of Appeal filed by SAIFULLAH PARACHA,. (td, ) (Entered: 06/06/2005) |
| 06/16/2005 | 58 | | PORTION OF ORDER VACATED PURSUANT TO USCA MANDATE FILED 9/30/10..... 359 ORDER denying without prejudice 48 petitioner's application to proceed in forma pauperis, denying without prejudice 50 petitioner's motion for preliminary injunction ordering his removal from isolation, denying without prejudice 56 petitioner's application to appeal in forma pauperis. Signed by Judge Paul L. Friedman on June 16, 2005. (MA) Modified on 2/11/2011 (td, ). Modified on 2/11/2011 (tnr, ). (Entered: 06/16/2005) |
| 07/11/2005 | 59 | | NOTICE *of Filing* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Attachments: # 1 Exhibit)(Schwartz, James) (Entered: 07/11/2005) |
| 07/19/2005 | 60 | | Unopposed MOTION For Access to Counsel Before Deposition Ordered by SDNY by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Exhibit Order of SDNY allowing deposition)(Hunt, Gaillard) (Entered: 07/19/2005) |
| 07/22/2005 | 61 | | MEMORANDUM by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 07/22/2005) |
| 07/29/2005 | 62 | | MEMORANDUM by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 07/29/2005) |
| 08/02/2005 | 63 | | NOTICE *of Submission of Factual Return to Petition for Writ of Habeas Corpus by Petitioner Saifullah Paracha Under Seal* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Noronha, Preeya) (Entered: 08/02/2005) |
| 08/12/2005 | | | MINUTE ORDER granting 60 petitioner's motion for access to counsel for advice on his deposition ordered by the Southern District of New York. Signed by Judge Paul L. Friedman on August 12, 2005. (MA) (Entered: 08/12/2005) |
| 08/12/2005 | 64 | | NOTICE OF INTERLOCUTORY APPEAL as to 58 Order on Motion for Leave to Proceed in forma pauperis, Order on Motion for Preliminary Injunction, Order on Motion for Leave to Appeal in forma pauperis,,, by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (jf, ) (Entered: 08/15/2005) |
| 08/12/2005 | 65 | | NOTICE OF APPEAL as to 58 Order on Motion for Leave to Proceed in forma pauperis,, Order on Motion for Preliminary Injunction,, Order on Motion for Leave to Appeal in forma pauperis entered on 06/16/05, by SAIFULLAH PARACHA, FARHAT PARACHA. No fee paid. (jf, ) (Entered: 08/16/2005) |
| 08/15/2005 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 64 Notice of Interlocutory Appeal, (jf, ) (Entered: 08/15/2005) |
| 08/16/2005 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 65 Notice of Appeal, (jf, ) (Entered: 08/16/2005) |

| 08/16/2005 | 66 | MOTION for Leave to Appeal in forma pauperis *from the Order of June 16, 2005,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 08/16/2005) |
|---|---|---|
| 08/30/2005 | 67 | Unopposed MOTION to Withdraw *Motion filed 2/14/2005 to compel interrogatories and to release papers held at the Secure Facility* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 08/30/2005) |
| 09/02/2005 | | MINUTE ORDER granting 66 petitioner's appliction to appeal in forma pauperis from the order dated June 16, 2005. Signed by Judge Paul L. Friedman on September 1, 2005. (MA) (Entered: 09/02/2005) |
| 09/07/2005 | | USCA Case Number 05–5333 for 65 Notice of Appeal, filed by SAIFULLAH PARACHA,, FARHAT PARACHA,. (jf, ) (Entered: 09/08/2005) |
| 09/07/2005 | | USCA Case Number 05–5334 for 64 Notice of Interlocutory Appeal, filed by DONALD H. RUMSFELD,, GEORGE W. BUSH, JR., JAY HOOD,. (jf, ) (Entered: 09/08/2005) |
| 10/06/2005 | 68 | MOTION for Discovery by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 10/06/2005) |
| 10/07/2005 | 69 | MOTION for Preliminary Injunction *for Relief from Punitive Conditions of Confnement,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 10/07/2005) |
| 10/14/2005 | 70 | Memorandum in opposition to motion re 68 *Respondents' Opposition to Petitioner's Motion to Allow and to Accelerate Discovery* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A)(Patterson, Nicholas) (Entered: 10/14/2005) |
| 10/17/2005 | 71 | Joint MOTION to hold in abeyance respondents' opposition to petitioner's motion for preliminary injunction by SAIFULLAH PARACHA, FARHAT PARACHA, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Text of Proposed Order)(White, Edward) (Entered: 10/17/2005) |
| 10/18/2005 | | ORDER granting 71 Joint motion to hold in abeyance respondents' opposition to petitioner's motion for preliminary injunction. Respondents' opposition shall be due 11 days from the date petitioner either files supplemental factual support for the motion for preliminary injunction, or notifies the Court in writing that petitioner does not intend to file supplemental factual support. Signed by Judge Paul L. Friedman on 10/18/05. (lcplf1) (Entered: 10/18/2005) |
| 11/01/2005 | 72 | MOTION for Preliminary Injunction *Allowing Petitioner Access to a Bible and Other Books,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 11/01/2005) |
| 11/02/2005 | 73 | ORDER referring all motions pertaining to interpretation or construction of any protective order which has been entered in any of these cases to Magistrate Judge Alan Kay; referring to Magistrate Judge Kay all disputes pertaining to logistical issues, such as communications with or visits to clients and counsel. Signed by Judge Gladys Kessler, Chair of Calendar and Case Management Committee, on 11/2/05. (Entered: 11/02/2005) |

| 11/07/2005 | 74 | | Unopposed MOTION for Extension of Time to File *Opposition to Petitioner's Motion to be Allowed a Bible and Other Books* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Text of Proposed Order)(Patterson, Nicholas) (Entered: 11/07/2005) |
| 11/09/2005 | | | MINUTE ORDER granting 74 Motion for extension of time to 11/15/2005 to file respondents' opposition to petitioner's motion to be allowed a Bible and other books. Signed by Judge James Robertson for Judge Paul L. Friedman on 11/9/2005. (bm) (Entered: 11/09/2005) |
| 11/11/2005 | 75 | | MOTION for Order to Show Cause *Why Pending Motions Should Not Be Promptly Resolved* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 11/11/2005) |
| 11/11/2005 | 76 | | AFFIDAVIT re 72 MOTION for Preliminary Injunction *Allowing Petitioner Access to a Bible and Other Books,*, 69 MOTION for Preliminary Injunction *for Relief from Punitive Conditions of Confnement, Affidavits in Support,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 11/11/2005) |
| 11/15/2005 | 77 | | Memorandum in opposition to motion re 75 *Respondents' Opposition to Petitioner's Motion for Order to Show Cause Why Pending Motions Should Not Be Promptly Resolved* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Schwartz, James) (Entered: 11/15/2005) |
| 11/15/2005 | 78 | | Memorandum in opposition to motion re 69 *for Preliminary Injunction Ordering Removal from Punitive Conditions of Confinement* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Perez, Marc) (Entered: 11/15/2005) |
| 11/15/2005 | 79 | | Memorandum in opposition to motion re 72 *Respondents' Opposition to Petitioner's Motion to be Allowed a Bible and Other Books* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A)(Patterson, Nicholas) (Entered: 11/15/2005) |
| 11/22/2005 | 80 | | RESPONSE to *the Return −− Petitioner's Factual Traverse,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 11/22/2005) |
| 12/07/2005 | 81 | | ORDER that 32 petitioner's motion to suppress classified return is denied as moot, 68 petitioner's motion to allow and accelerate discovery is denied, and 75 petitioner's motion for order to show cause why pending motions should not be promptly resolved is denied. Signed by Judge Paul L. Friedman on December 7, 2005. (MA) (Entered: 12/07/2005) |
| 01/04/2006 | 82 | | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by respondents GEORGE WALKER BUSH, and DONALD RUMSFELD, et al. (Attachments: # 1 Exhibit)(jeb, ) (Entered: 01/04/2006) |
| 05/09/2006 | 83 | | MOTION to Amend/Correct *Petition and add attorney general as a respondent,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Petitioner's redacted declaration# 2 Second Amended Petition)(Hunt, Gaillard) (Entered: 05/09/2006) |
| 05/12/2006 | 84 | | |

| | | | |
|---|---|---|---|
| | | | MOTION *To Designate As "Protected Information" Certain Information In February 14, 2006 Declaration of Saifullah Paracha* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Text of Proposed Order)(Warden, Andrew) (Entered: 05/12/2006) |
| 05/12/2006 | 85 | | Memorandum in opposition to re 83 MOTION to Amend/Correct *Petition and add attorney general as a respondent,* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Henry, Terry) (Entered: 05/12/2006) |
| 05/19/2006 | | | MINUTE ORDER granting 84 respondents' presently unopposed motion to designate as "protected information" certain information in 2/14/06 declaration of Saifullah Paracha. Signed by Judge Paul L. Friedman on May 19, 2006. (MA) (Entered: 05/19/2006) |
| 06/05/2006 | 86 | | REPLY re 84 MOTION *To Designate As "Protected Information" Certain Information In February 14, 2006 Declaration of Saifullah Paracha And Motion To Designate As "Protected Information" Certain Information In Petitioner's May 23, 2005 Response Memorandum* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit Response –– Redacted# 2 Text of Proposed Order)(Warden, Andrew) (Entered: 06/05/2006) |
| 06/08/2006 | 87 | | RESPONSE to *Respondents' Opposition to Petitioner's Motion for Release of Attorney–Detainee Correspondence (Petitioner's Motion was filed with the CSOs on May 24, 2006)* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Patterson, Nicholas) (Entered: 06/08/2006) |
| 06/09/2006 | 88 | | MOTION Petitioner's Motion for Release of Attorney–Detainee Correspondence by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 06/09/2006) |
| 07/07/2006 | 89 | | Memorandum in opposition to re 84 MOTION *To Designate As "Protected Information" Certain Information In February 14, 2006 Declaration of Saifullah Paracha* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) Additional attachment(s) added on 7/10/2006 (nmw, ). Modified on 7/10/2006 (nmw, ). (Entered: 07/07/2006) |
| 07/07/2006 | 90 | | MOTION to Vacate *Stay and to grant petitioner's motion for summary judgment,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 07/07/2006) |
| 07/07/2006 | 91 | | MOTION for procedures related to review of certain detainee materials and Motion for expedited briefing by Respondents, GEORGE WALKER BUSH, et al. (Attachments: # 1 Exhibit A–Declaration of Harry B. Harris# 2 Exhibit B–Declaration of Carol Kishardt# 3 Text of Proposed Order for Briefing# 4 Text of Proposed Order regarding review of detainee materials)Associated Cases: (jeb) (Entered: 07/07/2006) |
| 07/07/2006 | 92 | | NOTICE regarding steps taken in the wake of the Supreme Court's recent decision in Hamdan v. Rumsfeld by Respondents GEORGE WALKER BUSH, et al. (jeb, ) (Entered: 07/07/2006) |
| 07/13/2006 | 93 | | Memorandum in opposition to re 91 MOTION to Expedite MOTION for procedures related to review of certain detainee materials MOTION for |

| | | | |
|---|---|---|---|
| | | | procedures related to review of certain detainee materials *; petitioners' motion for information and for extension of time to respond,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 07/13/2006) |
| 07/17/2006 | | | MINUTE ORDER setting settlement conference regarding Respondents' Motion for Procedures Related to Review of Certain Detainee Materials. The mediation will take place in chambers on Wednesday, July 19, 2006 at 2:30 p.m. Certain designated representatives will attend on behalf of Habeas Petitioners. Signed by Magistrate Judge Alan Kay on 7/17/2006. (lckay1, ) (Entered: 07/17/2006) |
| 07/17/2006 | | | Set Hearings: Settlement Conference set for 7/19/2006 02:30 PM in Chambers before Magistrate Judge Alan Kay as set forth in the Court's Order this date. (Entered: 07/17/2006) |
| 07/21/2006 | 94 | | Unopposed MOTION for Leave to File *Respondents' Opposition to Petitioner's Motion to Vacate the Stay and to Grant Petitioner's Motion for Summary Judgment* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A (Respondents' Opposition to Petitioner's Motion to Vacate the Stay and to Grant Petitioner's Motion for Summary Judgment)# 2 Text of Proposed Order)(Patterson, Nicholas) (Entered: 07/21/2006) |
| 07/22/2006 | 95 | | MOTION to Compel *Preivilege Team to review and release confidential attorney−detainee correspondence,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 07/22/2006) |
| 07/25/2006 | | | MINUTE ORDER granting 94 respondents' unopposed motion for leave to file out of time by one day respondents' opposition to petitioner's motion to vacate the stay and to grant petitioner's motion for summary judgment. Signed by Judge Paul L. Friedman on July 25, 2006. (MA) (Entered: 07/25/2006) |
| 07/25/2006 | 96 | | Memorandum in opposition to re 90 MOTION to Vacate *Stay and to grant petitioner's motion for summary judgment,* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (td, ) (Entered: 07/26/2006) |
| 07/27/2006 | 97 | | Unopposed MOTION for Extension of Time to File Response/Reply *to Petitioner's July 13, 2006 Cross−Motion for More Information* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Text of Proposed Order)(Henry, Terry) (Entered: 07/27/2006) |
| 07/28/2006 | | | MINUTE ORDER granting 97 respondents' unopposed motion for extension of time up to and including July 28, 2006 to submit a response to petitioner's July 13,2006 cross−motion for more information. Signed by Judge Paul L. Friedman on July 28, 2006. (MA) (Entered: 07/28/2006) |
| 07/28/2006 | 98 | | REPLY to opposition to motion re 91 MOTION to Expedite MOTION for procedures related to review of certain detainee materials MOTION for procedures related to review of certain detainee materials filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Henry, Terry) (Entered: 07/28/2006) |
| 07/28/2006 | 99 | | RESPONSE to *Petitioner's July 13, 2006 Motion for More Information (also filed as dkt. no. 98)* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Henry, Terry) (Entered: 07/28/2006) |

| 08/03/2006 | 100 | | Memorandum in opposition to re 88 MOTION Petitioner's Motion for Release of Attorney–Detainee Correspondence filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Warden, Andrew) (Entered: 08/03/2006) |
|---|---|---|---|
| 08/04/2006 | | | MINUTE ORDER denying 90 petitioner's motion to vacate the stay and to grant petitioner?s motion for summary judgment. The case shall remain stayed pending resolution of all appeals in In re Guantanamo Detainee Cases, Civil No. 02–0299, et al., 2005 WL 195356 (D.D.C. Jan. 31, 2005), and Khalid et al. v. Bush, Civil No. 04–1142, 2005 WL 100924 (D.D.C. Jan. 19, 2005).Signed by Judge Paul L. Friedman on August 4, 2006. (MA) (Entered: 08/04/2006) |
| 08/05/2006 | 101 | | MOTION for Return of Property , *Petitioner's Motion for Return of Papers or Submission to Special Master for Privilege Review,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 08/05/2006) |
| 08/07/2006 | 102 | | ORDER directing counsel for petitioners to file a notice by 8/15/06 identifying any petitioner as to whom counsel lacks a good–faith belief that any attorney–client communications occurred prior to 6/18/06; directing respondents to file a notice by 8/15/06 that identifies any petitioner who respondents believe in good faith had not communicated with any counsel (either through written correspondence or in–person conversation) prior to 6/18/06. (See order for full details) Signed by Judge Gladys Kessler on 8/4/06. (jeb) (Entered: 08/07/2006) |
| 08/07/2006 | 103 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. Attorney Lisa Ann Olson terminated. (Olson, Lisa) (Entered: 08/07/2006) |
| 08/09/2006 | 104 | | Unopposed MOTION Petitioner's motion to Modify June 16, 2005, Order to Allow Release to Pakistan by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 08/09/2006) |
| 08/10/2006 | | | MINUTE ORDER granting 104 petitioner's unopposed motion to modify order to allow release to Pakistan. Signed by Judge Paul L. Friedman on August 10, 2006. (MA) (Entered: 08/10/2006) |
| 08/11/2006 | 105 | | ORDER transferring the government's motion for procedures related to review of certain detainee materials and request for expedited briefing to Judge James Robertson for coordinated handling and decision. Signed by Judge Paul L. Friedman on August 10, 2006. (MA) (Entered: 08/11/2006) |
| 08/11/2006 | 106 | | SUPPLEMENTAL MEMORANDUM correcting July 7, 2006 MOTION for procedures related to review of certain detainee materials and response to supplemental memoranda of certain petitioners filed by Respondents. (Attachments: # 1 Exhibit C–Supplemental Declaration of Kisthardt)Associated Cases: (jeb, ) (Entered: 08/11/2006) |
| 08/15/2006 | 107 | | NOTICE *Responding to request whether petitioner had attorney–client communications prior to June 18, 2006,* by SAIFULLAH PARACHA, FARHAT PARACHA re 102 Order,,, Set Deadlines,, (Hunt, Gaillard) (Entered: 08/15/2006) |
| 08/15/2006 | 108 | | |

| | | |
|---|---|---|
| | | RESPONSE to Order of Court 206 directing respondents to file a notice by 8/15/06 that identifies any petitioner who respondents believe in good faith had not communicated with any counsel filed by Respondents (Attachments: # 1 Exhibit 1–Chart regarding seized materials and privileged communications) (Entered: 08/15/2006) |
| 08/17/2006 | 109 | Memorandum in opposition to re 101 MOTION for Return of Property , *Petitioner's Motion for Return of Papers or Submission to Special Master for Privilege Review,* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Henry, Terry) (Entered: 08/17/2006) |
| 08/24/2006 | 110 | ORDER transferring to Judge Robertson: petitioner's motion for release of attorney–detainee correspondence 88 ; petitioner's motion to review and release confidential attorney–detainee correspondence 95 ; and petitioner's motion for return of papers or submission to special master for privilege review 101 . Signed by Judge Paul L. Friedman on 8/24/06. (lcplf1) (Entered: 08/24/2006) |
| 09/15/2006 | 111 | ORDER granting MOTION of respondents for procedures related to review of certain detainee materials . Signed by Judge James Robertson on 9/15/06. (Entered: 09/15/2006) |
| 09/20/2006 | 112 | AMENDED MEMORANDUM ORDER granting MOTION of respondents for procedures related to review of certain detainee materials. Signed by Judge James Robertson on 9/20/06. (Entered: 09/20/2006) |
| 09/21/2006 | 113 | MOTION to Stay re 112 Memorandum & Opinion, 111 Order on Motion for Miscellaneous Relief ––*Motion to stray Order of September 15, 2006, allowing Filter Team* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 09/21/2006) |
| 09/21/2006 | 114 | MOTION to Amend/Correct 112 Memorandum & Opinion, 111 Order on Motion for Miscellaneous Relief ––*Motion to Modify Order of September 15, 2006, allowing a Filter Team* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 09/21/2006) |
| 09/22/2006 | | MINUTE ORDER denying motion to stay 113 and denying motion to amend/correct 114 . Signed by Judge James Robertson on September 22, 2006. (MT) (Entered: 09/22/2006) |
| 09/22/2006 | 115 | MOTION for Preliminary Injunction *Requiring Appointment or Acceptance of Islamic Chaplains,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Affidavit from available imams# 2 Affidavit Exhaustion of remedies# 3 Affidavit Offering support)(Hunt, Gaillard) (Entered: 09/22/2006) |
| 09/28/2006 | 116 | Unopposed MOTION for Extension of Time to *Respond to Petitioner Saifullah Paracha's Motion for Preliminary Injunction Under Religious Freedom Restoration Act* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Text of Proposed Order)(Patterson, Nicholas) (Entered: 09/28/2006) |
| 09/29/2006 | | MINUTE ORDER granting 116 respondents' unopposed Motion for extension of time up to and including October 13, 2006 to respond to petitioner's motion for preliminary injunction under Religious Freedom Restoration Act. Signed by Judge Paul L. Friedman on September 29, 2006. (MA) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/29/2006) |
| 09/29/2006 | | | Set/Reset Deadlines: Response to petitioner's motion for preliminary injunction under Religious Freedom Restoration Act due by 10/13/2006. (mm) (Entered: 09/29/2006) |
| 10/02/2006 | 117 | | NOTICE OF INTERLOCUTORY APPEAL as to Minute Order filed 8/4/06 on Motion to Vacate, by SAIFULLAH PARACHA, FARHAT PARACHA. Fee Status: No Fee Paid. Parties have been notified. (td, ) (Entered: 10/02/2006) |
| 10/02/2006 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 117 Notice of Interlocutory Appeal (td, ) (Entered: 10/10/2006) |
| 10/06/2006 | 118 | | MOTION for Leave to Appeal in forma pauperis *from Order of August 4, 2006,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Affidavit)(Hunt, Gaillard) (Entered: 10/06/2006) |
| 10/13/2006 | 119 | | Memorandum in opposition to re 115 MOTION for Preliminary Injunction *Requiring Appointment or Acceptance of Islamic Chaplains, Respondents' Opposition to Petitioner's Motion for Preliminary Injunction Under Religious Freedom Restoration Act* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit A)(Patterson, Nicholas) (Entered: 10/13/2006) |
| 10/16/2006 | | | MINUTE ORDER transferring back to Judge Friedman for potential transfer to Magistrate Judge Kay: petitioners' motion for release of attorney–detainee correspondence 88 and petitioners' motion to review and release confidential attorney–detainee correspondence 95 . Signed by Judge James Robertson on October 16, 2006. (MT) (Entered: 10/16/2006) |
| 10/17/2006 | | | MINUTE ORDER granting 118 petitioner's unopposed application to appeal in forma pauperis from the Order dated August 4, 2006. Signed by Judge Paul L. Friedman on October 17, 2006. (MA) (Entered: 10/17/2006) |
| 10/17/2006 | | | Supplemental re: 118 Minute Order filed granting petitioner's application to appeal IFP transmitted to US Court of Appeals re 117 Notice of Interlocutory Appeal (td, ) (Entered: 10/17/2006) |
| 10/18/2006 | 120 | | NOTICE of Filing Military Commission Act by Respondents. (Attachments: # 1 Military Commision Act of 2006) (Entered: 10/18/2006) |
| 10/23/2006 | | | MINUTE ORDER transferring to Magistrate Judge Kay: petitioners' motion for release of attorney–detainee correspondence 88 and petitioners' motion to review and release confidential attorney–detainee correspondence 95 . Signed by Judge Paul L. Friedman on October 23, 2006. (MA) (Entered: 10/23/2006) |
| 10/25/2006 | 121 | | NOTICE of Appearance by Zachary Katznelson on behalf of SAIFULLAH PARACHA (Katznelson, Zachary) (Entered: 10/25/2006) |
| 10/25/2006 | 122 | | NOTICE *of Filing of Documents Required Pursuant to Protective Order* by SAIFULLAH PARACHA (Katznelson, Zachary) (Entered: 10/25/2006) |
| 10/25/2006 | | | CASE REFERRED to Magistrate Judge Alan Kay for determination of motions #88 & #95 for release of attorney detainee correspondence. (jsc) (Entered: 10/26/2006) |

| 10/30/2006 | 123 | | NOTICE *of the Unconstitutionality of the Attempted Suspension of Habeas Corpus in the Military Commissions Act of 2006,* by SAIFULLAH PARACHA, FARHAT PARACHA re 120 Notice (Other) (Hunt, Gaillard) (Entered: 10/30/2006) |
| 11/14/2006 | 124 | | MOTION for Temporary Restraining Order *and Preliminary Injunction preventing cardiac catheterization at Guantanamo,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Exhibit Exh B Email from Mr. Warden# 2 Exhibit Exh C Dr Chomsky cardiologist affidavit# 3 Exhibit Exh A Katznelson affidavit# 4 Exhibit Exh D Imran Ahmad cardiologist affidavit)(Hunt, Gaillard) Additional attachment(s) added on 11/15/2006 (td, ). (Entered: 11/14/2006) |
| 11/14/2006 | 125 | | ENTERED IN ERROR. . . . MOTION for Temporary Restraining Order −− *Text of proposed TRO,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Text of Proposed Order Proposed Preliminary Injunction)(Hunt, Gaillard) Modified on 11/15/2006 (td, ). (Entered: 11/14/2006) |
| 11/15/2006 | | | MINUTE ORDER that the United States shall file a response to the motion 124 for a temporary restraining order and for a preliminary injunction before the close of business on Friday, November 17, 2006, and there will be a hearing on the matter on Monday, November 20, 2006 at 9:15 a.m., unless the petitioner?s counsel withdraws the motion after consultation with his client over the weekend regarding the representations of the respondents in their forthcoming opposition papers with respect to the conditions at the medical facilities in Guant?namo Bay. Signed by Judge Paul L. Friedman on November 15, 2006. (MA) (Entered: 11/15/2006) |
| 11/15/2006 | | | MINUTE ORDER that if petitioner's counsel would like to file a reply brief in connection with the motion 124 for a temporary restraining order and for a preliminary injunction, such a brief must be filed before 6:00 p.m. on Sunday, November 19, 2006 via the Court's electronic filing system. Signed by Judge Paul L. Friedman on 8/15/06. (lcplf1) (Entered: 11/15/2006) |
| 11/15/2006 | | | Set Deadline/Hearing: Response to 124 motion for a temporary restraining order and for preliminary injunction due by 11/17/2006; Motion Hearing set for 11/20/2006 @ 09:15 AM in Courtroom 29A before Judge Paul L. Friedman. (mm) (Entered: 11/16/2006) |
| 11/15/2006 | | | Set Deadline: Reply brief in connection with 124 motion for temporary restraining order and for preliminary injunction to be filed Sunday, 11/19/2006 before 6:00 p.m. via the Court's electronic filing system. (mm) (Entered: 11/16/2006) |
| 11/17/2006 | 126 | | Memorandum in opposition to re 124 MOTION for Temporary Restraining Order *and Preliminary Injunction preventing cardiac catheterization at Guantanamo,* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(White, Edward) (Entered: 11/17/2006) |
| 11/20/2006 | 127 | | ORDER denying as moot 124 petitioner's initial motion for a temporary restraining order and preliminary injunction, and denying petitioner's subsequent motion for a preliminary injunction submitted November 20, 2006 requiring proper medical treatment. Signed by Judge Paul L. Friedman on |

| | | | |
|---|---|---|---|
| | | | November 20, 2006. (MA) (Entered: 11/20/2006) |
| 11/20/2006 | | | MINUTE ORDER that in light of the Order 49 staying this matter entered on March 23, 2005, the following motions are denied, without prejudice to their being refiled after the Court has lifted the stay: 23 Respondents' Motion to Dismiss the Amended Petition for Habeas Corpus; 28 Petitioner's Motion for Summary Judgment; 69 Petitioner's Motion for Preliminary Injunction for Relief from Punitive Conditions of Confinement; 72 Petitioner's Motion for Preliminary Injunction Allowing Petitioner Access to a Bible and Other Books; 83 Petitioner's Motion to Amend Petition and Add Attorney General as Respondent; and 115 Petitioner's Motion for Preliminary Injunction Requiring Appointment or Acceptance of Islamic Chaplains. Signed by Judge Paul L. Friedman on November 20, 2006. (MA) (Entered: 11/20/2006) |
| 11/20/2006 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Motion Hearing held on 11/20/2006 re: Petitioner's 124 Motion for Temporary Restraining Order and Preliminary Injunction Preventing Cardiac Catheterization at Guantanamo and Petitioner's subsequent Motion for Preliminary Injunction submitted 11/20/2006. For the reasons stated on the record, the Court denies as moot Petitioner's 124 Motion for Temporary Restraining Order and Preliminary Injunction and denies Petitioner's subsequent Motion for Preliminary Injunction submitted 11/20/2006. (Court Reporter Linda L. Russo.) (mm) (Entered: 11/22/2006) |
| 11/21/2006 | 128 | | NOTICE *of Appearance by Clive Stafford Smith* by SAIFULLAH PARACHA, FARHAT PARACHA (Katznelson, Zachary) (Entered: 11/21/2006) |
| 11/21/2006 | 129 | | NOTICE *of Filing of Documents Required Pursuant to Protective Order* by SAIFULLAH PARACHA (Katznelson, Zachary) (Entered: 11/21/2006) |
| 11/22/2006 | 130 | | Emergency MOTION for Preliminary Injunction *for proper medical treatment,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Affidavit Katznelson affidavit of 11/18/2006 phone conversation with petitioner;# 2 Exhibit Petitioner's letters to DoD;)(Hunt, Gaillard) (Entered: 11/22/2006) |
| 11/22/2006 | 131 | | MOTION for Order to Show Cause by SAIFULLAH PARACHA, FARHAT PARACHA; (SEE DOCUMENT NO. 130 FOR IMAGE) (td, ) (Entered: 11/24/2006) |
| 11/27/2006 | 132 | | NOTICE OF APPEAL as to Minute Order on Motion for Summary Judgment,,,, Order on Motion for Preliminary Injunction,,,,,,,, Order on Motion to Amend/Correct,,,,,,, Order on Motion to Dismiss,,,, 127 Order on Motion for TRO, by SAIFULLAH PARACHA, FARHAT PARACHA. Fee Status: No Fee Paid. Parties have been notified. (td, ) (Entered: 11/30/2006) |
| 11/30/2006 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 132 Notice of Appeal. (td, ) (Entered: 11/30/2006) |
| 12/18/2006 | 133 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to GEORGE WALKER BUSH. Attorney Preeya M. Noronha terminated. (Entered: 12/21/2006) |
| 01/25/2007 | 134 | | NOTICE of Appearance by Judry Laeb Subar on behalf of respondents. (Entered: 01/25/2007) |

| 02/05/2007 | 135 | | MANDATE of USCA (certified copy)It is hereby ordered that the District Court's order filed November 20, 2006 be summarily affirmed; It is further ordered that the emergency motion be dismissed as moot; USCA#06−1038 (jsc) (Entered: 02/07/2007) |
|---|---|---|---|
| 02/28/2007 | 136 | | ORDER assigning Speccial Litigation Team to represent Privilege Review Team in its response to 88 Petitioner's Motion for Release of Attorney−Detainee Correspondence and 95 Petitioner's Motion to Review and Release Confidential Attorney−Detainee Correspondence. The Special Litigation Team shall respond to Petitioner's Motions on behalf of the Privilege Review Team by March 9, 2007. A hearing on these Motions is scheduled for March 14, 2007 at 10:00 am in Courtroom 7. Signed by Magistrate Judge Alan Kay on 2/28/2007. (lcak1, ) (Entered: 02/28/2007) |
| 02/28/2007 | | | Set Deadlines/Hearings: Response to 88 motion for release of attorney−detainee correspondence and 95 motion to review and release confidential attorney−detainee correspondence due by 3/9/2007. Motion Hearing regarding these motions set for 3/14/2007 @ 10:00 am in Courtroom 7 before Magistrate Judge Alan Kay. (mm) (Entered: 03/01/2007) |
| 03/06/2007 | | | Set/Reset Deadlines : Response to Petitioner's motions by the Special Litigation Team, on behalf of the Privilege Review Team, due by 3/9/07. (kk) (Entered: 03/06/2007) |
| 03/09/2007 | 137 | | RESPONSE to petitioner's motion for release of Attorney−Detainee Correspondence filed by PRIVILEGE TEAM. (td, ) Modified on 3/16/2007 (td, ). (Entered: 03/15/2007) |
| 03/14/2007 | | | MINUTE ENTRY for proceedings held before Judge Magistrate Judge Alan Kay : Motion Hearing held on 3/14/2007; re 88 MOTION Petitioner's Motion for Release of Attorney−Detainee Correspondence and re 95 MOTION to Compel; Court ruling to be taken under advisement. (Court Reporter Pro−Typists.) (lm ) Modified on 3/16/2007 (kk). (Entered: 03/16/2007) |
| 03/29/2007 | 138 | | STATUS REPORT *Regarding Petitioner's Motions To Compel Release Of Attorney−Detainee Correspondence* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Warden, Andrew) (Entered: 03/29/2007) |
| 03/30/2007 | | | MINUTE ORDER: Petitioner and Respondents have filed a 138 Joint Status Report Regarding Petitioner's Motions To Compel Release Of Attorney−Detainee Correspondence. In this status report, the parties explicitly agree that 88 Petitioner's Motion For Release Of Attorney−Detainee Correspondence and 95 Petitioner's Motion To Review And Release Confidential Attorney−Detainee Correspondence are now moot. In light of this representation, the two aforementioned motions are hereby DENIED AS MOOT. Signed by Magistrate Judge Alan Kay on 3/30/2007.(lcak1, ) (Entered: 03/30/2007) |
| 04/12/2007 | 141 | | ORDER of USCA (certified copy) as to 55 Notice of Appeal filed by SAIFULLAH PARACHA; It is hereby ordered that the motion of petitioner appellant to consider and grant his dispositive motion in all of his cases be denied without prejudice to any claims raised by petitioner in 06−1038; It is further ordered that #05−5197 & 05−5333 be remanded to the District Court with instructions and that #05−5211 be dismissed as moot without prejudice to any claims raised by petitioner in 06−1038; It is further ordered that |

| | | | |
|---|---|---|---|
| | | | petitioners motions relating to conditions of his confinement be dismissed and that #06–1117 be dismissed;It is further ordered that #06–1038 be scheduled for oral argument on September 17, 2007 at 9:30am before Chief Judge Ginsburg; USCA#05–5194 (jsc) (Entered: 04/24/2007) |
| 04/19/2007 | 139 | | MOTION to Dismiss by Respondents. (Attachments: # 1 Exhibit A–Second Declaration of Karen L. Hecker# 2 Exhibit B–List of Released Enemy Combatant Detainees# 3 Exhibit C–List of Released–No Longer Enemy Combatant Detainees# 4 Exhibit D–USCA Judgment–Kiyemba# 5 Exhibit E–USCA Judgment re: Paracha# 6 Exhibit F–Declaration of Matthew C. Waxman# 7 Text of Proposed Order)Associated Cases: 1:02–cv–00299–CKK et al.(jeb) (jeb, ). (Entered: 04/19/2007) |
| 04/23/2007 | 140 | | Memorandum in opposition to re 139 MOTION to Dismiss *from Respondents, this opposition* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 04/23/2007) |
| 05/03/2007 | 142 | | REPLY to opposition to motion re 139 MOTION to Dismiss filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Attachments: # 1 Exhibit P1)(Henry, Terry) (Entered: 05/03/2007) |
| 05/07/2007 | 143 | | NOTICE of Appearance by David H. Remes on behalf of SAIFULLAH PARACHA, FARHAT PARACHA (Remes, David) (Entered: 05/07/2007) |
| 05/07/2007 | 144 | | NOTICE of Appearance by Marc D. Falkoff on behalf of SAIFULLAH PARACHA, FARHAT PARACHA (Falkoff, Marc) (Entered: 05/07/2007) |
| 05/10/2007 | 145 | | NOTICE *of Filing of Memorandum of Understanding Executed by Enrique Armijo* by SAIFULLAH PARACHA, FARHAT PARACHA (Falkoff, Marc) (Entered: 05/10/2007) |
| 05/10/2007 | 146 | | NOTICE *of Filing of Memorandum of Understanding Executed by Marc D. Falkoff* by SAIFULLAH PARACHA, FARHAT PARACHA (Falkoff, Marc) (Entered: 05/10/2007) |
| 05/29/2007 | 147 | | NOTICE *of Filing of Memorandum of Understanding Executed by David H. Remes* by SAIFULLAH PARACHA, FARHAT PARACHA (Remes, David) (Entered: 05/29/2007) |
| 05/29/2007 | 148 | | NOTICE *of Filing of Memorandum of Understanding Executed by Brent T. Starks* by SAIFULLAH PARACHA, FARHAT PARACHA (Remes, David) (Entered: 05/29/2007) |
| 05/29/2007 | 149 | | NOTICE *of Filing of Memorandum of Understanding Executed by Jason M. Knott* by SAIFULLAH PARACHA, FARHAT PARACHA (Remes, David) (Entered: 05/29/2007) |
| 06/27/2007 | 150 | | NOTICE *of Filing of Memorandum of Understanding Executed by Robert Knowles* by SAIFULLAH PARACHA, FARHAT PARACHA (Remes, David) (Entered: 06/27/2007) |
| 07/02/2007 | 151 | | NOTICE *and Summary of Filing* by SAIFULLAH PARACHA, FARHAT PARACHA re 140 Memorandum in Opposition (Remes, David) (Entered: 07/02/2007) |
| 07/03/2007 | 152 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *OF ACTIVITY IN GUANTAMO CASES* by SAIFULLAH PARACHA, FARHAT PARACHA re 140 Memorandum in Opposition (Attachments: # 1 Motion to Recall Mandate)(Remes, David) (Entered: 07/03/2007) |
| 07/27/2007 | 153 | | NOTICE *and Summary of Filing* by SAIFULLAH PARACHA, FARHAT PARACHA re 140 Memorandum in Opposition (Remes, David) (Entered: 07/27/2007) |
| 07/27/2007 | 154 | | ORDER denying 139 Motion to Dismiss without prejudice pending the Supreme Court's decision in Boumediene v. Bush (No. 06–1195) and Al–Odah v. Bush (No. 06–1196). Signed by Judge Paul L. Friedman on 7/27/07. (lcplf1) (Entered: 07/27/2007) |
| 07/30/2007 | 155 | | NOTICE *of Further Activity in Guantamo Cases* by SAIFULLAH PARACHA, FARHAT PARACHA re 140 Memorandum in Opposition (Attachments: # 1 Exhibit 1 – Al Odah Order# 2 Exhibit 2 – Boumediene Order)(Remes, David) (Entered: 07/30/2007) |
| 10/09/2007 | 156 | | NOTICE of Appearance by Cori Crider on behalf of SAIFULLAH PARACHA, FARHAT PARACHA (nmw, ) (Entered: 10/12/2007) |
| 02/13/2008 | 157 | | N0TICE Of Report Regarding Preservation Filed by GEORGE BUSH, et al.(jeb, ) (Entered: 02/13/2008) |
| 03/04/2008 | 158 | | NOTICE OF FILING of Motion for designation of Paragraph 9 of the 2/8/08 Declaration of Rear Admiral Mark H. Buzby (filed 2/13/08) as protected information under the protective orders by GEORGE W. BUSH,et al. (jeb, ) (Entered: 03/04/2008) |
| 04/03/2008 | | | MINUTE ORDER granting Respondents Motion for Designation of Paragraph 9 of the February 8, 2008 Declaration of Rear Admiral Mark H. Buzby as Protected Information Under the Protective Orders. The Court notes that no Petitioner has opposed this Motion and that several Petitioners have filed Notices of Non–Opposition. Paragraph 9 of the February 8, 2008 Declaration of Rear Admiral Mark H. Buzby, and any other documents repeating or incorporating its contents or otherwise establishing its protected nature, shall be accorded the status of protected information and subject to the applicable provisions of the protective orders entered in the Guantanamo Bay detainee litigation. Signed by Magistrate Judge Alan Kay on 4/2/08. (jeb) (Entered: 04/03/2008) |
| 07/02/2008 | 159 | | ORDER transferring this case to Judge Hogan for coordination and management as reflected in the July 1, 2008 Resolution of the Executive Session. Signed by Judge Paul L. Friedman on 7/2/08. (lcplf1) (Entered: 07/02/2008) |
| 07/02/2008 | 160 | | ORDER by Judge Thomas F. Hogan IN RE: GUANTANAMO BAY DETAINEE LITIGATION: Hearing set for July 8, 2008 at 2:00 p.m. in the Ceremonial Courtroom. (ds) (Entered: 07/02/2008) |
| 07/03/2008 | | | MINUTE ORDER advising the parties that, in the interest of convenience and judicial economy, notices of appearance need not be refiled under this Miscellaneous Case Number (08–MC–4422) if such a notice already has been filed in the docket for the corresponding Civil Action Number. New notices of |

| | | | |
|---|---|---|---|
| | | | appearance likewise should be filed exclusively in the docket for the applicable Civil Action Number. Accordingly, no notices of appearance need be filed in the docket for this Miscellaneous Case Number. Signed by Judge Thomas F. Hogan on July 3, 2008. (lctfh2) (Entered: 07/03/2008) (Entered: 07/03/2008) |
| 07/05/2008 | 161 | | MOTION to Enforce *Discovery and to Vacate Stay*, MOTION for Discovery by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 07/05/2008) |
| 07/07/2008 | 162 | | ORDER. Signed by Judge Thomas F. Hogan on 7/7/08. (lctfh1) (Entered: 07/07/2008) |
| 07/08/2008 | | | NOTICE re 161 Motion to Enforce; emailed to gthunt@mdo.net, cc'd 15 associated attorneys –– The PDF file you docketed contained errors: 1. This document must also be filed in Miscellaneous Case No. 08−442 pursuant to the Judge's order. (td, ) (Entered: 07/08/2008) |
| 07/09/2008 | 163 | | NOTICE *Regarding Status Conference* by MICHAEL I. BUMGARNER (Attachments: # 1 Exhibit A)(Subar, Judry) (Entered: 07/09/2008) |
| 07/11/2008 | 164 | | VACATED PURSUANT TO USCA MANDATE FILED ON 3/15/2011.....ORDER; Regarding Representative Counsel's request for 30 days advance notice,Signed by Judge Thomas F. Hogan on 07/10/08. (hs) (Additional attachment(s) added on 7/11/2008: # 1 Order) (zhs, ). Modified on 3/15/2011 (dr). (Entered: 07/11/2008) |
| 07/11/2008 | 165 | | SCHEDULING ORDER: setting forth deadlines: Parties' Status Report due by 7/18/2008; Joint Report due 7/21/08; Simultaneous Briefing on procedural framework issues due 7/25/08, and counsel for government and petitioners to file Responses by 8/1/08; Factual Returns and Motions to Amend Factual Returns due 8/29/08. (See order for full details) Signed by Judge Thomas F. Hogan on 7/11/08. (jeb, ) (Entered: 07/11/2008) |
| 07/18/2008 | 166 | | STATUS REPORT *as of July 18, 2008,* by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 07/18/2008) |
| 07/18/2008 | 167 | | STATUS REPORT *And Response To Court's July 11, 2008 Order* by GEORGE W. BUSH. (Attachments: # 1 Exhibit 1 – Part 1, # 2 Exhibit 1 –– Part 2, # 3 Exhibit 1 –– Part 3, # 4 Exhibit 1 –– Part 4, # 5 Exhibit 1 –– Part 5, # 6 Exhibit 1 –– Part 6, # 7 Exhibit 2, # 8 Exhibit 3)(Warden, Andrew) (Entered: 07/18/2008) |
| 07/21/2008 | 168 | | NOTICE of Appearance by Paul A. Dean on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Dean, Paul) (Entered: 07/21/2008) |
| 07/21/2008 | 169 | | Memorandum in opposition to re (4 in 1:08−mc−00442−TFH, 4 in 1:08−mc−00442−TFH, 161 in 1:04−cv−02022−PLF, 161 in 1:04−cv−02022−PLF) MOTION to Enforce MOTION for Discovery filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Dean, Paul) (Entered: 07/21/2008) |
| 07/21/2008 | 170 | | STATUS REPORT *Submitted Jointly By Petitioners and Respondents In Response To Court's July 11, 2008 Scheduling Order* by GEORGE W. BUSH. (Attachments: # 1 Exhibit Petitioners' Exhibits, # 2 Exhibit Respondents |

| | | | |
|---|---|---|---|
| | | | Exhibits)(Warden, Andrew) (Entered: 07/21/2008) |
| 07/23/2008 | 171 | | ERRATA –– *Corrections To Exhibts To Joint Status Report* by GEORGE W. BUSH. (Attachments: # 1 Exhibit 6 –– Corrected)(Warden, Andrew) (Entered: 07/23/2008) |
| 07/25/2008 | 172 | | NOTICE OF APPEAL as to (52 in 1:08–mc–00442–TFH, 52 in 1:05–cv–00634–RWR, 52 in 1:05–cv–01497–RCL, 52 in 1:05–cv–00392–ESH) Order by JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD RUMSFELD, GORDON R. ENGLAND, JAY HOOD, J. HOOD, BRICE GYURISKO, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, WADE F. DENNIS, WADE F. DAVIS, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, DAVID M. THOMAS, JR, UNITED STATES OF AMERICA, GEORGE W. BUSH, TERRY CARRICO. Fee Status: No Fee Paid. Parties have been notified. (Subar, Judry) (Entered: 07/25/2008) |
| 07/25/2008 | 173 | | MOTION for Order *Regarding Procedural Framework Issues* by ALL RESPONDENTS. (Attachments: # 1 Text of Proposed Order)(Haas, Alexander) Modified on 7/28/2008 to edit out parties (ks). (Entered: 07/25/2008) |
| 07/25/2008 | 174 | | JOINT MEMORANDUM by ALL PETITIONERS of Law Addressing Procedural Framwork issues.. (Kadidal, Shayana) Modified on 7/28/2008 to add text and to edit out parties. (ks). (Entered: 07/26/2008) |
| 07/28/2008 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re (17 in 1:08–cv–00987–JDB, 107 in 1:05–cv–02378–JDB, 67 in 1:05–cv–00764–CKK–AK, 20 in 1:05–cv–02083–JDB, 92 in 1:05–cv–00329–PLF, 22 in 1:06–cv–01759–JDB, 70 in 1:05–cv–00999–RBW, 71 in 1:05–cv–02380–CKK, 74 in 1:05–cv–01638–CKK, 33 in 1:04–cv–01937–PLF, 355 in 1:02–cv–00828–CKK, 11 in 1:08–cv–01104–CKK, 17 in 1:05–cv–02200–JDB, 60 in 1:05–cv–02104–RBW, 90 in 1:05–cv–01490–PLF, 66 in 1:05–cv–00763–JDB, 54 in 1:05–cv–01645–PLF, 172 in 1:04–cv–02022–PLF, 44 in 1:05–cv–02112–RBW, 47 in 1:05–cv–01244–CKK, 48 in 1:05–cv–01639–RBW, 49 in 1:05–cv–00883–RBW, 16 in 1:08–cv–01101–JDB, 194 in 1:04–cv–01136–JDB, 29 in 1:05–cv–02381–JDB, 62 in 1:05–cv–00892–CKK, 54 in 1:06–cv–01690–RBW, 32 in 1:05–cv–01649–RBW, 14 in 1:08–cv–01085–PLF, 31 in 1:07–cv–01710–RBW, 61 in 1:05–cv–00994–JDB, 77 in 1:04–cv–02046–CKK, 121 in 1:04–cv–01164–RBW, 17 in 1:05–cv–01590–JDB, 48 in 1:05–cv–01646–JDB) Notice of Appeal, (ks) (Entered: 07/28/2008) |
| 07/29/2008 | 175 | | ORDER lifting stays, vacating dismissals, entering protective order, requiring authorizations, and holding motions in abeyance. Signed by Judge Thomas F. Hogan on 7/29/08. (lctfh1) (Entered: 07/29/2008) |
| 08/01/2008 | 176 | | REPLY *ADDRESSING PROCEDURAL FRAMEWORK ISSUES* filed by BISHER NASER ALI ALMARWALH, HUISSEN NASER ALI |

ALMARWALH, MASAAB OMAR AL–MADHWANI, ABDULKHALIQ
AL–BAIDHANI, KHALID AL–BAIDHANI, ALI AHMED MOHAMMED
AL RAZEHI, ABDULLAH AHMED MOHAMMED AL RAZEHI, SAEED
AHMED AL–SARIM, SAMIR AHMED AL–SARIM, ATAG ALI ABDOH,
FAHMI ABDULLAH AHMED, KMAL ABDULLAH AHMED,
ABDUALAZIZ ABDOH AL SWIDI, ADNAN ABDOH ALSWIDI, AL
HUSSIN AL–TIS, HADI HUSSIN AL–TIS, FAHMI ABDULLAH UBAD
AL–TAWLAQI, ALL PETITIONERS, ABDULLAH AHMED UBAD
AL–TAWLAQI, MAHMOUD AHMED, ABDULMALIK
ABDULWAHHAB AL–RAHABI, AHMED ABDULWAHHAB,
MAKHTAR YAHIA NAJI AL–WRAFIE, FOADE YAHIA NAJI
AL–WRAFIE, AREF ABD AL RAHIM, MAHMOAD ABDAH,
MAHMOAD ABDAH AHMED, YAHIVA HSANE MOHAMMED SAUD
AL–RBUAYE, MAJID MAHMOUD AHMED, IBRAHIM AHMED
MAHMOUD AL QOSI, ALI SALAH KAHLAH AL–MARRI, JARALLAH
AL–MARRI, SHAKER ABDURRAHEEM AAMER, RAMI BIN SAAD
AL–OTEIBI, HANI SALEH RASHID ABDULLAH, YOSRA SALEH
RASHID ABDULLAH, MAHMOOD SALIM AL MOHAMMED,
ABDULLA SALIM AL–MOHAMMED, FATTOUH ALY AHMED
ALGAZZAR, ADEL FATTOUH ALY AHMED ALGAZZAR, EAHME
SALEM ALASSANI, SALEM SAED ALASSANI, SULEIMAN AWADH
BIN AGIL AL–NADHI, GHAZI AWADH BIN AGIL AL–NADHY,
MOHAMMED AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ,
MUHAMMAD AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ,
MOHAMED ALI ABDULLA, FAHMI SALEM AL–ASSANI, SALEM
SAID AL–ASSANI, SULEIMAN AWADH BIN AQIL AL–NAHDI, GHAZI
AWADH BIN AQIL AL–NAHDI, AHMED ABDULLAH AL–WAZAN,
RAFIQ BIN BASHIR BIN JALLUL ALHAMI, NASSER DAHER AL
SHAMMARI, SHAKER AAMER, SALEH ABDULLA AL–OSHAN,
MOHAMMED SAAD MOHAMMED AL–OSHAN, ZABEN DHAHER AL
SHAMMARI, OMER SAEED SALEM AL DAINI, MOHAMMED SAEED
SALEM AL DAINI, MOHSEN ABDRUB ABOASSY, ABDULLA
AHDRUB ABOASSY, SHAKER AAMER, ALLADEEN, ISMAIL
AL–MASHAD, ARKAN MOHAMMAD GHAFIL AL KARIM, ASIM BEN
THABIT AL–KHALAQI, ABDULSALAM ALI ABDULRAHMAN
AL–HELA, ABDULWAHAB ALI ABDULRAHMAN AL–HELA, TARIQ
MAHMOUD ALSAWAM, ABDULZAHER, BISHER AL–RAWI, ALI
MOHAMMED SALEH AL–SALAHI, AHMED "DOE", SHAKER AAMER,
ADIL BIN MUHAMMAD AL WIRGHI, TAWISS BINT HASAN AL
WIRGHI, ABBAR SUFIAN AL HAWARY, SHAKER AAMER, BISHER
AL–RAWI, FOUZIA AHMMED, HUSSAIN SALEM MOHAMMED
ALMERFEDI, SALEM MOHAMMED SALEM ABDULLA ALMERFEDI,
HUSSEIN SALEM MOHAMMAD ABDALLAH EL–MARQODI, AMEEN
MOHAMMAD ALBKRI, ALI SALEH ALBKRI, ALLA ALI BIN ALI
AHMED, WAGDI ALI BIN ALI, MOHAMMED AL–QAHTANI, MANEA
AHMED FAHAD AL–QAHTANI, ISMAIL ALKHEMISI, ABD AL MALIK
ABD AL WAHAB, MUHAMMED AHMED MUHAMMED
ALGHURBANY, SALEH MOHAMMED SELEH AL THABBII, FATMAH
QHASIM AL AHMADI, ABDULGADER AHMED HASIN ABOBAKER,
ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID ALI AL JAYFI,
OTHMAN ALI MOHAMMED AL SHAMRANY, ALI MOHAMED OMAR
AL SHOMRANY, KHALID MOHAMMED AL THABBI, ABDU AL

QADER HUSSAIN AL–MUDAFARI, SALIEH HUSSAIN ALI
AL–MUDAFARI, HAYAL AZIZ AHMED AL–MITHALI, ALI AZIZ
AHMED AL–MITHALI, ABDUALQADER HOSSIN ALI AL–MOTHAFRI,
SALEH HOSSIN ALI AL–MOTHAFRI, ABD AL HAKIM GHALIB
AHMAD ALHAG, SAEED GHALIB AHMAD ALHAG, MOHAMMED
ABDUL RAHMAN AL–SHIMRANI, ALI ABDUL RAHMAN
AL–SHIMRANI, FARID AHMED, AHMED AL DARBY, AHMAD
MOHAMMAD AL DARBI, ALI MOHAMMAD AL DARBI, ABDUL
HAMID ABDUL SALAM AL–GHIZZAWI, ALI YEHYA MAHDI
AL–RIMI, BANDAR AL JAABIR, ANWAR HANDAN AL SHIMMIRI,
SULIMAN HONAHEEM ALOWAIDAH, SAAD AL QAHTAANI,
JOBRAN SAAD AL–QUHTANI, NAWAL MADAY AL–QUHTANI,
ZAKARIA AL–BAIDANY, AHMED MOHAMMED HASSIN AL
RAMMAH, MOHAMMED AL PALESTINI, ABIN ALHAMED ABID
ALSALLAM ALKESAWI, UMAR ABDULLAH AL KUNDUZI, KHALED
ABDALLAH AL–IDAN, ABDUL RAZAK ALI, MUSTAFA AL SHAMILI,
BISHER AL–RAWI, SANAD ALI ALKALIEMI, SAIF ULLAH, SHARAF
AL SANANI, FAWZI KHALED ABDALLAH AL–AUDHA, FAHD AL
HARAAZI, JABIR AL QUATANY, ADEL LNU, ABU AHMED AL JOFI,
ABU RAD AL JOFI, SAD AL MATERI, SAYF BIN ABDALLAH, AHMED
ADNAN AHJAM, ZEYAD AL GASSMY, HALA AHMAD SAEED
AL–ADAHG, ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER
AWAD AL BIHANI, ABU AHMED, ZEIN AL–ABEDEEN, YAGOOB AL
SOURY, ADEL AL TUNISI, MOHAMMED AHMED SLAM
AL–KHATEEB, ALI AL KAZMI, ADNAN AL BIHANI, TALAH AHMED
MOHAMMED ALI ALMJRD, AHMED MOHAMMED ALI ALMJRD,
AHMED AL–DELEBANY, WAQAS MOHAMMED ALI AWAD,
ABDAUL RAZAK ALI–HAJ, ADNAN, AHAMED, ABD AL RAHMAN
ABDULLAH AL HALMANDY, MOHAMMED ABDULLAH, ABUL AZIZ
AL MATRAFI, MOHAMED FAHAD SAAD AL ZU'BI, ABDULRAHMAN,
SAUD AL JOUHANY, SULTAN AL SHAREEF, ABDUL AL HAMMAN,
ABDULLA, ADEL, ABDULLAH, ABDULLAH ALI SALEH, IBRAHIM
NAYIF ADBALLAH IBRAHIM, ABDO ALI AL HAJ,
GHANIM–ABDULRAHMAN AL–HARBI, ALI ABDULLAH ALI,
MOHAMED MUQBEL AHMED ALSABRI, MOHAMED AL–ZARNOUQI,
MASHOUR ABDULLAH MUQBEL ALSABRI, ACHRAF SALIM
ABDESSALAM, IYOB MURSHAD ALI SALEH, RIDAH BIN SALEH AL
YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI
MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI,
ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR, MOHAMMED
ABD AL AL QADIR, ABD AL–RAHIM HUSSAIN MOHAMMED
AL–NASHIRI, ABDULAZIZ SAYER OWAIN AL SHAMMARI, SAYER
O. Z. AL SHAMMARI, ABDULLAH SALEH ALI AL AJMI, MESFER
SALEH ALI AL AJMI, MOHAMMED FUNAITEL AL DIHANI, MUBARA
F. S. M. AL DAIHANI, FAYIZ MOHAMMED AHMED AL KANDARI,
MOHAMMAD A. J. M. H. AL KANDARI, FWAD MAHMOUD AL
RABIAH, MONZER M. H. A. AL RABIEAH, ADIL ZAMIL ABDULL
MOHSSIN AL ZAMIL, WALID Z. A. AL ZAMEL, FAWZI KHALID
ABDULLAH FAHAD AL ODAH, KHALED A.F. AL ODAH, NASSER
NIJER NASER AL MUTAIRI, ABDULLAH KAMAL ABDULLAH
KAMAL AL KANDARI, SAAD MADAI SAAD HAWASH AL–AZMI,
NAYEF N. N. B. J. AL MUTAIRI, KHALID ABDULLAH MISHAL AL

| | | |
|---|---|---|
| | | MUTAIRI, MESHAL A. M. TH AL MUTAIRI. (MacLean, Matthew) (Entered: 08/01/2008) |
| 08/01/2008 | 177 | STATUS REPORT *(Supplemental)* by JAY HOOD, GEORGE W. BUSH, DONALD RUMSFELD, NELSON J. CANNON, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, SHAKER ABDURRAHEEM AAMER, BRICE GYURISKO, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, WADE F. DENNIS, WADE F. DAVIS, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, DAVID M. THOMAS, JR, UNITED STATES OF AMERICA, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. (Henry, Terry) (Entered: 08/01/2008) |
| 08/01/2008 | 178 | Memorandum in opposition to re (110 in 1:05–cv–00270–JR, 52 in 1:05–cv–02088–RWR, 61 in 1:05–cv–02104–RBW, 54 in 1:05–cv–01602–RMU, 86 in 1:05–cv–00247–HHK, 41 in 1:06–cv–01758–RMC, 21 in 1:05–cv–02083–JDB, 104 in 1:05–cv–01220–RMU, 48 in 1:05–cv–01457–GK, 48 in 1:05–cv–01244–CKK, 17 in 1:08–cv–01101–JDB, 18 in 1:05–cv–02200–JDB, 69 in 1:05–cv–01607–RMU, 62 in 1:05–cv–00993–RMU, 50 in 1:05–cv–00883–RBW, 39 in 1:06–cv–01761–ESH, 61 in 1:05–cv–00526–RMU, 18 in 1:08–cv–01153–HHK, 33 in 1:05–cv–01649–RBW, 45 in 1:05–cv–01189–JR, 144 in 1:05–cv–00280–GK, 63 in 1:06–cv–01767–RMU, 78 in 1:04–cv–02046–CKK, 91 in 1:05–cv–01490–PLF, 35 in 1:05–cv–02387–RMC, 94 in 1:05–cv–01704–RMU, 55 in 1:05–cv–00889–ESH, 49 in 1:05–cv–00998–RMU, 30 in 1:05–cv–02381–JDB, 77 in 1:05–cv–01505–RMC, 82 in 1:05–cv–02249–RMC, 25 in 1:06–cv–01674–RMC, 74 in 1:05–cv–01678–GK, 20 in 1:06–cv–01691–GK, 55 in 1:05–cv–01645–PLF, 97 in 1:05–cv–01592–RCL, 112 in 1:05–cv–01429–RMU, 47 in 1:05–cv–02385–RMU, 27 in 1:06–cv–01668–HHK, 37 in 1:05–cv–02477–RMU, 40 in 1:05–cv–00881–JR, 173 in 1:04–cv–02022–PLF, 18 in 1:08–cv–00987–JDB, 93 in 1:05–cv–00329–PLF, 84 in 1:05–cv–01601–GK, 63 in 1:05–cv–00892–CKK, 33 in 1:05–cv–01623–RWR, 61 in 1:05–cv–00392–ESH, 67 in 1:05–cv–02371–RCL, 195 in 1:04–cv–01136–JDB, 122 in 1:04–cv–01164–RBW, 68 in 1:05–cv–00764–CKK–AK, 136 in 1:05–cv–01509–RMU, 10 in 1:08–cv–01185–HHK, 7 in 1:08–cv–01207–RWR, 67 in 1:05–cv–02379–JR, 57 in 1:05–cv–02349–RMC, 88 in 1:05–cv–01555–JR, 127 in 1:05–cv–01048–RMU, 49 in 1:05–cv–01646–JDB, 71 in 1:05–cv–00999–RBW, 40 in 1:07–cv–02338–HHK, 101 in 1:05–cv–01124–RMC, 49 in 1:05–cv–01347–GK, 44 in 1:06–cv–01766–HHK, 62 in 1:05–cv–00994–JDB, 115 in 1:05–cv–00023–RWR, 22 in 1:05–cv–00995–JR, 18 in 1:05–cv–01590–JDB, 51 in 1:05–cv–00748–RMC, 84 in 1:04–cv–02215–RMC, 45 in 1:05–cv–02112–RBW, 43 in 1:05–cv–00833–JR, 59 in 1:05–cv–00634–RWR, 40 in 1:07–cv–02337–HHK, 61 in 1:06–cv–00618–RWR, 100 in 1:04–cv–02035–GK, 14 in 1:06–cv–01688–RMC, 47 in 1:06–cv–01765–HHK, 112 in 1:05–cv–02384–RWR, 78 in 1:05–cv–01506–RMC, 53 in |

| | | |
|---|---|---|
| | | 1:05–cv–01971–RMC, 15 in 1:08–cv–01085–PLF, 67 in 1:05–cv–00763–JDB, 26 in 1:05–cv–02444–RMC, 103 in 1:05–cv–00569–JR, 49 in 1:05–cv–01639–RBW, 72 in 1:05–cv–02380–CKK, 40 in 1:05–cv–02010–HHK, 217 in 1:04–cv–01194–HHK, 131 in 1:05–cv–00520–RMU, 55 in 1:05–cv–00877–JR, 108 in 1:05–cv–02378–JDB, 256 in 1:04–cv–01254–HHK, 75 in 1:05–cv–01638–CKK, 51 in 1:05–cv–01458–ESH–AK, 67 in 1:05–cv–02398–RMU, 64 in 1:05–cv–02199–HHK, 104 in 1:05–cv–02367–RWR, 39 in 1:05–cv–01236–RWR, 50 in 1:06–cv–01684–GK, 65 in 1:05–cv–01983–RMU, 32 in 1:07–cv–01710–RBW, 84 in 1:05–cv–00492–JR, 55 in 1:06–cv–01690–RBW, 522 in 1:05–cv–02386–RBW, 92 in 1:05–cv–01353–RMC, 103 in 1:05–cv–02479–HHK, 73 in 1:05–cv–01504–RMC, 76 in 1:05–cv–02185–JR, 29 in 1:05–cv–01725–JR, 23 in 1:06–cv–01759–JDB, 84 in 1:05–cv–00359–GK, 69 in 1:05–cv–02186–ESH, 59 in 1:05–cv–01497–RCL, 34 in 1:04–cv–01937–PLF, 80 in 1:05–cv–01487–RMC) MOTION for Order filed by GEORGE W. BUSH, DONALD RUMSFELD, et al. (jeb, ) (Entered: 08/04/2008) |
| 08/04/2008 | 179 | MOTION to Compel *Answers to Third Set of Interrogatories* by SAIFULLAH PARACHA (Attachments: # 1 Text of Proposed Order)(Remes, David) (Entered: 08/04/2008) |
| 08/07/2008 | | Pursuant to transfer order of this Court, this case is administratively assigned to Judge Thomas F. Hogan for coordination and management.(ds) (Entered: 08/07/2008) |
| 08/07/2008 | | USCA Case Number 08–5238 for 172 Notice of Appeal,, filed by MICHAEL BUMGARNER, UNITED STATES OF AMERICA, JAY HOOD, BRUCE VARGO, BRICE GYURISKO, NELSON J. CANNON, DAVID M. THOMAS, JR., DONALD RUMSFELD, GEORGE W. BUSH, WADE F. DENNIS, GEORGE WALKER BUSH, J. HOOD, WADE F. DAVIS, MARK H. BUZBY, HARRY B. HARRIS, JR., COMMANDER OF THE JOINT TASK FORCE, GTMO, ROBERT M. GATES, GORDON R. ENGLAND, COMMANDER OF PRISON CAMP, GTMO, TERRY CARRICO. (td, ) (Entered: 08/08/2008) |
| 08/13/2008 | | MINUTE ORDER: In light of the Court's order of July 29, 2008, the Court denies as moot 161 Petitioner's motion to vacate orders staying action. Additionally, in light of the Court's order of July 11, 2008, setting a schedule for determination of procedural framework issues, including discovery, the Court denies 161 Petitioner's motion for discovery and for an order requiring the government to comply with Petitioner's discovery requests. Signed by Judge Thomas F. Hogan on 8/13/08. (lctfh1) (Entered: 08/13/2008) |
| 08/20/2008 | | MINUTE ORDER: By August 26, 2008, the government shall file a response to petitioners' request that the Court amend the Standard Protective Order to require the government to do the following: "provide to [petitioners'] counsel and the Court a version of each court filing containing classified or protected information that is suitable for filing on the public record within two weeks of the original filing date." Joint Report In Response To Court's July 11, 2008 Scheduling Order 3 n.1 (08–mc–442, docket # 170). Signed by Judge Thomas |

| | | | |
|---|---|---|---|
| | | | F. Hogan on 8/20/08. (lctfh1) (Entered: 08/20/2008) |
| 08/26/2008 | 180 | | RESPONSE TO ORDER OF THE COURT re Order,, *of Aug. 20, 2008* filed by JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, BRICE GYURISKO, WADE F. DAVIS, HARRY B. HARRIS, JR, GEORGE W. BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, RICHARD B. CHENEY, BRUCE VARGO. (Henry, Terry) (Entered: 08/26/2008) |
| 08/29/2008 | 181 | | MOTION Partial and Temporary Relief from Court's July 11, 2008 Scheduling Order re (53 in 1:08–mc–00442–TFH) Scheduling Order, by JAY HOOD, GEORGE W. BUSH, DONALD RUMSFELD, NELSON J. CANNON, BRICE GYURISKO, MICHAEL I. BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, ROBERT M. GATES, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, DAVID M. THOMAS, RICHARD B. CHENEY, BRUCE VARGO (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Henry, Terry) (Entered: 08/30/2008) |
| 09/03/2008 | | | MINUTE ORDER: Petitioners shall respond by Monday, September 8, 2008, to the government's Motion For Partial And Temporary Relief From The Court's July 11, 2008 Scheduling Order (08–mc–0442, docket number 317). Signed by Judge Thomas F. Hogan on 9/3/08. (lctfh1) (Entered: 09/03/2008) |
| 09/03/2008 | | | Set/Reset Deadlines: Petitioner's response due by 9/8/2008. (mm) (Entered: 09/04/2008) |
| 09/05/2008 | 182 | | MOTION to Amend/Correct *Factual Returns* by GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Ahern, Paul) (Entered: 09/05/2008) |
| 09/05/2008 | | | MINUTE ORDER: By September 19, 2008, petitioners Al Swidhi (ISN 578), 04–cv–1194, Al Haj (ISN 256), 04–cv–1194, Amer (ISN 564), 04–cv–1194, Al Baidhani (ISN 553), 04–cv–1194, Al Wrafie (ISN 117), 04–cv–1254, Al–Mohammed (ISN 537), 05–cv–247, Bawazir (ISN 440), 05–cv–280, and Tumani (ISN 312), 05–cv–526, shall respond to the government's Motion For Leave To File Amended Factual Return. Additionally, hereafter, in all cases in which the government moves for leave to file amended factual returns, petitioners shall respond to the government's motions within 10 days of the date of filing. Signed by Judge Thomas F. Hogan on 9/5/08. (lctfh1) (Entered: 09/05/2008) |
| 09/05/2008 | 183 | | MOTION to Withdraw *Covington & Burling LLP* by SAIFULLAH PARACHA, FARHAT PARACHA (Livingston, Schuyler) (Entered: 09/05/2008) |
| 09/08/2008 | 184 | | NOTICE *AND SUMMARY OF FILING* by MAHMOUD AHMED, ABDULMALIK ABDULWAHHAB AL–RAHABI, AHMED ABDULWAHHAB, MAKHTAR YAHIA NAJI AL–WRAFIE, FOADE YAHIA NAJI AL–WRAFIE, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH, MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I, OTHMAN ABDULRAHEEM |

| | | |
|---|---|---|
| | | MOHAMMAD, ARAF ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID, MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED HASSAN ODAINI, MAHMOAD ABDAH AHMED, FAROUK ALI AHMED SAIF, SALMAN YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD AL–RBUAYE, ALL PETITIONERS, MAJID MAHMOUD AHMED, SAIFULLAH PARACHA, FARHAT PARACHA, FATIMA NASSER YAHIA ABDULLAH KHUSSROF, SAEED MOHAMMED SALEH HATIM, MOHAMMED NASSER YAHIA ABDULLAH KHUSSROF, HASSAN BIN ATTASH, GUANTANAMO BAY DETAINEE LITIGATION (Pemberton, Alan) (Entered: 09/08/2008) |
| 09/11/2008 | 185 | PROTECTIVE ORDER AND PROCEDURES FOR COUNSEL ACCESS TO DETAINEES AT THE UNITED STATES NAVAL BASE IN GUANTANAMO BAY, CUBA. Signed by Judge Thomas F. Hogan on 9/11/08. (lctfh1) (Entered: 09/11/2008) |
| 09/12/2008 | 186 | NOTICE *of Filing of MOU and Acknowledgment Required Pursuant to Protective Order Dated September 11, 2008* by SAIFULLAH PARACHA, FARHAT PARACHA, SHAKER ABDURRAHEEM AAMER, SAEED AHMED SIDDIQUE, OMAR DEGHAYES, TAHER DESGHAYES, JAMEL ABDULLAH KIYEMBA, THERESA NAMUDDU, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL–MASHAD, ADEL FATTOUH ALY AHMED ALGAZZAR, AHMED ABDULLAH AL–WAZAN, MOHAMMED ABDUL RAHMAN, RAFIQ BIN BASHIR BIN JALLUL ALHAMI, AHAMED ABDUL AZIZ, SABIHA AWAD HADRAMI, MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, MOHAMMED AL NADOUR, MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN, NAJEEB AL HUSSEINI, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG, JIHAD DHIAB, SHAKER AAMER, NABIL, JAMAAL KIYEMBA, FOUZIA AHMMED, ABDUL RAHEEM GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI, AHMED BEN BACHA, SALAH BELBACHA, AHMED OMAR, SHARAF AL SANANI, SAYF BIN ABDALLAH, GUANTANAMO BAY DETAINEE LITIGATION, MOHAMMED ABD AL AL QADIR, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI re (57 in 1:05–cv–01457–UNA, 409 in 1:08–mc–00442–TFH, 94 in 1:05–cv–00492–UNA, 26 in 1:08–cv–01185–UNA, 96 in 1:04–cv–02215–UNA, 85 in 1:05–cv–01504–UNA, 123 in 1:05–cv–00270–UNA, 107 in 1:05–cv–00329–UNA, 69 in 1:05–cv–02349–UNA, 9 in 1:08–cv–01440–UNA, 62 in 1:05–cv–01347–UNA, 79 in 1:05–cv–01607–UNA, 65 in 1:05–cv–00748–UNA, 93 in 1:05–cv–00359–UNA, 185 in 1:04–cv–02022–UNA, 79 in 1:05–cv–00764–UNA–AK, 573 in 1:05–cv–02386–UNA) Order (Katznelson, Zachary) (Entered: 09/12/2008) |
| 09/12/2008 | | MINUTE ORDER: The government shall reply by Monday, September 15, 2008, to petitioners' oppositions to the government's Motion For Partial And |

| | | | |
|---|---|---|---|
| | | | Temporary Relief From The Court's July 11, 2008 Scheduling Order. Signed by Judge Thomas F. Hogan on 9/12/08. (lctfh1) (Entered: 09/12/2008) |
| 09/12/2008 | 187 | | NOTICE *of filing of opposition to respondents' motion for leave to file amended return,* by SAIFULLAH PARACHA, FARHAT PARACHA re (340 in 1:08–mc–00442–TFH, 182 in 1:04–cv–02022–UNA) MOTION to Amend/Correct *Factual Returns,* (410 in 1:08–mc–00442–TFH) MOTION to Amend/Correct *Factual Returns* (Hunt, Gaillard) (Entered: 09/12/2008) |
| 09/15/2008 | 188 | | REPLY to opposition to motion re (317 in 1:08–mc–00442–TFH) MOTION Partial and Temporary Relief from Court's July 11, 2008 Scheduling Order re (53 in 1:08–mc–00442–TFH) Scheduling Order, MOTION Partial and Temporary Relief from Court's July 11, 2008 Scheduling Order re (53 in 1:08–mc–00442–TFH) Scheduling Order, MOTION Partial and Temporary Relief from Court's July 11, 2008 Scheduling Order re (53 in 1:08–mc–00442–TFH) Scheduling Order, filed by GEORGE W. BUSH, J. HOOD, WADE F. DAVIS, DAVID M. THOMAS, JR, ROBERT GATES. (Prince, Robert) (Entered: 09/15/2008) |
| 09/19/2008 | 189 | | ORDER granting (204) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–01136–UNA; granting (129) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–01164–UNA; granting (227) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–01194–UNA; granting (273) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–01254–UNA; granting (41) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–01937–UNA; granting (181) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–02022–UNA; granting (112) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–02035–GK; granting (85) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–02046–UNA; granting (93) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:04–cv–02215–UNA; granting (122) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00023–UNA; granting (94) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00247–UNA; granting (119) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00270–UNA; granting (152) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00280–UNA; granting (104) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00329–UNA; granting (91) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00359–UNA; granting (68) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00392–UNA; granting (91) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00492–UNA; granting (138) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00520–UNA; granting (69) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00526–UNA; granting (110) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00569–UNA; granting (66) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00634–UNA; granting (61) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00748–UNA; granting (74) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–00763–UNA; granting (75) Motion |

Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−00764−UNA−AK; granting (62) Motion Relief From Court's July
11, 2008, Scheduling Order in case 1:05−cv−00877−UNA; granting (62)
Motion Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−00889−UNA; granting (69) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−00892−UNA; granting (57) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−00883−UNA; granting (68) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−00993−UNA; granting (56) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−00998−UNA; granting (78) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−00999−UNA; granting (68) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−00994−UNA; granting (135) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01048−UNA; granting (52) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01189−UNA; granting (55) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01244−UNA; granting (112) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01220−UNA; granting (57) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01347−UNA; granting (101) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01353−UNA; granting (121) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01429−UNA; granting (57) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01458−UNA−AK; granting (54) Motion Relief From Court's July
11, 2008, Scheduling Order in case 1:05−cv−01457−UNA; granting (87)
Motion Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01487−UNA; granting (157) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01509−UNA; granting (66) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01497−UNA; granting (98) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01490−UNA; granting (80) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01504−UNA; granting (85) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01506−UNA; granting (84) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01505−UNA; granting (94) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01555−UNA; granting (106) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01592−UNA; granting (97) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01601−UNA; granting (74) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01602−UNA; granting (76) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01607−UNA; granting (39) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01623−UNA; granting (61) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01645−UNA; granting (55) Motion
Relief From Court's July 11, 2008, Scheduling Order in case
1:05−cv−01646−UNA; granting (81) Motion Relief From Court's July 11,
2008, Scheduling Order in case 1:05−cv−01638−UNA; granting (55) Motion
Relief From Court's July 11, 2008, Scheduling Order in case

1:05–cv–01639–UNA; granting (80) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–01678–UNA; granting (114) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–01704–UNA; granting (60) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–01971–UNA; granting (72) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–01983–UNA; granting (47) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02010–UNA; granting (59) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02088–UNA; granting (68) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02104–UNA; granting (83) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02185–UNA; granting (76) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02186–UNA; granting (71) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02199–UNA; granting (89) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02249–UNA; granting (65) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02349–UNA; granting (116) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02367–UNA; granting (74) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02371–UNA; granting (115) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02378–UNA; granting (74) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02379–UNA; granting (37) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02381–UNA; granting (121) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02384–UNA; granting (81) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02398–UNA; granting (43) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02387–UNA; granting (80) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02380–UNA; granting (549) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02386–UNA; granting (33) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02444–UNA; granting (58) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02385–UNA; granting (110) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:05–cv–02479–UNA; granting (68) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–00618–UNA; granting (57) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–01684–UNA; granting (34) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–01668–UNA; granting (70) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–01690–RBW; granting (48) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–01758–UNA; granting (70) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–01767–UNA; granting (30) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–01759–JDB; granting (51) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–01766–UNA; granting (46) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:06–cv–01761–UNA; granting (54) Motion Relief From Court's July 11,

| | | | |
|---|---|---|---|
| | | | 2008, Scheduling Order in case 1:06–cv–01765–UNA; granting (39) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:07–cv–01710–UNA; granting (47) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:07–cv–02337–UNA; granting (47) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:07–cv–02338–UNA; granting (26) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–00987–UNA; granting (29) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01085–UNA; granting (20) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01104–UNA; granting (26) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01101–UNA; granting (317) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–mc–00442–TFH; granting (26) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01153–UNA; granting (22) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01185–UNA; granting (25) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01207–UNA; granting (17) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01224–UNA; granting (15) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01237–UNA; granting (14) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01228–UNA; granting (14) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01232–UNA; granting (17) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01230–UNA; granting (17) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01223–UNA; granting (17) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01233–UNA; granting (11) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01221–UNA; granting (17) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01227–UNA; granting (16) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01236–UNA; granting (15) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01238–UNA; granting (16) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01229–UNA; granting (16) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01235–UNA; granting (15) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01231–UNA; granting (17) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01310–UNA; granting (22) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01360–RWR; granting (6) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:08–cv–01440–UNA; granting (367) Motion Relief From Court's July 11, 2008, Scheduling Order in case 1:02–cv–00828–UNA. Signed by Judge Thomas F. Hogan on 9/19/08. (lctfh1) (Entered: 09/19/2008) |
| 09/19/2008 | 190 | | MEMORANDUM OPINION re government's Motion For Partial And Temporary Relief From The Court's July 11, 2008, Scheduling. Signed by Judge Thomas F. Hogan on 9/19/08 (lctfh1) (Entered: 09/19/2008) |
| 09/19/2008 | 191 | | NOTICE *of Filing of Government's Reply to Petitioner's Opposition to* |

| | | | |
|---|---|---|---|
| | | | *Respondents' Motion to Amend Factual Return* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD re (187 in 1:04–cv–02022–UNA) Notice (Other), Notice (Other) (Ahern, Paul) (Entered: 09/19/2008) |
| 09/22/2008 | | | NOTICE regarding Court's Website. Please be advised that the Court has on its external website information regarding the Guantanamo Bay Cases. The information gives instructions for filing in these cases. The website is http://www.dcd.uscourts.gov/public–docs/gitmo (jeb, ) (Entered: 09/22/2008) |
| 09/27/2008 | 192 | | NOTICE *of Authorization to Pursue this Action* by SAIFULLAH PARACHA, GUANTANAMO BAY DETAINEE LITIGATION re (175 in 1:04–cv–02022–UNA, 210 in 1:08–mc–00442–TFH) Order (Attachments: # 1 Exhibit A –– Signed Authorization)(Katznelson, Zachary) (Entered: 09/27/2008) |
| 09/27/2008 | 193 | | NOTICE of Appearance by Ahmed Ghappour on behalf of SAIFULLAH PARACHA, OMAR DEGHAYES, SHERIF EL–MASHAD, AHMED ABDULLAH AL–WAZAN, AYMEN SAEED BATARFI, USAMA HASAN ABU KABIR, HISHAM SLITI, AHAMED ABDUL AZIZ, MOHSEN ABDRUB ABOASSY, AHMED ABU IMRAN, BENJAMIN MOHAMMED AL HABASHI, FARHI SAEED BIN MOHAMMED, JIHAD DHIAB, NABIL, SALAH BELBACHA, SAYF BIN ABDALLAH (Ghappour, Ahmed) (Entered: 09/27/2008) |
| 09/27/2008 | 194 | | NOTICE *of Filing of Documents Required Pursuant to Protective Order* by SAIFULLAH PARACHA (Ghappour, Ahmed) (Entered: 09/27/2008) |
| 09/30/2008 | 195 | | STATUS REPORT *Regarding the Filing of Factual Returns and Request for Exception from Sequencing* by JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, GEORGE WALKER BUSH, NELSON J. CANNON, BRICE GYURISKO, MIKE BUMGARNER, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, |

| | | |
|---|---|---|
| | | MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, WADE F. DENNIS, HARRY B. HARRIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, WADE F. DAVIS, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, RICHARD B. CHENEY, MICHAEL V. HAYDEN, GEORGE TENET, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, MARK H. BUZBY, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, DAVID VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, TERRY CARRICO. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Henry, Terry) (Entered: 09/30/2008) |
| 10/02/2008 | | MINUTE ORDER: The Court directs counsel in these consolidated cases to its order of July 2, 2008, and its minute order of July 3, 2008, which require that, with the exception of notices of appearance, all filings be filed in the applicable civil case and in 08−mc−442. For instructions on how to file in multiple cases, see http://www.dcd.uscourts.gov/public−docs/files/filing_instructions.pdf. Additionally, the Court directs counsel to Local Civil Rule 7(c), which reads, "Each motion and opposition shall be accompanied by a proposed order." Signed by Judge Thomas F. Hogan on 10/2/08. (lctfh1) (Entered: 10/02/2008) |
| 10/08/2008 | | MINUTE ORDER granting 183 Covington & Burling LLP's Motion For Withdrawal Of Appearance. Signed by Judge Thomas F. Hogan on 10/8/08. (lctfh1) (Entered: 10/08/2008) |
| 10/14/2008 | 196 | NOTICE of Appearance by David Farnham on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Farnham, David) (Entered: 10/14/2008) |

| 10/14/2008 | 197 | | NOTICE of Appearance by Scott Michael Marconda on behalf of JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, BRICE GYURISKO, MIKE BUMGARNER, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, WADE F. DENNIS, HARRY B. HARRIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, WADE F. DAVIS, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GUANTANAMO BAY DETAINEE LITIGATION, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, DONALD |

| | | | |
|---|---|---|---|
| | | | RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, MARK H. BUZBY, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, DAVID VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT GATES, HARRY B. HARRIS, MIKE BUMGARNER, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Marconda, Scott) (Entered: 10/14/2008) |
| 10/14/2008 | 198 | | MOTION to Dismiss *Improper Respondents* by JAY HOOD, NELSON J. CANNON, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, NELSON J. CANNON, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, BRICE GYURISKO, MIKE BUMGARNER, DONALD RUMSFELD, JAY HOOD, BRICE GYURISKO, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, JAY HOOD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, |

| | | | |
|---|---|---|---|
| | | | JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, WADE F. DENNIS, HARRY B. HARRIS, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, WADE F. DAVIS, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GUANTANAMO BAY DETAINEE LITIGATION, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, MARK H. BUZBY, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, DAVID VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT GATES, HARRY B. HARRIS, MIKE BUMGARNER, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICK BACCUS, TERRY CARRICO (Attachments: # 1 Appendix, # 2 Text of Proposed Order)(Marconda, Scott) (Entered: 10/14/2008) |
| 10/23/2008 | 199 | | Memorandum in opposition to re 198 MOTION to Dismiss *Improper Respondents,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 10/23/2008) |
| 10/27/2008 | 200 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE W. BUSH, JR, JAY HOOD, NELSON J. CANNON, GEORGE WALKER BUSH, JAY HOOD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRYCE GYURISKO, JAY HOOD, BRICE A. GYURISKO, BRICE GYURISKO, BRICE GYURISKO, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, NELSON J. CANNON, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, GEORGE W. BUSH, BRICE GYURISKO, JAY HOOD, ROBERT GATES, DAVID M. |

THOMAS, JR, BRUCE VARGO, NELSON J. CANNON, JAY HOOD,
NELSON J. CANNON, NATIONAL INTELLIGENCE DIRECTOR,
GEORGE WALKER BUSH, DONALD RUMSFELD, PORTER J. GOSS,
BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, BRUCE
VARGO, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON,
DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER,
DONALD RUMSFELD, JAY HOOD, GEORGE W. BUSH, BRICE
GYURISKO, MIKE BUMGARNER, BRICE GYURISKO, BRICE
GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD,
BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE
GYURISKO, DONALD RUMSFELD, MIKE BUMGARNER, MICHAEL I.
BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE
BUMGARNER, GEORGE BUSH, MIKE BUMGARNER, JAY HOOD,
MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, JAY
HOOD, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD,
MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W.
BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL
BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER,
JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, JAY HOOD,
MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD,
MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD,
GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D.
ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH,
MICHAEL BUMGARNER, JAY HOOD, JAY HOOD, JAY HOOD, MIKE
BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE W.
BUSH, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER,
DONALD RUMSFELD, JAY HOOD, MICHAEL BUMGARNER, HARRY
B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER,
MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE
BUMGARNER, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B.
HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE
BUMGARNER, MIKE BUMGARNER, WADE F. DENNIS, HARRY B.
HARRIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS,
JR, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR,
WADE F. DAVIS, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F.
DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS,
JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY
B. HARRIS, JR, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B.
HARRIS, JR, WADE F. DAVIS, WADE F. DAVIS, HARRY B. HARRIS,
JR, DONALD RUMSFELD, WADE F. DAVIS, MARK H. BUZBY, BRUCE
VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT GATES, MARK
H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO,
ROBERT M. GATES, COMMANDER OF THE JOINT TASK FORCE,
GTMO, COMMANDER OF PRISON CAMP, GTMO, ROBERT M. GATES,
ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID
M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M.
GATES, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES,
ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS,
BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA
RICE, MICHAEL V. HAYDEN, GEORGE TENET, DAVID M. THOMAS,
JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE
VARGO, MARK H. BUZBY, DAVID M. THOMAS, JR, BRUCE VARGO,

| | | |
|---|---|---|
| | | ROBERT M. GATES, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, MARK H. BUZBY, DAVID VARGO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. (Subar, Judry) (Entered: 10/27/2008) |
| 10/28/2008 | | MINUTE ORDER: The Court directs counsel in these consolidated cases to the Court's Minute Order of October 2, 2008, which directed counsel to the Court's previous orders that require all filings, with the exception of notices of appearance, be filed in the applicable civil case and in 08–mc–442 and directed counsel to Local Civil Rule 7(c), which reads: "Each motion and opposition shall be accompanied by a proposed order." Further, the Court directs counsel to Local Civil Rule 7(m), which reads: "Before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement.... A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." Finally, the Court cautions counsel that failure to follow the Court's orders and local rules may result in the Court denying motions and striking filings. Signed by Judge Thomas F. Hogan on 10/28/08. (lctfh1) (Entered: 10/28/2008) |
| 10/31/2008 | 201 | NOTICE of Appearance by Kathryn Celia Mason on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID VARGO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Mason, Kathryn) (Entered: 10/31/2008) |
| 10/31/2008 | 202 | REPLY to opposition to motion re (628 in 1:05–cv–02386–RBW, 88 in 1:05–cv–00999–RBW, 84 in 1:05–cv–01983–RMU, 391 in 1:02–cv–00828–CKK, 135 in 1:05–cv–00023–RWR, 28 in 1:08–cv–01236–JDB, 80 in 1:05–cv–00892–CKK, 26 in 1:08–cv–01233–ESH, 198 in 1:04–cv–02022–PLF, 70 in 1:05–cv–00889–ESH, 723 in 1:08–mc–00442–TFH, 82 in 1:05–cv–02104–RBW, 27 in 1:08–cv–01230–RMC, 26 in 1:08–cv–01231–CKK, 108 in 1:05–cv–00247–HHK, 110 in 1:05–cv–01490–PLF) MOTION to Dismiss *Improper Respondents* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, MIKE BUMGARNER, BRICE GYURISKO, BRICE GYURISKO, JAY HOOD, JAY HOOD, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, MIKE |

| | | | |
|---|---|---|---|
| | | | BUMGARNER, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID VARGO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. (Mason, Kathryn) (Entered: 10/31/2008) |
| 10/31/2008 | 203 | | STATUS REPORT *of Oct.31, 2008 Regarding Filing of Factual Returns* by JAY HOOD, JOHN D. ALTENBURG, JR, DONALD RUMSFELD, GEORGE W. BUSH, JR, GORDON R. ENGLAND, J. HOOD, NELSON J. CANNON, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL BUMGARNER, WADE F. DENNIS, HARRY B. HARRIS, JR, WADE F. DAVIS, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, DAVID M. THOMAS, JR, RICHARD B. CHENEY, MICHAEL V. HAYDEN, GEORGE TENET, DAVID VARGO, ROBERT GATES, UNITED STATES OF AMERICA, RICHARD B. MYERS, TERRY CARRICO. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Henry, Terry) (Entered: 10/31/2008) |
| 11/06/2008 | 204 | | CASE MANAGEMENT ORDER. Signed by Judge Thomas F. Hogan on 11/6/08. (lctfh1) (Entered: 11/06/2008) |
| 11/07/2008 | 205 | | ORDER granting government's motions to amend factual returns and amending the Court's July 11, 2008, order. Signed by Judge Thomas F. Hogan on 11/7/08. (lctfh1) (Entered: 11/07/2008) |
| 11/10/2008 | 206 | | NOTICE *of Filing by Clive Stafford Smith of Documents Required Pursuant to Protective Order* by SAIFULLAH PARACHA, FARHAT PARACHA, SHAKER ABDURRAHEEM AAMER, SAEED AHMED SIDDIQUE, OMAR DEGHAYES, TAHER DESGHAYES, JAMEL ABDULLAH KIYEMBA, THERESA NAMUDDU, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL–MASHAD, ADEL FATTOUH ALY AHMED ALGAZZAR, YOUNOUS CHEKKOURI, MOHAMMED ABDUL RAHMAN, AHAMED ABDUL AZIZ, SABIHA AWAD HADRAMI, MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, MOHAMMED AL NADOUR, MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN, NAJEEB AL HUSSEINI, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG, JIHAD DHIAB, SHAKER AAMER, NABIL, JAMAAL KIYEMBA, FOUZIA AHMMED, ABDUL RAHEEM GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI, AHMED BEN BACHA, SALAH BELBACHA, NADIR OMAR ADULLAH BIN SAADOUN ALSAARY, SAYF BIN ABDALLAH, MOHAMMED ABD AL AL QADIR, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI (Katznelson, Zachary) (Entered: 11/10/2008) |
| 11/12/2008 | | | MINUTE ORDER: In light of the Court's entry of the Case Management Order (docket # 940, 08–mc–442), the Court denies as moot the government's motion to enter a case management order (docket # 205, 08–mc–442). Signed |

| | | | |
|---|---|---|---|
| | | | by Judge Thomas F. Hogan on 11/12/08. (lctfh1) (Entered: 11/12/2008) |
| 11/18/2008 | 207 | | MOTION for Reconsideration, MOTION for Certification for interlocutory appeal, MOTION to Stay *Of This Court's November 6, 2008 Case Management Order* by GEORGE W. BUSH, ROBERT M. GATES (Attachments: # 1 Exhibit England Declaration, # 2 Exhibit Mueller Declaration, # 3 Exhibit Request Letter #1, # 4 Exhibit Request Letter #2, # 5 Text of Proposed Order Proposed Order)(Warden, Andrew) (Entered: 11/18/2008) |
| 11/18/2008 | 208 | | NOTICE *Of Filing Of Classified Declarations* by GEORGE W. BUSH, ROBERT M. GATES (Warden, Andrew) (Entered: 11/18/2008) |
| 11/18/2008 | 209 | | RESPONSE TO ORDER OF THE COURT re (150 in 1:05–cv–01429–RMU, 92 in 1:05–cv–01983–RMU, 112 in 1:05–cv–00359–GK, 397 in 1:02–cv–00828–CKK, 204 in 1:04–cv–02022–PLF, 50 in 1:05–cv–02385–RMU, 71 in 1:05–cv–01646–JDB, 107 in 1:05–cv–02185–JR, 86 in 1:05–cv–00892–CKK, 93 in 1:05–cv–00764–CKK–AK, 73 in 1:05–cv–01457–GK, 113 in 1:04–cv–02215–RMC, 98 in 1:05–cv–02380–CKK, 102 in 1:05–cv–00392–ESH, 94 in 1:05–cv–02186–ESH, 115 in 1:05–cv–01504–RMC, 108 in 1:05–cv–01487–RMC, 85 in 1:05–cv–00634–RWR, 195 in 1:05–cv–00280–GK, 99 in 1:05–cv–01607–RMU, 112 in 1:05–cv–02249–RMC, 98 in 1:05–cv–01638–CKK, 89 in 1:05–cv–00763–JDB, 149 in 1:05–cv–02367–RWR, 96 in 1:05–cv–01678–GK, 940 in 1:08–mc–00442–TFH, 79 in 1:05–cv–00889–ESH, 99 in 1:04–cv–02046–CKK, 130 in 1:05–cv–02378–JDB, 91 in 1:05–cv–00526–RMU, 130 in 1:05–cv–00329–PLF, 142 in 1:05–cv–00270–JR, 142 in 1:05–cv–00023–RWR, 90 in 1:05–cv–00994–JDB, 76 in 1:05–cv–01971–RMC, 86 in 1:05–cv–02199–HHK, 92 in 1:05–cv–02379–JR, 136 in 1:05–cv–01220–RMU, 84 in 1:05–cv–00993–RMU, 115 in 1:05–cv–01555–JR, 285 in 1:04–cv–01194–HHK, 114 in 1:05–cv–00247–HHK, 68 in 1:05–cv–01244–CKK, 64 in 1:05–cv–01189–JR, 91 in 1:05–cv–00748–RMC, 114 in 1:05–cv–00492–JR, 158 in 1:05–cv–00520–RMU, 329 in 1:04–cv–01254–HHK, 140 in 1:05–cv–02384–RWR, 53 in 1:05–cv–01623–RWR, 80 in 1:05–cv–01645–PLF, 78 in 1:05–cv–02088–RWR, 125 in 1:05–cv–01592–RCL, 83 in 1:05–cv–00877–JR, 119 in 1:05–cv–01490–PLF, 85 in 1:05–cv–02385–RMU) Order *of November 6, 2008* filed by GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE WALKER BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, DONALD RUMSFELD, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BRICE GYURISKO, BRICE GYURISKO, NELSON J. CANNON, ROBERT M. GATES, BRUCE VARGO, GEORGE WALKER |

| | | | |
|---|---|---|---|
| | | | BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, MICHAEL I. BUMGARNER, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MICHAEL BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, JAY HOOD, MICHAEL BUMGARNER, MIKE BUMGARNER, DONALD H. RUMSFELD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. (White, David) (Entered: 11/18/2008) |
| 11/20/2008 | | | MINUTE ORDER: Petitioners shall respond by Wednesday, November 26, 2008, to the government's Motion For Clarification And Reconsideration Of This Court's November 6, 2008 Case Management Order And Supplemental Amended Orders Or, In the Alternative, Motion For Certification For Appeal Pursuant To 28 U.S.C. § 1292(b) And To Stay Certain Obligations Pending Resolution Of The Motion And Any Appeal (docket # 1004, 08–mc–442). Signed by Judge Thomas F. Hogan on 11/20/08. (lctfh1) (Entered: 11/20/2008) |
| 11/20/2008 | 210 | | NOTICE *Pertaining to Production of Exculpatory Information* by GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE WALKER BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, NELSON J. CANNON, BRICE GYURISKO, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, JAY HOOD, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, MICHAEL I. BUMGARNER, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MICHAEL BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, JAY HOOD, MICHAEL BUMGARNER, MIKE BUMGARNER, DONALD H. RUMSFELD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, HARRY B. HARRIS, |

| | | |
|---|---|---|
| | | JR, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Ahern, Paul) (Entered: 11/20/2008) |
| 11/21/2008 | 211 | ORDER attached staying due dates pending resolution of the Government's Motion for Clarification and Reconsideration 1004 . Signed by Judge Thomas F. Hogan on November 21, 2008. (lctfh2) (Entered: 11/21/2008) |
| 11/25/2008 | 212 | Memorandum in opposition to re (1004 in 1:08−mc−00442−TFH, 1004 in 1:08−mc−00442−TFH, 1004 in 1:08−mc−00442−TFH, 207 in 1:04−cv−02022−PLF, 207 in 1:04−cv−02022−PLF, 207 in 1:04−cv−02022−PLF) MOTION for Reconsideration MOTION for Certification for interlocatory appeal MOTION to Stay *Of This Court's November 6, 2008 Case Management Order ; Cross−motion to meet and confer, and Opposition to Respondents' motion to reconsider Case Management Order,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Exhibit, attached emails)(Hunt, Gaillard) (Entered: 11/25/2008) |
| 11/28/2008 | | MINUTE ORDER: By Wednesday, December 3, 2008, the government shall file one consolidated reply to the petitioners' oppositions to the Government's Motion For Clarification And Reconsideration Of This Court's November 6, 2008 Case Management Order And Supplemental Amended Orders Or, In The Alternative, Motion For Certification For Appeal Pursuant To 28 U.S.C. § 1292(b) And To Stay Certain Obligations Pending Resolution Of The Motion And Any Appeal. Signed by Judge Thomas F. Hogan on 11/28/2008. (lctfh1) (Entered: 11/28/2008) |
| 12/01/2008 | 213 | STATUS REPORT *Regarding Filing of Factual Returns and Request for Exception from Sequencing* by MIKE BUMGARNER, DONALD RUMSFELD, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, WADE F. DAVIS, BRUCE VARGO, MARK H. BUZBY, DAVID M. THOMAS, ROBERT GATES, UNITED STATES OF AMERICA, GEORGE W. BUSH, RICHARD B. MYERS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Henry, Terry) (Entered: 12/01/2008) |
| 12/01/2008 | 214 | MOTION for Exception from Sequencing *(same document as dkt. no. 1156 in No. 08−mc−0442)* by JAY HOOD, JAY HOOD, DONALD RUMSFELD, NELSON J. CANNON, GEORGE W. BUSH, BRICE GYURISKO, MICHAEL BUMGARNER, WADE F. DENNIS, HARRY B. HARRIS, JR, WADE F. DAVIS, COMMANDER OF THE JOINT TASK FORCE, GTMO, BRUCE VARGO, DAVID M. THOMAS, RICHARD B. CHENEY, ROBERT GATES (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Henry, Terry) (Entered: 12/01/2008) |
| 12/02/2008 | 215 | ORDER setting hearing for December 10, 2008. Signed by Judge Thomas F. Hogan on 12/2/08. (lctfh1) (Entered: 12/02/2008) |
| 12/03/2008 | 216 | REPLY to opposition to motion re (1004 in 1:08−mc−00442−TFH, 1004 in 1:08−mc−00442−TFH, 1004 in 1:08−mc−00442−TFH) MOTION for Reconsideration MOTION for Certification for interlocatory appeal MOTION to Stay *Of This Court's November 6, 2008 Case Management Order* filed by JAY HOOD, NELSON J. CANNON, JOHN D. ALTENBURG, JR, MIKE |

BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, DEPARTMENT OF DEFENSE PRIVILEGE TEAM, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, NELSON J. CANNON, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, JAY HOOD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, WADE F. DENNIS, HARRY B. HARRIS, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, MARK H. BUZBY, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE

| | | | |
|---|---|---|---|
| | | | VARGO, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, TERRY CARRICO. (Attachments: # 1 Exhibit Boumediene Case Mgmt. Order)(Prince, Robert) (Entered: 12/03/2008) |
| 12/03/2008 | 217 | | Unopposed MOTION for Extension of Time to File Response/Reply *to Petitioner's Nov. 20, 2008 Renewal and Updating of Petitioners Motion for Summary Judgment* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Attachments: # 1 Text of Proposed Order)(Henry, Terry) (Entered: 12/03/2008) |
| 12/12/2008 | 218 | | NOTICE *of Service of Unclassified, Protected Factual Return* by GEORGE W. BUSH, JR (Farnham, David) (Entered: 12/12/2008) |
| 12/16/2008 | 219 | | ORDER granting in part and denying in part government's Motion for Clarification and Reconsideration of this Court's November 6, 2008 Case Management Order andSupplemental Amended Orders or, in the Alternative, Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Certain Obligations Pending Resolution of the Motion and any Appeal (docket # 1004, 08–mc–442). Signed by Judge Thomas F. Hogan on 12/16/08. (lctfh1) (Entered: 12/16/2008) |
| 12/17/2008 | 220 | | ORDER requiring joint filing regarding consolidation by January 5, 2009. Signed by Judge Thomas F. Hogan on 12/17/08. (lctfh1) (Entered: 12/17/2008) |
| 12/19/2008 | 221 | | NOTICE *of Filing Classified Response to Petitioner's Renewal and Updating of Petitioner's Motion for Summary Judgment* by GEORGE W. BUSH, JR (Farnham, David) (Entered: 12/19/2008) |
| 12/23/2008 | 222 | | NOTICE *of Justification for Detention* by GEORGE W. BUSH, JR (Farnham, David) (Entered: 12/23/2008) |
| 12/29/2008 | 223 | | MOTION for Order *to Confirm Designation of Unclassified Factual Returns as Protected Information* by GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, DONALD RUMSFELD, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BRICE GYURISKO, BRICE GYURISKO, NELSON J. CANNON, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE |

| | | | |
|---|---|---|---|
| | | | BUMGARNER, JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, MICHAEL BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, MIKE BUMGARNER, DONALD H. RUMSFELD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, WADE F. DAVIS, GEORGE W. BUSH, DONALD RUMSFELD, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, GEORGE W. BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, ROBERT M. GATES, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Attachments: # 1 Text of Proposed Order)(White, David) (Entered: 12/29/2008) |
| 12/30/2008 | | | MINUTE ORDER: By Wednesday, January 7, 2009, the petitioners shall file one consolidated response to the government's Motion To Confirm Designation Of Unclassified Factual Returns As Protected (docket # 1416, 08−mc−442). Signed by Judge Thomas F. Hogan on 12/30/08. (lctfh1) (Entered: 12/30/2008) |
| 12/30/2008 | 224 | | NOTICE *of filing of petitioners' renewal and updating of petitioner's motion for summary judgment,* by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 12/30/2008) |
| 12/30/2008 | 225 | | NOTICE *of filing of reply in support of petitioners' renewal and updating of petitioner's motion for summary judgment,* by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 12/30/2008) |
| 12/30/2008 | 226 | | MOTION for Extension of Time to *Comply with Case Management Orders Requiring Exculpatory Disclosures/Certifications* by ROBERT M. GATES, DAVID M. THOMAS, JR, GEORGE W. BUSH (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Needle, Jonathan) (Entered: 12/30/2008) |
| 12/31/2008 | | | NOTICE OF ERROR re 226 Motion for Extension of Time to; emailed to jonathan.needle@usdoj.gov, cc'd 18 associated attorneys −− The PDF file you docketed contained errors: 1. Two−part docket entry, 2. Please file the first part of the document which is a Notice in all cases. (td, ) (Entered: 12/31/2008) |
| 12/31/2008 | | | MINUTE ORDER: Because the government's Notice of Prior Disclosure of Exculpatory Evidence and Motion for Extension of Time (docket # 1431, 08−mc−442) and Motion for Extension of Time to Provide Discovery |

| | | | |
|---|---|---|---|
| | | | Pursuant to Amended Case Management Order Section I.E.1(3) (docket # 1432, 08−mc−442) are motions to amend the Case Management Order this Court entered on November 6, 2008, and amended on December 16, 2008, as well as case management orders entered by many of the Merits Judges, pursuant to this Court's order of December 16, 2008, the Merits Judges will address the motions in their individual cases. Accordingly, the Court ORDERS that the motions are DENIED in 08−mc−442. Signed by Judge Thomas F. Hogan on 12/31/08. (lctfh1, ) (Entered: 12/31/2008) |
| 12/31/2008 | 227 | | ERRATA by GEORGE W. BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR (1431 in 1:08−mc−00442−TFH) MOTION for Extension of Time to *Comply with Case Management Orders Requiring Exculpatory Disclosures/Certifications* filed by GUANTANAMO BAY DETAINEE LITIGATION. (Attachments: # 1 Exhibit A (corrected))(Needle, Jonathan) (Entered: 12/31/2008) |
| 12/31/2008 | 228 | | STATUS REPORT *Regarding Filing of Factual Returns for December 2008* by GEORGE W. BUSH, ROBERT M. GATES, WADE F. DAVIS, DAVID M. THOMAS, JR, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Henry, Terry) (Entered: 12/31/2008) |
| 12/31/2008 | 229 | | MOTION for Exception from Sequencing Regarding Factual Returns *(also filed as dkt. no. 1443 in No. 08−mc−0442)* by GEORGE W. BUSH, WADE F. DAVIS, ROBERT M. GATES, DAVID M. THOMAS, UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Henry, Terry) (Entered: 12/31/2008) |
| 12/31/2008 | 230 | | MANDATE of USCA (certified copy) as to 55 Notice of Appeal filed by SAIFULLAH PARACHA; ORDERED that No.'s 05−5194, 05−5211, and 05−5333, and the motion for immediate relief be dismissed as moot in light of the district court's lifting of the stay disposition of appellants' stay motion, and ongoing proceedings in the habeas action, Civ. Action 04−2022; and in light of the representations of appellants' counsel that the claims presented in No. 05−5333 pertaining to conditions of confinement are moot. (USCA No. 05−5194) (mmh, ) (Entered: 01/02/2009) |
| 01/02/2009 | | | MINUTE ORDER: The Court ORDERS that, by Friday, January 30, 2009, the government shall file factual returns for petitioners approved for transfer or release for whom the government has yet to file factual returns. The Court further ORDERS that, by Friday, February 27, 2009, the government shall file factual returns for petitioners charged with violations of the laws of war under the Military Commission Act of 2006 for whom the government has yet to file factual returns. Signed by Judge Thomas F. Hogan on 1/2/09. (lctfh1) (Entered: 01/02/2009) |
| 01/05/2009 | | | MINUTE ORDER: In light of the Court's order of July 29, 2008, lifting the stay entered in this matter, and in light of the Case Management Order of November 6, 2008, as amended by the Court's Order of December 16, 2008, the Court DENIES as moot Petitioner's Motion to Vacate Orders Staying Action and Denying Petitioner's Motion for Discovery, and for an Order Requiring Respondents to Comply with Petitioner's Discovery Requests (docket # 161, 04−cv−2022; docket # 4, 08−mc−442). Signed by Judge Thomas F. Hogan on 1/5/09. (lctfh1) (Entered: 01/05/2009) |

| 01/07/2009 | 231 | | Memorandum in opposition to re (1416 in 1:08–mc–00442–TFH) MOTION for Order *to Confirm Designation of Unclassified Factual Returns as Protected Information* filed by FALEN GHEREBI, BISHER NASER ALI ALMARWALH, HUISSEN NASER ALI ALMARWALH, MASAAB OMAR AL–MADHWANI, ALI OMAR MADHWANI, ABDULKHALIQ AL–BAIDHANI, KHALID AL–BAIDHANI, ALI AHMED MOHAMMED AL RAZEHI, ABDULLAH AHMED MOHAMMED AL RAZEHI, SUHAIL ABDU ANAM, SAEED AHMED AL–SARIM, SAMIR AHMED AL–SARIM, IMAD ABDULLAH HASSAN, AMRO ABDULLAH HASSAN, JALAL SALIM BIN AMER, FAEZ BIN AMER, ALI YAHYA MAHDI, MOHAMED YAHYA MAHDI, ATAG ALI ABDOH, MOHAMED ABDU ANAM, KHALID AHMED KASSIM, FADHLE AHMED KASSIM, FAHMI ABDULLAH AHMED, KMAL ABDULLAH AHMED, ABDUALAZIZ ABDOH AL SWIDI, ADNAN ABDOH ALSWIDI, AL HUSSIN AL–TIS, HADI HUSSIN AL–TIS, FAHMI ABDULLAH UBAD AL–TAWLAQI, ALL PETITIONERS, ABDULLAH AHMED UBAD AL–TAWLAQI, MAHMOUD AHMED, ABDULMALIK ABDULWAHHAB AL–RAHABI, AHMED ABDULWAHHAB, MAKHTAR YAHIA NAJI AL–WRAFIE, FOADE YAHIA NAJI AL–WRAFIE, AREF ABD IL RHEEM, AREF ABD AL RAHIM, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH, MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I, OTHMAN ABDULRAHEEM MOHAMMAD, ARAF ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID, MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED HASSAN ODAINI, SADEQ MOHAMMED SAID, MAHMOAD ABDAH AHMED, ABD ALSALAM MOHAMMED SAEED, FAROUK ALI AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD AL–RBUAYE, MAJID MAHMOUD AHMED, SAIFULLAH PARACHA, FARHAT PARACHA, PRIVILEGE TEAM, AHCENE ZEMIRI, KARINA DERESHTEANU, RAMI BIN SAAD AL–OTEIBI, HANI SALEH RASHID ABDULLAH, YOSRA SALEH RASHID ABDULLAH, MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM AL–MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL–MASHAD, WAFFA EL–ARABIE, ADEL FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI, SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL–NADHI, GHAZI AWADH BIN AGIL AL–NADHY, ZAHER OMER BEN HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MUHAMMAD AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MOHAMED ALI ABDULLA, MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI ABDULLAH BAWAZIR, FAHMI SALEM AL–ASSANI, SALEM SAID AL–ASSANI, SULEIMAN AWADH BIN AQIL AL–NAHDI, GHAZI AWADH BIN AQIL AL–NAHDI, ZAHIR OMAR KHAMIS BIN HAMDOON, MUHAMMAD OMAR KHAMIS BIN HAMDOON, SALEH ALI ABDULLA BAWAZER, AHMED ABDULLAH AL–WAZAN, YOUNOUS CHEKKOURI, MOHAMMED ABDUL RAHMAN, RAFIQ BIN BASHIR BIN JALLUL ALHAMI, DJAMEL AMEZIANE, AHAMED ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER DAHER AL SHAMMARI, ABDUL RAHMAN SHALBY, |

SHAKER AAMER, ABDULLAH AALI AL OTIABI, MUHAMMED
FAHAD AL QAHTANY, MUSA AL MADANY, SALEH ABDULLA
AL–OSHAN, MOHAMMED SAAD MOHAMMED AL–OSHAN, ZABEN
DHAHER AL SHAMMARI, MUHAMMED KHAN TUMANI, ABD AL
NISR KHAN TUMANI, OMER SAEED SALEM AL DAINI, MOHAMMED
SAEED SALEM AL DAINI, MOHSEN ABDRUB ABOASSY,
MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN
MUKBEL, ABDULLA AHDRUB ABOASSY, SAEED SALIM
BISALMAN, NAJY HASAN MUKBEL, MOHAMMED AL NADOUR,
MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ,
MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE
SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED
ABU IMRAN, NAJEEB AL HUSSEINI, KHIALI–GUL, YASIN
MUHAMMED BASARDH, ALI HUSSIAN MOHAMMAD MUETY
SHAABAN, KARIN BOSTAN, MOHAMMAD MUSTAFA SOHAIL,
ARKAN MOHAMMAD GHAFIL AL KARIM, CHAMAN GUL
KHIALIGOL, HONORGOL KHIALIGOL, HAJI NUSRAT, ABDUL
WAHID, HAJI ROHULLAH WAKIL, MOHAMMAD WAKIL, SABAR
LAL, MOHAMMED HASSAN, WALI MOHAMMED MORAFA,
HADAYA MORAFA, ABDUL RAHMAN AZIZ KHAN, ABD AL
RAHMAN, ABDUL RAZAK IKTIAR MOHAMMED, ALI SHAH
MOUSOVI, MOHAMMAD SAYYED SHAH, IZAATULLAH NUSRAT,
OMAR MOHAMMED KHALIFH, OMAR DEGHAYES, ABU ABDUL
RAUF ZALITA, OMAR DEGHAYES, FARHI SAEED BIN MOHAMMED,
MOAZZAM BEGG, MOTAI SAIB, BISHER AL–RAWI, FATIMA
NASSER YAHIA ABDULLAH KHUSSROF, SAEED MOHAMMED
SALEH HATIM, ALI MOHAMMED SALEH AL–SALAHI, MOHAMMED
NASSER YAHIA ABDULLAH KHUSSROF, JIHAD DHIAB, SHAKER
AAMER, JAWAD JABBAR SADKHAN, ADIL BIN MUHAMMAD AL
WIRGHI, MOAZZAM BEGG, TAWISS BINT HASAN AL WIRGHI, ABDL
HADI OMAR MAHMOUD FARAJ, NABIL, JAMAAL KIYEMBA,
SHAFIIQ, JAMAAL KIYEMBA, BISHER AL–RAWI, IBRAHIM OSMAN
IBRAHIM IDRIS, HASSAN BIN ATTASH, BENYAMIN MOHAMMED
AL HABASHI, A'AMER SHAKER, HAMID AL RAZAK, BISHER AL
RAWI, FOUZIA AHMMED, ABDUL RAHEEM GHULAM RABBANI,
MALIKA, AHMMED GHULAM RABBANI, ABDUL ZAHIR, HUSSAIN
SALEM MOHAMMED ALMERFEDI, SALEM MOHAMMED SALEM
ABDULLA ALMERFEDI, WALEED SAEED BN SAEED ZAID,
MOHAMMED SAEED BN SAEED ZAID, MOHAMMED RAJEB ABU
GHANEM, HIMIGER SADER ABU GHANEM, ALLA ALI BIN ALI
AHMED, WAGDI ALI BIN ALI, MOHAMMED AL–QAHTANI, MANEA
AHMED FAHAD AL–QAHTANI, ISMAIL ALKHEMISI, HASAN
BALGAID, OMAR DEGHAYES, MUHAMMED AHMED MUHAMMED
ALGHURBANY, ALI HAMZA AHMED SULIMAN BAHLOOL, ABDOUL
MOHAMMED AHMED BAHLOOL, SALEH MOHAMMED SELEH AL
THABBII, FATMAH QHASIM AL AHMADI, ABDUL AL QADER
AHMED HUSSAIN, ABDULGADER AHMED HASIN ABOBAKER,
ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID ALI AL JAYFI,
OTHMAN ALI MOHAMMED AL SHAMRANY, ALI MOHAMED OMAR
AL SHOMRANY, KHALID MOHAMMED AL THABBI, ABDU AL
QADER HUSSAIN AL–MUDAFARI, SALIEH HUSSAIN ALI
AL–MUDAFARI, HAYAL AZIZ AHMED AL–MITHALI, ALI AZIZ

AHMED AL–MITHALI, ABD AL HAKIM GHALIB AHMAD ALHAG,
SAEED GHALIB AHMAD ALHAG, MOHAMMED ABDUL RAHMAN
AL–SHIMRANI, ALI ABDUL RAHMAN AL–SHIMRANI, TOORAN
MOHAMMAD AMANNULLAH, MIRRA JAAN, MOHAMMAD WABI
UMARI, GUL HYAT KHAN, ABDULLAH MUJAHID HAQ, FARID
AHMED, MOHAMMAD RAHIM, MOHAMMAD KARIM, MOHAMMAD
ZAHIR, ABDUL WAHAB, ABDULLAH WAZIR ZADRAN, GHULAM
ROOHANI, GHULAM JEELANI, DR. HIYATULLAH, ABDUL ZAHIR,
CHAMAN GUL KHIALIGOL, ZAHIR SHAH, ABDUL HAQ, ABDUL
BARRI, ADHAM MOHAMMED ALI AWAD, SAMI MUHYIDEEN,
BANDAR AL JAABIR, JAMAL KIYEMBA, MOHAMMED ZAHRANI,
OMAR DEGHAYES, SALIM SAID, ANWAR HANDAN AL SHIMMIRI,
SULIMAN HONAHEEM ALOWAIDAH, SAAD AL QAHTAANI,
JOBRAN SAAD AL–QUHTANI, NAWAL MADAY AL–QUHTANI,
ZAKARIA AL–BAIDANY, ABDEL AZIZ AL–SWIDI, AHMED
MOHAMMED HASSIN AL RAMMAH, MOHAMMED AL PALESTINI,
OMAR (LNU), SOFAINE MOHAMMED BERHOUMI, ABDUL AZIZ
NAJI, ABIN ALHAMED ABID ALSALLAM ALKESAWI, ABU RAWDA,
UMAR ABDULLAH AL KUNDUZI, KHALED ABDALLAH AL–IDAN,
ABDUL RAUF ASIBI, ABDUL RAZAK ALI, MOHAMMED ABDULLAH
TAHA MATTAN, MAHER LNU, MAHER EL FALESTENY, MUSTAFA
AL SHAMILI, SHARGOWI LNU, BISHER AL–RAWI, JABBAROV
OYBECK JAMOLOVICH, SANAD ALI ALKALIEMI, FADL DAHIMI,
ABDUL SALAM DEIFF, ABDURAHMAN LNU, AHMED OMAR, ALI
LNU, EDRESS LNU, MOHAMMED AHMED SAEED HIDAR, SAIF
ULLAH, SAMIR LNU, YOYEJ, SAEED, OMAR DOE, SHARAF AL
SANANI, OMAR DEGHAYES, FAHD ABU HAFSA, JAMAL KIYEMBA,
ABDUL HAQ, NADIR OMAR ADULLAH BIN SAADOUN ALSAARY,
SAMI MUHYIDEEN, OMAR RAMAH, ABD AL ZAHER, FAWZI
KHALED ABDALLAH AL–AUDHA, ABDULLAH BO OMER HAMZA
YOYEJ, ABU RAHAN, NAJEEB DOE, SAD AL GAHTANI, AMER
MOHAMMON, FAHD AL HARAAZI, JABIR AL QUATANY, USAMA
HASAN ABU KABIR, MOHSEN, FAHD AL FAWZAN, ADEL LNU,
RASHED AL QAMDI, BANDAR AL SHAIBANI, ALI SHER
HAMIDULLAH, MARSHAL DOE, KHALD AL BARKATI, ABDULAL AL
THANI, ABU AHMED AL JOFI, SLAIM HARBI, ABU RAD AL JOFI,
MUHAMMED HARBI, ABDULAZIZ LNU, ABDULAL DOE, SAD AL
MATERI, BOUCETTA FIHI, SAYF BIN ABDALLAH, SEED FARHA,
SALEH DOE, AHMED ADNAN AHJAM, MAGED DOE, ZEYAD AL
GASSMY, ADEL HASSAN, HAMAD DOE, JAMIL AHMAD SAEED,
HALA AHMAD SAEED AL–ADAHG, AMIR DOE, ALKHADR
ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, ABU
AHMED, WALEED DOE, WALEED LNU, SAMIR DOE, ELHAM
BATAIF, ZEIN AL–ABEDEEN, YAGOOB AL SOURY, ABDUL RHMAN,
ADEL AL TUNISI, ZAKER CHAN, SADER DOE, MOHAMMED AHMED
SLAM AL–KHATEEB, ALI AL KAZMI, ADNAN AL BIHANI, ALI
YAHYA MAHDI, ABDULLAH LNU, ABDURAZZAK LNU, KHADER
DOE, BILAL LNU, MOSHEN DOE, ABDUL RAHMAN, ABDURRAZAKH
LNU, FAHD DOE, JAMIL EL–BANNA, ADEL LNU, OSAMA DOE,
MOHAMED HMADI, ABDUL–RAHMAN ABDO ABULGHAITH
SULAIMAN, FAHMI DOE, ESAM DOE, ALI KADAMI, AYMAN,
FAWAZ, HOUMAD WARZLY, MOHAMED RAJAB, OTHMAN ALI

MUHAMMED OMAR, MOHAMMED KAMEEN, SABRY MOHAMMED, SALEH, WAQAS MOHAMMED ALI AWAD, ZAKARIA, KHALID MOHAMMED, MUHAMMAD NUR UTHMAN MUHAMMAD, MAHDI SALIH, SAKI BACHA, SHAMSULLAH, ABOU YASSIR JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL RAZAK ALI–HAJ, ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH, SALEH LIBI, ABD AL RAHMAN ABDULLAH AL HALMANDY, MUHAMMED SAAD IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA, ABU HADIFA, MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL WEEJ, ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY, SULTAN AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH, ABDUL AL HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA, ADEL, INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE BIN BASHIR, RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH, ABDULLAH ALI SALEH, AMAR BILOUSHI, KHALID DESHIRE, IBRAHIM NAYIF ADBALLAH IBRAHIM, MOHAMMED CHINGUITY, ABDO ALI AL HAJ, ABU BAKER SHAMMRANY, GHANIM–ABDULRAHMAN AL–HARBI, RAVIL MINGAZOV, ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ALI ABDULLAH ALI, MOHAMMED AHMED TAHER, MOHAMMED ABDULLAH MOHAMMED BA ODAH, TARIQ ALI ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA ODAH, MAJID KHAN, RABIA KHAN, FAIZ AHMED YAHIA SULIMAN, HADDAD AHMED YAHIA SULIMAN, MOHAMED MUQBEL AHMED ALSABRI, MOHAMED AL–ZARNOUQI, MASHOUR ABDULLAH MUQBEL ALSABRI, ACHRAF SALIM ABDESSALAM, ABDULRAHMAN MUHAMMAD SALEH NASSER, MUHAMMAD MUHAMMAD SALEH NASSER, ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI, MOAMMAR BADAWI DOKHAN, SAMI AL HAJJ, BASHIR GHALAAB, SHAWALI KHAN, GUANTANAMO BAY DETAINEE LITIGATION, MOHAMMED SULAYMON BARRE, AWAL GUL, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN ATEF, MONSOOR MUHAMMED ALI QATTAA, SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, AHMED YASLAM SAID KUMAN, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, ISMAIL MOHAMED, ALI MOHAMED, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, MANSOUR K. A. KAMEL, ABDULAZIZ SAYER OWAIN AL SHAMMARI, SAYER O. Z. AL SHAMMARI, ABDULLAH SALEH ALI AL AJMI, MESFER SALEH ALI AL AJMI, MOHAMMED FUNAITEL AL DIHANI, MUBARA F. S. M. AL DAIHANI, FAYIZ MOHAMMED AHMED AL KANDARI, MOHAMMAD A. J. M. H. AL KANDARI, FWAD MAHMOUD AL RABIAH, MONZER M. H. A. AL RABIEAH, ADIL ZAMIL ABDULL MOHSSIN AL ZAMIL, WALID Z. A. AL ZAMEL, FAWZI KHALID ABDULLAH FAHAD AL ODAH, KHALED A.F. AL ODAH, NASSER NIJER NASER AL MUTAIRI, ABDULLAH KAMAL ABDULLAH KAMAL AL KANDARI, SAAD MADAI SAAD HAWASH AL–AZMI,

| | | |
|---|---|---|
| | | HAMAD MADAI SAAD, OMAR RAJAB AMIN, MOHAMMAD R.M.R. AMEEN, NAYEF N. N. B. J. AL MUTAIRI, KHALID ABDULLAH MISHAL AL MUTAIRI, MESHAL A. M. TH AL MUTAIRI. (Attachments: # 1 Text of Proposed Order)(Dixon, J.) (Entered: 01/07/2009) |
| 01/07/2009 | 232 | NOTICE of Appearance by Joseph Charles Folio, III on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Folio, Joseph) (Entered: 01/07/2009) |
| 01/07/2009 | 233 | NOTICE of Appearance by Jean Lin on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Lin, Jean) (Entered: 01/07/2009) |
| 01/07/2009 | | MINUTE ORDER: In light of the discovery provisions of the Case Management Order entered on November 6, 2008, and amended on December 16, 2008, the Court ORDERS that Petitioner's Motion to Compel Answers to Third Set of Interrogatories (docket # 179, 04–cv–2022) is DENIED as moot. Signed by Judge Thomas F. Hogan on 1/5/09. (lctfh1) (Entered: 01/07/2009) |
| 01/08/2009 | | MINUTE ORDER: The Court ORDERS that all filings related to the November 6, 2008, Case Management Order, as amended by the Court's December 16, 2008, order ("Amended Case Management Order"), shall only be filed in the individual civil case(s) to which they apply. For example, filings related to discovery, presumptions, use of hearsay, and extensions of time to comply with the Amended Case Management Order need not be filed in 08–mc–442. Signed by Judge Thomas F. Hogan on 1/8/09. (lctfh1) (Entered: 01/08/2009) |
| 01/12/2009 | | MINUTE ORDER: A Status Conference is set for 1/15/2009 @ 2:00 p.m. in Courtroom 29A before Judge Paul L. Friedman. Signed by Judge Paul L. Friedman on 1/12/2009. (mm) (Entered: 01/12/2009) |
| 01/12/2009 | 234 | REPLY to opposition to motion re (150 in 1:05–cv–00329–PLF, 226 in 1:05–cv–00280–GK, 40 in 1:08–cv–01232–JR, 378 in 1:04–cv–01254–HHK, 110 in 1:05–cv–01497–RCL, 92 in 1:05–cv–01457–GK, 134 in 1:05–cv–01490–PLF, 425 in 1:02–cv–00828–CKK, 55 in 1:08–cv–01236–JDB, 105 in 1:06–cv–01767–RMU, 828 in 1:05–cv–02386–RBW, 42 in 1:08–cv–01228–RMC, 87 in 1:05–cv–00998–RMU, 14 in 1:08–cv–01923–GK, 139 in 1:05–cv–01555–JR, 183 in 1:05–cv–01429–RMU, 86 in 1:06–cv–01761–ESH, 111 in 1:06–cv–01690–RBW, 94 in 1:06–cv–01684–GK, 124 in 1:05–cv–01607–RMU, 60 in 1:08–cv–01153–HHK, 157 in 1:05–cv–01220–RMU, 76 in 1:06–cv–01668–HHK, 51 in 1:08–cv–01238–RWR, 159 in 1:05–cv–01124–RMC, 114 in 1:05–cv–00748–RMC, 118 in 1:05–cv–00763–JDB, 78 in 1:06–cv–01758–RMC, 58 in 1:08–cv–01235–JDB, 105 in 1:05–cv–00993–RMU, 174 in 1:05–cv–02384–RWR, 31 in 1:08–cv–01440–CKK, 113 in 1:05–cv–01983–RMU, 155 in 1:05–cv–01601–GK, 144 in 1:05–cv–01592–RCL, 105 in 1:05–cv–02199–HHK, 121 in 1:05–cv–02104–RBW, 101 in 1:05–cv–00883–RBW, 316 in 1:04–cv–01194–HHK, 153 in 1:05–cv–01353–RMC, 137 in 1:05–cv–01504–RMC, 101 in 1:05–cv–00877–JR, 138 in 1:05–cv–00392–ESH, 127 in 1:05–cv–01487–RMC, 61 in 1:08–cv–00987–JDB, 179 in |

1:05–cv–00520–RMU, 95 in 1:05–cv–01971–RMC, 103 in
1:05–cv–00889–ESH, 73 in 1:05–cv–02387–RMC, 107 in
1:05–cv–00892–CKK, 95 in 1:05–cv–01645–PLF, 120 in
1:05–cv–01638–CKK, 44 in 1:08–cv–01224–RMC, 117 in
1:05–cv–01678–GK, 94 in 1:05–cv–01244–CKK, 112 in 1:05–cv–02379–JR,
12 in 1:08–cv–02019–RBW, 157 in 1:05–cv–02378–JDB, 77 in
1:07–cv–02338–HHK, 137 in 1:05–cv–00359–GK, 223 in
1:04–cv–02022–PLF, 133 in 1:05–cv–02249–RMC, 176 in
1:05–cv–00023–RWR, 130 in 1:05–cv–02186–ESH, 118 in
1:04–cv–02046–CKK, 128 in 1:05–cv–02385–RMU, 166 in
1:05–cv–00270–JR, 135 in 1:05–cv–00492–JR, 69 in 1:07–cv–01710–RBW,
112 in 1:05–cv–01347–GK, 120 in 1:05–cv–01506–RMC, 58 in
1:08–cv–01233–ESH, 22 in 1:08–cv–01789–RWR, 75 in
1:05–cv–01623–RWR, 120 in 1:05–cv–02380–CKK, 100 in
1:05–cv–01646–JDB, 1416 in 1:08–mc–00442–TFH, 117 in
1:05–cv–00526–RMU, 78 in 1:05–cv–01189–JR, 7 in 1:08–cv–01828–RMU,
31 in 1:08–cv–01805–RMU, 154 in 1:05–cv–02479–HHK, 68 in
1:08–cv–01360–RWR, 132 in 1:05–cv–00247–HHK, 112 in
1:05–cv–00764–CKK–AK, 46 in 1:08–cv–01104–CKK, 185 in
1:05–cv–02367–RWR, 112 in 1:05–cv–00634–RWR, 131 in
1:05–cv–02185–JR, 60 in 1:08–cv–01101–JDB) MOTION for Order, (166 in
1:04–cv–01164–RBW) MOTION for Order *to Designate Unclassified
Returns as "Protected" Information* filed by GEORGE WALKER BUSH,
DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD
RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J.
CANNON, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY
HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON,
GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J.
CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W.
BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A.
GYURISKO, DONALD RUMSFELD, JAY HOOD, BRICE GYURISKO,
JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE
GYURISKO, BRICE GYURISKO, BRICE GYURISKO, NELSON J.
CANNON, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE
VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE
BUMGARNER, JAY HOOD, BRICE GYURISKO, MIKE BUMGARNER,
JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE
GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY
HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE
BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE
GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I.
BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER,
JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE
BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE
BUMGARNER, JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH,
DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, MICHAEL
BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL
BUMGARNER, JAY HOOD, JAY HOOD, MICHAEL BUMGARNER,
MIKE BUMGARNER, DONALD H. RUMSFELD, JAY HOOD, MIKE
BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER,
HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER,
MIKE BUMGARNER, JAY HOOD, HARRY B. HARRIS, JR, WADE F.

| | | | |
|---|---|---|---|
| | | | DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, WADE F. DAVIS, GEORGE W. BUSH, DONALD RUMSFELD, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, GEORGE W. BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, ROBERT M. GATES, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. (White, David) (Entered: 01/12/2009) |
| 01/14/2009 | | | MINUTE ORDER: The Status Conference, currently set for 1/15/2009 @ 2:00 p.m., is hereby reset to 10:15 a.m. the same day in Courtroom 29A before Judge Paul L. Friedman. Signed by Judge Paul L. Friedman on 1/14/2009. (mm) (Entered: 01/14/2009) |
| 01/14/2009 | 235 | | ORDER directing the government to provide the Court with additional information. Signed by Judge Thomas F. Hogan on 1/14/09. (lctfh1) (Entered: 01/14/2009) |
| 01/14/2009 | 236 | | MOTION to Intervene by ASSOCIATED PRESS, NEW YORK TIMES COMPANY, USA TODAY (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Corporate Disclosure)(nmw, ) (Entered: 01/16/2009) |
| 01/14/2009 | | | MINUTE ORDER: By 4:00 p.m. on Friday, January 30, 2009, the government shall reply to Press Applicants' Motion to Intervene for the Limited Purpose of Opposing Government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (docket # 1526, 08–mc–442). Signed by Judge Thomas F. Hogan on 1/21/09. (lctfh1) (Entered: 01/21/2009) |
| 01/15/2009 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 1/15/2009. Defendant's Supplemental Brief due by 1/30/2009. Response due by 2/13/2009. Reply due by 2/18/2009. Motion Hearing set for 2/23/2009 @ 2:00 p.m. in Courtroom 29A before Judge Paul L. Friedman. (Court Reporter Linda Russo) (mm) (Entered: 01/16/2009) |
| 01/21/2009 | 237 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to GEORGE W. BUSH, JR. Attorney David Farnham terminated. (Farnham, David) (Entered: 01/21/2009) |
| 01/21/2009 | 238 | | NOTICE of Appearance by Patrick D. Davis on behalf of JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY |

| | | |
|---|---|---|
| | | HOOD, NELSON J. CANNON, GEORGE WALKER BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, JAY HOOD, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Davis, Patrick) (Entered: 01/21/2009) |
| 01/21/2009 | 239 | NOTICE *of Filing of Detainee Information Pursuant to the Court's January 14, 2009 Order* by JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, |

NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, YOUNOUS CHEKKOURI, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Attachments: #

| | | |
|---|---|---|
| | | <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit)(Davis, Patrick) (Entered: 01/21/2009) |
| 01/22/2009 | <u>240</u> | NOTICE OF WITHDRAWAL OF APPEARANCE as to JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, B. OBAMA, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID |

| | | |
|---|---|---|
| | | M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. Attorney Scott Michael Marconda terminated. (Marconda, Scott) (Entered: 01/22/2009) |
| 01/22/2009 | 241 | NOTICE *of Ex Parte Filing Under Seal of Detainee Information Pursuant to the Court's January 14, 2009 Order* by JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, YOUNOUS CHEKKOURI, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, B. OBAMA, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, |

| | | | |
|---|---|---|---|
| | | | BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Davis, Patrick) (Entered: 01/22/2009) |
| 01/29/2009 | 242 | | MOTION for Extension of Time to *File Brief* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Attachments: # 1 Text of Proposed Order)(Folio, Joseph) (Entered: 01/29/2009) |
| 01/30/2009 | 243 | | Memorandum in opposition to re (88 in 1:05–cv–01623–RWR, 158 in 1:05–cv–02385–RMU, 17 in 1:08–cv–01828–RMU, 171 in 1:05–cv–02378–JDB, 131 in 1:05–cv–02380–CKK, 245 in 1:05–cv–00280–GK, 144 in 1:05–cv–02185–JR, 130 in 1:05–cv–00526–RMU, 66 in 1:08–cv–01238–RWR, 52 in 1:08–cv–01232–JR, 174 in 1:05–cv–01124–RMC, 117 in 1:05–cv–02199–HHK, 135 in 1:05–cv–02104–RBW, 194 in 1:05–cv–02384–RWR, 192 in 1:05–cv–00520–RMU, 442 in 1:02–cv–00828–CKK, 152 in 1:05–cv–01555–JR, 64 in 1:08–cv–01236–JDB, 346 in 1:04–cv–01194–HHK, 87 in 1:06–cv–01668–HHK, 139 in 1:05–cv–01607–RMU, 110 in 1:05–cv–01244–CKK, 57 in 1:08–cv–01104–CKK, 109 in 1:05–cv–00889–ESH, 403 in 1:04–cv–01254–HHK, 159 in 1:05–cv–00329–PLF, 87 in 1:06–cv–01758–RMC, 121 in 1:05–cv–01497–RCL, 140 in 1:05–cv–01487–RMC, 115 in 1:05–cv–00883–RBW, 175 in 1:04–cv–01164–RBW, 123 in 1:05–cv–00764–CKK–AK, 109 in 1:05–cv–01971–RMC, 88 in 1:07–cv–02338–HHK, 123 in 1:05–cv–01983–RMU, 131 in 1:05–cv–01347–GK, 145 in 1:05–cv–01504–RMC, 131 in 1:05–cv–00763–JDB, 55 in 1:08–cv–01224–RMC, 146 in 1:05–cv–00392–ESH, 145 in 1:05–cv–01490–PLF, 133 in 1:04–cv–02046–CKK, 204 in 1:05–cv–02367–RWR, 154 in 1:05–cv–01592–RCL, 110 in 1:05–cv–00877–JR, 167 in 1:05–cv–01601–GK, 71 in 1:08–cv–00987–JDB, 69 in 1:08–cv–01101–JDB, 124 in 1:05–cv–00748–RMC, 42 in 1:08–cv–01805–RMU, 93 in 1:06–cv–01761–ESH, 31 in 1:08–cv–01789–RWR, 85 in 1:05–cv–02387–RMC, 123 in 1:05–cv–00634–RWR, 99 in 1:05–cv–00998–RMU, 144 in 1:05–cv–00247–HHK, 118 in 1:05–cv–00892–CKK, 141 in 1:05–cv–02186–ESH, 135 in 1:05–cv–01638–CKK, 70 in 1:08–cv–01235–JDB, 104 in 1:05–cv–01645–PLF, 39 in 1:08–cv–01440–CKK, 170 in |

1:05–cv–01220–RMU, 88 in 1:05–cv–01189–JR, 177 in 1:05–cv–00270–JR,
111 in 1:06–cv–01684–GK, 119 in 1:06–cv–01767–RMU, 192 in
1:05–cv–00023–RWR, 80 in 1:07–cv–01710–RBW, 72 in
1:08–cv–01153–HHK, 26 in 1:08–cv–02019–RBW, 123 in
1:06–cv–01690–RBW, 1526 in 1:08–mc–00442–TFH, 53 in
1:08–cv–01228–RMC, 128 in 1:05–cv–01678–GK, 51 in
1:08–cv–01221–CKK, 114 in 1:05–cv–00993–RMU, 70 in
1:08–cv–01233–ESH, 166 in 1:05–cv–01353–RMC, 905 in
1:05–cv–02386–RBW, 146 in 1:05–cv–00492–JR, 236 in
1:04–cv–02022–PLF, 122 in 1:05–cv–02379–JR, 90 in
1:08–cv–01360–RWR, 29 in 1:08–cv–01923–GK, 101 in
1:05–cv–01457–GK, 145 in 1:05–cv–02249–RMC, 149 in
1:05–cv–00359–GK, 132 in 1:05–cv–01506–RMC, 198 in
1:05–cv–01429–RMU, 165 in 1:05–cv–02479–HHK, 121 in
1:05–cv–01646–JDB) MOTION to Intervene *for the Limited Purpose of
Opposing Government's Motion to Confirm Designation of Unclassified
Factual Returns as "Protected"* filed by JAY HOOD, NELSON J. CANNON,
JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH,
DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H.
RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY
HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON,
DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG,
JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR,
DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY
HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD,
NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J.
CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W.
BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A.
GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE
GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BARACK
OBAMA, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, NELSON
J. CANNON, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE
VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE
BUMGARNER, JAY HOOD, BRICE GYURISKO, MIKE BUMGARNER,
JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W.
BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD
RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I.
BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER,
JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE
GYURISKO, BRICE GYURISKO, B. OBAMA, BARACK OBAMA, JAY
HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER,
GEORGE W. BUSH, BARACK OBAMA, JAY HOOD, MIKE
BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD,
MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD,
MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD,
GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D.
ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH,
MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY
HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H.
RUMSFELD, JAY HOOD, MICHAEL BUMGARNER, MIKE
BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE
BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD

| | | |
|---|---|---|
| | | H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICK BACCUS, TERRY CARRICO. (Berman, Julia) (Entered: 01/30/2009) |
| 01/30/2009 | 244 | NOTICE *Pertaining to Production of Exculpatory Information* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Folio, Joseph) (Entered: 01/30/2009) |
| 01/30/2009 | 245 | Memorandum in opposition to re 242 MOTION for Extension of Time to *File Brief Regarding the Definition of Enemy Combatant,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Exhibit Exhibit A, Executive Order of January 22, 2009)(Hunt, Gaillard) (Entered: 01/30/2009) |
| 01/30/2009 | 246 | NOTICE *−− Respondents' Global Notice Regarding Production of Exculpatory Information* by JAY HOOD, GEORGE W. BUSH, JR, BRICE GYURISKO, BARACK OBAMA, MICHAEL I. BUMGARNER, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, ROBERT M. GATES, BRUCE VARGO, DAVID M. THOMAS, JR (Henry, Terry) (Entered: 01/30/2009) |
| 02/04/2009 | 247 | ERRATA *−− Corrections to Respondents' Exhibits to their January 21, 2009 Filing* by JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, J. HOOD, NELSON J. CANNON, BARACK OBAMA, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE |

| | | | |
|---|---|---|---|
| | | | GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, BARACK H. OBAMA, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Davis, Patrick) (Entered: 02/04/2009) |
| 02/04/2009 | 248 | | NOTICE *of Ex Parte Filing Under Seal of Errata Concerning Respondents' January 22, 2009 Ex Parte Filing Under Seal* by JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. |

CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, J. HOOD, NELSON J. CANNON, BARACK OBAMA, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, BARACK H. OBAMA, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, DONALD RUMSFELD, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICK BACCUS, TERRY CARRICO (Davis, Patrick) (Entered: 02/04/2009)

| 02/05/2009 | 249 | | NOTICE *of Certification Pertaining to Production of Exculpatory Information* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Folio, Joseph) (Entered: 02/05/2009) |
|---|---|---|---|
| 02/09/2009 | 250 | | REPLY to opposition to motion re 236 MOTION to Intervene filed by ASSOCIATED PRESS, NEW YORK TIMES COMPANY, USA TODAY. (Bead, Jeanette) (Entered: 02/09/2009) |
| 02/12/2009 | | | MINUTE ORDER granting 242 respondents' motion for extension of time to file their brief regarding the definition of enemy combatant. The respondents' brief is now due on or before February 13, 2009; petitioner's opposition is due on or before February 27, 2009; and a reply, if any, is due on or before March 4, 2009. Signed by Judge Paul L. Friedman on 2/12/09. (lcplf1). (Entered: 02/12/2009) |
| 02/12/2009 | | | Set/Reset Deadlines: Respondents' Brief due by 2/13/2009. Response due by 2/27/2009. Reply due by 3/4/2009. (mm) (Entered: 02/12/2009) |
| 02/13/2009 | | | MINUTE ORDER: The date for motions hearing currently scheduled for February 23, 2009 at 2:00 p.m. is hereby vacated. Signed by Judge Paul L. Friedman on 2/13/09. (lcplf1). (Entered: 02/13/2009) |
| 02/13/2009 | 251 | | MOTION for Extension of Time to *File Supplemental Opposition to Petitioner's Motion for Summary Judgment* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Attachments: # 1 Text of Proposed Order)(Folio, Joseph) (Entered: 02/13/2009) |
| 02/13/2009 | 252 | | RESPONSE *or Petitioner's Amended Traverse* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 02/13/2009) |
| 02/16/2009 | 253 | | MEMORANDUM by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 02/16/2009) |
| 02/16/2009 | 254 | | Memorandum in opposition to re 251 MOTION for Extension of Time to *File Supplemental Opposition to Petitioner's Motion for Summary Judgment* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 02/16/2009) |
| 02/24/2009 | 255 | | ORDER granting in part and denying in part 251 respondents' motion for extension of time to file a supplemental opposition to petitioner's motion for summary judgment. Signed by Judge Paul L. Friedman on February 23, 2009. (MA) (Entered: 02/24/2009) |
| 02/24/2009 | | | Set/Reset Deadlines/Hearings: Brief due by 3/13/2009. Responses due by 3/20/2009 Replies due by 3/22/2009. Oral Arguments on definition of "enemy combatant" set for 3/25/2009 10:00 AM in Courtroom 29A before Judge Paul L. Friedman. (mm) (Entered: 02/24/2009) |
| 02/27/2009 | | | MINUTE ORDER: On Thursday, March 26, 2009, at 2:00 pm, the parties shall appear for a hearing on Respondents' Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (docket #1416, 08–mc–0442) AND Press Applicants' Motion to Intervene for the Limited Purposes of Opposing Government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (docket #1526, 08–mc–0442) in Courtroom 25A before Judge Thomas F. Hogan. Each party (Petitioners, Respondents, and Press Applicants) shall designate one counsel to speak on their behalf. |

| | | | |
|---|---|---|---|
| | | | Signed by Judge Thomas F. Hogan on 2/27/09. (lctfh1) (Entered: 02/27/2009) |
| 03/03/2009 | 256 | | MEMORANDUM OPINION declining to consolidate petitions in 08–mc–0442 and recommending reassignment of fifteen petitions. Signed by Judge Thomas F. Hogan on 2/27/09. (lctfh1) (Entered: 03/03/2009) |
| 03/11/2009 | 257 | | MOTION to Amend/Correct *September 11, 2008 Protective Order and Counsel Access Procedures and January 9, 2009 Amended TS/SCI Protective Order and Counsel Access Procedures* by ROBERT GATES, GEORGE W. BUSH (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Berman, Julia) (Entered: 03/11/2009) |
| 03/11/2009 | 258 | | NOTICE *of Filing of Classified Declaration Ex Parte and In Camera* by GEORGE W. BUSH, ROBERT GATES (Berman, Julia) (Entered: 03/11/2009) |
| 03/13/2009 | 259 | | MEMORANDUM by JAY HOOD, NELSON J. CANNON, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, BARACK OBAMA, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, BARACK OBAMA, JAY HOOD, BRICE GYURISKO, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, BARACK H. OBAMA, MICHAEL I. BUMGARNER, GEORGE W. BUSH, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, |

| | | | |
|---|---|---|---|
| | | | WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GUANTANAMO BAY DETAINEE LITIGATION, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, RICHARD B. CHENEY, MICHAEL V. HAYDEN, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, MARK H. BUZBY, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, DAVID VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, JR, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, GEORGE W. BUSH, DONALD H. RUMSFELD, TERRY CARRICO. (Attachments: # 1 Declaration Decl. of Att'y General Eric H. Holder, Jr.)(Hardee, Norman) (Entered: 03/13/2009) |
| 03/16/2009 | 260 | | MEMORANDUM by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 03/16/2009) |
| 03/18/2009 | 261 | | ORDER regarding hearing on March 26, 2009. Signed by Judge Thomas F. Hogan on 3/18/09. (lctfh1) (Entered: 03/18/2009) |
| 03/23/2009 | 262 | | Memorandum in opposition to re 257 MOTION to Amend/Correct *protective order, opposition* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 03/23/2009) |
| 03/23/2009 | 263 | | MOTION to Suppress *the Amended Return, filed* by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 03/23/2009) |
| 03/23/2009 | 264 | | REPLY *Regarding the Government's* 259 *Memorandum of March 13, 2009* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Lin, Jean) Modified on 3/24/2009 adding linkage(td, ). (Entered: 03/23/2009) |
| 03/23/2009 | 265 | | REPLY *Regarding Government's* 259 *Memorandum of March 13, 2009 (same filing as #264 with corrected signature)* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Lin, Jean) Modified on 3/24/2009 adding linkage (td, ). (Entered: 03/23/2009) |
| 03/24/2009 | 266 | | Joint MOTION to Continue *Deadline For Filing Petitioners' Response To Government's Motion To Amend Protective Orders And Counsel Access Procedures* by OMAR KHADR, FATMAH ELSAMNAH, FALEN GHEREBI, BISHER NASER ALI ALMARWALH, HUISSEN NASER ALI ALMARWALH, MASAAB OMAR AL–MADHWANI, ALI OMAR MADHWANI, ABDULKHALIQ AL–BAIDHANI, KHALID |

AL–BAIDHANI, ALI AHMED MOHAMMED AL RAZEHI, ABDULLAH AHMED MOHAMMED AL RAZEHI, SUHAIL ABDU ANAM, SAEED AHMED AL–SARIM, SAMIR AHMED AL–SARIM, IMAD ABDULLAH HASSAN, AMRO ABDULLAH HASSAN, JALAL SALIM BIN AMER, FAEZ BIN AMER, ALI YAHYA MAHDI, MOHAMED YAHYA MAHDI, ATAG ALI ABDOH, MOHAMED ABDU ANAM, KHALID AHMED KASSIM, FADHLE AHMED KASSIM, FAHMI ABDULLAH AHMED, KMAL ABDULLAH AHMED, ABDUALAZIZ ABDOH AL SWIDI, ADNAN ABDOH ALSWIDI, AL HUSSIN AL–TIS, HADI HUSSIN AL–TIS, FAHMI ABDULLAH UBAD AL–TAWLAQI, ALL PETITIONERS, ABDULLAH AHMED UBAD AL–TAWLAQI, MAHMOUD AHMED, ABDULMALIK ABDULWAHHAB AL–RAHABI, AHMED ABDULWAHHAB, MAKHTAR YAHIA NAJI AL–WRAFIE, FOADE YAHIA NAJI AL–WRAFIE, AREF ABD IL RHEEM, AREF ABD AL RAHIM, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH, MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I, OTHMAN ABDULRAHEEM MOHAMMAD, ARAF ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID, MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED HASSAN ODAINI, SADEQ MOHAMMED SAID, MAHMOAD ABDAH AHMED, ABD ALSALAM MOHAMMED SAEED, FAROUK ALI AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD AL–RBUAYE, MAJID MAHMOUD AHMED, IBRAHIM AHMED MAHMOUD AL QOSI, SAIFULLAH PARACHA, FARHAT PARACHA, ALI SALAH KAHLAH AL–MARRI, JARALLAH AL–MARRI, AHCENE ZEMIRI, KARINA DERESHTEANU, SHAKER ABDURRAHEEM AAMER, SAEED AHMED SIDDIQUE, OMAR DEGHAYES, TAHER DESGHAYES, JAMEL ABDULLAH KIYEMBA, THERESA NAMUDDU, MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM AL–MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL–MASHAD, WAFFA EL–ARABIE, ADEL FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI, SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL–NADHI, GHAZI AWADH BIN AGIL AL–NADHY, ZAHER OMER BEN HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MUHAMMAD AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MOHAMED ALI ABDULLA, MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI ABDULLAH BAWAZIR, FAHMI SALEM AL–ASSANI, SALEM SAID AL–ASSANI, SULEIMAN AWADH BIN AQIL AL–NAHDI, GHAZI AWADH BIN AQIL AL–NAHDI, ZAHIR OMAR KHAMIS BIN HAMDOON, MUHAMMAD OMAR KHAMIS BIN HAMDOON, SALEH ALI ABDULLA BAWAZER, AHMED ABDULLAH AL–WAZAN, YOUNOUS CHEKKOURI, MOHAMMED ABDUL RAHMAN, RAFIQ BIN BASHIR BIN JALLUL ALHAMI, DJAMEL AMEZIANE, AHAMED ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER DAHER AL SHAMMARI, ABDUL RAHMAN SHALBY, SHAKER AAMER, ABDULLAH AALI AL OTIABI, MUHAMMED FAHAD AL QAHTANY, MUSA AL MADANY, SALEH ABDULLA AL–OSHAN, MOHAMMED SAAD MOHAMMED AL–OSHAN, ZABEN

DHAHER AL SHAMMARI, MUHAMMED KHAN TUMANI, ABD AL NISR KHAN TUMANI, MOHAMMEDOU OULD SALAHI, YAHDIH OULD SALAHI, OMER SAEED SALEM AL DAINI, MOHAMMED SAEED SALEM AL DAINI, MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, ADEL HAMLILY, SHAKER AAMER, MOHAMMED AL NADOUR, MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN, NAJEEB AL HUSSEINI, KHIALI–GUL, YASIN MUHAMMED BASARDH, ALI HUSSIAN MOHAMMAD MUETY SHAABAN, KARIN BOSTAN, MOHAMMAD MUSTAFA SOHAIL, ARKAN MOHAMMAD GHAFIL AL KARIM, ASIM BEN THABIT AL–KHALAQI, KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, ABDULSALAM ALI ABDULRAHMAN AL–HELA, ABDULWAHAB ALI ABDULRAHMAN AL–HELA, CHAMAN GUL KHIALIGOL, HONORGOL KHIALIGOL, HAJI NUSRAT, ABDUL WAHID, HAJI ROHULLAH WAKIL, MOHAMMAD WAKIL, SABAR LAL, MOHAMMED HASSAN, WALI MOHAMMED MORAFA, HADAYA MORAFA, ABDUL RAHMAN AZIZ KHAN, ABD AL RAHMAN, ABDUL RAZAK IKTIAR MOHAMMED, ALI SHAH MOUSOVI, MOHAMMAD SAYYED SHAH, IZAATULLAH NUSRAT, OMAR MOHAMMED KHALIFH, OMAR DEGHAYES, TARIQ MAHMOUD ALSAWAM, ABU ABDUL RAUF ZALITA, OMAR DEGHAYES, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG, MOTAI SAIB, BISHER AL–RAWI, FATIMA NASSER YAHIA ABDULLAH KHUSSROF, SAEED MOHAMMED SALEH HATIM, ALI MOHAMMED SALEH AL–SALAHI, MOHAMMED NASSER YAHIA ABDULLAH KHUSSROF, AHMED "DOE", OMAR DEGHAYES, JIHAD DHIAB, SHAKER AAMER, JAWAD JABBAR SADKHAN, HAMMAD DOE, HUDHAIFA DOE, JALAAL DOE, KHALID DOE, SAABIR DOE, SAADIQ DOE, JAMAL KIYEMBA, ABDUSABUR DOE, ABDUSAMAD DOE, ABDUNASIR DOE, ADIL BIN MUHAMMAD AL WIRGHI, MOAZZAM BEGG, TAWISS BINT HASAN AL WIRGHI, ABDL HADI OMAR MAHMOUD FARAJ, NABIL, JAMAAL KIYEMBA, SHAFIIQ, JAMAAL KIYEMBA, ABBAR SUFIAN AL HAWARY, SHAKER AAMER, BISHER AL–RAWI, IBRAHIM OSMAN IBRAHIM IDRIS, HASSAN BIN ATTASH, BENYAMIN MOHAMMED AL HABASHI, A'AMER SHAKER, HAMID AL RAZAK, BISHER AL RAWI, EDHAM MAMET, IBRAHIM MAMET, FOUZIA AHMMED, ABDUL RAHEEM GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI, ABDUL ZAHIR, HUSSAIN SALEM MOHAMMED ALMERFEDI, SALEM MOHAMMED SALEM ABDULLA ALMERFEDI, WALEED SAEED BN SAEED ZAID, MOHAMMED SAEED BN SAEED ZAID, MOHAMMED RAJEB ABU GHANEM, HIMIGER SADER ABU GHANEM, AMEEN MOHAMMAD ALBKRI, ALI SALEH ALBKRI, ALLA ALI BIN ALI AHMED, WAGDI ALI BIN ALI, SADAR DOE, ARKEEN DOE, USAMA HASAN ABU KABIR, MOHAMMED AL–QAHTANI, MANEA AHMED FAHAD AL–QAHTANI, ISMAIL ALKHEMISI, HASAN BALGAID, OMAR DEGHAYES, RAVIL MINGAZA GAMIL, DILIARA MINGAZOVA, KHALED ABD ELGABAR MOHAMMED OTHMAN,

ABD AL MALIK ABD AL WAHAB, MUHAMMED AHMED
MUHAMMED ALGHURBANY, ALI HAMZA AHMED SULIMAN
BAHLOOL, ABDOUL MOHAMMED AHMED BAHLOOL, SALEH
MOHAMMED SELEH AL THABBII, FATMAH QHASIM AL AHMADI,
ABDUL AL QADER AHMED HUSSAIN, ABDULGADER AHMED
HASIN ABOBAKER, ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID
ALI AL JAYFI, OTHMAN ALI MOHAMMED AL SHAMRANY, ALI
MOHAMED OMAR AL SHOMRANY, KHALID MOHAMMED AL
THABBI, ABDU AL QADER HUSSAIN AL–MUDAFARI, SALIEH
HUSSAIN ALI AL–MUDAFARI, HAYAL AZIZ AHMED AL–MITHALI,
ALI AZIZ AHMED AL–MITHALI, ABD AL HAKIM GHALIB AHMAD
ALHAG, SAEED GHALIB AHMAD ALHAG, MOHAMMED ABDUL
RAHMAN AL–SHIMRANI, ALI ABDUL RAHMAN AL–SHIMRANI,
AHMED BEN BACHA, BINYAM MOHAMMED, SALAH BELBACHA,
TOORAN MOHAMMAD AMANNULLAH, MIRRA JAAN, MOHAMMAD
WABI UMARI, GUL HYAT KHAN, ABDULLAH MUJAHID HAQ, FARID
AHMED, MOHAMMAD RAHIM, MOHAMMAD KARIM, MOHAMMAD
ZAHIR, ABDUL WAHAB, ABDULLAH WAZIR ZADRAN, GHULAM
ROOHANI, GHULAM JEELANI, DR. HIYATULLAH, ABDUL ZAHIR,
CHAMAN GUL KHIALIGOL, ZAHIR SHAH, ABDUL HAQ, ABDUL
BARRI, AHMED AL DARBY, AHMAD MOHAMMAD AL DARBI, ALI
MOHAMMAD AL DARBI, MOHAMMED MOHAMMED HASSEN,
ABDUL HAMID ABDUL SALAM AL–GHIZZAWI, ALI YEHYA MAHDI
AL–RIMI, ADHAM MOHAMMED ALI AWAD, ISMAIL ALI AL RAMMI,
SOAID SALH AHMAD AL RAMMI, ADEL ALI AHMAD AL RAMMI,
SAMI MUHYIDEEN, BANDAR AL JAABIR, JAMAL KIYEMBA,
MOHAMMED ZAHRANI, OMAR DEGHAYES, SALIM SAID, ANWAR
HANDAN AL SHIMMIRI, SULIMAN HONAHEEM ALOWAIDAH, SAAD
AL QAHTAANI, JOBRAN SAAD AL–QUHTANI, NAWAL MADAY
AL–QUHTANI, ZAKARIA AL–BAIDANY, ABDEL AZIZ AL–SWIDI,
AHMED MOHAMMED HASSIN AL RAMMAH, MOHAMMED AL
PALESTINI, OMAR (LNU), SOFAINE MOHAMMED BERHOUMI,
ABDUL AZIZ NAJI, ABIN ALHAMED ABID ALSALLAM ALKESAWI,
ABU RAWDA, UMAR ABDULLAH AL KUNDUZI, KHALED
ABDALLAH AL–IDAN, ABDUL RAUF ASIBI, ABDUL RAZAK ALI,
MOHAMMED ABDULLAH TAHA MATTAN, MAHER LNU, MUSTAFA
AL SHAMILI, SHARGOWI LNU, BISHER AL–RAWI, OYBEK
JAMOLDINIVICH JABBAROV, SANAD ALI ALKALIEMI, FADL
DAHIMI, ABDUL SALAM DEIFF, ABDURAHMAN LNU, AHMED
OMAR, ALI LNU, EDRESS LNU, MOHAMMED AHMED SAEED
HIDAR, SAIF ULLAH, SAMIR LNU, YOYEJ, SAEED, OMAR DOE,
SHARAF AL SANANI, OMAR DEGHAYES, FAHD ABU HAFSA, JAMAL
KIYEMBA, ABDUL HAQ, NADIR OMAR ADULLAH BIN SAADOUN
ALSAARY, SAMI MUHYIDEEN, OMAR RAMAH, ABD AL ZAHER,
FAWZI KHALED ABDALLAH AL–AUDHA, ABDULLAH BO OMER
HAMZA YOYEJ, ABU RAHAN, NAJEEB DOE, SAD AL GAHTANI,
AMER MOHAMMON, FAHD AL HARAAZI, JABIR AL QUATANY,
USAMA HASAN ABU KABIR, MOHSEN, FAHD AL FAWZAN, ADEL
LNU, RASHED AL QAMDI, BANDAR AL SHAIBANI, ALI SHER
HAMIDULLAH, MARSHAL DOE, KHALD AL BARKATI, ABDULAL AL
THANI, ABU AHMED AL JOFI, SLAIM HARBI, ABU RAD AL JOFI,
MUHAMMED HARBI, ABDULAZIZ LNU, ABDULAL DOE, SAD AL

MATERI, BOUCETTA FIHI, SAYF BIN ABDALLAH, SEED FARHA,
SALEH DOE, AHMED ADNAN AHJAM, MAGED DOE, ZEYAD AL
GASSMY, ADEL HASSAN, HAMAD DOE, JAMIL AHMAD SAEED,
HALA AHMAD SAEED AL–ADAHG, AMIR DOE, ALKHADR
ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, ABU
AHMED, WALEED DOE, WALEED LNU, SAMIR DOE, ELHAM
BATAIF, ZEIN AL–ABEDEEN, YAGOOB AL SOURY, ABDUL RHMAN,
ADEL AL TUNISI, ZAKER CHAN, SADER DOE, MOHAMMED AHMED
SLAM AL–KHATEEB, ALI AL KAZMI, ADNAN AL BIHANI, ALI
YAHYA MAHDI, ABDULLAH LNU, ABDURAZZAK LNU, KHADER
DOE, BILAL LNU, MOSHEN DOE, ABDUL RAHMAN, ABDURRAZAKH
LNU, FAHD DOE, JAMIL EL–BANNA, ADEL LNU, OSAMA DOE,
MOHAMED HMADI, ABDUL–RAHMAN ABDO ABULGHAITH
SULAIMAN, FAHMI DOE, ESAM DOE, TALAH AHMED MOHAMMED
ALI ALMJRD, AHMED MOHAMMED ALI ALMJRD, USAMA HASAN
ABU KABIR, ABDUR RAZAKAH, AHMAD DOE, ALI KADAMI,
AYMAN, FAWAZ, HOUMAD WARZLY, MOHAMED RAJAB, OTHMAN
ALI MUHAMMED OMAR, MOHAMMED KAMEEN, SABRY
MOHAMMED, SALEH, WAQAS MOHAMMED ALI AWAD, ZAKARIA,
KHALID MOHAMMED, MUHAMMAD NUR UTHMAN MUHAMMAD,
MAHDI SALIH, SAKI BACHA, SHAMSULLAH, ABOU YASSIR
JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL RAZAK ALI–HAJ,
ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH, SALEH LIBI,
ABD AL RAHMAN ABDULLAH AL HALMANDY, MUHAMMED SAAD
IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA, ABU HADIFA,
MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL WEEJ,
ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD
SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY,
SULTAN AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH,
ABDUL AL HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA,
ADEL, INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE
BIN BASHIR, RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH,
ABDULLAH ALI SALEH, AMAR BILOUSHI, KHALID DESHIRE,
IBRAHIM NAYIF ADBALLAH IBRAHIM, MOHAMMED CHINGUITY,
ABDO ALI AL HAJ, ABU BAKER SHAMMRANY,
GHANIM–ABDULRAHMAN AL–HARBI, RAVIL MINGAZOV,
ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ABDULLI
FEGHOUL, ALI ABDULLAH ALI, MOHAMMED AHMED TAHER,
MOHAMMED ABDULLAH MOHAMMED BA ODAH, TARIQ ALI
ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA ODAH,
MOHAMED AL–ZARNOUQI, MASHOUR ABDULLAH MUQBEL
ALSABRI, MAJID KHAN, RABIA KHAN, FAIZ AHMED YAHIA
SULIMAN, HADDAD AHMED YAHIA SULIMAN, MOHAMED
MUQBEL AHMED ALSABRI, MOHAMED AL–ZARNOUQI, MASHOUR
ABDULLAH MUQBEL ALSABRI, ELISHER, SABIR, FADHEL HUSSEIN
SALEH HENTIF, HAYKAL MOHAMMED SALEH HENTIF, ACHRAF
SALIM ABDESSALAM, IYOB MURSHAD ALI SALEH, MURSHAD ALI
SALEH, ABDULRAHMAN MUHAMMAD SALEH NASSER,
MUHAMMAD MUHAMMAD SALEH NASSER, RIDAH BIN SALEH AL
YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI
MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI,
MOAMMAR BADAWI DOKHAN, SAMI AL HAJJ, ABDUL RAHIM

| | | | |
|---|---|---|---|
| | | | HUSSEIN MUHAMMED ALI NASHIR, SCOTT L. FENSTERMAKER, BASHIR GHALAAB, SHAWALI KHAN, MOHAMMED SULAYMON BARRE, MOHAMMED ABD AL AL QADIR, ABD AL–RAHIM HUSSAIN MOHAMMED AL–NASHIRI, AWAL GUL, HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN ATEF, KAHLID SAAD MOHAMMED, MAHBUB RAHMAN, MOHAMMAD RAHMAN, SAMI AL HAJJ, MONSOOR MUHAMMED ALI QATTAA, SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, FNU HAFIZULLAH, MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, YAKUBI, AHMED YASLAM SAID KUMAN, ABDULAH ALHAMIRI, ABDUL GHAFFAR, ADEL NOORI, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, HASSAN ABDUL SAID, SAMI AL HAJJ, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, AMMAR AL–BALUCHI, MOHAMMED NAZIR BIN LEP, MANSOUR K. A. KAMEL, ABDULAZIZ SAYER OWAIN AL SHAMMARI, SAYER O. Z. AL SHAMMARI, ABDULLAH SALEH ALI AL AJMI, MESFER SALEH ALI AL AJMI, MOHAMMED FUNAITEL AL DIHANI, MUBARA F. S. M. AL DAIHANI, FAYIZ MOHAMMED AHMED AL KANDARI, MOHAMMAD A. J. M. H. AL KANDARI, FWAD MAHMOUD AL RABIAH, MONZER M. H. A. AL RABIEAH, ADIL ZAMIL ABDULL MOHSSIN AL ZAMIL, WALID Z. A. AL ZAMEL, FAWZI KHALID ABDULLAH FAHAD AL ODAH, KHALED A.F. AL ODAH, NASSER NIJER NASER AL MUTAIRI, ABDULLAH KAMAL ABDULLAH KAMAL AL KANDARI, SAAD MADAI SAAD HAWASH AL–AZMI, HAMAD MADAI SAAD, OMAR RAJAB AMIN, MOHAMMAD R.M.R. AMEEN, NAYEF N. N. B. J. AL MUTAIRI, KHALID ABDULLAH MISHAL AL MUTAIRI, MESHAL A. M. TH AL MUTAIRI (Thompson, Darin) (Entered: 03/24/2009) |
| 03/25/2009 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Motion Hearing held on 3/25/2009 re 28 MOTION for Summary Judgment filed by FARHAT PARACHA, SAIFULLAH PARACHA and Petitioners' Renewed Motion for Summary Judgment. Motions heard and taken under advisement. (Court Reporter Scott Wallace) (mm) (Entered: 03/25/2009) |
| 03/25/2009 | 267 | | MEMORANDUM OPINION AND ORDER denying petitioner's motion for summary judgment 28 and his renewed motion for summary judgment 224 . Signed by Judge Paul L. Friedman on 3/25/2009. (mm) (Entered: 03/25/2009) |
| 04/01/2009 | 268 | | RESPONSE re (1705 in 1:08–mc–00442–TFH) Joint MOTION to Continue *Deadline For Filing Petitioners' Response to Government's Motion To Amend Protective Orders And Counsel Access Procedures* filed by GEORGE W. BUSH, ROBERT GATES. (Berman, Julia) (Entered: 04/01/2009) |
| 04/02/2009 | 269 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 263 MOTION to Suppress *the Amended Return, filed* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Attachments: # 1 Text of Proposed Order)(Folio, Joseph) (Entered: 04/02/2009) |

| 04/03/2009 | 270 | | NOTICE *Regarding Order in Batarfi v. Gates, 05−CV−409 (EGS)* by ROBERT M. GATES, BARACK OBAMA (Attachments: # 1 Exhibit, # 2 Exhibit)(Warden, Andrew) (Entered: 04/03/2009) |
|---|---|---|---|
| 04/03/2009 | | | MINUTE ORDER granting 269 respondents' unopposed motion for extension of time on or before April 20, 2009 to file their opposition to petitioner's motion to suppress the amended factual return. Signed by Judge Paul L. Friedman on April 3, 2009. (MA) (Entered: 04/03/2009) |
| 04/03/2009 | | | Set/Reset Deadlines: Response to petitioner's motion to suppress amended factual return due by 4/20/2009. (mm) (Entered: 04/06/2009) |
| 04/07/2009 | | | MINUTE ORDER granting Press Applicants' Motion to Intervene for the Limited Purpose of Opposing Government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (Dkt. No. 1526, 08−mc−0442). For the reasons set forth during the hearing on March 26, 2009, Press Applicants are permitted to intervene only to oppose the government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (Dkt. No. 1416, 08−mc−0442) before this Court. This order does not permit Press Applicants to intervene in any case before the Merits Judges. Signed by Judge Thomas F. Hogan on 4/2/09. (lctfh1) (Entered: 04/07/2009) |
| 04/08/2009 | 271 | | TRANSCRIPT OF PROCEEDINGS before Judge Paul L. Friedman of proceedings held on 3−25−09; Page Numbers: 1−48. Date of Issuance:4−1−09. Court Reporter/Transcriber Scott Wallace, Telephone number 202−354−3196, Court Reporter Email Address : swallace.reporter@gmail.com.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 4/29/2009. Redacted Transcript Deadline set for 5/11/2009. Release of Transcript Restriction set for 7/7/2009.(Wallace, Scott) (Entered: 04/08/2009) |
| 04/08/2009 | 272 | | NOTICE *Of Respondents' Response To Order To Show Cause In Batarfi v. Gates, 05−CV−409 (EGS)* by BARACK H. OBAMA, ROBERT M. GATES (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 04/08/2009) |
| 04/20/2009 | 273 | | Memorandum in opposition to re 263 MOTION to Suppress *the Amended Return, filed* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Folio, Joseph) (Entered: 04/20/2009) |
| 04/20/2009 | 274 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *Of Filing Of Status Report Addressing Information Gathering Efforts Of Guantanamo Review Task Force* by BARACK OBAMA, ROBERT M. GATES (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 04/20/2009) |
| 04/24/2009 | 275 | | REPLY to opposition to motion re 263 MOTION to Suppress *the Amended Return, filed April 24, 2009,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 04/24/2009) |
| 05/01/2009 | 276 | | STATUS REPORT *Concerning Production Of Information In The Possession Of The Guantanamo Review Task Force* by ROBERT M. GATES, BARACK OBAMA. (Warden, Andrew) (Entered: 05/01/2009) |
| 05/04/2009 | 277 | | ORDER denying without prejudice 263 Motion to Suppress. Signed by Judge Paul L. Friedman on 5/4/09. (lcplf1). (Entered: 05/04/2009) |
| 05/10/2009 | 278 | | STATUS REPORT −− *UPDATED STATUS REPORT CONCERNING DISCOVERY RELATED TO INFORMATION IN THE POSSESSION OF THE GUANTANAMO REVIEW TASK FORCE* by BRICE GYURISKO, BARACK OBAMA, DAVID M. THOMAS, JR, ROBERT M. GATES, BRUCE VARGO. (Henry, Terry) (Entered: 05/10/2009) |
| 05/11/2009 | 279 | | RESPONSE re (263 in 1:04−cv−01136−JDB, 73 in 1:08−cv−01104−CKK, 89 in 1:08−cv−01237−RMU−AK, 91 in 1:07−cv−02337−HHK, 77 in 1:08−cv−01310−RMU, 142 in 1:05−cv−00764−CKK−AK, 106 in 1:06−cv−01766−HHK, 85 in 1:08−cv−01236−JDB, 66 in 1:08−cv−01228−RMC, 6 in 1:09−cv−00031−JDB, 175 in 1:05−cv−00329−PLF, 115 in 1:06−cv−01668−HHK, 92 in 1:08−cv−01238−RWR, 58 in 1:08−cv−01223−JR, 127 in 1:05−cv−00877−JR, 68 in 1:08−cv−01232−JR, 86 in 1:08−cv−01101−JDB, 1064 in 1:09−cv−00745−RCL, 115 in 1:08−cv−01360−RWR, 257 in 1:04−cv−02022−PLF, 144 in 1:06−cv−01684−GK, 460 in 1:04−cv−01254−HHK, 100 in 1:06−cv−01758−RMC, 104 in 1:07−cv−01710−RBW, 98 in 1:06−cv−01765−HHK, 170 in 1:05−cv−00763−JDB, 53 in 1:08−cv−01923−GK, 114 in 1:05−cv−02387−RMC, 127 in 1:04−cv−02035−GK, 91 in 1:08−cv−01233−ESH, 172 in 1:05−cv−00359−UNA, 1064 in 1:05−cv−02386−RBW, 92 in 1:04−cv−01937−PLF, 44 in 1:06−cv−01759−JDB, 400 in 1:04−cv−01194−TFH, 36 in 1:08−cv−01828−RMU, 160 in 1:05−cv−00492−JR, 84 in 1:08−cv−01235−JDB, 177 in 1:05−cv−00392−UNA, 91 in 1:08−cv−00987−JDB, 156 in 1:04−cv−02046−CKK, 138 in 1:06−cv−01767−RMU, 199 in 1:05−cv−00270−JR, 140 in 1:05−cv−00748−RMC, 103 in 1:06−cv−00618−RWR, 160 in 1:06−cv−01690−RBW, 103 in 1:07−cv−02338−HHK, 1684 in 1:08−mc−00442−TFH, 142 in 1:04−cv−02215−RMC, 37 in 1:08−cv−01229−JDB, 62 in 1:08−cv−01805−RMU, 58 in 1:05−cv−02444−RMC, 44 in 1:08−cv−01227−ESH, 114 in 1:06−cv−01761−ESH, 83 in 1:08−cv−01230−RMC, 138 in 1:05−cv−00634−RWR, 92 in 1:08−cv−01153−HHK, 83 in 1:08−cv−01221−CKK, 58 in 1:08−cv−02019−RBW, 72 in 1:08−cv−01224−RMC, 161 in 1:05−cv−00526−RMU, 76 in 1:08−cv−01085−PLF, 197 in 1:04−cv−01164−RBW, 37 in 1:08−cv−02083−PLF, 105 in 1:08−cv−01207−RWR, 502 in |

1:02–cv–00828–UNA, 39 in 1:08–cv–01733–JDB, 218 in
1:05–cv–00520–RMU, 187 in 1:05–cv–00569–JR, 194 in
1:05–cv–02479–HHK, 302 in 1:05–cv–00280–UNA, 59 in
1:08–cv–01440–CKK, 70 in 1:08–cv–01185–HHK, 42 in
1:08–cv–01231–CKK, 161 in 1:05–cv–00247–UNA) MOTION to
Amend/Correct *PETITIONER'S RESPONSE TO GOVERNMENT'S MOTION
TO AMEND SEPTEMBER 11, 2008 PROTECTIVE ORDER AND COUNSEL
ACCESS PROCEDURES AND JANUARY 9, 2009 TS/SCI PROTECTIVE
ORDER AND COUNSEL ACCESS PROCEDURES* filed by OMAR KHADR,
FATMAH ELSAMNAH, FALEN GHEREBI, BISHER NASER ALI
ALMARWALH, HUISSEN NASER ALI ALMARWALH, MASAAB OMAR
AL–MADHWANI, ALI OMAR MADHWANI, ABDULKHALIQ
AL–BAIDHANI, KHALID AL–BAIDHANI, ALI AHMED MOHAMMED
AL RAZEHI, ABDULLAH AHMED MOHAMMED AL RAZEHI, SUHAIL
ABDU ANAM, SAEED AHMED AL–SARIM, SAMIR AHMED
AL–SARIM, IMAD ABDULLAH HASSAN, AMRO ABDULLAH
HASSAN, JALAL SALIM BIN AMER, FAEZ BIN AMER, ALI YAHYA
MAHDI, MOHAMED YAHYA MAHDI, ATAG ALI ABDOH, MOHAMED
ABDU ANAM, KHALID AHMED KASSIM, FADHLE AHMED KASSIM,
FAHMI ABDULLAH AHMED, KMAL ABDULLAH AHMED,
ABDUALAZIZ ABDOH AL SWIDI, ADNAN ABDOH ALSWIDI, AL
HUSSIN AL–TIS, HADI HUSSIN AL–TIS, FAHMI ABDULLAH UBAD
AL–TAWLAQI, ALL PETITIONERS, ABDULLAH AHMED UBAD
AL–TAWLAQI, MAHMOUD AHMED, ABDULMALIK
ABDULWAHHAB AL–RAHABI, AHMED ABDULWAHHAB,
MAKHTAR YAHIA NAJI AL–WRAFIE, FOADE YAHIA NAJI
AL–WRAFIE, AREF ABD IL RHEEM, AREF ABD AL RAHIM, YASEIN
KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD,
ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH, MOHAMED
FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I,
OTHMAN ABDULRAHEEM MOHAMMAD, ARAF ABDULRAHEEM
MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID,
MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED
HASSAN ODAINI, SADEQ MOHAMMED SAID, MAHMOAD ABDAH
AHMED, ABD ALSALAM MOHAMMED SAEED, FAROUK ALI
AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN YAHALDI HSAN
MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD
AL–RBUAYE, MAJID MAHMOUD AHMED, IBRAHIM AHMED
MAHMOUD AL QOSI, SAIFULLAH PARACHA, FARHAT PARACHA,
ALI SALAH KAHLAH AL–MARRI, JARALLAH AL–MARRI, AHCENE
ZEMIRI, KARINA DERESHTEANU, SHAKER ABDURRAHEEM
AAMER, SAEED AHMED SIDDIQUE, OMAR DEGHAYES, TAHER
DESGHAYES, JAMEL ABDULLAH KIYEMBA, THERESA NAMUDDU,
MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM
AL–MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR
DEGHAYES, SHERIF EL–MASHAD, WAFFA EL–ARABIE, ADEL
FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI,
SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL–NADHI,
GHAZI AWADH BIN AGIL AL–NADHY, ZAHER OMER BEN
HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED
AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MUHAMMAD
AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MOHAMED ALI

ABDULLA, MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI
ABDULLAH BAWAZIR, FAHMI SALEM AL–ASSANI, SALEM SAID
AL–ASSANI, SULEIMAN AWADH BIN AQIL AL–NAHDI, GHAZI
AWADH BIN AQIL AL–NAHDI, ZAHIR OMAR KHAMIS BIN
HAMDOON, MUHAMMAD OMAR KHAMIS BIN HAMDOON, SALEH
ALI ABDULLA BAWAZER, AHMED ABDULLAH AL–WAZAN,
YOUNOUS CHEKKOURI, MOHAMMED ABDUL RAHMAN, RAFIQ BIN
BASHIR BIN JALLUL ALHAMI, DJAMEL AMEZIANE, AHAMED
ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER DAHER AL
SHAMMARI, ABDUL RAHMAN SHALBY, SHAKER AAMER,
ABDULLAH AALI AL OTIABI, MUHAMMED FAHAD AL QAHTANY,
MUSA AL MADANY, SALEH ABDULLA AL–OSHAN, MOHAMMED
SAAD MOHAMMED AL–OSHAN, ZABEN DHAHER AL SHAMMARI,
MUHAMMED KHAN TUMANI, ABD AL NISR KHAN TUMANI,
MOHAMMEDOU OULD SALAHI, YAHDIH OULD SALAHI, OMER
SAEED SALEM AL DAINI, MOHAMMED SAEED SALEM AL DAINI,
MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN,
SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY,
SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, ADEL HAMLILY,
SHAKER AAMER, MOHAMMED AL NADOUR, MOHAMMED
FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA,
ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR,
YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN,
NAJEEB AL HUSSEINI, KHIALI–GUL, YASIN MUHAMMED
BASARDH, ALI HUSSIAN MOHAMMAD MUETY SHAABAN, KARIN
BOSTAN, MOHAMMAD MUSTAFA SOHAIL, ARKAN MOHAMMAD
GHAFIL AL KARIM, ASIM BEN THABIT AL–KHALAQI,
KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, ABDULSALAM ALI
ABDULRAHMAN AL–HELA, ABDULWAHAB ALI ABDULRAHMAN
AL–HELA, CHAMAN GUL KHIALIGOL, HONORGOL KHIALIGOL,
HAJI NUSRAT, ABDUL WAHID, HAJI ROHULLAH WAKIL,
MOHAMMAD WAKIL, SABAR LAL, MOHAMMED HASSAN, WALI
MOHAMMED MORAFA, HADAYA MORAFA, ABDUL RAHMAN AZIZ
KHAN, ABD AL RAHMAN, ABDUL RAZAK IKTIAR MOHAMMED, ALI
SHAH MOUSOVI, MOHAMMAD SAYYED SHAH, IZAATULLAH
NUSRAT, OMAR MOHAMMED KHALIFH, OMAR DEGHAYES, TARIQ
MAHMOUD ALSAWAM, ABU ABDUL RAUF ZALITA, OMAR
DEGHAYES, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG,
MOTAI SAIB, BISHER AL–RAWI, FATIMA NASSER YAHIA
ABDULLAH KHUSSROF, SAEED MOHAMMED SALEH HATIM, ALI
MOHAMMED SALEH AL–SALAHI, MOHAMMED NASSER YAHIA
ABDULLAH KHUSSROF, AHMED "DOE", OMAR DEGHAYES, JIHAD
DHIAB, SHAKER AAMER, JAWAD JABBAR SADKHAN, HAMMAD
DOE, HUDHAIFA DOE, JALAAL DOE, KHALID DOE, SAABIR DOE,
SAADIQ DOE, JAMAL KIYEMBA, ABDUSABUR DOE, ABDUSAMAD
DOE, ABDUNASIR DOE, ADIL BIN MUHAMMAD AL WIRGHI,
MOAZZAM BEGG, TAWISS BINT HASAN AL WIRGHI, ABDL HADI
OMAR MAHMOUD FARAJ, NABIL, JAMAAL KIYEMBA, SHAFIIQ,
JAMAAL KIYEMBA, ABBAR SUFIAN AL HAWARY, SHAKER
AAMER, BISHER AL–RAWI, IBRAHIM OSMAN IBRAHIM IDRIS,
HASSAN BIN ATTASH, BENYAMIN MOHAMMED AL HABASHI,
A'AMER SHAKER, HAMID AL RAZAK, BISHER AL RAWI, EDHAM

MAMET, IBRAHIM MAMET, FOUZIA AHMMED, ABDUL RAHEEM
GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI,
ABDUL ZAHIR, HUSSAIN SALEM MOHAMMED ALMERFEDI, SALEM
MOHAMMED SALEM ABDULLA ALMERFEDI, WALEED SAEED BN
SAEED ZAID, MOHAMMED SAEED BN SAEED ZAID, MOHAMMED
RAJEB ABU GHANEM, HIMIGER SADER ABU GHANEM, AMEEN
MOHAMMAD ALBKRI, ALI SALEH ALBKRI, ALLA ALI BIN ALI
AHMED, WAGDI ALI BIN ALI, SADAR DOE, ARKEEN DOE, USAMA
HASAN ABU KABIR, MOHAMMED AL–QAHTANI, MANEA AHMED
FAHAD AL–QAHTANI, ISMAIL ALKHEMISI, HASAN BALGAID,
OMAR DEGHAYES, RAVIL MINGAZA GAMIL, DILIARA
MINGAZOVA, KHALED ABD ELGABAR MOHAMMED OTHMAN,
ABD AL MALIK ABD AL WAHAB, MUHAMMED AHMED
MUHAMMED ALGHURBANY, ALI HAMZA AHMED SULIMAN
BAHLOOL, ABDOUL MOHAMMED AHMED BAHLOOL, SALEH
MOHAMMED SELEH AL THABBII, FATMAH QHASIM AL AHMADI,
ABDUL AL QADER AHMED HUSSAIN, ABDULGADER AHMED
HASIN ABOBAKER, ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID
ALI AL JAYFI, OTHMAN ALI MOHAMMED AL SHAMRANY, ALI
MOHAMED OMAR AL SHOMRANY, KHALID MOHAMMED AL
THABBI, ABDU AL QADER HUSSAIN AL–MUDAFARI, SALIEH
HUSSAIN ALI AL–MUDAFARI, HAYAL AZIZ AHMED AL–MITHALI,
ALI AZIZ AHMED AL–MITHALI, ABD AL HAKIM GHALIB AHMAD
ALHAG, SAEED GHALIB AHMAD ALHAG, MOHAMMED ABDUL
RAHMAN AL–SHIMRANI, ALI ABDUL RAHMAN AL–SHIMRANI,
AHMED BEN BACHA, BINYAM MOHAMMED, SALAH BELBACHA,
TOORAN MOHAMMAD AMANNULLAH, MIRRA JAAN, MOHAMMAD
WABI UMARI, GUL HYAT KHAN, ABDULLAH MUJAHID HAQ, FARID
AHMED, MOHAMMAD RAHIM, MOHAMMAD KARIM, MOHAMMAD
ZAHIR, ABDUL WAHAB, ABDULLAH WAZIR ZADRAN, GHULAM
ROOHANI, GHULAM JEELANI, DR. HIYATULLAH, ABDUL ZAHIR,
CHAMAN GUL KHIALIGOL, ZAHIR SHAH, ABDUL HAQ, ABDUL
BARRI, AHMED AL DARBY, AHMAD MOHAMMAD AL DARBI, ALI
MOHAMMAD AL DARBI, MOHAMMED MOHAMMED HASSEN,
ABDUL HAMID ABDUL SALAM AL–GHIZZAWI, ALI YEHYA MAHDI
AL–RIMI, ADHAM MOHAMMED ALI AWAD, ISMAIL ALI AL RAMMI,
SOAID SALH AHMAD AL RAMMI, ADEL ALI AHMAD AL RAMMI,
SAMI MUHYIDEEN, BANDAR AL JAABIR, JAMAL KIYEMBA,
MOHAMMED ZAHRANI, OMAR DEGHAYES, SALIM SAID, ANWAR
HANDAN AL SHIMMIRI, SULIMAN HONAHEEM ALOWAIDAH, SAAD
AL QAHTAANI, JOBRAN SAAD AL–QUHTANI, NAWAL MADAY
AL–QUHTANI, ZAKARIA AL–BAIDANY, ABDEL AZIZ AL–SWIDI,
AHMED MOHAMMED HASSIN AL RAMMAH, MOHAMMED AL
PALESTINI, OMAR (LNU), SOFAINE MOHAMMED BERHOUMI,
ABDUL AZIZ NAJI, ABIN ALHAMED ABID ALSALLAM ALKESAWI,
UMAR ABDULLAH AL KUNDUZI, KHALED ABDALLAH AL–IDAN,
ABDUL RAUF ASIBI, MAHER LNU, MUSTAFA AL SHAMILI, BISHER
AL–RAWI, OYBEK JAMOLDINIVICH JABBAROV, SANAD ALI
ALKALIEMI, FADL DAHIMI, ABDUL SALAM DEIFF, ALI LNU,
MOHAMMED AHMED SAEED HIDAR, SAIF ULLAH, SAMIR LNU,
YOYEJ, SAEED, OMAR DOE, SHARAF AL SANANI, OMAR
DEGHAYES, FAHD ABU HAFSA, JAMAL KIYEMBA, ABDUL HAQ,

NADIR OMAR ADULLAH BIN SAADOUN ALSAARY, SAMI
MUHYIDEEN, OMAR RAMAH, ABD AL ZAHER, FAWZI KHALED
ABDALLAH AL–AUDHA, ABDULLAH BO OMER HAMZA YOYEJ,
ABU RAHAN, NAJEEB DOE, SAD AL GAHTANI, AMER MOHAMMON,
FAHD AL HARAAZI, JABIR AL QUATANY, USAMA HASAN ABU
KABIR, MOHSEN, FAHD AL FAWZAN, ADEL LNU, RASHED AL
QAMDI, BANDAR AL SHAIBANI, ALI SHER HAMIDULLAH,
MARSHAL DOE, KHALD AL BARKATI, ABDULAL AL THANI, ABU
AHMED AL JOFI, SLAIM HARBI, ABU RAD AL JOFI, MUHAMMED
HARBI, ABDULAZIZ LNU, ABDULAL DOE, SAD AL MATERI,
BOUCETTA FIHI, SAYF BIN ABDALLAH, SEED FARHA, SALEH DOE,
AHMED ADNAN AHJAM, MAGED DOE, ZEYAD AL GASSMY, ADEL
HASSAN, HAMAD DOE, JAMIL AHMAD SAEED, HALA AHMAD
SAEED AL–ADAHG, AMIR DOE, ALKHADR ABDULLAH AL YAFIE,
TOFIQ NASSER AWAD AL BIHANI, ABU AHMED, WALEED DOE,
WALEED LNU, SAMIR DOE, ELHAM BATAIF, ZEIN AL–ABEDEEN,
YAGOOB AL SOURY, ABDUL RHMAN, ADEL AL TUNISI, ZAKER
CHAN, SADER DOE, ALI AL KAZMI, ADNAN AL BIHANI, ALI YAHYA
MAHDI, ABDULLAH LNU, ABDURAZZAK LNU, KHADER DOE,
BILAL LNU, MOSHEN DOE, ABDUL RAHMAN, ABDURRAZAKH LNU,
FAHD DOE, JAMIL EL–BANNA, ADEL LNU, OSAMA DOE,
MOHAMED HMADI, ABDUL–RAHMAN ABDO ABULGHAITH
SULAIMAN, FAHMI DOE, ESAM DOE, TALAH AHMED MOHAMMED
ALI ALMJRD, AHMED MOHAMMED ALI ALMJRD, USAMA HASAN
ABU KABIR, ABDUR RAZAKAH, AHMAD DOE, ALI KADAMI,
AYMAN, FAWAZ, HOUMAD WARZLY, MOHAMED RAJAB, OTHMAN
ALI MUHAMMED OMAR, MOHAMMED KAMEEN, SABRY
MOHAMMED, SALEH, WAQAS MOHAMMED ALI AWAD, ZAKARIA,
KHALID MOHAMMED, MUHAMMAD NUR UTHMAN MUHAMMAD,
MAHDI SALIH, SAKI BACHA, SHAMSULLAH, ABOU YASSIR
JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL RAZAK ALI–HAJ,
ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH, SALEH LIBI,
ABD AL RAHMAN ABDULLAH AL HALMANDY, MUHAMMED SAAD
IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA, ABU HADIFA,
MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL WEEJ,
ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD
SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY,
SULTAN AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH,
ABDUL AL HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA,
ADEL, INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE
BIN BASHIR, RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH,
ABDULLAH ALI SALEH, AMAR BILOUSHI, KHALID DESHIRE,
IBRAHIM NAYIF ADBALLAH IBRAHIM, MOHAMMED CHINGUITY,
ABDO ALI AL HAJ, ABU BAKER SHAMMRANY,
GHANIM–ABDULRAHMAN AL–HARBI, RAVIL MINGAZOV,
ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ABDULLI
FEGHOUL, ALI ABDULLAH ALI, MOHAMMED AHMED TAHER,
MOHAMMED ABDULLAH MOHAMMED BA ODAH, TARIQ ALI
ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA ODAH, MAJID
KHAN, RABIA KHAN, FAIZ AHMED YAHIA SULIMAN, HADDAD
AHMED YAHIA SULIMAN, MOHAMED MUQBEL AHMED ALSABRI,
MOHAMED AL–ZARNOUQI, MASHOUR ABDULLAH MUQBEL

| | | | |
|---|---|---|---|
| | | | ALSABRI, ELISHER, SABIR, FADHEL HUSSEIN SALEH HENTIF, HAYKAL MOHAMMED SALEH HENTIF, ACHRAF SALIM ABDESSALAM, IYOB MURSHAD ALI SALEH, MURSHAD ALI SALEH, ABDULRAHMAN MUHAMMAD SALEH NASSER, MUHAMMAD MUHAMMAD SALEH NASSER, RIDAH BIN SALEH AL YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI, MOAMMAR BADAWI DOKHAN, SAMI AL HAJJ, ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR, SCOTT L. FENSTERMAKER, BASHIR GHALAAB, SHAWALI KHAN, GUANTANAMO BAY DETAINEE LITIGATION, MOHAMMED SULAYMON BARRE, MOHAMMED ABD AL AL QADIR, ABD AL–RAHIM HUSSAIN MOHAMMED AL–NASHIRI, AWAL GUL, HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN ATEF, KAHLID SAAD MOHAMMED, MAHBUB RAHMAN, MOHAMMAD RAHMAN, SAMI AL HAJJ, MONSOOR MUHAMMED ALI QATTAA, SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, FNU HAFIZULLAH, MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, YAKUBI, AHMED YASLAM SAID KUMAN, ABDULAH ALHAMIRI, ABDUL GHAFFAR, ADEL NOORI, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, HASSAN ABDUL SAID, SAMI AL HAJJ, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, AMMAR AL–BALUCHI, MOHAMMED NAZIR BIN LEP, ABU RAWDA, ABDUL RAZAK ALI, MOHAMMED ABDULLAH TAHA MATTAN, SHARGOWI LNU, ABDURAHMAN LNU, AHMED OMAR, EDRESS LNU, MOHAMMED AHMED SLAM AL–KHATEEB, MANSOUR K. A. KAMEL, ABDULAZIZ SAYER OWAIN AL SHAMMARI, SAYER O. Z. AL SHAMMARI, ABDULLAH SALEH ALI AL AJMI, MESFER SALEH ALI AL AJMI, MOHAMMED FUNAITEL AL DIHANI, MUBARA F. S. M. AL DAIHANI, FAYIZ MOHAMMED AHMED AL KANDARI, MOHAMMAD A. J. M. H. AL KANDARI, FWAD MAHMOUD AL RABIAH, MONZER M. H. A. AL RABIEAH, ADIL ZAMIL ABDULL MOHSSIN AL ZAMIL, WALID Z. A. AL ZAMEL, FAWZI KHALID ABDULLAH FAHAD AL ODAH, KHALED A.F. AL ODAH, NASSER NIJER NASER AL MUTAIRI, ABDULLAH KAMAL ABDULLAH KAMAL AL KANDARI, SAAD MADAI SAAD HAWASH AL–AZMI, HAMAD MADAI SAAD, OMAR RAJAB AMIN, MOHAMMAD R.M.R. AMEEN, NAYEF N. N. B. J. AL MUTAIRI, KHALID ABDULLAH MISHAL AL MUTAIRI, MESHAL A. M. TH AL MUTAIRI. (Attachments: # 1 Exhibit A–Declararion Brown, # 2 Exhibit B–Declaration Abraham, # 3 Exhibit C–Status Report)(Thompson, Darin) (Entered: 05/11/2009) |
| 05/12/2009 | 280 | | NOTICE , *Memorandum of Understanding and Acknowledgment filed by Consultant Frank Anderson,* by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 05/12/2009) |
| 05/12/2009 | 281 | | MOTION for Reconsideration *OF ORDERS REGARDING DISCOVERY FROM THE GUANTANAMO REVIEW TASK FORCE* by JAY HOOD, |

| | | |
|---|---|---|
| | | GEORGE W. BUSH, BARACK OBAMA, BRICE GYURISKO, MICHAEL I. BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, ROBERT M. GATES (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order 1, # 3 Text of Proposed Order 2, # 4 Exhibit Perrelli Declaration, # 5 Exhibit Olsen Declaration, # 6 Exhibit Benkert Declaration, # 7 Exhibit Cummings Declaration, # 8 Exhibit Hackett Declaration)(Henry, Terry) (Entered: 05/12/2009) |
| 05/13/2009 | 282 | MOTION for Order −− *CONSOLIDATED ORDER REGARDING TASK FORCE DISCOVERY* by BRUCE VARGO, DAVID M. THOMAS, JR, UNITED STATES OF AMERICA (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order 1, # 3 Text of Proposed Order 2, # 4 Exhibit Perrelli Declaration, # 5 Exhibit Olsen Declaration, # 6 Exhibit Benkert Declaration, # 7 Exhibit Cummings Declaration, # 8 Exhibit Hackett Declaration)(Henry, Terry) (Entered: 05/13/2009) |
| 05/13/2009 | 283 | NOTICE of Appearance by Stephen McCoy Elliott on behalf of GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Elliott, Stephen) (Entered: 05/13/2009) |
| 05/15/2009 | 284 | Unopposed MOTION for Extension of Time to *File Reply in Support of the Governments Motion to Amend September 11, 2008 Protective Order and Counsel Access Procedures and January 9, 2009 Amended TS/SCI Protective Order and Counsel Access Procedures* by GEORGE W. BUSH, BARACK OBAMA, ROBERT GATES (Attachments: # 1 Text of Proposed Order)(Berman, Julia) (Entered: 05/15/2009) |
| 05/18/2009 | | MINUTE ORDER granting Unopposed Motion for Extension of Time to File Reply in Support of the Government's Motion to Amend Protective Orders and Counsel Access Procedures (Dkt. No. 1762, 08−mc−0442). The government is ordered to file its reply on or before Friday, May 22, 2009. Signed by Judge Thomas F. Hogan on 05/18/09. (lctfh1) (Entered: 05/18/2009) |
| 05/18/2009 | 285 | Memorandum in opposition to re 281 MOTION for Reconsideration, 282 MOTION for Order , *and Cross−Motion for Discovery,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 05/18/2009) |
| 05/18/2009 | 286 | Cross MOTION for Discovery by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 05/18/2009) |
| 05/18/2009 | | Set/Reset Deadlines: Government's reply in support of Motion to Amend Protective Orders and Counsel Access Procedures due by 5/22/2009. (mm) (Entered: 05/19/2009) |
| 05/19/2009 | 287 | MEET AND CONFER STATEMENT. (Attachments: # 1 Exhibit 1)(Henry, Terry) (Entered: 05/19/2009) |
| 05/20/2009 | | MINUTE ORDER: By Wednesday, May 27, 2009, petitioners shall file one consolidated opposition to the Government's Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force (Dkt No. 1755, 08−mc−0442). The government's reply is due by Wednesday, June 3, 2009. Signed by Judge Thomas F. Hogan on 5/20/09. (lctfh1) (Entered: 05/20/2009) |
| 05/20/2009 | | |

| | | |
|---|---|---|
| | | Set/Reset Deadlines: Petitioners' consolidated opposition due by 5/27/2009. Reply due by 6/3/2009. (mm) (Entered: 05/22/2009) |
| 05/22/2009 | 288 | ORDER setting hearing on Motion for Reconsideration (Dkt. No. 1755, 08−mc−0442) for June 8, 2009 at 3:00 PM in Courtroom 25A before Judge Thomas F. Hogan. Signed by Judge Thomas F. Hogan on 5/22/09. (lctfh1) (Entered: 05/22/2009) |
| 05/22/2009 | 289 | REPLY to opposition to motion re (263 in 1:04−cv−01136−JDB, 73 in 1:08−cv−01104−CKK, 89 in 1:08−cv−01237−RMU−AK, 91 in 1:07−cv−02337−HHK, 77 in 1:08−cv−01310−RMU, 142 in 1:05−cv−00764−CKK−AK, 106 in 1:06−cv−01766−HHK, 85 in 1:08−cv−01236−JDB, 66 in 1:08−cv−01228−RMC, 6 in 1:09−cv−00031−JDB, 175 in 1:05−cv−00329−PLF, 115 in 1:06−cv−01668−HHK, 92 in 1:08−cv−01238−RWR, 58 in 1:08−cv−01223−JR, 127 in 1:05−cv−00877−JR, 68 in 1:08−cv−01232−JR, 86 in 1:08−cv−01101−JDB, 115 in 1:08−cv−01360−RWR, 257 in 1:04−cv−02022−PLF, 144 in 1:06−cv−01684−GK, 460 in 1:04−cv−01254−HHK, 217 in 1:05−cv−00023−RWR, 100 in 1:06−cv−01758−RMC, 104 in 1:07−cv−01710−RBW, 98 in 1:06−cv−01765−HHK, 170 in 1:05−cv−00763−JDB, 53 in 1:08−cv−01923−GK, 127 in 1:04−cv−02035−GK, 91 in 1:08−cv−01233−ESH, 172 in 1:05−cv−00359−UNA, 1064 in 1:05−cv−02386−RBW, 92 in 1:04−cv−01937−PLF, 44 in 1:06−cv−01759−JDB, 400 in 1:04−cv−01194−TFH, 36 in 1:08−cv−01828−RMU, 160 in 1:05−cv−00492−JR, 84 in 1:08−cv−01235−JDB, 177 in 1:05−cv−00392−UNA, 91 in 1:08−cv−00987−JDB, 156 in 1:04−cv−02046−CKK, 138 in 1:06−cv−01767−RMU, 199 in 1:05−cv−00270−JR, 140 in 1:05−cv−00748−RMC, 103 in 1:06−cv−00618−RWR, 160 in 1:06−cv−01690−RBW, 103 in 1:07−cv−02338−HHK, 1684 in 1:08−mc−00442−TFH, 142 in 1:04−cv−02215−RMC, 37 in 1:08−cv−01229−JDB, 62 in 1:08−cv−01805−RMU, 58 in 1:05−cv−02444−RMC, 44 in 1:08−cv−01227−ESH, 114 in 1:06−cv−01761−ESH, 83 in 1:08−cv−01230−RMC, 138 in 1:05−cv−00634−RWR, 92 in 1:08−cv−01153−HHK, 83 in 1:08−cv−01221−CKK, 58 in 1:08−cv−02019−RBW, 72 in 1:08−cv−01224−RMC, 161 in 1:05−cv−00526−RMU, 76 in 1:08−cv−01085−PLF, 197 in 1:04−cv−01164−RBW, 37 in 1:08−cv−02083−PLF, 502 in 1:02−cv−00828−UNA, 105 in 1:08−cv−01207−RWR, 39 in 1:08−cv−01733−JDB, 218 in 1:05−cv−00520−RMU, 187 in 1:05−cv−00569−JR, 194 in 1:05−cv−02479−HHK, 302 in 1:05−cv−00280−UNA, 59 in 1:08−cv−01440−CKK, 70 in 1:08−cv−01185−HHK, 42 in 1:08−cv−01231−CKK, 161 in 1:05−cv−00247−UNA) MOTION to Amend/Correct *SEPTEMBER 11, 2008 PROTECTIVE ORDER AND COUNSEL ACCESS PROCEDURES AND JANUARY 9, 2009 AMENDED TS/SCI PROTECTIVE ORDER AND COUNSEL ACCESS PROCEDURES* filed by GEORGE W. BUSH, BARACK OBAMA, ROBERT GATES. (Berman, Julia) (Entered: 05/22/2009) |
| 05/22/2009 | 290 | Consent MOTION for Extension of Time to *File Briefs* by OMAR KHADR, FATMAH ELSAMNAH, FALEN GHEREBI, MAHMOUD AHMED, |

ABDULMALIK ABDULWAHHAB AL–RAHABI, AHMED
ABDULWAHHAB, MAKHTAR YAHIA NAJI AL–WRAFIE, FOADE
YAHIA NAJI AL–WRAFIE, AREF ABD IL RHEEM, AREF ABD AL
RAHIM, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM
MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH,
MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL
MOHAMED MAR'I, OTHMAN ABDULRAHEEM MOHAMMAD, ARAF
ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED
EL HAJ OBAID, MOHAMED MOHAMED HASSAN ODAINI, BASHIR
MOHAMED HASSAN ODAINI, SADEQ MOHAMMED SAID,
MAHMOAD ABDAH AHMED, ABD ALSALAM MOHAMMED SAEED,
FAROUK ALI AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN
YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED
SAUD AL–RBUAYE, ALL PETITIONERS, MAJID MAHMOUD AHMED,
IBRAHIM AHMED MAHMOUD AL QOSI, SAIFULLAH PARACHA,
FARHAT PARACHA, ALI SALAH KAHLAH AL–MARRI, JARALLAH
AL–MARRI, AHCENE ZEMIRI, KARINA DERESHTEANU, SHAKER
ABDURRAHEEM AAMER, SAEED AHMED SIDDIQUE, OMAR
DEGHAYES, TAHER DESGHAYES, JAMEL ABDULLAH KIYEMBA,
THERESA NAMUDDU, RAMI BIN SAAD AL–OTEIBI, HANI SALEH
RASHID ABDULLAH, YOSRA SALEH RASHID ABDULLAH,
MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM
AL–MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR
DEGHAYES, SHERIF EL–MASHAD, WAFFA EL–ARABIE, ADEL
FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI,
SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL–NADHI,
GHAZI AWADH BIN AGIL AL–NADHY, ZAHER OMER BEN
HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED
AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MUHAMMAD
AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MOHAMED ALI
ABDULLA, MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI
ABDULLAH BAWAZIR, FAHMI SALEM AL–ASSANI, SALEM SAID
AL–ASSANI, SULEIMAN AWADH BIN AQIL AL–NAHDI, GHAZI
AWADH BIN AQIL AL–NAHDI, ZAHIR OMAR KHAMIS BIN
HAMDOON, MUHAMMAD OMAR KHAMIS BIN HAMDOON, SALEH
ALI ABDULLA BAWAZER, AHMED ABDULLAH AL–WAZAN,
YOUNOUS CHEKKOURI, MOHAMMED ABDUL RAHMAN, RAFIQ BIN
BASHIR BIN JALLUL ALHAMI, DJAMEL AMEZIANE, AHAMED
ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER DAHER AL
SHAMMARI, ABDUL RAHMAN SHALBY, SHAKER AAMER,
ABDULLAH AALI AL OTIABI, MUHAMMED FAHAD AL QAHTANY,
MUSA AL MADANY, SALEH ABDULLA AL–OSHAN, MOHAMMED
SAAD MOHAMMED AL–OSHAN, ZABEN DHAHER AL SHAMMARI,
MUHAMMED KHAN TUMANI, ABD AL NISR KHAN TUMANI,
MOHAMMEDOU OULD SALAHI, YAHDIH OULD SALAHI, OMER
SAEED SALEM AL DAINI, MOHAMMED SAEED SALEM AL DAINI,
MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN,
SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY,
SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, ADEL HAMLILY,
SHAKER AAMER, MOHAMMED AL NADOUR, MOHAMMED
FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA,
ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR,

YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN, NAJEEB AL HUSSEINI, BENJAMIN MOHAMMED AL HABASHI, AHMED GHAPPOUR, CLIVE A. STAFFORD SMITH, SHAKER AAMER, KHIALI–GUL, YASIN MUHAMMED BASARDH, ALI HUSSIAN MOHAMMAD MUETY SHAABAN, NASRULLAH, ABDUL WAHAB, KARIN BOSTAN, TAJ MOHAMMAD, MOHAMMAD MUSTAFA SOHAIL, ARKAN MOHAMMAD GHAFIL AL KARIM, ASIM BEN THABIT AL–KHALAQI, KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, ABDULSALAM ALI ABDULRAHMAN AL–HELA, ABDULWAHAB ALI ABDULRAHMAN AL–HELA, CHAMAN GUL KHIALIGOL, HONORGOL KHIALIGOL, HAJI NUSRAT, ABDUL WAHID, HAJI ROHULLAH WAKIL, MOHAMMAD WAKIL, SABAR LAL, MOHAMMED HASSAN, WALI MOHAMMED MORAFA, HADAYA MORAFA, ABDUL RAHMAN AZIZ KHAN, ABD AL RAHMAN, ABDUL RAZAK IKTIAR MOHAMMED, ALI SHAH MOUSOVI, MOHAMMAD SAYYED SHAH, IZAATULLAH NUSRAT, OMAR MOHAMMED KHALIFH, OMAR DEGHAYES, LABED AHMED, TARIQ MAHMOUD ALSAWAM, ABU ABDUL RAUF ZALITA, OMAR DEGHAYES, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG, MOTAI SAIB, BISHER AL–RAWI, FATIMA NASSER YAHIA ABDULLAH KHUSSROF, SAEED MOHAMMED SALEH HATIM, ALI MOHAMMED SALEH AL–SALAHI, MOHAMMED NASSER YAHIA ABDULLAH KHUSSROF, AHMED "DOE", OMAR DEGHAYES, JIHAD DHIAB, SHAKER AAMER, HAMMAD DOE, HUDHAIFA DOE, JALAAL DOE, KHALID DOE, SAABIR DOE, SAADIQ DOE, JAMAL KIYEMBA, ABDUSABUR DOE, ABDUSAMAD DOE, ABDUNASIR DOE, ADIL BIN MUHAMMAD AL WIRGHI, MOAZZAM BEGG, TAWISS BINT HASAN AL WIRGHI, ABDL HADI OMAR MAHMOUD FARAJ, MOHAMMED AMON, NABIL, JAMAAL KIYEMBA, SHAFIIQ, JAMAAL KIYEMBA, ABBAR SUFIAN AL HAWARY, SHAKER AAMER, BISHER AL–RAWI, IBRAHIM OSMAN IBRAHIM IDRIS, HASSAN BIN ATTASH, BENYAMIN MOHAMMED AL HABASHI, A'AMER SHAKER, HAMID AL RAZAK, BISHER AL RAWI, EDHAM MAMET, IBRAHIM MAMET, FOUZIA AHMMED, ABDUL RAHEEM GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI, ABDUL ZAHIR, HUSSAIN SALEM MOHAMMED ALMERFEDI, SALEM MOHAMMED SALEM ABDULLA ALMERFEDI, WALEED SAEED BN SAEED ZAID, MOHAMMED SAEED BN SAEED ZAID, MOHAMMED RAJEB ABU GHANEM, HIMIGER SADER ABU GHANEM, AMEEN MOHAMMAD ALBKRI, ALI SALEH ALBKRI, ABDALHADI M. AL–SOPAI, ABDULLAH M. AL–SOPAI, ALLA ALI BIN ALI AHMED, WAGDI ALI BIN ALI, MUSA'AB AL MADHWANI, JAWAD JABBAR SADKHAN, JABBAR SADKHAN AL–SAHLANI, SADAR DOE, ARKEEN DOE, USAMA HASAN ABU KABIR, MOHAMMED AL–QAHTANI, MANEA AHMED FAHAD AL–QAHTANI, ISMAIL ALKHEMISI, HASAN BALGAID, OMAR DEGHAYES, RAVIL MINGAZA GAMIL, DILIARA MINGAZOVA, KHALED ABD ELGABAR MOHAMMED OTHMAN, ABD AL MALIK ABD AL WAHAB, MUHAMMED AHMED MUHAMMED ALGHURBANY, ALI HAMZA AHMED SULIMAN BAHLOOL, ABDOUL MOHAMMED AHMED BAHLOOL, SALEH MOHAMMED SELEH AL THABBII, FATMAH QHASIM AL AHMADI, ABDUL AL QADER AHMED HUSSAIN, ABDULGADER AHMED

HASIN ABOBAKER, ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID
ALI AL JAYFI, OTHMAN ALI MOHAMMED AL SHAMRANY, ALI
MOHAMED OMAR AL SHOMRANY, KHALID MOHAMMED AL
THABBI, ABDU AL QADER HUSSAIN AL–MUDAFARI, SALIEH
HUSSAIN ALI AL–MUDAFARI, HAYAL AZIZ AHMED AL–MITHALI,
ALI AZIZ AHMED AL–MITHALI, ABD AL HAKIM GHALIB AHMAD
ALHAG, SAEED GHALIB AHMAD ALHAG, MOHAMMED ABDUL
RAHMAN AL–SHIMRANI, ALI ABDUL RAHMAN AL–SHIMRANI,
AHMED BEN BACHA, BINYAM MOHAMMED, SALAH BELBACHA,
GHASSAN ABDULLAH AL SHARBI, TOORAN MOHAMMAD
AMANNULLAH, MIRRA JAAN, MOHAMMAD WABI UMARI, GUL
HYAT KHAN, ABDULLAH MUJAHID HAQ, FARID AHMED,
MOHAMMAD RAHIM, MOHAMMAD KARIM, MOHAMMAD ZAHIR,
ABDUL WAHAB, ABDULLAH WAZIR ZADRAN, GHULAM ROOHANI,
GHULAM JEELANI, DR. HIYATULLAH, ABDUL ZAHIR, CHAMAN
GUL KHIALIGOL, ZAHIR SHAH, ABDUL HAQ, ABDUL BARRI,
AHMED AL DARBY, AHMAD MOHAMMAD AL DARBI, ALI
MOHAMMAD AL DARBI, MOHAMMED MOHAMMED HASSEN,
ABDUL HAMID ABDUL SALAM AL–GHIZZAWI, ALI YEHYA MAHDI
AL–RIMI, ADHAM MOHAMMED ALI AWAD, ISMAIL ALI AL RAMMI,
SOAID SALH AHMAD AL RAMMI, ADEL ALI AHMAD AL RAMMI,
ZAKARIA AL–BAIDANY, ABDEL AZIZ AL–SWIDI, AHMED
MOHAMMED HASSIN AL RAMMAH, TALAH AHMED MOHAMMED
ALI ALMJRD, AHMED MOHAMMED ALI ALMJRD, USAMA HASAN
ABU KABIR, ABDUR RAZAKAH, AHMAD DOE, ALI KADAMI,
AYMAN, FAWAZ, HOUMAD WARZLY, MOHAMED RAJAB, OTHMAN
ALI MUHAMMED OMAR, MOHAMMED KAMEEN, SABRY
MOHAMMED, SALEH, WAQAS MOHAMMED ALI AWAD, ZAKARIA,
KHALID MOHAMMED, MUHAMMAD NUR UTHMAN MUHAMMAD,
MAHDI SALIH, SAKI BACHA, SHAMSULLAH, ABOU YASSIR
JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL RAZAK ALI–HAJ,
ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH, SALEH LIBI,
ABD AL RAHMAN ABDULLAH AL HALMANDY, MUHAMMED SAAD
IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA, ABU HADIFA,
MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL WEEJ,
ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD
SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY,
SULTAN AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH,
ABDUL AL HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA,
ADEL, INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE
BIN BASHIR, RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH,
ABDULLAH ALI SALEH, AMAR BILOUSHI, KHALID DESHIRE,
IBRAHIM NAYIF ADBALLAH IBRAHIM, MOHAMMED CHINGUITY,
ABDO ALI AL HAJ, ABU BAKER SHAMMRANY,
GHANIM–ABDULRAHMAN AL–HARBI, RAVIL MINGAZOV,
ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ABDULLI
FEGHOUL, WASIM, QAYED, ALI ABDULLAH ALI, MOHAMMED
AHMED TAHER, MOHAMMED ABDULLAH MOHAMMED BA ODAH,
TARIQ ALI ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA
ODAH, RAMZI BIN AL–SHIBH, ZAKARIA BIN AL–SHIBH, FAIZ
AHMED YAHIA SULIMAN, HADDAD AHMED YAHIA SULIMAN,
MOHAMED MUQBEL AHMED ALSABRI, MOHAMED AL–ZARNOUQI,

| | | |
|---|---|---|
| | MASHOUR ABDULLAH MUQBEL ALSABRI, ELISHER, SABIR, FADHEL HUSSEIN SALEH HENTIF, HAYKAL MOHAMMED SALEH HENTIF, IYOB MURSHAD ALI SALEH, MURSHAD ALI SALEH, ABDULRAHMAN MUHAMMAD SALEH NASSER, MUHAMMAD MUHAMMAD SALEH NASSER, RIDAH BIN SALEH AL YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI, AHMED ZAID SALEM ZUHAIR, MOAMMAR BADAWI DOKHAN, SAMI AL HAJJ, MOHAMED AL–ZARNOUQI, MASHOUR ABDULLAH MUQBEL ALSABRI, ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR, SCOTT L. FENSTERMAKER, BASHIR GHALAAB, SHAWALI KHAN, GUANTANAMO BAY DETAINEE LITIGATION, MOHAMMED SULAYMON BARRE, MOHAMMED ABD AL AL QADIR, ABD AL–RAHIM HUSSAIN MOHAMMED AL–NASHIRI, AWAL GUL, HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN ATEF, KAHLID SAAD MOHAMMED, MAHBUB RAHMAN, MOHAMMAD RAHMAN, SAMI AL HAJJ, MONSOOR MUHAMMED ALI QATTAA, SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, FNU HAFIZULLAH, MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, YAKUBI, AHMED YASLAM SAID KUMAN, SHARIFULLAH, SUBHANULLAH, SAMI AL HAJJ, ABDULAH ALHAMIRI, ABDUL GHAFFAR, ADEL NOORI, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, HASSAN ABDUL SAID, SAMI AL HAJJ, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, AMMAR AL–BALUCHI, MOHAMMED NAZIR BIN LEP, ABU RAWDA, ABDUL RAZAK ALI, MOHAMMED ABDULLAH TAHA MATTAN, SHARGOWI LNU, ABDURAHMAN LNU, AHMED OMAR, EDRESS LNU, MOHAMMED AHMED SLAM AL–KHATEEB, MANSOUR K. A. KAMEL, ABDULAZIZ SAYER OWAIN AL SHAMMARI, SAYER O. Z. AL SHAMMARI, ABDULLAH SALEH ALI AL AJMI, MESFER SALEH ALI AL AJMI, MOHAMMED FUNAITEL AL DIHANI, MUBARA F. S. M. AL DAIHANI, FAYIZ MOHAMMED AHMED AL KANDARI, MOHAMMAD A. J. M. H. AL KANDARI, FWAD MAHMOUD AL RABIAH, MONZER M. H. A. AL RABIEAH, ADIL ZAMIL ABDULL MOHSSIN AL ZAMIL, WALID Z. A. AL ZAMEL, FAWZI KHALID ABDULLAH FAHAD AL ODAH, KHALED A.F. AL ODAH, NASSER NIJER NASER AL MUTAIRI, ABDULLAH KAMAL ABDULLAH KAMAL AL KANDARI, SAAD MADAI SAAD HAWASH AL–AZMI, HAMAD MADAI SAAD, OMAR RAJAB AMIN, MOHAMMAD R.M.R. AMEEN, NAYEF N. N. B. J. AL MUTAIRI, KHALID ABDULLAH MISHAL AL MUTAIRI, MESHAL A. M. TH AL MUTAIRI (Ryan, Peter) (Entered: 05/22/2009) |
| 05/26/2009 | | MINUTE ORDER granting in part Petitioners' Consent Motion to Extend Briefing Deadlines (Dkt. No. 1772, 08–mc–0442). Petitioners may file one consolidated opposition to the government's Motion for Reconsideration by Friday, May 29, 2009. The government may file a reply brief by Friday, June 5, 2009. The hearing date is reset from June 8, 2009 to June 9, 2009, at 4:00 |

| | | | |
|---|---|---|---|
| | | | p.m. Signed by Judge Thomas F. Hogan on 5/26/09. (lctfh1) (Entered: 05/26/2009) |
| 05/27/2009 | | | Set/Reset Deadlines/Hearings: Consolidated response to government's motion for reconsideration due by 5/29/2009. Reply due by 6/5/2009. Motion Hearing set for 6/9/2009 04:00 PM in Courtroom 25A before Judge Thomas F. Hogan. (mm) (Entered: 05/27/2009) |
| 05/28/2009 | 291 | | Unopposed MOTION for Extension of Time to *Reply*, Unopposed MOTION for Extension of Time to File Response/Reply as to (286 in 1:04–cv–02022–PLF) Cross MOTION for Discovery by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, GUANTANAMO BAY DETAINEE LITIGATION (Attachments: # 1 Text of Proposed Order)(Folio, Joseph) (Entered: 05/28/2009) |
| 05/29/2009 | 292 | | MOTION to Strike *, and in Opposition to, Respondents' Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force* by OMAR KHADR, FATMAH ELSAMNAH, FALEN GHEREBI, BISHER NASER ALI ALMARWALH, HUISSEN NASER ALI ALMARWALH, MASAAB OMAR AL–MADHWANI, ALI OMAR MADHWANI, ABDULKHALIQ AL–BAIDHANI, KHALID AL–BAIDHANI, ALI AHMED MOHAMMED AL RAZEHI, ABDULLAH AHMED MOHAMMED AL RAZEHI, SUHAIL ABDU ANAM, SAEED AHMED AL–SARIM, SAMIR AHMED AL–SARIM, IMAD ABDULLAH HASSAN, AMRO ABDULLAH HASSAN, JALAL SALIM BIN AMER, FAEZ BIN AMER, ALI YAHYA MAHDI, MOHAMED YAHYA MAHDI, ATAG ALI ABDOH, MOHAMED ABDU ANAM, KHALID AHMED KASSIM, FADHLE AHMED KASSIM, FAHMI ABDULLAH AHMED, KMAL ABDULLAH AHMED, ABDUALAZIZ ABDOH AL SWIDI, ADNAN ABDOH ALSWIDI, AL HUSSIN AL–TIS, HADI HUSSIN AL–TIS, FAHMI ABDULLAH UBAD AL–TAWLAQI, ALL PETITIONERS, ABDULLAH AHMED UBAD AL–TAWLAQI, MAHMOUD AHMED, ABDULMALIK ABDULWAHHAB AL–RAHABI, AHMED ABDULWAHHAB, MAKHTAR YAHIA NAJI AL–WRAFIE, FOADE YAHIA NAJI AL–WRAFIE, AREF ABD IL RHEEM, AREF ABD AL RAHIM, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH, MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I, OTHMAN ABDULRAHEEM MOHAMMAD, ARAF ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID, MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED HASSAN ODAINI, SADEQ MOHAMMED SAID, MAHMOAD ABDAH AHMED, ABD ALSALAM MOHAMMED SAEED, FAROUK ALI AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD AL–RBUAYE, MAJID MAHMOUD AHMED, SAIFULLAH PARACHA, FARHAT PARACHA, ALI SALAH KAHLAH AL–MARRI, JARALLAH AL–MARRI, AHCENE ZEMIRI, KARINA DERESHTEANU, RAMI BIN SAAD AL–OTEIBI, HANI SALEH RASHID ABDULLAH, YOSRA SALEH RASHID ABDULLAH, MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM AL–MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL–MASHAD, WAFFA EL–ARABIE, ADEL |

FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI, SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL–NADHI, GHAZI AWADH BIN AGIL AL–NADHY, ZAHER OMER BEN HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MUHAMMAD AL–ADAHI, MIRIAM ALI ABDULLAH AL–HAJ, MOHAMED ALI ABDULLA, MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI ABDULLAH BAWAZIR, FAHMI SALEM AL–ASSANI, SALEM SAID AL–ASSANI, SULEIMAN AWADH BIN AQIL AL–NAHDI, GHAZI AWADH BIN AQIL AL–NAHDI, ZAHIR OMAR KHAMIS BIN HAMDOON, MUHAMMAD OMAR KHAMIS BIN HAMDOON, SALEH ALI ABDULLA BAWAZER, AHMED ABDULLAH AL–WAZAN, YOUNOUS CHEKKOURI, DJAMEL AMEZIANE, AHAMED ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER DAHER AL SHAMMARI, ABDUL RAHMAN SHALBY, SHAKER AAMER, ABDULLAH AALI AL OTIABI, MUHAMMED FAHAD AL QAHTANY, MUSA AL MADANY, SALEH ABDULLA AL–OSHAN, MOHAMMED SAAD MOHAMMED AL–OSHAN, ZABEN DHAHER AL SHAMMARI, MUHAMMED KHAN TUMANI, ABD AL NISR KHAN TUMANI, MOHAMMEDOU OULD SALAHI, YAHDIH OULD SALAHI, OMER SAEED SALEM AL DAINI, MOHAMMED SAEED SALEM AL DAINI, MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, ADEL HAMLILY, SHAKER AAMER, MOHAMMED AL NADOUR, MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN, NAJEEB AL HUSSEINI, BENJAMIN MOHAMMED AL HABASHI, SHAKER AAMER, KHIALI–GUL, YASIN MUHAMMED BASARDH, ALI HUSSIAN MOHAMMAD MUETY SHAABAN, NASRULLAH, ABDUL WAHAB, KARIN BOSTAN, TAJ MOHAMMAD, MOHAMMAD MUSTAFA SOHAIL, ARKAN MOHAMMAD GHAFIL AL KARIM, ASIM BEN THABIT AL–KHALAQI, KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, ABDULSALAM ALI ABDULRAHMAN AL–HELA, ABDULWAHAB ALI ABDULRAHMAN AL–HELA, CHAMAN GUL KHIALIGOL, HONORGOL KHIALIGOL, HAJI NUSRAT, ABDUL WAHID, HAJI ROHULLAH WAKIL, MOHAMMAD WAKIL, SABAR LAL, MOHAMMED HASSAN, WALI MOHAMMED MORAFA, HADAYA MORAFA, ABDUL RAHMAN AZIZ KHAN, ABD AL RAHMAN, ABDUL RAZAK IKTIAR MOHAMMED, ALI SHAH MOUSOVI, MOHAMMAD SAYYED SHAH, IZAATULLAH NUSRAT, OMAR MOHAMMED KHALIFH, OMAR DEGHAYES, LABED AHMED, TARIQ MAHMOUD ALSAWAM, ABU ABDUL RAUF ZALITA, OMAR DEGHAYES, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG, MOTAI SAIB, BISHER AL–RAWI, FATIMA NASSER YAHIA ABDULLAH KHUSSROF, SAEED MOHAMMED SALEH HATIM, ALI MOHAMMED SALEH AL–SALAHI, MOHAMMED NASSER YAHIA ABDULLAH KHUSSROF, AHMED "DOE", OMAR DEGHAYES, JIHAD DHIAB, SHAKER AAMER, HAMMAD DOE, HUDHAIFA DOE, JALAAL DOE, KHALID DOE, SAABIR DOE, SAADIQ DOE, JAMAL KIYEMBA, ABDUSABUR DOE, ABDUSAMAD DOE, ABDUNASIR DOE, ADIL BIN

MUHAMMAD AL WIRGHI, MOAZZAM BEGG, TAWISS BINT HASAN
AL WIRGHI, ABDL HADI OMAR MAHMOUD FARAJ, MOHAMMED
AMON, NABIL, JAMAAL KIYEMBA, SHAFIIQ, JAMAAL KIYEMBA,
ABBAR SUFIAN AL HAWARY, SHAKER AAMER, BISHER AL–RAWI,
IBRAHIM OSMAN IBRAHIM IDRIS, HASSAN BIN ATTASH,
BENYAMIN MOHAMMED AL HABASHI, A'AMER SHAKER, HAMID
AL RAZAK, BISHER AL RAWI, EDHAM MAMET, IBRAHIM MAMET,
FOUZIA AHMMED, ABDUL RAHEEM GHULAM RABBANI, MALIKA,
AHMMED GHULAM RABBANI, ABDUL ZAHIR, HUSSAIN SALEM
MOHAMMED ALMERFEDI, SALEM MOHAMMED SALEM ABDULLA
ALMERFEDI, WALEED SAEED BN SAEED ZAID, MOHAMMED
SAEED BN SAEED ZAID, MOHAMMED RAJEB ABU GHANEM,
HIMIGER SADER ABU GHANEM, AMEEN MOHAMMAD ALBKRI, ALI
SALEH ALBKRI, ABDALHADI M. AL–SOPAI, ABDULLAH M.
AL–SOPAI, ALLA ALI BIN ALI AHMED, WAGDI ALI BIN ALI, JAWAD
JABBAR SADKHAN, JABBAR SADKHAN AL–SAHLANI, SADAR DOE,
ARKEEN DOE, USAMA HASAN ABU KABIR, MOHAMMED
AL–QAHTANI, MANEA AHMED FAHAD AL–QAHTANI, ISMAIL
ALKHEMISI, HASAN BALGAID, OMAR DEGHAYES, RAVIL
MINGAZA GAMIL, DILIARA MINGAZOVA, KHALED ABD ELGABAR
MOHAMMED OTHMAN, ABD AL MALIK ABD AL WAHAB,
MUHAMMED AHMED MUHAMMED ALGHURBANY, ALI HAMZA
AHMED SULIMAN BAHLOOL, ABDOUL MOHAMMED AHMED
BAHLOOL, SALEH MOHAMMED SELEH AL THABBII, FATMAH
QHASIM AL AHMADI, ABDUL AL QADER AHMED HUSSAIN,
ABDULGADER AHMED HASIN ABOBAKER, ISSAM HAMID ALI BIN
ALI AL JAYFI, HAMID ALI AL JAYFI, OTHMAN ALI MOHAMMED AL
SHAMRANY, ALI MOHAMED OMAR AL SHOMRANY, KHALID
MOHAMMED AL THABBI, ABDU AL QADER HUSSAIN
AL–MUDAFARI, SALIEH HUSSAIN ALI AL–MUDAFARI, HAYAL
AZIZ AHMED AL–MITHALI, ALI AZIZ AHMED AL–MITHALI, ABD
AL HAKIM GHALIB AHMAD ALHAG, SAEED GHALIB AHMAD
ALHAG, MOHAMMED ABDUL RAHMAN AL–SHIMRANI, ALI ABDUL
RAHMAN AL–SHIMRANI, AHMED BEN BACHA, BINYAM
MOHAMMED, SALAH BELBACHA, GHASSAN ABDULLAH AL
SHARBI, TOORAN MOHAMMAD AMANNULLAH, MIRRA JAAN,
MOHAMMAD WABI UMARI, GUL HYAT KHAN, ABDULLAH
MUJAHID HAQ, FARID AHMED, MOHAMMAD RAHIM, MOHAMMAD
KARIM, MOHAMMAD ZAHIR, ABDUL WAHAB, ABDULLAH WAZIR
ZADRAN, GHULAM ROOHANI, GHULAM JEELANI, DR.
HIYATULLAH, ABDUL ZAHIR, CHAMAN GUL KHIALIGOL, ZAHIR
SHAH, ABDUL HAQ, ABDUL BARRI, AHMED AL DARBY, AHMAD
MOHAMMAD AL DARBI, ALI MOHAMMAD AL DARBI, MOHAMMED
MOHAMMED HASSEN, ABDUL HAMID ABDUL SALAM
AL–GHIZZAWI, ALI YEHYA MAHDI AL–RIMI, ADHAM MOHAMMED
ALI AWAD, ISMAIL ALI AL RAMMI, SOAID SALH AHMAD AL
RAMMI, ADEL ALI AHMAD AL RAMMI, SAMI MUHYIDEEN,
BANDAR AL JAABIR, JAMAL KIYEMBA, MOHAMMED ZAHRANI,
OMAR DEGHAYES, SALIM SAID, ANWAR HANDAN AL SHIMMIRI,
SULIMAN HONAHEEM ALOWAIDAH, SAAD AL QAHTAANI,
JOBRAN SAAD AL–QUHTANI, NAWAL MADAY AL–QUHTANI,
ZAKARIA AL–BAIDANY, ABDEL AZIZ AL–SWIDI, AHMED

MOHAMMED HASSIN AL RAMMAH, MOHAMMED AL PALESTINI, SOFAINE MOHAMMED BERHOUMI, ABDUL AZIZ NAJI, ABIN ALHAMED ABID ALSALLAM ALKESAWI, ABU RAWDA, UMAR ABDULLAH AL KUNDUZI, KHALED ABDALLAH AL–IDAN, ABDUL RAUF ASIBI, ABDUL RAZAK ALI, MOHAMMED ABDULLAH TAHA MATTAN, MAHER LNU, MAHER EL FALESTENY, MUSTAFA AL SHAMILI, SHARGOWI LNU, BISHER AL–RAWI, OYBEK JAMOLDINIVICH JABBAROV, SANAD ALI ALKALIEMI, FADL DAHIMI, ABDUL SALAM DEIFF, ABDURAHMAN LNU, AHMED OMAR, ALI LNU, EDRESS LNU, MOHAMMED AHMED SAEED HIDAR, SAIF ULLAH, SAMIR LNU, YOYEJ, SAEED, OMAR DOE, OMAR DEGHAYES, FAHD ABU HAFSA, JAMAL KIYEMBA, ABDUL HAQ, NADIR OMAR ADULLAH BIN SAADOUN ALSAARY, SAMI MUHYIDEEN, OMAR RAMAH, ABD AL ZAHER, FAWZI KHALED ABDALLAH AL–AUDHA, ABDULLAH BO OMER HAMZA YOYEJ, ABU RAHAN, NAJEEB DOE, SAD AL GAHTANI, AMER MOHAMMON, JABIR AL QUATANY, USAMA HASAN ABU KABIR, MOHSEN, FAHD AL FAWZAN, ADEL LNU, RASHED AL QAMDI, BANDAR AL SHAIBANI, ALI SHER HAMIDULLAH, MARSHAL DOE, KHALD AL BARKATI, ABDULAL AL THANI, ABU AHMED AL JOFI, SLAIM HARBI, ABU RAD AL JOFI, MUHAMMED HARBI, ABDULAZIZ LNU, ABDULAL DOE, SAD AL MATERI, BOUCETTA FIHI, SAYF BIN ABDALLAH, SEED FARHA, SALEH DOE, AHMED ADNAN AHJAM, MAGED DOE, ZEYAD AL GASSMY, ADEL HASSAN, HAMAD DOE, JAMIL AHMAD SAEED, HALA AHMAD SAEED AL–ADAHG, AMIR DOE, ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, ABU AHMED, WALEED DOE, WALEED LNU, SAMIR DOE, ELHAM BATAIF, ZEIN AL–ABEDEEN, YAGOOB AL SOURY, ABDUL RHMAN, ADEL AL TUNISI, ZAKER CHAN, SADER DOE, MOHAMMED AHMED SLAM AL–KHATEEB, ALI AL KAZMI, ADNAN AL BIHANI, ALI YAHYA MAHDI, ABDULLAH LNU, ABDURAZZAK LNU, KHADER DOE, BILAL LNU, MOSHEN DOE, ABDUL RAHMAN, ABDURRAZAKH LNU, FAHD DOE, JAMIL EL–BANNA, ADEL LNU, OSAMA DOE, MOHAMED HMADI, ABDUL–RAHMAN ABDO ABULGHAITH SULAIMAN, FAHMI DOE, ESAM DOE, TALAH AHMED MOHAMMED ALI ALMJRD, AHMED MOHAMMED ALI ALMJRD, USAMA HASAN ABU KABIR, ABDUR RAZAKAH, AHMAD DOE, ALI KADAMI, AYMAN, FAWAZ, HOUMAD WARZLY, MOHAMED RAJAB, OTHMAN ALI MUHAMMED OMAR, MOHAMMED KAMEEN, SABRY MOHAMMED, SALEH, WAQAS MOHAMMED ALI AWAD, ZAKARIA, KHALID MOHAMMED, MUHAMMAD NUR UTHMAN MUHAMMAD, MAHDI SALIH, SAKI BACHA, SHAMSULLAH, ABOU YASSIR JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL RAZAK ALI–HAJ, ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH, SALEH LIBI, ABD AL RAHMAN ABDULLAH AL HALMANDY, MUHAMMED SAAD IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA, ABU HADIFA, MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL WEEJ, ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY, SULTAN AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH, ABDUL AL HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA, ADEL, INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE

| | | | |
|---|---|---|---|
| | | | BIN BASHIR, RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH, ABDULLAH ALI SALEH, AMAR BILOUSHI, KHALID DESHIRE, IBRAHIM NAYIF ADBALLAH IBRAHIM, MOHAMMED CHINGUITY, ABDO ALI AL HAJ, ABU BAKER SHAMMRANY, GHANIM–ABDULRAHMAN AL–HARBI, RAVIL MINGAZOV, ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ABDULLI FEGHOUL, WASIM, QAYED, ALI ABDULLAH ALI, MOHAMMED AHMED TAHER, MOHAMMED ABDULLAH MOHAMMED BA ODAH, TARIQ ALI ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA ODAH, MAJID KHAN, RABIA KHAN, RAMZI BIN AL–SHIBH, ZAKARIA BIN AL–SHIBH, FAIZ AHMED YAHIA SULIMAN, HADDAD AHMED YAHIA SULIMAN, MOHAMED MUQBEL AHMED ALSABRI, MOHAMED AL–ZARNOUQI, MASHOUR ABDULLAH MUQBEL ALSABRI, ELISHER, SABIR, FADHEL HUSSEIN SALEH HENTIF, HAYKAL MOHAMMED SALEH HENTIF, ACHRAF SALIM ABDESSALAM, IYOB MURSHAD ALI SALEH, MURSHAD ALI SALEH, ABDULRAHMAN MUHAMMAD SALEH NASSER, MUHAMMAD MUHAMMAD SALEH NASSER, RIDAH BIN SALEH AL YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI, ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR, SCOTT L. FENSTERMAKER, BASHIR GHALAAB, SHAWALI KHAN, MOHAMMED SULAYMON BARRE, MOHAMMED ABD AL AL QADIR, ABD AL–RAHIM HUSSAIN MOHAMMED AL–NASHIRI, AWAL GUL, HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN ATEF, KAHLID SAAD MOHAMMED, MAHBUB RAHMAN, MOHAMMAD RAHMAN, SAMI AL HAJJ, MONSOOR MUHAMMED ALI QATTAA, SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, FNU HAFIZULLAH, MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, YAKUBI, AHMED YASLAM SAID KUMAN, SHARIFULLAH, SUBHANULLAH, SAMI AL HAJJ, ABDULAH ALHAMIRI, ABDUL GHAFFAR, ADEL NOORI, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, HASSAN ABDUL SAID, SAMI AL HAJJ, ISMAIL MOHAMED, ALI MOHAMED, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, AMMAR AL–BALUCHI, MOHAMMED NAZIR BIN LEP, NADIR OMAR ABDULLAH BIN SA'ADO ALS'AARY (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Breckinridge, Alexander) (Entered: 05/29/2009) |
| 06/01/2009 | | | MINUTE ORDER granting 291 respondents' unopposed motion for extension of time up to and including June 5, 2009 to file a reply in support of their motion for consolidated order regarding task force discovery and to file an opposition to petitioner's cross–motion. Signed by Judge Paul L. Friedman on June 1, 2009. (MA) (Entered: 06/01/2009) |
| 06/01/2009 | 293 | | MEMORANDUM OPINION. Signed by Judge Thomas F. Hogan on 6/1/09. (lctfh1) (Entered: 06/01/2009) |
| 06/01/2009 | 294 | | |

| | | | |
|---|---|---|---|
| | | | ORDER denying without prejudice government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected." Signed by Judge Thomas F. Hogan on 6/1/09. (lctfh1) (Entered: 06/01/2009) |
| 06/01/2009 | | | Set/Reset Deadlines: Respondents' reply in support of their motion for consolidated order regarding task force discovery and their opposition to petitioner's cross–motion due 6/5/2009. (mm) (Entered: 06/02/2009) |
| 06/05/2009 | 295 | | REPLY to opposition to motion re (105 in 1:08–cv–01238–RWR) MOTION for Reconsideration, (106 in 1:08–cv–01238–RWR) MOTION for Order *Regarding Discovery From The Guantanamo Review Task Force* filed by BRICE GYURISKO, NELSON J. CANNON, BARACK OBAMA, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT GATES. (Henry, Terry) (Entered: 06/05/2009) |
| 06/08/2009 | | | NOTICE OF ERROR re 295 Reply to opposition to Motion; emailed to terry.henry@usdoj.gov, cc'd 21 associated attorneys –– The PDF file you docketed contained errors: 1. Two–part docket entry, 2. File motion in all cases. (td, ) (Entered: 06/08/2009) |
| 06/08/2009 | 296 | | REPLY to opposition to motion re 286 Cross MOTION for Discovery filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 06/08/2009) |
| 06/10/2009 | 297 | | ORDER denying without prejudice government's Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force. Signed by Judge Thomas F. Hogan on 6/10/09. (lctfh1) (Entered: 06/10/2009) |
| 06/16/2009 | | | MINUTE ORDER: On June 10, 2009, in the consolidated case, Judge Hogan denied without prejudice the government's motion for reconsideration of orders regarding discovery from the Guantanamo Review Task Force. The concerns raised by petitioner in his pending cross–motion for discovery, which petitioner framed as a direct response to the government's motion for reconsideration and filed before Judge Hogan ordered that the petitioners file a consolidated opposition to the government's motion for reconsideration, are either moot or are not fully briefed in light of Judge Hogan's ruling. Petitioner's cross motion for discovery 286 is hereby DENIED without prejudice. Signed by Judge Paul L. Friedman on June 16, 2009. (MA) (Entered: 06/16/2009) |
| 07/02/2009 | 298 | | ORDER that on or before July 10, 2009, for each of the above–captioned cases, respondents shall file with the Court ex parte and under seal a report detailing the current status of the Guantanamo Review Task Force review process with respect to petitioner, and that respondents shall be under an affirmative and ongoing obligation to immediately notify the court of any changes to petitioner's status. Signed by Judge Paul L. Friedman on July 2, 2009. (MA) (Entered: 07/02/2009) |
| 07/10/2009 | 299 | | MOTION for Discovery *filed* by SAIFULLAH PARACHA, FARHAT PARACHA (Attachments: # 1 Chart of discovery orders, # 2 Affidavit of intelligence expert, # 3 NY Times on SWIFT connection)(Hunt, Gaillard) (Entered: 07/10/2009) |
| 07/10/2009 | 300 | | |

| | | | |
|---|---|---|---|
| | | | MEMORANDUM OPINION. Signed by Judge Thomas F. Hogan on 7/10/09. (lctfh1) (Entered: 07/10/2009) |
| 07/10/2009 | 301 | | ORDER granting in part and denying in part government's Motion to Amend the September 11, 2008 Protective Order and Counsel Access Procedures and the January 9, 2009 Amended TS/SCI Protective Order and Counsel Access Procedures. Signed by Judge Thomas F. Hogan on 7/10/09. (lctfh1) (Entered: 07/10/2009) |
| 07/10/2009 | 302 | | NOTICE *of Ex Parte Submission Under Seal* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Folio, Joseph) (Entered: 07/10/2009) |
| 07/10/2009 | 303 | | RESPONSE TO ORDER OF THE COURT re 298 Order, *Notice of Task Force Recommendation* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Folio, Joseph) (Entered: 07/10/2009) |
| 07/12/2009 | 304 | | NOTICE *of filing under seal of classified discovery demands,* by SAIFULLAH PARACHA, FARHAT PARACHA re 299 MOTION for Discovery *filed* (Hunt, Gaillard) (Entered: 07/12/2009) |
| 07/13/2009 | 305 | | NOTICE – *Supplemental Notice of Filing of Ex Parte Submission Under Seal* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Elliott, Stephen) (Entered: 07/13/2009) |
| 07/13/2009 | 306 | | MOTION to Unseal Document 305 Notice (Other) filed by GEORGE W. BUSH, JR., JAY HOOD, DONALD H. RUMSFELD, 302 Notice (Other) filed by GEORGE W. BUSH, JR., JAY HOOD, DONALD H. RUMSFELD , *in camera ex parte progress report filed by respondents July 10, 2009; this motion filed* by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 07/13/2009) |
| 07/13/2009 | 307 | | SEALED DOCUMENT re 298 filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD.(This document is SEALED and only available to authorized persons.)(ztd, ) (Entered: 07/14/2009) |
| 07/16/2009 | 308 | | ORDER amending the definitions and procedures set forth in the Case Management Order issued by Judge Hogan in In re Guantanamo Bay Detainee Litig., Misc. No. 08–0442, Dkt. No. 940 (Nov. 6, 2008), amended by Misc. No. 08–0442, Docket No. 1315 (Dec. 16, 2008), for the above captioned cases. Signed by Judge Paul L. Friedman on July 16, 2009. (MA) (Entered: 07/16/2009) |
| 07/27/2009 | 309 | | NOTICE *of Filing Opposition to Petitioner's Motion for Discovery* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD re 304 Notice (Other) (Folio, Joseph) (Entered: 07/27/2009) |
| 07/27/2009 | 310 | | Memorandum in opposition to re 306 MOTION to Unseal Document 305 Notice (Other) filed by GEORGE W. BUSH, JR., JAY HOOD, DONALD H. RUMSFELD, 302 Notice (Other) filed by GEORGE W. BUSH, JR., JAY HOOD, DONALD H. RUMSFELD , *in camera ex parte progress report filed by respondents Jul MOTION to Unseal Document 305 Notice (Other) filed by GEORGE W. BUSH, JR., JAY HOOD, DONALD H. RUMSFELD, 302 Notice (Other) filed by GEORGE W. BUSH, JR., JAY HOOD, DONALD H. RUMSFELD , in camera ex parte progress report filed by respondents Jul* |

| | | |
|---|---|---|
| | | *filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD.* (Attachments: # 1 Declaration Third Olsen Declaration)(Folio, Joseph) (Entered: 07/27/2009) |
| 07/29/2009 | 311 | NOTICE *of Public Filing of Factual Return* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Attachments: # 1 Appendix)(Folio, Joseph) (Entered: 07/29/2009) |
| 08/01/2009 | 312 | REPLY to opposition to motion re 299 MOTION for Discovery *filed on or about July 10, 2009,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 08/01/2009) |
| 08/03/2009 | 313 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DONALD RUMSFELD, BARACK OBAMA, JAY HOOD, NELSON J. CANNON, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, J. HOOD, NELSON J. CANNON, GEORGE W. BUSH, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, NELSON J. CANNON, BRICE GYURISKO, BRICE GYURISKO, BRICE GYURISKO, MIKE BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MICHAEL I. BUMGARNER, MIKE BUMGARNER, BARACK H. OBAMA, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, JAY HOOD, MIKE BUMGARNER, BARACK H. OBAMA, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, MICHAEL BUMGARNER, MICHAEL BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, BARACK OBAMA, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. Attorney Paul Edward Ahern terminated. (Ahern, Paul) (Entered: 08/03/2009) |
| 08/05/2009 | 314 | MOTION for More Definite Statement *, or to require proper return,* by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 08/05/2009) |
| 08/05/2009 | 315 | MOTION for immediate relief, MOTION to Strike Amended Return by SAIFULLAH PARACHA, FARHAT PARACHA; (See Docket Entry No. 314 to view document) (td, ) (Entered: 08/06/2009) |
| 08/18/2009 | | MINUTE ORDER that a status conference is scheduled for August 26, 2009 at 2:00 p.m. Signed by Judge Paul L. Friedman on August 18, 2009. (MA) |

| | | | |
|---|---|---|---|
| | | | (Entered: 08/18/2009) |
| 08/18/2009 | 316 | | MOTION to Continue *the Status Conference Scheduled for August 26, 2009* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD (Attachments: # 1 Text of Proposed Order)(Folio, Joseph) (Entered: 08/18/2009) |
| 08/18/2009 | 317 | | Memorandum in opposition to re 316 MOTION to Continue *the Status Conference Scheduled for August 26, 2009 , opposition* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Hunt, Gaillard) (Entered: 08/18/2009) |
| 08/18/2009 | | | Set/Reset Hearings: Status Conference set for 8/26/2009 02:00 PM in Courtroom 29A before Judge Paul L. Friedman. (mm, ) (Entered: 08/19/2009) |
| 08/19/2009 | 318 | | Memorandum in opposition to re 315 MOTION for immediate relief MOTION to Strike, 314 MOTION for More Definite Statement , *or to require proper return,* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Elliott, Stephen) (Entered: 08/19/2009) |
| 08/20/2009 | 319 | | MOTION for Order *Releasing Petitioner on Bail,* by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 08/20/2009) |
| 08/20/2009 | | | MINUTE ORDER denying respondents' motion for a continuance of the status conference scheduled for August 26, 2009 316 in the interest of resolving this matter as expeditiously as possible. If Mr. Folio is unable to appear, co–counsel may appear in his stead. Signed by Judge Paul L. Friedman on 8/20/09. (lcplf1). (Entered: 08/20/2009) |
| 08/21/2009 | | | MINUTE ORDER that the Court will hear oral argument on petitioner's motion for release on bail 319 on August 26, 2009 during the already scheduled status conference. Signed by Judge Paul L. Friedman on August 21, 2009. (MA) (Entered: 08/21/2009) |
| 08/24/2009 | 320 | | NOTICE *of filing of classified request for admissions under seal,* by SAIFULLAH PARACHA, FARHAT PARACHA (Hunt, Gaillard) (Entered: 08/24/2009) |
| 08/26/2009 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 8/26/2009. Response to 319 Motion for Order Releasing Petitioner on Bail due 10/20/2009. Reply due by 10/27/2009. Hearing on 319 Motion set for 10/30/2009 @ 10:00 a.m. in Courtroom 29A before Judge Paul L. Friedman. (Court Reporter Linda Russo) (mm) (Entered: 08/26/2009) |
| 08/28/2009 | 321 | | ENTERED IN ERROR.....MEMORANDUM OPINION AND ORDER denying without prejudice 299 Motion for Discovery; denying 314 Motion for More Definite Statement; denying 315 Motion; denying 315 Motion to Strike. Signed by Judge Paul L. Friedman on August 28, 2009. (MA) Modified on 8/31/2009 (zmm, ). (Entered: 08/28/2009) |
| 08/28/2009 | 322 | | ENTERED IN ERROR.....MEMORANDUM OPINION AND ORDER denying 306 Motion to Unseal Document. Signed by Judge Paul L. Friedman on August 28, 2009. (MA) Modified on 8/31/2009 (zmm, ). (Entered: 08/28/2009) |
| 08/28/2009 | | | DOCKET ENTRIES 321 AND 322 ENTERED IN ERROR –– PLEASE DISREGARD. (MA) (Entered: 08/28/2009) |

| 08/28/2009 | 323 | | MEMORANDUM OPINION AND ORDER denying without prejudice 299 Motion for Discovery; denying 314 Motion for More Definite Statement; denying 315 Motion; denying 315 Motion to Strike; denying 306 motion to unseal. Signed by Judge Paul L. Friedman on August 28, 2009. (MA) (Entered: 08/28/2009) |
|---|---|---|---|
| 08/28/2009 | | | Set/Reset Deadlines/Hearings: Response to motion for release on bail due by 10/20/2009. Reply due by 10/27/2009. Motion Hearing/Status Conference set for 10/30/2009 10:00 AM in Courtroom 29A before Judge Paul L. Friedman. (zmm, ) (Entered: 08/31/2009) |
| 09/09/2009 | | | MINUTE ORDER denying without prejudice Respondents' Motion to Dismiss Improper Respondents (Dkt. No. 723, 08–mc–0442). In light of subsequent rulings by the U.S. Court of Appeals for the District of Columbia Circuit and pending matters before this Court that are related to the motion, it is hereby ORDERED that the motion is DENIED WITHOUT PREJUDICE. Signed by Judge Thomas F. Hogan on 9/9/09. (lctfh1) (Entered: 09/09/2009) |
| 09/23/2009 | 324 | | NOTICE *of Filing Response to Petitioner's Request for Admissions* by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD re 320 Notice (Other) (Folio, Joseph) (Entered: 09/23/2009) |
| 10/09/2009 | 325 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to SAIFULLAH PARACHA. Attorney Zachary Katznelson terminated. (Katznelson, Zachary) (Entered: 10/09/2009) |
| 10/09/2009 | 326 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to GEORGE W. BUSH, JR, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER. Attorney Jean Lin terminated. (Lin, Jean) (Entered: 10/09/2009) |
| 10/20/2009 | 327 | | Memorandum in opposition to re 319 MOTION for Order *Releasing Petitioner on Bail,* filed by GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD. (Folio, Joseph) (Entered: 10/20/2009) |
| 10/27/2009 | 328 | | REPLY to opposition to motion re 319 MOTION for Order *Releasing Petitioner on Bail,* filed by SAIFULLAH PARACHA, FARHAT PARACHA. (Attachments: # 1 Affidavit)(Hunt, Gaillard) (Entered: 10/27/2009) |
| 10/30/2009 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Motion Hearing held on 10/30/2009 re 319 MOTION for Order *Releasing Petitioner on Bail,* filed by FARHAT PARACHA, SAIFULLAH PARACHA. Motion heard and denied for reasons stated on the record. Joint Status Report due by 11/30/2009. (Court Reporter Catalina Kerr.) (ad, ) (Entered: 10/30/2009) |
| 11/30/2009 | 329 | | STATUS REPORT by GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD. (Folio, Joseph) (Entered: 11/30/2009) |
| 12/15/2009 | 330 | | NOTICE of Appearance by Tara L. Murray on behalf of OMAR DEGHAYES, ABDUL LATIF MOHAMMED NASSER, SAID (Murray, Tara) (Entered: 12/15/2009) |

| 12/15/2009 | 331 | | NOTICE of Appearance by Tara L. Murray on behalf of FARHAT PARACHA, SAIFULLAH PARACHA (Murray, Tara) (Entered: 12/15/2009) |
|---|---|---|---|
| 12/15/2009 | 332 | | NOTICE *of Filing of Documents Pursuant to Protective Order* by FARHAT PARACHA, SAIFULLAH PARACHA (Murray, Tara) (Entered: 12/15/2009) |
| 12/30/2009 | 333 | | NOTICE *to the Court* by BARACK OBAMA, ROBERT GATES (Attachments: # 1 Declaration Major General Curtis M. Scaparrotti)(Lin, Jean) (Entered: 12/30/2009) |
| 01/03/2010 | 334 | | NOTICE *of Filing of Memorandum of Understanding and Acknowledgement (Samuel Hecht Dorison)* by FARHAT PARACHA, SAIFULLAH PARACHA (Remes, David) (Entered: 01/03/2010) |
| 02/01/2010 | 335 | | TRANSCRIPT OF PROCEEDINGS before Judge Paul L. Friedman held on 10/30/09; Page Numbers: 1–20. Date of Issuance:2/1/10. Court Reporter/Transcriber Catalina Kerr, Telephone number 202.354.3258, Court Reporter Email Address : catykerr@msn.com.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 2/22/2010. Redacted Transcript Deadline set for 3/4/2010. Release of Transcript Restriction set for 5/3/2010.(Kerr, Catalina) (Entered: 02/01/2010) |
| 03/24/2010 | 336 | | STIPULATION *Regarding Bagram Theater Internment Facility* by MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, DONALD RUMSFELD, MICHAEL I. BUMGARNER. (Lin, Jean) (Entered: 03/24/2010) |
| 04/01/2010 | | | MINUTE ORDER: The parties are hereby ordered to file a joint report informing the Court of the status of this case on or before April 15, 2010. Signed by Judge Paul L. Friedman on April 1, 2010. (MA) (Entered: 04/01/2010) |
| 04/01/2010 | | | Set/Reset Deadlines: Joint Report due by 4/15/2010. (mm, ) (Entered: 04/02/2010) |
| 04/14/2010 | 337 | | NOTICE *Of Filing – – Respondents' Motion To Amend And For Clarification Of The Court's January 14, 2010 Order Regarding Public Returns* by BARACK OBAMA (Attachments: # 1 Exhibit, # 2 Text of Proposed Order, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Warden, Andrew) (Entered: 04/14/2010) |
| 04/15/2010 | 338 | | STATUS REPORT *(Joint)* by GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD. (Folio, Joseph) (Entered: 04/15/2010) |
| 04/16/2010 | | | MINUTE ORDER: In light of the parties' joint status report filed on April 15, 2010, it is hereby ordered that the parties file another joint status report on or |

| | | |
|---|---|---|
| | | before June 14, 2010 to update the Court about the status of the government's review and processing of discovery documents. Signed by Judge Paul L. Friedman on April 16, 2010. (MA) (Entered: 04/16/2010) |
| 04/16/2010 | | Set/Reset Deadlines: Joint Status Report due by 6/14/2010. (zmm, ) (Entered: 04/19/2010) |
| 04/19/2010 | | MINUTE ORDER: By Monday, May 3, 2010, the petitioners shall file one consolidated response to the Respondents' Motion to Amend and for Clarification of the Court's January 14, 2010 Order Regarding Public Returns [Dkt. No. 1942, 08–mc–442]. Signed by Judge Thomas F. Hogan on 4/19/10. (lctfh1) (Entered: 04/19/2010) |
| 04/19/2010 | | Set/Reset Deadlines: Petitioners' Consolidated Response due by 5/3/2010. (mm, ) (Entered: 04/20/2010) |
| 05/03/2010 | 339 | Unopposed MOTION to Continue *Deadline of Filing Consolidated Response to Respondents Motion to Amend and for Clarification of the Courts January 14, 2010 Order Regarding Public Returns* by FATMAH ELSAMNAH, OMAR KHADR, FARHAT PARACHA, SAIFULLAH PARACHA, ALI SALAH KAHLAH AL–MARRI, JARALLAH AL–MARRI, KARINA DERESHTEANU, AHCENE ZEMIRI, SHAKER ABDURRAHEEM AAMER, OMAR DEGHAYES, TAHER DESGHAYES, JAMEL ABDULLAH KIYEMBA, THERESA NAMUDDU, SAEED AHMED SIDDIQUE, IBRAHIM AHMED MAHMOUD AL QOSI, FALEN GHEREBI (Attachments: # 1 Exhibit A–Proposed Order)(Thompson, Darin) (Entered: 05/03/2010) |
| 05/04/2010 | | MINUTE ORDER granting the Unopposed Motion to Continue Deadline of Filing Consolidated Respone to the Respondents Motion to Amend and for Clarification of the Courts January 14, 2010 Order Regarding Public Returns. Accordingly, the petitioners response shall be due to be filed on or before June 2, 2010. Signed by Judge Thomas F. Hogan on May 4, 2010. (lctfh2, ) (Entered: 05/04/2010) |
| 05/04/2010 | | Set/Reset Deadlines: Consolidated response due by 6/2/2010. (zmm, ) (Entered: 05/10/2010) |
| 05/06/2010 | 340 | ORDER of USCA as to (99 in 1:04–cv–02035–GK, 33 in 1:04–cv–01937–PLF, 83 in 1:04–cv–02215–RMC, 172 in 1:04–cv–02022–PLF, 216 in 1:04–cv–01194–TFH, 194 in 1:04–cv–01136–UNA, 255 in 1:04–cv–01254–HHK, 77 in 1:04–cv–02046–CKK, 121 in 1:04–cv–01164–RBW) Notice of Appeal,, filed by MICHAEL BUMGARNER, UNITED STATES OF AMERICA, JAY HOOD, BRUCE VARGO, BRICE GYURISKO, NELSON J. CANNON, DAVID M. THOMAS, JR., DONALD RUMSFELD, GEORGE W. BUSH, WADE F. DENNIS, GEORGE WALKER BUSH, J. HOOD, WADE F. DAVIS, MARK H. BUZBY, HARRY B. HARRIS, JR., COMMANDER OF THE JOINT TASK FORCE, GTMO, ROBERT M. GATES, GORDON R. ENGLAND, COMMANDER OF PRISON CAMP, GTMO, TERRY CARRICO ; USCA Case Number 08–5233, 08–5234, 08–5235, 08–5236, 08–5260, 08–5261, 08–5237, 08–5238, 08–5239, 08–5240, 08–5241, 08–5242, 08–5243, 08–5244, 08–5245, 08–5246, 08–5247, 08–5248, 08–5249, 08–5250, 08–5251, 08–5252, 08–5262, 08–5253, 08–5254, |

| | | |
|---|---|---|
| | | 08–5263, 08–5255, 08–5264, 08–5256, 08–5265, 08–5266, 08–5257, 08–5267, 08–5258, 08–5259, 08–5268, 08–5276, 08–5269, 08–5277, 08–5278, 08–5270, 08–5280, 08–5281, 08–5271, 08–5272, 08–5282, 08–5273, 08–5274, 08–5283, 08–5275, 08–5284, 08–5285, 08–5286, 08–5291, 08–5292, 08–5293, 08–5294, 08–5302, 08–5295, 08–5303, 08–5304, 08–5296, 08–5305, 08–5297, 08–5306, 08–5299, 08–5300, 08–5301, 08–5308, 08–5309, 08–5317, 08–5310, 08–5318, 08–5319, 08–5311, 08–5320, 08–5312, 08–5313, 08–5314, 08–5321, 08–5315, 08–5331, 08–5322, 08–5332, 08–5333, 08–5334, 08–5335, 08–5336, 08–5288, 08–5338, 08–5339, 08–5323, 08–5340, 08–5325, 08–5326, 08–5341, 08–5327, 08–5342, 08–5289, 08–5328, 08–5343, 08–5329, 08–5330, 08–5345, 08–5346, 08–5347, 08–5348 ORDERED that Nos. 08–5271, 08–5331, and 08–5348 be dismissed as moot, FURTHER ORDERED that the consolidation of Nos. 08–5271, 08–5331, and 08–5348 with Nos. 08–5233, et al., be terminated, FURTHER ORDERED to terminate party Atag Ali Abdoh in 08–5235, Jamal Mar'i, Nabil Mohamed Mar'i and Farouk Ali Ahmed Saif in 08–5236, Waffa El–Arabie and Sherif El–Mashad in 08–5244, Mohammad Karim and Mohammad Rahim in 08–5314, Riad Nargeri in 08–5321 and Adel Lnu and Saif Ullah in 08–5322; dismissing as moot motion to hold case in abeyance [1177160–3]; FURTHER ORDERED, on the court's own motion, that the remaining appellees in these consolidated cases show cause, within 30 days of the date of this order why the district courts orders requiring advance notice of transfer should not be vacated and the cases remanded. Response to Order due 06/01/2010. Response may not exceed 10 pages [See Order for further details]The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate in Nos. 08–5271, 08–5331, and 08–5348. The Clerk is further directed to withhold issuance of the mandate in Nos. 08–5235, 08–5236, 08–5244, 08–5314, 08–5321, and 08–5322 until resolution of the remainder of those appeals. (mmh, ) (Entered: 05/07/2010) |
| 05/12/2010 | 341 | Unopposed MOTION to File a Consolidated Reply and for an Extension of Time to Reply to the Responses of Petitioners and Press Intervenors re (254 in 1:05–cv–01220–RMU) Notice (Other), Notice (Other) by BARACK OBAMA (Attachments: # 1 Text of Proposed Order)(Marcus, Lisa) (Entered: 05/12/2010) |
| 05/18/2010 | | MINUTE ORDER granting Respondents' Unopposed Motion to File a Consolidated Reply and for an Extension of Time to Reply to the Responses of Petitioners and Press Intervenors. Accordingly, the respondents' consolidated reply brief shall be due to be filed on or before June 24, 2010. Signed by Judge Thomas F. Hogan on May 13, 2010 nunc pro tunc. (lctfh2) (Entered: 05/18/2010) |
| 05/18/2010 | | Set/Reset Deadlines: Consolidated Reply Brief due by 6/24/2010. (zmm, ) (Entered: 05/19/2010) |
| 06/14/2010 | 342 | STATUS REPORT (Joint) by GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD. (Folio, Joseph) (Entered: 06/14/2010) |
| 06/16/2010 | | MINUTE ORDER: In light of the parties' joint status report of June 14, 2010, the parties are hereby ordered to file a joint report informing the Court how they wish to proceed in this case on or before August 13, 2010. Signed by |

| | | | |
|---|---|---|---|
| | | | Judge Paul L. Friedman on June 16, 2010. (MA) (Entered: 06/16/2010) |
| 06/16/2010 | | | Set/Reset Deadlines: Joint Report due by 8/13/2010. (zmm, ) (Entered: 06/17/2010) |
| 06/23/2010 | 343 | | Unopposed MOTION for Extension of Time to File Response/Reply by BARACK OBAMA (Attachments: # 1 Text of Proposed Order)(Marcus, Lisa) (Entered: 06/23/2010) |
| 06/29/2010 | | | ORDER granting (310) Motion for Extension of Time to File Response/Reply in case 1:04–cv–01136–UNA; granting (264) Motion for Extension of Time to File Response/Reply in case 1:04–cv–01164–RBW; granting (776) Motion for Extension of Time to File Response/Reply in case 1:04–cv–01194–TFH; granting (878) Motion for Extension of Time to File Response/Reply in case 1:04–cv–01254–HHK; granting (163) Motion for Extension of Time to File Response/Reply in case 1:04–cv–01937–PLF; granting (343) Motion for Extension of Time to File Response/Reply in case 1:04–cv–02022–PLF; granting (183) Motion for Extension of Time to File Response/Reply in case 1:04–cv–02215–RMC. Reply due by 7/1/2010.. Signed by Judge Thomas F. Hogan on 6/29/2010. (lctfh2, ) (Entered: 06/29/2010) |
| 06/29/2010 | | | Set/Reset Deadlines: Reply brief in support of motion to amend and for clarification of 1/14/2010 Order due by 7/1/2010. (zmm, ) (Entered: 07/01/2010) |
| 07/01/2010 | 344 | | Consent MOTION for Leave to File Excess Pages *(Respondents Consent Motion for a Five Page Enlargement of the Page Limitation for Their Reply Brief)* by BARACK OBAMA (Attachments: # 1 Text of Proposed Order)(Marcus, Lisa) (Entered: 07/01/2010) |
| 07/01/2010 | 345 | | NOTICE *of Filing of Reply Brief in Further Support of Respondents Motion to Amend and for Clarification of the Courts January 14, 2010 Order Regarding Public Returns* by BARACK OBAMA (Marcus, Lisa) (Entered: 07/01/2010) |
| 07/07/2010 | | | MINUTE ORDER granting Respondents' Consent Motion for a Five Page Enlargement of the Page Limitation for Their Reply Brief. Signed by Judge Thomas F. Hogan on July 7, 2010. (lctfh2) (Entered: 07/07/2010) |
| 07/09/2010 | 346 | | Amended MOTION for Extension of Time Regarding Proposed Public Returns by BARACK H. OBAMA (Attachments: # 1 Revised Proposed Order)(Marcus, Lisa) (Entered: 07/09/2010) |
| 07/27/2010 | 353 | | ORDER granting respondents' motion to amend and for clarification of the 1/14/10 order. Signed by Judge Thomas F. Hogan on 7/27/10 nunc pro tunc to 7/23/10. This order originally was filed in 08–mc–442 but also should have been docketed in all cases captioned herein. (Entered: 09/15/2010) |
| 07/30/2010 | 347 | | NOTICE *of Compliance* by BARACK OBAMA (Marcus, Lisa) (Entered: 07/30/2010) |
| 08/04/2010 | 348 | | NOTICE of Appearance by Javier M. Guzman on behalf of BARACK HUSSEIN OBAMA, JR (Guzman, Javier) (Entered: 08/04/2010) |
| 08/13/2010 | 349 | | NOTICE *of Filing Joint Status Report under Seal* by GEORGE W. BUSH, JR, JAY HOOD, BARACK HUSSEIN OBAMA, JR, DONALD H. RUMSFELD re Order, (Folio, Joseph) (Entered: 08/13/2010) |

| 08/13/2010 | 350 | | SEALED DOCUMENT filed by JAY HOOD, BARACK HUSSEIN OBAMA, JR, SAIFULLAH PARACHA, DONALD H. RUMSFELD. (This document is SEALED and only available to authorized persons.)(ztd, ) (Entered: 08/16/2010) |
|---|---|---|---|
| 08/19/2010 | | | MINUTE ORDER scheduling a hearing regarding the pending Motion to Amend and for Clarification of the Courts January 14, 2010 Order Regarding Public Returns. The hearing shall take place on October 7, 2010, at 10:00 a.m. in Courtroom 25A before Judge Thomas F. Hogan. Signed by Judge Thomas F. Hogan on August 19, 2010. (lctfh2) Modified on 8/19/2010 (lctfh2, ). (Entered: 08/19/2010) |
| 08/23/2010 | | | MINUTE ORDER: In light of the parties' joint status report 350 filed on August 13, 2010, where petitioner's counsel proposed to submit to the Court, at its direction, a further status report on recent developments, it is hereby ordered that petitioner's counsel shall file a status report on or before August 31, 2010. Signed by Judge Paul L. Friedman on August 23, 2010. (MA) (Entered: 08/23/2010) |
| 08/23/2010 | | | Set/Reset Deadlines: Petitioner's Status Report due by 8/31/2010. (zmm, ) (Entered: 08/24/2010) |
| 08/31/2010 | 352 | | SEALED DOCUMENT filed by SAIFULLAH PARACHA. (This document is SEALED and only available to authorized persons.)(ztd, ) (Entered: 09/01/2010) |
| 09/01/2010 | 351 | | NOTICE *of filing of status report (under seal)* by SAIFULLAH PARACHA (Remes, David) (Entered: 09/01/2010) |
| 09/03/2010 | | | MINUTE ORDER: In light of petitioner's status report 352 filed on August 31, 2010, it is hereby ordered that petitioner's counsel shall file a status report on or before December 31, 2010. Signed by Judge Paul L. Friedman on September 3, 2010. (MA) (Entered: 09/03/2010) |
| 09/03/2010 | | | Set/Reset Deadlines: Status Report due by 12/31/2010. (zmm, ) (Entered: 09/03/2010) |
| 09/15/2010 | | | MINUTE ORDER staying the Court's July 27, 2010 Order pending the hearing scheduled to take place on October 7, 2010. Signed by Judge Thomas F. Hogan on September 15, 2010. (lctfh2) (Entered: 09/15/2010) |
| 10/01/2010 | 354 | | STATUS REPORT *: Joint Pre–Hearing Statement* by BARACK H. OBAMA. (Marcus, Lisa) (Entered: 10/01/2010) |
| 12/09/2010 | 355 | | NOTICE *of Petitioner's statement withdrawing authorization of Gaiillard T. Hunt* by FARHAT PARACHA, SAIFULLAH PARACHA (Attachments: # 1 Petitioner's statement withdrawing authorization of Gaillard T. Hunt)(Remes, David) (Entered: 12/09/2010) |
| 12/22/2010 | 356 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to FARHAT PARACHA, SAIFULLAH PARACHA. Attorney Gaillard T. Hunt terminated. (Attachments: # 1 Declaration, # 2 Declaration)(Hunt, Gaillard) (Entered: 12/22/2010) |
| 01/03/2011 | 357 | | NOTICE *of Filing of Status Report* by SAIFULLAH PARACHA (Remes, David) (Entered: 01/03/2011) |

| 01/03/2011 | 358 | | SEALED DOCUMENT filed by SAIFULLAH PARACHA. (This document is SEALED and only available to authorized persons.)(ztd, ) (Entered: 01/04/2011) |
|---|---|---|---|
| 01/10/2011 | | | MINUTE ORDER: In light of petitioner's status report 358 filed on January 3, 2011, it is hereby ordered, with the agreement of the parties, that this case is continued pending petitioner's filing of a status report by April 1, 2011. Signed by Judge Paul L. Friedman on January 10, 2011. (MA) (Entered: 01/10/2011) |
| 01/10/2011 | | | Set/Reset Deadlines: Petitioner's Status Report due by 4/1/2011. (zmm, ) (Entered: 01/11/2011) |
| 02/07/2011 | 359 | | MANDATE of USCA (certified copy) USCA Case Number 05–5334. ORDERED that the district court's order entered June 16, 2005, requiring advance notice of transfer be vacated. FURTHER ORDERED that the motion to dismiss be dismissed as moot. (zsmm) Modified on 5/12/2011 (smm). (Entered: 02/10/2011) |
| 03/07/2011 | 360 | | NOTICE *Of Entry Of Protective Order Governing Military Commission Proceedings* by BARACK H. OBAMA, ROBERT M. GATES (Attachments: # 1 Exhibit Military Commission Protective Order)(Warden, Andrew) (Entered: 03/07/2011) |
| 03/15/2011 | 361 | | MANDATE of USCA (certified copy) discharging the order to show cause, granting the motion to exceed the page limit, ordering the Clerk to file the lodged joint response, and vacating the District Court's order requiring advance notice of transfer as to (42 in 1:05–cv–00833–UNA, 48 in 1:05–cv–01347–UNA, 83 in 1:05–cv–00359–GK, 47 in 1:05–cv–01457–GK, 20 in 1:05–cv–02083–JDB, 54 in 1:05–cv–00877–JR, 22 in 1:06–cv–01759–JDB, 76 in 1:05–cv–01505–RMC, 99 in 1:04–cv–02035–GK, 70 in 1:05–cv–00999–RBW, 63 in 1:05–cv–02199–UNA, 74 in 1:05–cv–01638–CKK, 33 in 1:04–cv–01937–UNA, 49 in 1:06–cv–01684–UNA, 83 in 1:04–cv–02215–RMC, 75 in 1:05–cv–02185–RCL, 60 in 1:05–cv–02104–RBW, 90 in 1:05–cv–01490–UNA, 43 in 1:06–cv–01766–UNA, 111 in 1:05–cv–02384–RWR, 46 in 1:05–cv–02385–ESH, 51 in 1:05–cv–02088–RWR, 28 in 1:05–cv–01725–UNA, 111 in 1:05–cv–01429–RMU, 60 in 1:06–cv–00618–RWR, 40 in 1:06–cv–01758–RMC, 72 in 1:05–cv–01504–UNA, 50 in 1:05–cv–00748–RMC, 49 in 1:05–cv–00883–RBW, 130 in 1:05–cv–00520–UNA, 68 in 1:05–cv–01607–RMU, 50 in 1:05–cv–01458–ESH –AK, 13 in 1:06–cv–01688–RMC, 194 in 1:04–cv–01136–UNA, 44 in 1:05–cv–01189–UNA, 32 in 1:05–cv–01649–RBW, 109 in 1:05–cv–00270–JR, 21 in 1:05–cv–00995–UNA, 31 in 1:07–cv–01710–RBW, 60 in 1:05–cv–00526–RMU, 39 in 1:07–cv–02337–HHK, 91 in 1:05–cv–01353–UNA, 39 in 1:05–cv–00881–JR, 48 in 1:05–cv–01646–UNA, 204 in 1:08–mc–00442–TFH, 39 in 1:07–cv–02338–HHK, 102 in 1:05–cv–02479–HHK, 81 in 1:05–cv–02249–RMC, 100 in 1:05–cv–01124–RMC, 58 in 1:05–cv–00634–RWR, 87 in 1:05–cv–01555–JR, 56 in 1:05–cv–02349–UNA, 66 in 1:05–cv–02379–JR, 67 in 1:05–cv–00764–CKK –AK, 39 in 1:05–cv–02010–HHK, 64 in |

| | | |
|---|---|---|
| | | 1:05–cv–01983–RMU, 96 in 1:05–cv–01592–UNA, 92 in 1:05–cv–00329–PLF, 114 in 1:05–cv–00023–RWR, 103 in 1:05–cv–02367–RWR, 521 in 1:10–cv–01020–RJL, 60 in 1:05–cv–00392–UNA, 48 in 1:05–cv–00998–RMU, 62 in 1:06–cv–01767–RMU, 26 in 1:06–cv–01668–UNA, 58 in 1:05–cv–01497–UNA, 46 in 1:06–cv–01765–UNA, 52 in 1:05–cv–01971–RMC, 25 in 1:05–cv–02444–RMC, 71 in 1:05–cv–02380–CKK, 521 in 1:09–cv–00745–RCL, 135 in 1:05–cv–01509–RMU, 11 in 1:08–cv–01104–CKK, 17 in 1:05–cv–02200–JDB, 66 in 1:05–cv–00763–JDB, 521 in 1:05–cv–02386–RBW, 54 in 1:05–cv–01645–UNA, 172 in 1:04–cv–02022–PLF, 102 in 1:05–cv–00569–EGS, 32 in 1:05–cv–01623–RWR, 47 in 1:05–cv–01244–CKK, 54 in 1:05–cv–00889–UNA, 48 in 1:05–cv–01639–RBW, 216 in 1:04–cv–01194–TFH, 83 in 1:05–cv–00492–UNA, 66 in 1:05–cv–02371–UNA, 38 in 1:05–cv–01236–RWR, 19 in 1:06–cv–01691–GK, 16 in 1:08–cv–01101–JDB, 29 in 1:05–cv–02381–JDB, 62 in 1:05–cv–00892–CKK, 83 in 1:05–cv–01601–UNA, 255 in 1:04–cv–01254–HHK, 85 in 1:05–cv–00247–UNA, 54 in 1:06–cv–01690–RBW, 68 in 1:05–cv–02186–UNA, 34 in 1:05–cv–02387–RMC, 14 in 1:08–cv–01085–PLF, 126 in 1:05–cv–01048–RMU, 77 in 1:05–cv–01506–RMC, 24 in 1:06–cv–01674–RMC, 61 in 1:05–cv–00994–JDB, 36 in 1:05–cv–02477–RMU, 93 in 1:05–cv–01704–RMU, 77 in 1:04–cv–02046–CKK, 121 in 1:04–cv–01164–RBW, 143 in 1:05–cv–00280–GK) Notices of Appeal filed by MICHAEL BUMGARNER, UNITED STATES OF AMERICA, JAY HOOD, BRUCE VARGO, BRICE GYURISKO, NELSON J. CANNON, DAVID M. THOMAS, JR., DONALD RUMSFELD, GEORGE W. BUSH, WADE F. DENNIS, GEORGE WALKER BUSH, J. HOOD, WADE F. DAVIS, MARK H. BUZBY, HARRY B. HARRIS, JR., COMMANDER OF THE JOINT TASK FORCE, GTMO, ROBERT M. GATES, GORDON R. ENGLAND, COMMANDER OF PRISON CAMP, GTMO, and TERRY CARRICO; USCA Case Number: 08–5233 (consolidated with 08–5234–08–5262, 08–5264–08–5270, 08–5272–08–5278, 08–5280–08–5286, 08–5288, 08–5289, 08–5291–08–5297, 08–5299–08–5306, 08–5308–08–5315, 08–5317–08–5323, 08–5325–08–5330, 08–5332–08–5336, 08–5338–08–5343, and 08–5345–08–5347.) (tnr, ) (Entered: 03/15/2011) |
| 04/27/2011 | 362 | ENTERED IN ERROR.....Emergency MOTION for Order *Granting Emergency Application for Access to Publicly Available Classified Wikileaks Documents Relevant to Petitioner* by SAIFULLAH PARACHA (Attachments: # 1 Text of Proposed Order)(Remes, David) Modified on 4/28/2011 (tnr, ). (Entered: 04/27/2011) |
| 04/28/2011 | | NOTICE OF ERROR re 362 Motion for Order; emailed to remesdh@gmail.com, cc'd 19 associated attorneys –– The PDF file you docketed contained errors: 1. Incorrect header/caption/case number, 2. Please refile document (ztnr, ) (Entered: 04/28/2011) |
| 04/28/2011 | 363 | MOTION for Order *Granting Emergency Application for Access to Publicly Available Classified Wikileaks Documents Relevant to Petitioner* by SAIFULLAH PARACHA (Attachments: # 1 Text of Proposed Order)(Remes, |

| | | | |
|---|---|---|---|
| | | | David) (Entered: 04/28/2011) |
| 04/29/2011 | 364 | | MEMORANDUM OPINION AND ORDER that Mr. Paracha shall file the past–due report by May 2, 2011; government's opposition to the emergency application is due by May 11, 2011; and reply is due by May 18, 2011. Signed by Judge Paul L. Friedman on April 29, 2011. (MA) (Entered: 04/29/2011) |
| 04/29/2011 | | | Set/Reset Deadlines: Response to emergency application for immediate access to all publicly available WikiLeaks documents relevant to case due by 5/11/2011. Reply due by 5/18/2011. Mr. Paracha to file past–due status report by 5/2/2011. (zmm, ) (Entered: 05/02/2011) |
| 05/02/2011 | 365 | | STATUS REPORT *and Unopposed Motion to Stay Case* by SAIFULLAH PARACHA. (Attachments: # 1 Text of Proposed Order to Stay Case)(Remes, David) (Entered: 05/02/2011) |
| 05/02/2011 | 366 | | MOTION to Stay case by SAIFULLAH PARACHA; (td, ) (Entered: 05/03/2011) |
| 05/04/2011 | 367 | | ORDER granting 366 Petitioner's Motion to Stay Case. Signed by Judge Paul L. Friedman on 5/4/2011. (zmm, ) (Entered: 05/04/2011) |
| 05/11/2011 | 368 | | MOTION for Extension of Time to *Respond to Petitioner's Application for Immediate Access to All Publicly Available Wikileaks Documents Relevant to Petitioner's Case* by GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Elliott, Stephen) (Entered: 05/11/2011) |
| 05/12/2011 | | | MINUTE ORDER granting 368 respondents' Motion for Extension of Time up to and including May 25, 2011 to respond to petitioner's application for immediate access to all publicly available Wikileaks documents relevant to petitioner's case. Signed by Judge Paul L. Friedman on May 12, 2011. (MA) (Entered: 05/12/2011) |
| 05/12/2011 | | | Set/Reset Deadlines: Response to petitioner's application for immediate access to all publicly available Wikileaks documents relevant to petitioner's case due by 5/25/2011. (zmm, ) (Entered: 05/13/2011) |
| 05/25/2011 | 369 | | Second MOTION for Extension of Time to *Respond to Petitioner's Application for Immediate Access to All Publicly Available Wikileaks Documents Relevant to Petitioner's Case (Unopposed)* by GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Elliott, Stephen) (Entered: 05/25/2011) |
| 05/31/2011 | | | MINUTE ORDER: Respondents' unopposed second motion 369 for an extension of time to respond to petitioner's application for immediate access to all publicly available WikiLeaks documents relevant to petitioner's case is granted. Respondents shall file their response by June 3, 2011. Signed by Judge Paul L. Friedman on May 31, 2011. (lcplf1) (Entered: 05/31/2011) |
| 05/31/2011 | | | Set/Reset Deadlines: Response to petitioner's application for immediate access to all publicly available WikiLeaks documents relevant to petitioner's case due by 6/3/2011. (zmm, ) (Entered: 06/01/2011) |
| 06/03/2011 | 370 | | Third MOTION for Extension of Time to *Respond to Petitioner's Application for Immediate Access to All Publicly Available Wikileaks Documents Relevant* |

| | | |
|---|---|---|
| | | *to Petitioner's Case* by GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Elliott, Stephen) (Entered: 06/03/2011) |
| 06/05/2011 | 371 | WITHDWRAWN PURSUANT TO COUNSEL'S NOTICE FILED 6/6/11. . . . .Memorandum in opposition to re 370 Third MOTION for Extension of Time to *Respond to Petitioner's Application for Immediate Access to All Publicly Available Wikileaks Documents Relevant to Petitioner's Case* filed by SAIFULLAH PARACHA. (Remes, David) Modified on 6/6/2011 (td, ). (Entered: 06/05/2011) |
| 06/06/2011 | 372 | NOTICE *of withdrawal and substitution of fiing* by SAIFULLAH PARACHA re 371 Memorandum in Opposition, (Remes, David) (Entered: 06/06/2011) |
| 06/06/2011 | 373 | Memorandum in opposition to re 370 Third MOTION for Extension of Time to *Respond to Petitioner's Application for Immediate Access to All Publicly Available Wikileaks Documents Relevant to Petitioner's Case (substitute)* filed by SAIFULLAH PARACHA. (Remes, David) (Entered: 06/06/2011) |
| 06/06/2011 | | MINUTE ORDER that, having considered respondents' third motion for extension of time to respond to petitioner's application for immediate access to all publicly available Wikileaks documents relevant to petitioner's case, and the opposition thereto, the government shall file their response on or before June 10, 2011. Signed by Judge Paul L. Friedman on June 6, 2011. (MA) (Entered: 06/06/2011) |
| 06/06/2011 | | Set/Reset Deadlines: Government's response to petitioner's application for immediate access to all publicly available Wikileaks documents relevant to petitioner's case due by 6/10/2011. (zmm, ) (Entered: 06/07/2011) |
| 06/06/2011 | 374 | MOTION for Expedited consideration by SAIFULLAH PARACHA; (See docket entry no. 373 to view document) (td, ) (Entered: 06/07/2011) |
| 06/10/2011 | 375 | Unopposed MOTION for Extension of Time to *Respond to Petitioner's Application for Immediate Access to All Publicly Available Wikileaks Documents Relevant to Petitioner's Case* by GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Elliott, Stephen) (Entered: 06/10/2011) |
| 06/13/2011 | | MINUTE ORDER: Respondents' unopposed fourth motion 375 for an extension of time is granted. Respondents shall file their response to petitioner's application for immediate access to all publicly available WikiLeaks documents relevant to petitioner's case by June 15, 2011. Signed by Judge Paul L. Friedman on June 13, 2011. (lcplf1) (Entered: 06/13/2011) |
| 06/13/2011 | | Set/Reset Deadlines: Response due by 6/15/2011. (tb, ) (Entered: 06/14/2011) |
| 06/15/2011 | 376 | Memorandum in opposition to re 363 MOTION for Order *Granting Emergency Application for Access to Publicly Available Classified Wikileaks Documents Relevant to Petitioner* filed by JAY HOOD, BARACK HUSSEIN OBAMA, JR, DONALD H. RUMSFELD. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wolfe, Kristina) (Entered: 06/15/2011) |
| 06/15/2011 | 377 | ERRATA by JAY HOOD, BARACK HUSSEIN OBAMA, JR, DONALD H. RUMSFELD 376 Memorandum in Opposition, filed by BARACK HUSSEIN OBAMA, JR., JAY HOOD, DONALD H. RUMSFELD. (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Text of Proposed Order)(Wolfe, Kristina) (Entered: 06/15/2011) |
| 06/27/2011 | 378 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 363 MOTION for Order *Granting Emergency Application for Access to Publicly Available Classified Wikileaks Documents Relevant to Petitioner* by SAIFULLAH PARACHA (Attachments: # 1 Text of Proposed Order)(Remes, David) (Entered: 06/27/2011) |
| 06/28/2011 | | | MINUTE ORDER granting 378 petitioner's unopposed Motion for Extension of Time up to and including July 1, 2011 to reply to respondents' memorandum in opposition to his emergency application for access to certain Wikileaks documents. Signed by Judge Paul L. Friedman on June 28, 2011. (MA) (Entered: 06/28/2011) |
| 06/28/2011 | | | Set/Reset Deadlines: Reply to respondents' memorandum in opposition to emergency application for access to certain Wikileaks documents due by 7/1/2011. (zmm, ) (Entered: 06/29/2011) |
| 07/01/2011 | 379 | | ENTERED IN ERROR.....REPLY to opposition to motion re 363 MOTION for Order *Granting Emergency Application for Access to Publicly Available Classified Wikileaks Documents Relevant to Petitioner* filed by SAIFULLAH PARACHA. (Remes, David) Modified on 7/6/2011 (td, ). (Entered: 07/01/2011) |
| 07/01/2011 | 380 | | REPLY to opposition to motion re 363 MOTION for Order *Granting Emergency Application for Access to Publicly Available Classified Wikileaks Documents Relevant to Petitioner (substitute reply)* filed by SAIFULLAH PARACHA. (Remes, David) (Entered: 07/01/2011) |
| 07/01/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 379 Reply to opposition to Motion, was entered in error and counsel refiled as docket entry no. 380 (td, ) (Entered: 07/06/2011) |
| 08/03/2011 | 381 | | NOTICE of Appearance by Michael Thomas Koenig on behalf of MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, BARACK OBAMA, DONALD RUMSFELD, JAY HOOD, BARACK OBAMA, DONALD RUMSFELD, GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD (Koenig, Michael) (Entered: 08/03/2011) |
| 09/28/2011 | 382 | | NOTICE *of Filing Consent Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 1094* by GEORGE W. BUSH, JR, JAY HOOD, BARACK HUSSEIN OBAMA, JR, DONALD H. RUMSFELD (Maskew, Trish) (Entered: 09/28/2011) |
| 09/28/2011 | 383 | | SEALED MOTION filed by JAY HOOD, DONALD H. RUMSFELD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 part 1, # 4 Exhibit 3 part 2, # 5 Exhibit 3 Narrative, # 6 Exhibit 4)(ztd, ) (Entered: 09/29/2011) |
| 09/30/2011 | 384 | | ENTERED IN ERROR.....Unopposed MOTION Seal Public Factual Return *and RESPONSE to MOTION Seal Public Factual Return* by SAIFULLAH PARACHA (Remes, David) Modified on 10/3/2011 (jf, ). (Entered: 09/30/2011) |
| 10/03/2011 | 385 | | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Order *Sealing Factual Return* by SAIFULLAH PARACHA (Attachments: # 1 Text of Proposed Order)(Remes, David) (Entered: 10/03/2011) |
| 10/03/2011 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 384 Unopposed MOTION Seal Public Factual Return *and RESPONSE to MOTION Seal Public Factual Return* was entered in error and refiled by counsel.(See Docket Entry 385 to view document) (jf, ) (Entered: 10/03/2011) |
| 10/12/2011 | 386 | NOTICE of Appearance by Trish Maskew on behalf of All Defendants (Maskew, Trish) (Entered: 10/12/2011) |
| 03/02/2012 | 387 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GEORGE W. BUSH, JR, JAY HOOD, DONALD H. RUMSFELD. Attorney Stephen McCoy Elliott terminated. (Elliott, Stephen) (Entered: 03/02/2012) |
| 10/23/2012 | 388 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GEORGE WALKER BUSH, BRICE A. GYURISKO, JAY HOOD, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD. Attorney Trish Maskew terminated. (Maskew, Trish) (Entered: 10/23/2012) |
| 07/08/2013 | 389 | NOTICE *By Respondents Lifting Protected Information Designation Of Decisions By the Guantanamo Bay Review Task Force* by BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, ROBERT M. GATES, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, GEORGE WALKER BUSH, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, UNITED STATES OF AMERICA (Attachments: # 1 Exhibit GTMO Task Force Chart)(Warden, Andrew) (Entered: 07/08/2013) |
| 08/08/2013 | 390 | NOTICE *Of Privilege Team Review Of Documents And Materials Recovered From JTF–GTMO Camp 6* by BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, GEORGE WALKER BUSH, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, GUANTANAMO BAY DETAINEE LITIGATION (Warden, Andrew) (Entered: 08/08/2013) |
| 08/13/2013 | 391 | NOTICE *Of Memorandum Of Understanding Governing Private Counsel Representation Of Guantanamo Bay Detainees In Periodic Review Board Proceedings Pursuant To Executive Order 13567* by BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 08/13/2013) |

| 09/13/2013 | 392 | | STATUS REPORT *Addressing The Privilege Team's Review Of Materials Recovered From JTF–GTMO Camp 6* by BARACK HUSSEIN OBAMA, II, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 09/13/2013) |
| 09/16/2013 | 393 | | ERRATA *– Status Report Addressing The Privilege Team's Review of Documents and Materials Recovered from JTF–GTMO Camp 6* by BARACK HUSSEIN OBAMA, II. (Attachments: # 1 Exhibit Status Report Filed Sept. 13, 2013, # 2 Exhibit Status Report filed Aug. 8, 2013)(Warden, Andrew) (Entered: 09/16/2013) |
| 11/06/2013 | 394 | | STATUS REPORT *–– Supplemental Status Report Addressing The Privilege Team's Review of Documents and Materials Recovered from JTF–GTMO Camp 6* by BARACK HUSSEIN OBAMA, II. (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 11/06/2013) |
| 10/06/2014 | 395 | | ORDER granting 383 respondents' consent motion to deem protected information highlighted in the accompanying proposed public factual return for ISN 1094; denying 385 petitioner's unopposed motion to seal the factual return in its entirety. Signed by Judge Paul L. Friedman on October 6, 2014. (MA) (Entered: 10/06/2014) |
| 10/24/2014 | | | MINUTE ORDER directing the government to file a supplemental brief of no more than five pages on or before November 7, 2014, under seal or classified as necessary, addressing the current classification status of the documents at issue in 363 petitioner's application. Signed by Judge Paul L. Friedman on October 24, 2014. (lcplf3) (Entered: 10/24/2014) |
| 10/27/2014 | | | Set/Reset Deadlines: Supplemental Brief due by 11/7/2014. (zmm, ) (Entered: 10/27/2014) |
| 11/07/2014 | 396 | | NOTICE *of Classified Filing* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD re Order, (Folio, Joseph) (Entered: 11/07/2014) |
| 11/19/2014 | 397 | | NOTICE *of Filing Public Factual Return* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Attachments: # 1 Exhibit Narrative, # 2 Exhibit Part 1, # 3 Exhibit Part 2, # 4 Exhibit Part 3)(Wolfe, Kristina) (Entered: 11/19/2014) |
| 02/18/2015 | | | MINUTE ORDER directing the parties to file a joint status report, under seal if necessary, on or before March 13, 2015. Signed by Judge Paul L. Friedman on February 18, 2015. (lcplf3) (Entered: 02/18/2015) |
| 02/18/2015 | | | Set/Reset Deadlines: Joint Status Report due by 3/13/2015. (zmm, ) (Entered: 02/18/2015) |
| 03/13/2015 | 398 | | STATUS REPORT *Joint Status Report in compliance with Courts Order of February 18, 2015* by SAIFULLAH PARACHA. (Remes, David) (Entered: 03/13/2015) |
| 03/17/2015 | | | MINUTE ORDER. In light of the stay entered in this case on May 4, 2011, that neither party seeks to lift according to the 398 joint status report filed on March 13, 2015, the Court will take no action on 363 petitioner's motion for access to publicly available classified WikiLeaks documents relevant to petitioner until the stay in this case is lifted. Signed by Judge Paul L. Friedman on March 17, 2015. (lcplf3) (Entered: 03/17/2015) |

| 04/03/2015 | 399 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE WALKER BUSH, NELSON J. CANNON, JAY HOOD, DONALD RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD, DONALD RUMSFELD, RICK BACCUS, GEORGE WALKER BUSH, TERRY CARRICO, RICHARD B. MYERS, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD, UNITED STATES OF AMERICA, NELSON J. CANNON, DONALD RUMSFELD, JOHN D. ALTENBURG, JR, GORDON R. ENGLAND, BRICE A. GYURISKO, JAY HOOD, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD. Attorney Patrick D. Davis terminated. (Davis, Patrick) (Entered: 04/03/2015) |
|---|---|---|---|
| 04/28/2015 | 400 | | NOTICE of Appearance by Gaillard T. Hunt on behalf of SAIFULLAH PARACHA (Hunt, Gaillard) (Entered: 04/28/2015) |
| 04/30/2015 | 401 | | MOTION for Summary Judgment by SAIFULLAH PARACHA (Attachments: # 1 Declaration, # 2 Memorandum in Support, # 3 Appendix, # 4 Statement of Facts, # 5 Text of Proposed Order)(Hunt, Gaillard) (Main Document 401 replaced on 5/1/2015) (td, ). Modified to delete blank page per counsel on 5/1/2015 (td, ). (Entered: 04/30/2015) |
| 05/04/2015 | 402 | | NOTICE of Memorandum of Understanding by SAIFULLAH PARACHA (Hunt, Gaillard) (Entered: 05/04/2015) |
| 05/04/2015 | 403 | | NOTICE of Acknoweldgment of the Protective Order by SAIFULLAH PARACHA (Hunt, Gaillard) (Entered: 05/04/2015) |
| 05/13/2015 | 404 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 401 MOTION for Summary Judgment by JAY HOOD, BARACK HUSSEIN OBAMA, II (Attachments: # 1 Text of Proposed Order)(Folio, Joseph) (Entered: 05/13/2015) |
| 05/14/2015 | | | MINUTE ORDER granting 404 respondents' unopposed motion for extension of time up to and including June 8, 2015 to file a response to petitioner's motion for summary judgment 401 . Signed by Judge Paul L. Friedman on May 14, 2015. (MA) (Entered: 05/14/2015) |
| 05/15/2015 | | | Set/Reset Deadlines: Response to Motion for Summary Judgment due by 6/8/2015. (zmm, ) (Entered: 05/15/2015) |
| 06/04/2015 | 405 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 401 MOTION for Summary Judgment by JAY HOOD, BARACK HUSSEIN OBAMA, II (Attachments: # 1 Text of Proposed Order)(Folio, Joseph) (Entered: 06/04/2015) |
| 06/08/2015 | | | MINUTE ORDER granting 405 respondents' unopposed motion for extension of time up to and including June 12, 2015 to file a response to petitioner's motion for summary judgment 401 . Signed by Judge Paul L. Friedman on June 8, 2015. (MA) (Entered: 06/08/2015) |

| 06/09/2015 | | Set/Reset Deadlines: Response to Motion for Summary Judgment due by 6/12/2015. (zmm) (Entered: 06/09/2015) |
|---|---|---|
| 06/12/2015 | 406 | Memorandum in opposition to re 401 MOTION for Summary Judgment filed by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Folio, Joseph) (Entered: 06/12/2015) |
| 06/19/2015 | 407 | REPLY to opposition to motion re 401 MOTION for Summary Judgment *on bills of attainder,* filed by SAIFULLAH PARACHA. (Hunt, Gaillard) (Entered: 06/19/2015) |
| 07/09/2015 | 408 | NOTICE of Appearance by Edward G. Bryan on behalf of SAIFULLAH PARACHA (Bryan, Edward) (Entered: 07/09/2015) |
| 07/09/2015 | 409 | NOTICE *Of Filing Memorandum Of Understanding Regarding Access To Classified National Security Information* by SAIFULLAH PARACHA re 185 Order (Bryan, Edward) (Entered: 07/09/2015) |
| 08/04/2015 | | MINUTE ORDER. In light of the stay entered in this case on May 4, 2011, that neither party seeks to lift according to the 398 joint status report filed on March 13, 2015 and 407 petitioner's reply in support of his motion for summary judgment, the Court will take no action on 401 petitioner's motion for summary judgment until the stay in this case is lifted. Signed by Judge Paul L. Friedman on August 4, 2015. (MA) (Entered: 08/04/2015) |
| 09/21/2015 | 410 | NOTICE of Appearance by Claire Cahoon Curtis on behalf of SAIFULLAH PARACHA (Curtis, Claire) (Entered: 09/21/2015) |
| 09/21/2015 | 411 | NOTICE *of Filing Memorandum of Understanding Regarding Access to Classified National Security Information* by SAIFULLAH PARACHA re 185 Order (Curtis, Claire) (Entered: 09/21/2015) |
| 09/22/2015 | 412 | NOTICE *of Filing Memorandum of Understanding Regarding Access to Classified National Security Information by Rhonda Huczel* by SAIFULLAH PARACHA re 185 Order (Bryan, Edward) (Entered: 09/22/2015) |
| 12/05/2015 | 413 | Supplemental Memorandum to re: 401 Motion for Summary Judgment by SAIFULLAH PARACHA (Hunt, Gaillard) Modified on 1/19/2016 (td). (Entered: 12/05/2015) |
| 12/21/2015 | 414 | NOTICE *of Withdrawl of Appearance* by SAIFULLAH PARACHA (Overmyer, Wendi) (Entered: 12/21/2015) |
| 12/22/2015 | 415 | NOTICE of Appearance by Ronald James Wiltsie on behalf of JAY HOOD, BARACK OBAMA, DONALD H. RUMSFELD (Wiltsie, Ronald) (Entered: 12/22/2015) |
| 12/22/2015 | 416 | RESPONSE *to 413 Supplement to Petitioner's Motion for Summary Judgment to Include the 2016 National Defense Authorization Act* filed by GEORGE WALKER BUSH, JAY HOOD, BARACK OBAMA, DONALD H. RUMSFELD. (Wiltsie, Ronald) Modified to add linkage on 12/23/2015 (td). (Entered: 12/22/2015) |
| 01/15/2016 | 417 | MOTION for Order *to lift the stay partially* by SAIFULLAH PARACHA (Hunt, Gaillard) (Entered: 01/15/2016) |
| 01/15/2016 | 418 | |

| | | | |
|---|---|---|---|
| | | | Second Supplemental Memorandum to 401 MOTION for Summary Judgment *declaring restrictions invalid as bills of attainder,* by SAIFULLAH PARACHA (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Text of Proposed Order)(Hunt, Gaillard) Modified on 1/19/2016 to add linkage and correct text (td). (Entered: 01/15/2016) |
| 01/29/2016 | 419 | | RESPONSE re 417 MOTION for Order *to lift the stay partially* filed by GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD. (Attachments: # 1 Text of Proposed Order)(Wiltsie, Ronald) (Entered: 01/29/2016) |
| 01/29/2016 | 420 | | Unopposed MOTION for Briefing Schedule by GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Wiltsie, Ronald) (Entered: 01/29/2016) |
| 02/01/2016 | | | MINUTE ORDER. Petitioner's unopposed motion for a partial lifting of the stay 417 and the government's unopposed motion for a briefing schedule 420 are GRANTED. The stay in this case is lifted only as to petitioner's motion for summary judgment 401 . The government shall file its supplemental opposition on or before March 4, 2016. Petitioner shall file his reply to the supplemental opposition, if any, on or before March 11, 2016. Signed by Judge Paul L. Friedman on February 1, 2016. (MA) (Entered: 02/01/2016) |
| 02/02/2016 | | | Set/Reset Deadlines: Supplemental responses due by 3/4/2016. Supplemental reply due by 3/11/2016. (zmm) (Entered: 02/02/2016) |
| 03/03/2016 | 421 | | RESPONSE re 418 Supplemental MOTION for Summary Judgment *declaring restrictions invalid as bills of attainder,* filed by GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD. (Attachments: # 1 Exhibit Table, # 2 Exhibit Table, # 3 Exhibit Table, # 4 Exhibit Table)(Wiltsie, Ronald) (Entered: 03/03/2016) |
| 03/08/2016 | 422 | | REPLY to opposition to motion re 401 MOTION for Summary Judgment *on bills of attainder,* filed by SAIFULLAH PARACHA. (Hunt, Gaillard) (Entered: 03/08/2016) |
| 03/10/2016 | 423 | | MOTION to Lift Stay re 367 Order on Motion to Stay by SAIFULLAH PARACHA (Bryan, Edward) (Entered: 03/10/2016) |
| 03/18/2016 | | | MINUTE ORDER. Petitioner's motion to lift the stay in this case 423 is GRANTED. The parties' obligations under this Court's November 6, 2008 Case Management Order, as amended on December 16, 2008, are no longer suspended with respect to Petitioner. Signed by Judge Paul L. Friedman on March 18, 2016. (MA) (Entered: 03/18/2016) |
| 03/24/2016 | 424 | | NOTICE of Appearance by Catherine Jean Adinaro on behalf of SAIFULLAH PARACHA (Adinaro, Catherine) (Entered: 03/24/2016) |
| 03/24/2016 | 425 | | NOTICE *of Filing Memorandum of Understanding Regarding Access to Classified National Security Information* by SAIFULLAH PARACHA re 185 Order (Adinaro, Catherine) (Entered: 03/24/2016) |
| 03/31/2016 | 426 | | NOTICE *of Filing a Motion for Supplemental Discovery* by SAIFULLAH PARACHA (Bryan, Edward) (Entered: 03/31/2016) |
| 03/31/2016 | 427 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *of Filing a Motion for Permission to Interview Detainees* by SAIFULLAH PARACHA (Bryan, Edward) (Entered: 03/31/2016) |
| 04/04/2016 | 428 | | MOTION for Leave to File *Supplemental Traverse* by SAIFULLAH PARACHA (Bryan, Edward) (Entered: 04/04/2016) |
| 04/04/2016 | 429 | | MOTION For Additional Discovery by SAIFULLAH PARACHA (Bryan, Edward) (Entered: 04/04/2016) |
| 04/11/2016 | 430 | | Unopposed MOTION for Scheduling Order *or, in the alternative, Motion for an Extension of Time* by GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Wiltsie, Ronald) (Entered: 04/11/2016) |
| 04/11/2016 | 431 | | Unopposed MOTION for Extension of Time to File Response/Reply by GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Wiltsie, Ronald) (Entered: 04/11/2016) |
| 04/18/2016 | | | MINUTE ORDER. Government's unopposed motion for a status conference 430 is GRANTED. Government's obligation to respond to petitioner's motion for supplemental discovery 426 , motion for permission to interview detainees 427 , and motion for leave to file a supplemental traverse 428 is held in abeyance. The parties are directed to submit a joint status report with their proposals for completing discovery in this matter on or before April 29, 2016. A status conference in this matter will be held on May 3, 2016 at 9:30 am. Signed by Judge Paul L. Friedman on April 18, 2016. (MA) (Entered: 04/18/2016) |
| 04/19/2016 | | | Set/Reset Deadlines/Hearings: Joint Status Report due by 4/29/2016. Status Conference set for 5/3/2016 at 09:30 AM in Courtroom 29A before Judge Paul L. Friedman. (zmm) (Entered: 04/19/2016) |
| 04/20/2016 | 432 | | Unopposed MOTION to Continue *May 3rd Status Hearing And For Leave To Appear VIA Telephone* by SAIFULLAH PARACHA (Bryan, Edward) (Entered: 04/20/2016) |
| 04/21/2016 | 433 | | MOTION for Hearing re 401 MOTION for Summary Judgment by SAIFULLAH PARACHA (Hunt, Gaillard) (Entered: 04/21/2016) |
| 04/21/2016 | | | MINUTE ORDER granting 432 petitioner's unopposed motion to continue May 3 status hearing and for leave to appear via telephone. The status conference currently scheduled for May 3, 2016 is continued to May 5, 2016 at 2:30 p.m.; and petitioner's counsel is granted leave to participate by telephone at the status hearing. Signed by Judge Paul L. Friedman on April 21, 2016. (MA) (Entered: 04/21/2016) |
| 04/22/2016 | | | Set/Reset Hearings: Status Conference set for 5/5/2016 at 02:30 PM in Courtroom 29A before Judge Paul L. Friedman. (zmm) (Entered: 04/22/2016) |
| 04/29/2016 | 434 | | Joint STATUS REPORT by JAY HOOD, BARACK H. OBAMA, SAIFULLAH PARACHA, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 04/29/2016) |
| 05/05/2016 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 5/5/2016. Motion Hearing set for 5/23/2016 at 11:00 a.m. |

| | | | |
|---|---|---|---|
| | | | in Courtroom 29A before Judge Paul L. Friedman. Order to enter. (Court Reporter Lisa Moreira) (zmm) (Entered: 05/05/2016) |
| 05/05/2016 | 435 | | NOTICE of Appearance by Daniel Mark Barish on behalf of BARACK H. OBAMA (Barish, Daniel) (Entered: 05/05/2016) |
| 05/23/2016 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Motion Hearing held on 5/23/2016 re 401 Motion for Summary Judgment filed by SAIFULLAH PARACHA. Motion heard and taken under advisement. (Court Reporter Pat Kaneshiro–Miller.) (zmm) (Entered: 05/23/2016) |
| 05/23/2016 | 436 | | NOTICE *of Filing* by JAY HOOD, BARACK H. OBAMA, DONALD H. RUMSFELD (Wiltsie, Ronald) (Entered: 05/23/2016) |
| 05/26/2016 | 437 | | NOTICE *Of Filing a Motion for Additional Discovery* by SAIFULLAH PARACHA (Bryan, Edward) (Entered: 05/26/2016) |
| 06/13/2016 | 438 | | MOTION for Extension of Time to File Response/Reply *to Petitioner's Motion for Additional Discovery* by GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Wiltsie, Ronald) (Entered: 06/13/2016) |
| 06/14/2016 | | | MINUTE ORDER granting 438 respondents' motion for extension of time. The government's obligation to respond to petitioner's motion for additional discovery 437 is held in abeyance, and the parties shall report to the Court no later than September 30, 2016 whether a response to the motion remains necessary. Signed by Judge Paul L. Friedman on June 14, 2016. (MA) (Entered: 06/14/2016) |
| 06/16/2016 | 439 | | MEMORANDUM OPINION AND ORDER denying 401 petitioner's motion for summary judgment. Signed by Judge Paul L. Friedman on June 16, 2016. (MA) (Entered: 06/16/2016) |
| 06/27/2016 | 440 | | MOTION for Entry of Judgment under Rule 54(b) by SAIFULLAH PARACHA (Hunt, Gaillard) (Entered: 06/27/2016) |
| 07/01/2016 | 441 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to SHAKER AAMER, JIHAD DHIAB, FARHAT PARACHA, SAIFULLAH PARACHA, IMAD ABDULLAH HASSAN, ABDULLA AHDRUB ABOASSY, MOHSEN ABDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, SAMEER NAJY HASAN MUKBEL, MOHAMMED SAEED BIN SALMAN, AHMED ABDULLAH AL–WAZAN, YOUNOUS CHEKKOURI. Attorney Cori Crider terminated. (Crider, Cori) (Entered: 07/01/2016) |
| 07/11/2016 | | | MINUTE ORDER. Per the representations of counsel at the June 14, 2016 motions hearing, petitioner's motion for an order granting access to publicly available WikiLeaks documents 363 is DENIED as moot. Signed by Judge Paul L. Friedman on July 11, 2016. (MA) (Entered: 07/11/2016) |
| 07/14/2016 | 442 | | RESPONSE re 440 MOTION for Entry of Judgment under Rule 54(b) filed by GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 07/14/2016) |
| 07/18/2016 | 443 | | REPLY to opposition to motion re 440 MOTION for Entry of Judgment under Rule 54(b) filed by SAIFULLAH PARACHA. (Hunt, Gaillard) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/18/2016) |
| 07/29/2016 | 444 | | ORDER granting 440 plaintiff's motion for judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Court's June 16, 2016 Order 439 represents its Final Judgment regarding petitioner's bill of attainders claim. Signed by Judge Paul L. Friedman on July 29, 2016. (MA) (Entered: 07/29/2016) |
| 07/29/2016 | 445 | | MEMORANDUM OPINION granting petitioner's motion for judgment pursuant to Rule 54(b). A separate Order will be issued this same day. Signed by Judge Paul L. Friedman on July 29, 2016. (MA) (Entered: 07/29/2016) |
| 08/11/2016 | 446 | | NOTICE OF APPEAL TO DC CIRCUIT COURT by SAIFULLAH PARACHA. Fee Status: No Fee Paid. Parties have been notified. (Hunt, Gaillard) (Entered: 08/11/2016) |
| 08/11/2016 | 447 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Fee was not paid because it was filed In Forma Pauperis re 446 Notice of Appeal to DC Circuit Court. (td) (Entered: 08/11/2016) |
| 08/30/2016 | | | USCA Case Number 16–5248 for 446 Notice of Appeal to DC Circuit Court filed by SAIFULLAH PARACHA. (zrdj) (Entered: 08/30/2016) |
| 08/31/2016 | 448 | | Unopposed MOTION for Extension of Time to *Complete Document Production* by GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Wiltsie, Ronald) (Entered: 08/31/2016) |
| 08/31/2016 | | | MINUTE ORDER granting 448 the government's Unopposed Motion for an Extension of Time. The government shall file a status report on or before September 30, 2016 detailing its progress with the production and an estimate of the time necessary to complete its production. The government shall respond to petitioner's now–four outstanding document requests on or before October 14, 2016, and petitioner shall file reply briefs, if any, on or before October 28, 2016. Signed by Judge Paul L. Friedman on August 31, 2016. (lcplf2) (Entered: 08/31/2016) |
| 09/01/2016 | | | Set/Reset Deadlines: Responses due by 10/14/2016 Replies due by 10/28/2016. Status Report due by 9/30/2016 (tj) (Entered: 09/01/2016) |
| 09/26/2016 | 449 | | MOTION for Leave to Proceed in forma pauperis by SAIFULLAH PARACHA (Hunt, Gaillard) (Entered: 09/26/2016) |
| 09/26/2016 | 450 | | NOTICE *to the Court* by MICHAEL BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, BARACK HUSSEIN OBAMA, II, TOM COPEMAN, ROBERT M. GATES, BRUCE VARGO, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, DONALD RUMSFELD, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, JAY |

| | | |
|---|---|---|
| | | HOOD, GEORGE WALKER BUSH, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MICHAEL BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE E. VARGO, ROBERT M. GATES, MIKE BUMGARNER, GEORGE WALKER BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, STEVEN BLAISDELL, TOM COPEMAN, ROBERT GATES, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, NELSON J. CANNON, JAY HOOD, DAVID M. THOMAS, BRUCE VARGO, MIKE BUMGARNER, ROBERT M. GATES, JEFFREY HABERSON, DONNIE THOMAS, TOM COPERMAN, BRUCE VARGO, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, ASHTON B. CARTER, JOHN DOE, DAVID E. HEATH, JOSE R. MONTEAGUDO, NELSON J. CANNON, MICHAEL I. BUMGARNER, BRICE GYURISKO, DONALD RUMSFELD, ROBERT GATES, BRICE GYURISKO, JAY HOOD, DAVID M. THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, MARK H. BUZBY, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, JAY HOOD, RICHARD B. CHENEY, JOHN DOE, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, WADE F. DAVIS, HARRY B. HARRIS, JR, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, KYLE J. COZAD, DAVID HEATH, BARACK HUSSEIN OBAMA, II, ASHTON B. CARTER, PETER J. CLARKE, BARACK HUSSEIN OBAMA, II, BRUCE VARGO (Attachments: # 1 Declaration of Rear Admiral Peter J. Clarke)(Wolfe, Kristina) (Entered: 09/26/2016) |
| 09/26/2016 | 451 | ERRATA *to Notice to the Court* by MICHAEL BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, BARACK HUSSEIN OBAMA, II, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, DONALD RUMSFELD, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MICHAEL BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD, ROBERT M. GATES, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, DONALD RUMSFELD, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, NELSON J. CANNON, JAY HOOD, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, ROBERT M. GATES, DAVID M. THOMAS, BRUCE VARGO, MIKE BUMGARNER, |

MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, NELSON J. CANNON, MICHAEL I. BUMGARNER, BRICE GYURISKO, DONALD RUMSFELD, ROBERT GATES, BRICE GYURISKO, JAY HOOD, DAVID M. THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, MARK H. BUZBY, ROBERT M. GATES, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, JAY HOOD, RICHARD B. CHENEY, JOHN DOE, ROBERT M. GATES, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, WADE F. DAVIS, HARRY B. HARRIS, JR, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, BRUCE VARGO (239 in 1:08–cv–01440–CKK, 1876 in 1:09–cv–00745–RCL, 264 in 1:05–cv–02371–UNA, 452 in 1:05–cv–01124–RMC, 101 in 1:09–cv–00031–UNA, 360 in 1:05–cv–01971–RMC, 277 in 1:05–cv–01506–RMC, 287 in 1:05–cv–01638–CKK, 234 in 1:05–cv–01983–UNA, 413 in 1:08–cv–01360–UNA, 673 in 1:05–cv–00280–GK, 279 in 1:05–cv–01592–UNA, 175 in 1:05–cv–01623–UNA, 171 in 1:08–cv–01236–JDB, 126 in 1:08–cv–01228–RMC, 2005 in 1:08–mc–00442–TFH, 422 in 1:05–cv–02104–RBW, 410 in 1:05–cv–01048–UNA, 301 in 1:06–cv–01690–RBW, 351 in 1:05–cv–01646–JDB, 149 in 1:07–cv–02337–UNA, 241 in 1:08–cv–01923–GK, 22 in 1:08–cv–01645–RJL, 222 in 1:05–cv–02387–RMC, 1088 in 1:04–cv–01194–UNA, 403 in 1:05–cv–02479–UNA, 481 in 1:05–cv–00569–UNA, 184 in 1:08–cv–01238–UNA, 255 in 1:05–cv–00764–CKK–AK, 152 in 1:06–cv–01725–EGS, 155 in 1:05–cv–02223–RJL, 255 in 1:05–cv–02380–CKK, 2053 in 1:05–cv–02386–RBW, 122 in 1:05–cv–02348–EGS, 356 in 1:05–cv–01607–RCL, 450 in 1:04–cv–02022–PLF, 258 in 1:08–cv–01207–RCL, 1063 in 1:04–cv–01254–RCL, 185 in 1:08–cv–02083–PLF, 127 in 1:05–cv–01312–RJL, 321 in 1:05–cv–00883–RBW, 309 in 1:05–cv–02186–UNA, 328 in 1:05–cv–00023–UNA) Notice (Other),,,,,,,, filed by ASHTON B. CARTER, RICHARD B. CHENEY, DAVID HEATH, BRUCE VARGO, MIKE BUMGARNER, NELSON J. CANNON, GEORGE TENET, DAVID M. THOMAS, MICHAEL I. BUMGARNER, PETER J. CLARKE, JEFFREY HABERSON, TOM COPERMAN, GEORGE WALKER BUSH, JOHN DOE, ROBERT GATES, COMMANDER, JOINT TASK FORCE, GTMO, HARRY B. HARRIS, JR., ROBERT M. GATES, JOSE R. MONTEAGUDO, MICHAEL V. HAYDEN, DONNIE THOMAS, MICHAEL BUMGARNER, KYLE J. COZAD, JAY HOOD, DONALD H. RUMSFELD, BRICE GYURISKO, DAVID M. THOMAS, JR., BRUCE E. VARGO, DAVID E. HEATH, CONDOLEEZZA RICE, DONALD RUMSFELD, DAVID THOMAS, JR., COMMANDER, PRISON CAMP, GTMO, TOM COPEMAN, STEVEN BLAISDELL, WADE F. DAVIS, JOHN D. ALTENBURG, JR., MARK H. BUZBY, BARACK HUSSEIN OBAMA, II, GORDON R. ENGLAND. (Attachments: # 1 Appendix Notice to Court, # 2 Declaration of Rear Admiral Peter J. Clarke)(Wolfe, Kristina) (Entered: 09/26/2016)

| 09/28/2016 | 452 | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | ORDER of USCA ORDERED, on the court's own motion, that this case be held in abeyance pending the district court's resolution of Appellant's motion for leave to proceed on appeal in forma pauperis as to <u>446</u> Notice of Appeal to DC Circuit Court filed by SAIFULLAH PARACHA. USCA Case Number 16–5248. (zrdj) (Entered: 09/30/2016) |
| 09/30/2016 | <u>453</u> | | STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 09/30/2016) |
| 10/07/2016 | | | MINUTE ORDER: The government shall file a status report on or before October 31, 2016, detailing its progress with the production and an estimate of the time necessary to complete its production. In that report, the government shall include an estimate of when it intends to amend its factual return. Signed by Judge Paul L. Friedman on October 7, 2016. (MA) (Entered: 10/07/2016) |
| 10/07/2016 | <u>454</u> | | MEMORANDUM OPINION AND ORDER granting <u>449</u> petitioner's unopposed motion for leave to proceed in forma pauperis. The petitioner shall be permitted to proceed in forma pauperis. The Clerk of the Court shall transmit a copy of this Order to the Court of Appeals. Signed by Judge Paul L. Friedman on October 7, 2016. (MA) (Entered: 10/07/2016) |
| 10/07/2016 | | | Set/Reset Deadlines: Status Report due by 10/31/2016 (tj) (Entered: 10/07/2016) |
| 10/14/2016 | <u>455</u> | | NOTICE *of Filing with the Classified Information Security Officer* by BARACK HUSSEIN OBAMA, II (Barish, Daniel) (Entered: 10/14/2016) |
| 10/31/2016 | <u>456</u> | | STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 10/31/2016) |
| 11/07/2016 | | | MINUTE ORDER: The government shall file a status report on or before December 5, 2016, detailing its progress with the production and an estimate of the time necessary to complete its production. Signed by Judge Paul L. Friedman on November 7, 2016. (MA) (Entered: 11/07/2016) |
| 11/07/2016 | | | MINUTE ORDER: Petitioner's motion for leave for file a supplemental traverse <u>428</u> is held in abeyance pending the government's production of responsive documents and decision to amend its factual return. Signed by Judge Paul L. Friedman on November 7, 2016. (MA) (Entered: 11/07/2016) |
| 12/05/2016 | <u>457</u> | | STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 12/05/2016) |
| 12/08/2016 | <u>458</u> | | NOTICE *of Filing of Supplement to Petitioner's Motion for Permission to Interview Detainees* by SAIFULLAH PARACHA (Curtis, Claire) (Entered: 12/08/2016) |
| 12/08/2016 | <u>459</u> | | NOTICE *of Filing of Petitioner's Reply to Respondent's Combined Opposition to Petitioner's Discovery Motions* by SAIFULLAH PARACHA (Curtis, Claire) (Entered: 12/08/2016) |
| 12/15/2016 | | | MINUTE ORDER: The government shall file a status report on or before March 1, 2017, detailing its progress with the production and an estimate of the time necessary to complete its production. In that report, the government shall include an estimate of when it intends to amend its factual return. Signed by Judge Paul L. Friedman on December 15, 2016. (lcplf1) (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/15/2016) |
| 12/22/2016 | 460 | | NOTICE *of Filing* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Wiltsie, Ronald) (Entered: 12/22/2016) |
| 12/28/2016 | | | Set/Reset Deadlines: Status Report due by 3/1/2017 (tj) (Entered: 12/28/2016) |
| 01/23/2017 | 461 | | NOTICE *of filing of Reply to Opposition to Petitioner's Motion to Interview Detainees* by SAIFULLAH PARACHA (Adinaro, Catherine) (Entered: 01/23/2017) |
| 03/01/2017 | 462 | | STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 03/01/2017) |
| 03/02/2017 | | | MINUTE ORDER: The government shall file a status report on or before April 21, 2017, detailing its progress with the production and an estimate of the time necessary to complete its production. In that report, the government shall include an estimate of when it intends to amend its factual return. Signed by Judge Paul L. Friedman on March 2, 2017. (MA) (Entered: 03/02/2017) |
| 04/06/2017 | 463 | | NOTICE of Appearance by Shelby Sullivan–Bennis on behalf of SAIFULLAH PARACHA (Sullivan–Bennis, Shelby) (Main Document 463 replaced on 4/8/2017) (znmw). (Entered: 04/06/2017) |
| 04/06/2017 | 464 | | NOTICE *of Filing of Memorandum of Understanding Regarding Access to Classified National Security Information* by SAIFULLAH PARACHA re 463 Notice of Appearance (Sullivan–Bennis, Shelby) (Entered: 04/06/2017) |
| 04/21/2017 | 465 | | STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 04/21/2017) |
| 04/24/2017 | | | MINUTE ORDER: The government shall file a status report on or before June 16, 2017, detailing its progress with the production and an estimate of the time necessary to complete its production. In that report, the government shall include an estimate of when it intends to amend its factual return. Signed by Judge Paul L. Friedman on April 24, 2017. (MA) (Entered: 04/24/2017) |
| 04/28/2017 | | | Set/Reset Deadlines: Status Report due by 6/16/2017 (tj) (Entered: 04/28/2017) |
| 06/16/2017 | 466 | | STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 06/16/2017) |
| 07/12/2017 | 467 | | NOTICE *Regarding Camp Iguana* by ALL RESPONDENTS (Attachments: # 1 Exhibit 1 – Cashman Declaration)(Warden, Andrew) (Entered: 07/12/2017) |
| 07/17/2017 | 468 | | MANDATE of USCA as to 446 Notice of Appeal to DC Circuit Court filed by SAIFULLAH PARACHA ; USCA Case Number 16–5248. (Attachments: # 1 USCA Order)(ztd) (Entered: 07/19/2017) |
| 07/31/2017 | 469 | | NOTICE *of Filing* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Wiltsie, Ronald) (Entered: 07/31/2017) |
| 08/01/2017 | 470 | | ORDER granting 428 petitioner's motion to file a supplemental traverse. Petitioner shall file his supplemental traverse on or before October 2, 2017. The parties shall file a joint status report on or before October 17, 2017. Signed by Judge Paul L. Friedman on August 1, 2017. (MA) (Entered: |

| | | | |
|---|---|---|---|
| | | | 08/01/2017) |
| 08/29/2017 | 471 | | ORDER that petitioner shall file a status report on or before September 19, 2017, informing the Court if 101 his Motion for Return of Papers or Submission to Special Master for Privilege Review has been overtaken by events and if he still seeks resolution of this motion. Signed by Judge Paul L. Friedman on August 29, 2017. (lcplf1) (Entered: 08/29/2017) |
| 09/19/2017 | 472 | | STATUS REPORT *on Pending Motion for Return of Papers* by SAIFULLAH PARACHA. (Adinaro, Catherine) (Entered: 09/19/2017) |
| 09/21/2017 | | | MINUTE ORDER directing the parties to meet and confer regarding 472 Paracha's status report on the pending motion for return of papers and submit a joint status report on or before October 12, 2017, informing the Court if 101 Paracha's Motion for Return of Papers or Submission to Special Master for Privilege Review has been overtaken by events and if he still seeks resolution of this motion or if Paracha intends to file a new motion regarding papers seized this year. Signed by Judge Paul L. Friedman on September 21, 2017. (MA) (Entered: 09/21/2017) |
| 09/21/2017 | 473 | | MOTION for Extension of Time to File *Supplemental Traverse* by SAIFULLAH PARACHA (Adinaro, Catherine) (Entered: 09/21/2017) |
| 09/22/2017 | 474 | | RESPONSE re 473 MOTION for Extension of Time to File *Supplemental Traverse* filed by GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Wiltsie, Ronald) (Entered: 09/22/2017) |
| 09/25/2017 | | | MINUTE ORDER granting 473 petitioner's motion for an extension of time to file a supplemental traverse on or before December 1, 2017. Signed by Judge Paul L. Friedman on September 25, 2017. (MA) (Entered: 09/25/2017) |
| 10/11/2017 | 475 | | NOTICE *Regarding Camp Five Echo Block* by MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, DONALD RUMSFELD, TOM COPEMAN, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, BRUCE VARGO, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, DONALD RUMSFELD, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, MIKE BUMGARNER, JAY HOOD, GEORGE WALKER BUSH, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE E. VARGO, ROBERT M. GATES, MIKE BUMGARNER, GEORGE WALKER BUSH, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD, STEVEN BLAISDELL, TOM COPEMAN, ROBERT GATES, BRICE GYURISKO, JAY HOOD, BARACK HUSSEIN OBAMA, II, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, ROBERT M. GATES, JEFFREY HABERSON, DONNIE THOMAS, TOM COPERMAN, BRUCE VARGO, MIKE BUMGARNER, JAY HOOD, ASHTON B. CARTER, |

| | | | |
|---|---|---|---|
| | | | JOHN DOE, DAVID E. HEATH, JOSE R. MONTEAGUDO, NELSON J. CANNON, DONALD J. TRUMP, ROBERT GATES, ASHTON B. CARTER, PETER J. CLARKE, MIKE BUMGARNER, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, MARK H. BUZBY, BRUCE VARGO, JAY HOOD, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, RICHARD B. CHENEY, JOHN DOE, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, EDWARD B. CASHMAN, DAVID CULPEPPER, JAMES N. MATTIS, HARVEY RISHIKOF, DONALD J. TRUMP, WADE F. DAVIS, HARRY B. HARRIS, JR, KYLE J. COZAD, DAVID HEATH, BARACK HUSSEIN OBAMA, II, DONALD J. TRUMP, ASHTON B. CARTER, PETER J. CLARKE, BARACK HUSSEIN OBAMA, II, DONALD J. TRUMP, DAVID M. THOMAS, JR, BRUCE VARGO (Attachments: # 1 Exhibit 1: Cashman Declaration)(Warden, Andrew) (Entered: 10/11/2017) |
| 10/11/2017 | 476 | | Joint STATUS REPORT *and Motion to Continue the October 17, 2017 Joint Status Report* by SAIFULLAH PARACHA. (Adinaro, Catherine) (Entered: 10/11/2017) |
| 10/11/2017 | 477 | | Joint MOTION to Continue by JAY HOOD, BARACK HUSSEIN OBAMA, II, FARHAT PARACHA, SAIFULLAH PARACHA, DONALD H. RUMSFELD. (See Docket Entry 476 to view document). (znmw) (Entered: 10/12/2017) |
| 10/13/2017 | | | MINUTE ORDER granting 476 , 477 joint motion to continue the October 17, 2017 joint status report. The parties shall file a joint status report on or before January 31, 2018. In light of the joint status report dated October 11, 2017, the Court denies as moot 101 Parachas Motion for Return of Papers or Submission to Special Master for Privilege Review. (So Ordered Judge Paul L. Friedman on 10/13/17). (tj) Modified on 10/13/2017 (ztj). (Entered: 10/13/2017) |
| 11/16/2017 | 478 | | MOTION for Extension of Time to File *Supplemental Traverse* by SAIFULLAH PARACHA (Adinaro, Catherine) (Entered: 11/16/2017) |
| 11/20/2017 | | | MINUTE ORDER granting 478 petitioner's motion for an extension of time to file a supplemental traverse on or before April 2, 2018. Signed by Judge Paul L. Friedman on November 20, 2017. (MA) (Entered: 11/20/2017) |
| 01/29/2018 | 479 | | NOTICE *MOU of Ashraf Michael* by SAIFULLAH PARACHA (Remes, David) (Entered: 01/29/2018) |
| 01/30/2018 | 480 | | NOTICE *Regarding Camp Four* by ALL RESPONDENTS (Attachments: # 1 Exhibit Declaration of Rear Admiral Cashman)(Warden, Andrew) (Entered: 01/30/2018) |
| 01/31/2018 | 481 | | Joint STATUS REPORT by SAIFULLAH PARACHA. (Adinaro, Catherine) (Entered: 01/31/2018) |
| 02/21/2018 | | | MINUTE ORDER: In light of the joint status report 481 dated January 31, 2018, the parties shall file a further joint status report on or before March 16, 2018. Signed by Judge Paul L. Friedman on February 21, 2018. (MA) (Entered: 02/21/2018) |
| 02/22/2018 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines: Status Report due by 3/16/2018 (tj) (Entered: 02/22/2018) |
| 02/23/2018 | 482 | | MOTION to Allow Review of Classified Amended Factual Return *or*, MOTION to Compel *Production of Unclassified Amended Factual Return* by SAIFULLAH PARACHA (Curtis, Claire) (Entered: 02/23/2018) |
| 03/09/2018 | 483 | | Memorandum in opposition to re 482 MOTION to Allow Review of Classified Amended Factual Return *or* MOTION to Compel *Production of Unclassified Amended Factual Return* filed by JAY HOOD, BARACK HUSSEIN OBAMA, II. (Attachments: # 1 Text of Proposed Order)(Barish, Daniel) (Entered: 03/09/2018) |
| 03/15/2018 | 484 | | Joint STATUS REPORT by SAIFULLAH PARACHA. (Adinaro, Catherine) (Entered: 03/15/2018) |
| 03/16/2018 | | | MINUTE ORDER. In light of the joint status report 484 dated March 15, 2018, the parties shall file a further joint status report on or before July 2, 2018. Signed by Judge Paul L. Friedman on March 16, 2018.(lcplf1) (Entered: 03/16/2018) |
| 03/16/2018 | | | Set/Reset Deadlines: Joint Status Report due by 7/2/2018 (tj) (Entered: 03/16/2018) |
| 03/27/2018 | 485 | | NOTICE *of filing* by SAIFULLAH PARACHA (Adinaro, Catherine) (Entered: 03/27/2018) |
| 03/27/2018 | 486 | | Unopposed MOTION for Extension of Time to *file Supplemental Traverse* by SAIFULLAH PARACHA (Adinaro, Catherine) (Entered: 03/27/2018) |
| 03/29/2018 | | | MINUTE ORDER granting 486 petitioner's motion for an extension of time to file a supplemental traverse from April 2, 2018 to on or before July 31, 2018. Signed by Judge Paul L. Friedman on March 29, 2018. (MA) (Entered: 03/29/2018) |
| 04/03/2018 | 487 | | RESPONSE *Notice of Filing of Respondents' Opposition to Petitioner's Motion to Compel Government to File I.F. Documents and for Court to Set Discovery Deadlines* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD re 485 Notice (Other) (Attachments: # 1 Text of Proposed Order)(Barish, Daniel) Modified event title on 4/4/2018 (znmw). (Entered: 04/03/2018) |
| 04/09/2018 | | | MINUTE ORDER. Mr. Paracha has filed a motion 482 to allow review of the classified amended factual return, or in the alternative, to compel production of the unclassified amended factual return. The United States expects to produce "a version of the Amended Factual Return that can be shared" with Mr. Paracha by mid–April. In view of the parties' representations, the parties shall file a joint status report on or before April 20, 2018 notifying the Court: (1) whether the United States has provided "a version of the Amended Factual Return that can be shared" with Mr. Paracha; and (2) if so, whether Mr. Paracha still seeks resolution of his motion 482 . Signed by Judge Paul L. Friedman on April 9, 2018. (MA) (Entered: 04/09/2018) |
| 04/09/2018 | | | Set/Reset Deadlines: Joint Status Report due by 4/20/2018. (gdf) (Entered: 04/09/2018) |

| 04/20/2018 | 488 | | Joint STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 04/20/2018) |
|---|---|---|---|
| 04/23/2018 | | | MINUTE ORDER. In view of the parties' representations in their joint status report 488 regarding Mr. Paracha's motion 482 to allow review of the classified amended factual return, or in the alternative, to compel production of the unclassified amended factual return, the parties shall file a joint status report on or before April 30, 2018 stating: (1) whether the United States has provided "a version of the Amended Factual Return that can be shared" with Mr. Paracha; and (2) if so, whether Mr. Paracha still seeks resolution of his motion 482 . Signed by Judge Paul L. Friedman on April 23, 2018. (MA) (Entered: 04/23/2018) |
| 04/24/2018 | 489 | | ENTERED IN ERROR.....NOTICE *Regarding Camp II, Building 8* by MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD (Attachments: # 1 Exhibit Declaration)(Wiltsie, Ronald) Modified on 4/24/2018 to enter in error due to linkage issues; counsel will refile.(ztnr) (Entered: 04/24/2018) |
| 04/24/2018 | 490 | | NOTICE *Regarding Camp II, Building (refiled due to linkage issue)* by MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, DONALD RUMSFELD, TOM COPEMAN, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, BRUCE VARGO, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, DONALD RUMSFELD, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, MIKE BUMGARNER, JAY HOOD, DONALD J. TRUMP, GEORGE WALKER BUSH, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE E. VARGO, ROBERT M. GATES, MIKE BUMGARNER, GEORGE WALKER BUSH, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD, STEVEN BLAISDELL, TOM COPEMAN, ROBERT GATES, BRICE GYURISKO, JAY HOOD, BARACK HUSSEIN OBAMA, II, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, TOM COPERMAN, BRUCE VARGO, MIKE BUMGARNER, JAY HOOD, ASHTON B. CARTER, JOHN DOE, DAVID E. HEATH, JOSE R. MONTEAGUDO, NELSON J. CANNON, DONALD J. TRUMP, ROBERT GATES, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, MARK H. BUZBY, BRUCE VARGO, JAY HOOD, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, RICHARD B. CHENEY, JOHN DOE, ROBERT M. GATES, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, EDWARD B. CASHMAN, DAVID CULPEPPER, JAMES N. MATTIS, HARVEY RISHIKOF, DONALD J. TRUMP, WADE F. DAVIS, HARRY B. HARRIS, JR, KYLE J. COZAD, DAVID HEATH, BARACK HUSSEIN OBAMA, II, DONALD J. TRUMP, DAVID M. THOMAS, JR, BRUCE VARGO (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Exhibit Declaration)(Wiltsie, Ronald) (Entered: 04/24/2018) |
| 04/30/2018 | 491 | | Joint STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 04/30/2018) |
| 05/24/2018 | 492 | | MEMORANDUM OPINION AND ORDER granting in part and denying in part without prejudice 485 petitioner's motion to compel. Signed by Judge Paul L. Friedman on May 24, 2018. (MA) (Entered: 05/24/2018) |
| 06/29/2018 | 493 | | Joint STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 06/29/2018) |
| 06/29/2018 | 494 | | NOTICE *of Ex Parte Filing* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Barish, Daniel) (Entered: 06/29/2018) |
| 07/02/2018 | 495 | | MOTION for Extension of Time to *File Joint Status Report* by SAIFULLAH PARACHA (Adinaro, Catherine) (Entered: 07/02/2018) |
| 07/02/2018 | | | MINUTE ORDER granting Mr. Paracha's unopposed motion 495 for an extension of time to file a joint status report with respect to Mr. Paracha's three pending discovery motions. The parties shall file a further joint status report on or before July 23, 2018. Separately, in view of the parties' representations in their joint status report 493 regarding Mr. Paracha's additional discovery requests, Mr. Paracha's unopposed request to extend the deadline to file a supplemental traverse from July 31, 2018 to October 1, 2018 is granted. Mr. Paracha shall file a supplemental traverse on or before October 1, 2018. Signed by Judge Paul L. Friedman on July 2, 2018. (lcplf1) (Entered: 07/02/2018) |
| 07/09/2018 | | | Set/Reset Deadlines: Status Report due by 7/23/2018 Supplemental Memorandum due by 10/1/2018. (tj) (Entered: 07/09/2018) |
| 07/23/2018 | 496 | | Joint STATUS REPORT by SAIFULLAH PARACHA. (Cahoon, Claire) (Entered: 07/23/2018) |
| 07/24/2018 | 497 | | NOTICE *of Filing* by SAIFULLAH PARACHA re 496 Status Report (Cahoon, Claire) (Entered: 07/24/2018) |
| 07/30/2018 | | | MINUTE ORDER. Based on the parties' representations in their joint status report 496 , Mr. Paracha's motion for additional discovery 437 and motion for permission to interview detainees 427 are denied as moot. Signed by Judge Paul L. Friedman on July 30, 2018. (MA) (Entered: 07/30/2018) |
| 07/31/2018 | 498 | | NOTICE *of Filing of Respondents' Response to Petitioner's Classified Supplement to the July 23, 2018 Joint Status Report* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Barish, Daniel) (Entered: 07/31/2018) |
| 08/06/2018 | 499 | | MEMORANDUM OPINION AND ORDER clarifying the Court's May 24, 2018 Memorandum Opinion and Order 492 , in which the Court granted petitioner's motion to compel 485 in part and denied it in part without prejudice. Signed by Judge Paul L. Friedman on August 6, 2018. (MA) (Entered: 08/06/2018) |
| 09/26/2018 | 500 | | Unopposed MOTION for Extension of Time to File *Supplemental Traverse* by SAIFULLAH PARACHA (Cahoon, Claire) (Entered: 09/26/2018) |

| 09/27/2018 | | | MINUTE ORDER granting Mr. Paracha's unopposed motion <u>500</u> to extend the deadline to file a supplemental traverse from October 1, 2018 to November 30, 2018. Signed by Judge Paul L. Friedman on September 27, 2018. (MA) (Entered: 09/27/2018) |
|---|---|---|---|
| 09/27/2018 | | | Set/Reset Deadlines: Supplemental Traverse due by 10/1/2018. (tj) (Entered: 09/27/2018) |
| 10/10/2018 | <u>501</u> | | NOTICE of Change of Address by Andrew I. Warden (Warden, Andrew) (Entered: 10/10/2018) |
| 10/11/2018 | <u>502</u> | | NOTICE of Change of Address by Terry Marcus Henry (Henry, Terry) (Entered: 10/11/2018) |
| 10/11/2018 | <u>503</u> | | NOTICE of Change of Address by Ronald James Wiltsie (Wiltsie, Ronald) (Entered: 10/11/2018) |
| 10/12/2018 | <u>504</u> | | NOTICE of Change of Address by Daniel Mark Barish (Barish, Daniel) (Entered: 10/12/2018) |
| 12/01/2018 | <u>505</u> | | NOTICE *of Filing of Petitioner's Amended Traverse* by SAIFULLAH PARACHA (Adinaro, Catherine) (Entered: 12/01/2018) |
| 02/25/2019 | <u>506</u> | | MOTION for Hearing by SAIFULLAH PARACHA (Cahoon, Claire) (Entered: 02/25/2019) |
| 03/01/2019 | <u>507</u> | | RESPONSE re <u>506</u> MOTION for Hearing filed by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 03/01/2019) |
| 03/07/2019 | <u>508</u> | | REPLY to opposition to motion re <u>506</u> MOTION for Hearing filed by SAIFULLAH PARACHA. (Adinaro, Catherine) (Entered: 03/07/2019) |
| 03/12/2019 | <u>509</u> | | ORDER that the parties shall meet and confer and submit a joint status report on or before April 1, 2019. A status conference is scheduled for April 15, 2019 at 10:30 a.m. Signed by Judge Paul L. Friedman on March 12, 2019. (MA) (Entered: 03/12/2019) |
| 03/20/2019 | <u>510</u> | | NOTICE OF WITHDRAWAL OF APPEARANCE as to SAIFULLAH PARACHA. Attorney Shelby Sullivan–Bennis terminated. (Sullivan–Bennis, Shelby) (Entered: 03/20/2019) |
| 03/20/2019 | <u>511</u> | | NOTICE of Appearance by Mark A. Maher on behalf of SAIFULLAH PARACHA (Attachments: # <u>1</u> Exhibit Memorandum of Understanding Regarding Access to Classified National Security Information)(Maher, Mark) (Entered: 03/20/2019) |
| 03/28/2019 | | | NOTICE of Hearing: Status Conference currently scheduled for 4/15/2019 @ 10:30am, is hereby RESCHEDULED for 2:30 PM on the same day in Courtroom 29A before Judge Paul L. Friedman. (tj) (Entered: 03/28/2019) |
| 04/01/2019 | <u>512</u> | | Joint STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 04/01/2019) |
| 04/04/2019 | <u>513</u> | | ORDER that a status conference is scheduled for May 13, 2019 at 2:00 p.m. to discuss the contents of the Joint Status Report <u>512</u> and related matters. Signed by Judge Paul L. Friedman on April 4, 2019. (MA) (Entered: 04/04/2019) |

| 04/05/2019 | | | MINUTE ORDER: The status conference scheduled for April 15, 2019 at 2:30 PM is hereby VACATED. The status conference will be held on the date announced in the Court's most recent Order 513 : May 13, 2019 at 2:00 PM. Signed by Judge Paul L. Friedman on April 5, 2019. (lcplf1) (Entered: 04/05/2019) |
|---|---|---|---|
| 04/05/2019 | 514 | | Unopposed MOTION to to Continue *Reschedule Status Hearing* re 513 Order by SAIFULLAH PARACHA (Cahoon, Claire) Modified event title on 4/8/2019 (znmw). (Entered: 04/05/2019) |
| 04/08/2019 | | | MINUTE ORDER granting the petitioner's unopposed motion 514 to reschedule status conference. The status conference, currently scheduled for May 13, 2019, is RESCHEDULED to May 15, 2019 at 2:00 p.m. (So Ordered Judge Paul L. Friedman on April 8, 2019). (MA) (Entered: 04/08/2019) |
| 04/08/2019 | | | Set/Reset Hearings: Status Conference set for 5/15/2019 at 2:00 PM in Courtroom 29A before Judge Paul L. Friedman. (tj) (Entered: 04/08/2019) |
| 05/15/2019 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 5/15/2019. Parties discuss the status of this action. Court will issue an scheduling order at a later date. (Court Reporter: Elizabeth Saint Loth.) (tj) (Entered: 05/17/2019) |
| 05/21/2019 | | | MINUTE ORDER In consideration of the joint status report 512 and the representations of the parties at the status conference on May 15, 2019, petitioner's motion for an evidentiary hearing 506 is granted. The evidentiary hearing is scheduled to commence at 10:00 AM on Monday, October 21, 2019. The hearing will continue day–to–day until concluded; the Court has allotted up to two weeks for the proceedings, if necessary. A separate order will follow with deadlines and details concerning briefing, discovery, and other items. Signed by Judge Paul L. Friedman on May 21, 2019. (lcplf1) (Entered: 05/21/2019) |
| 05/22/2019 | | | Set/Reset Hearings: Evidentiary Hearing set for 10/21/2019 at 10:00 AM in Courtroom 29A before Judge Paul L. Friedman. (tj) (Entered: 05/22/2019) |
| 05/30/2019 | 515 | | MEMORANDUM OPINION AND SCHEDULING ORDER defining deadlines, procedures, and the parties' obligations for briefing and discovery in connection with the October 2019 evidentiary hearing. Signed by Judge Paul L. Friedman on May 30, 2019. (lcplf1) (Entered: 05/30/2019) |
| 05/31/2019 | | | Set/Reset Deadlines/Hearings: Joint Status Report due by 7/1/2019 Evidentiary Hearing set for 10/21/2019 at 10:00 AM in Courtroom 29A before Judge Paul L. Friedman. (hs) (Entered: 05/31/2019) |
| 06/09/2019 | 516 | | NOTICE of Appearance– Pro Bono by Shelby Sullivan–Bennis on behalf of SAIFULLAH PARACHA (Attachments: # 1 Memorandum of Understanding Regarding Access to Classified National Security Information)(Sullivan–Bennis, Shelby) (Entered: 06/09/2019) |
| 06/12/2019 | 517 | | MEMORANDUM OPINION AND ORDER granting the remaining discovery requests set out in petitioner's motion for supplemental discovery 426 and motion for additional discovery 429 . Signed by Judge Paul L. Friedman on June 12, 2019. (MA) (Entered: 06/12/2019) |
| 06/13/2019 | 518 | | |

| | | |
|---|---|---|
| | | NOTICE *of Filing with the Classified Information Security Officer* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Barish, Daniel) (Entered: 06/13/2019) |
| 07/01/2019 | 519 | Joint STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 07/01/2019) |
| 08/01/2019 | 520 | Joint STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 08/01/2019) |
| 08/14/2019 | 521 | Unopposed MOTION for Extension of Time to *Extend the Deadline for Production Under Section I.D.2 of the Amended CMO* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Barish, Daniel) (Entered: 08/14/2019) |
| 08/14/2019 | 522 | NOTICE *of Ex Parte Filing* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Barish, Daniel) (Entered: 08/14/2019) |
| 08/15/2019 | | MINUTE ORDER granting 521 respondents' unopposed motion for extension of time. On or before August 23, 2019, respondents shall make any supplemental productions pursuant to their ongoing discovery obligations under Section I.D.2 of the Amended Case Management Order. Signed by Judge Paul L. Friedman on August 15, 2019. (lcplf1) (Entered: 08/15/2019) |
| 08/15/2019 | | Set/Reset Deadlines: Supplemental productions due by 8/23/2019. (tj) (Entered: 08/15/2019) |
| 08/15/2019 | 523 | TRANSCRIPT OF PROCEEDINGS, before Judge Paul L. Friedman, held on 5−15−2019. Page Numbers: 1 − 58. Date of Issuance: 8−15−2019. Court Reporter/Transcriber: Elizabeth SaintLoth; Telephone number: 202−354−3242, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 9/5/2019. Redacted Transcript Deadline set for 9/15/2019. Release of Transcript Restriction set for 11/13/2019.(Saint−Loth, Elizabeth) (Entered: 08/15/2019) |
| 08/16/2019 | 524 | REDACTED MEMORANDUM OPINION AND ORDER granting respondents' June 29, 2018 ex parte motion for exception from disclosure. The motion granted is the object of 494 respondents' notice to the Court. Signed by Judge Paul L. Friedman on August 16, 2019. (lcplf1). (Entered: 08/16/2019) |
| 09/04/2019 | 525 | Joint STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 09/04/2019) |

| 09/04/2019 | 526 | | Unopposed MOTION for Leave to File Excess Pages *for the Pretrial Merits Briefs* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Barish, Daniel) (Entered: 09/04/2019) |
|---|---|---|---|
| 09/05/2019 | 527 | | ORDER granting 526 respondents' unopposed motion for expansion of page limit, not to exceed 60 pages, for pretrial merits briefs due on September 20, 2019. Signed by Judge Paul L. Friedman on September 5, 2019. (MA) (Entered: 09/05/2019) |
| 09/05/2019 | | | Set/Reset Deadlines: Pretrial Merits briefs due by 9/20/2019. (zgdf) (Entered: 09/05/2019) |
| 09/20/2019 | 528 | | NOTICE *of Filing* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Barish, Daniel) (Entered: 09/20/2019) |
| 09/20/2019 | 529 | | NOTICE *of Filing of Petitioner's Pre–Hearing Brief* by SAIFULLAH PARACHA (Cahoon, Claire) (Entered: 09/20/2019) |
| 09/20/2019 | 530 | | MOTION for Order *to Admit Hearsay and for Presumption of Regularity* by GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Henry, Terry) (Entered: 09/20/2019) |
| 09/23/2019 | 531 | | Unopposed MOTION for Extension of Time to *File the Joint Exhibits and the Joint Statement of the Material Issues in Dispute* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Barish, Daniel) (Entered: 09/23/2019) |
| 09/24/2019 | 532 | | ORDER granting 531 respondents' unopposed motion for extension of time up to and including October 11, 2019 within which to file joint exhibits and the joint statement of the material issues in dispute. Signed by Judge Paul L. Friedman on September 24, 2019. (MA) (Entered: 09/24/2019) |
| 09/30/2019 | 533 | | Unopposed MOTION for Leave to File Excess Pages *for the Opposition Merits Briefs* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Attachments: # 1 Text of Proposed Order)(Barish, Daniel) (Entered: 09/30/2019) |
| 10/02/2019 | 534 | | ORDER granting 533 respondents' unopposed motion for expansion of page limit not to exceed 45 pages for the opposition merits briefs due on October 4, 2019. Signed by Judge Paul L. Friedman on October 1, 2019. (MA) (Entered: 10/02/2019) |
| 10/04/2019 | 535 | | NOTICE *of Filing of Petitioner's Opposition Merits Brief* by SAIFULLAH PARACHA (Cahoon, Claire) (Entered: 10/04/2019) |
| 10/04/2019 | 536 | | RESPONSE re 530 MOTION for Order *to Admit Hearsay and for Presumption of Regularity* filed by SAIFULLAH PARACHA. (Cahoon, Claire) (Entered: 10/04/2019) |
| 10/07/2019 | | | MINUTE ORDER The pre–hearing conference scheduled for 10:00 AM on October 8, 2019 is hereby rescheduled for 11:00 AM on October 8, 2019. Signed by Judge Paul L. Friedman on 10/7/2019. (lcplf1) (Entered: 10/07/2019) |

| 10/07/2019 | 537 | | Joint STATUS REPORT by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD. (Barish, Daniel) (Entered: 10/07/2019) |
|---|---|---|---|
| 10/07/2019 | 538 | | NOTICE *of Filing with the Classified Information Security Officer* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Barish, Daniel) (Entered: 10/07/2019) |
| 10/07/2019 | | | Set/Reset Hearings: Pre–Hearing conference set for 10/8/2019 at 11:00 AM in Courtroom 29A before Judge Paul L. Friedman. (tj) (Entered: 10/07/2019) |
| 10/08/2019 | 539 | | NOTICE of Appearance by Michael Hendry Baer on behalf of JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Baer, Michael) (Entered: 10/08/2019) |
| 10/08/2019 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Pre–Hearing Conference held on 10/8/2019. Evidentiary hearing remains scheduled for 10/21/19 at 10:00am. (Court Reporter: Janice Dickman.) (tj) (Entered: 10/10/2019) |
| 10/09/2019 | 540 | | NOTICE *of Filing of the Joint Statement of Material Issues in Dispute* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Barish, Daniel) (Entered: 10/09/2019) |
| 10/10/2019 | 541 | | NOTICE of EX PARTE MEMORANDUM OPINION AND ORDER: The Court has signed a Memorandum Opinion and Order that resolves respondents' classified ex parte motion, notice of which appears at 522 . The Court has submitted its Memorandum Opinion and Order to the Classified Information Security Officer for classification review and for ex parte delivery to counsel for respondents. Upon completion of the classification review, the Court will file a public version of its Memorandum Opinion and Order. Signed by Judge Paul L. Friedman on October 10, 2019. (lcplf1). (Entered: 10/10/2019) |
| 10/11/2019 | 542 | | NOTICE *of Filing of the Joint Exhibits* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Barish, Daniel) (Entered: 10/11/2019) |
| 10/16/2019 | 543 | | NOTICE *Of Respondents' Position Concerning The Burden Of Proof To Overcome The Presumption Of Regularity For Official Government Documents* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Wiltsie, Ronald) (Entered: 10/16/2019) |
| 10/16/2019 | 544 | | MEMORANDUM OPINION AND ORDER granting respondents' classified ex parte motion for exception from disclosure, notice of which appears at 522 . This memorandum opinion and order is the public version of the memorandum opinion and order referenced in the Courts October 10, 2019 Notice 541 . Signed by Judge Paul L. Friedman on October 10, 2019. (MA) (Entered: 10/16/2019) |
| 10/18/2019 | 545 | | MEMORANDUM OPINION AND ORDER granting 530 respondents' evidentiary motion. The Court will admit hearsay evidence in this matter and will accord it a rebuttable presumption of regularity. Signed by Judge Paul L. Friedman on October 18, 2019. (lcplf1) (Entered: 10/18/2019) |
| 10/18/2019 | 546 | | NOTICE *OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION (Matthew Griechen)* by SAIFULLAH PARACHA |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 M. Griechen MOU, # 2 M. Griechen MOU Acknowledgment)(Maher, Mark) (Entered: 10/18/2019) |
| 10/21/2019 | 547 | | NOTICE *of Ex Parte Filing* by JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD H. RUMSFELD (Wolfe, Kristina) (Entered: 10/21/2019) |
| 10/21/2019 | | | Minute Entry for proceedings held before Judge Paul L. Friedman: Evidentiary Hearing held on 10/21/2019. Evidentiary Hearing continued to 10/22/2019 at 10:00 AM in Courtroom 29A before Judge Paul L. Friedman. (Court Reporter: Lisa Edwards.) (tj) (Entered: 10/22/2019) |
| 10/30/2019 | | | MINUTE ORDER: Classified closing arguments in this case will take place on Tuesday, November 19, 2019, at 9:30 a.m. Each party shall have 2–1/2 hours for argument. The government may apportion its time as it sees fit between its opening argument and rebuttal. Pre–argument exchanges of relevant case law shall take place between the parties as promptly as possible. Signed by Judge Paul L. Friedman on October 30, 2019. (MA) (Entered: 10/30/2019) |
| 10/31/2019 | | | Set/Reset Hearings: Closing Arguments set for 11/19/2019 at 09:30 AM in Courtroom 29A before Judge Paul L. Friedman. (tj) (Entered: 10/31/2019) |
| 11/06/2019 | | | NOTICE of EX PARTE MEMORANDUM OPINION AND ORDER: The Court has signed a Memorandum Opinion and Order that resolves respondents' third classified ex parte motion, notice of which appears at 547 . The Court has submitted its Memorandum Opinion and Order to the Classified Information Security Officer for classification review and for ex parte delivery to counsel for respondents. Upon completion of the classification review, the Court will file a public version of its Memorandum Opinion and Order. Signed by Judge Paul L. Friedman on November 4, 2019. (lcplf1) (Entered: 11/06/2019) |
| 11/20/2019 | 548 | | MEMORANDUM OPINION AND ORDER granting respondents' classified ex parte motion for exception from disclosure, notice of which appears at 547 . This is the public version of the memorandum opinion and order referenced in the Court's November 6, 2019 Notice. Signed by Judge Paul L. Friedman on November 4, 2019. (lcplf1) (Entered: 11/20/2019) |
| 01/23/2020 | 549 | | ORDER denying 11 petitioner's amended petition for a writ of habeas corpus. Signed by Judge Paul L. Friedman on January 23, 2020. (MA) (Entered: 01/23/2020) |
| 02/21/2020 | 550 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 549 Memorandum & Opinion, Order by SAIFULLAH PARACHA. Fee Status: No Fee Paid. Parties have been notified. (Shusky, Catherine) (Entered: 02/21/2020) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAIFULLAH PARACHA,                  :
                                    :
    Petitioner,  :
                                    :    Civil Action No. 04-2022 (PLF)
                                    :
  vs.                       :
                                    :
DONALD J. TRUMP, et al.,            :
                                    :
    Respondents.  :

## NOTICE OF APPEAL

Petitioner Saifullah Paracha gives notice of his appeal to the United States Court of Appeals for the District of Columbia Circuit from the Opinion and from the Order denying his amended petition for writ of habeas corpus, both signed and entered in this action on January 23, 2020. (R. 549).

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender

/s/ Catherine Adinaro Shusky
CATHERINE ADINARO SHUSKY
Attorney at Law
Ohio Bar No. 0088731 *
Office of the Federal Public Defender
1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113
Phone: (216) 522-4856; Fax: (216) 522-4321
cathi_shusky@fd.org
/s/ Claire R. Cahoon
CLAIRE R. CAHOON
Assistant Federal Defender
Ohio Bar No. 0082335 *

1

Officer of the Federal Public Defender
617 Adams St., 2nd Floor
Toledo, OH  43604
Phone: (419) 259-7370; Fax: (419) 259-7375
Email: claire_cahoon@fd.org

\* Admission to the D.C. Circuit is pending

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, a copy of the foregoing Notice of Appeal was filed electronically and will be served on the Respondents' counsel through the Court's electronic filing system.

/s/ *CATHERINE ADINARO SHUSKY*
CATHERINE ADINARO SHUSKY
Attorney at Law

Counsel for Petitioner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAIFULLAH ABDULLAH PARACHA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-2022 (PLF) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the Court's classified opinion of January 23, 2020, it is hereby

ORDERED that petitioner Saifullah Abdullah Paracha's amended petition for a writ of habeas corpus [Dkt. No. 11] is DENIED. A copy of the classified opinion is being provided to counsel for the parties. After completion of the classification review, a redacted version of the opinion will be posted on the public record.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 23, 2020