**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAIFULLAH PARACHA, : | |
| : | |
| Petitioner, : | |
| : | Civil Action No. 04-2022 (PLF) |
| : | |
| vs. : | |
| : | |
| DONALD J. TRUMP, et al., : | |
| : | |
| Respondents. : | |

**MOTION FOR MODIFICATION OF PROTECTIVE ORDER**

Now comes the Petitioner, Saifullah Paracha, and respectfully moves this Court for a modification of the protective order. (Dkt. 185). Specifically, Paracha requests this Court order the classified documents to be transported to, and maintained within, a Cleveland-area SCIF for the pendency of Mr. Paracha's appeal from the denial of his petition for habeas corpus. (Dkt. 550: Notice of Appeal; D.C. Cir. No. 20-5039).

In September 2008, Judge Hogan issued a protective order detailing procedures for the storing, handling, and controlling of classified documents in 118 pending Guantanamo Bay habeas cases. (Dkt. 185). This protective order required the government to "arrange for one appropriately approved secure area for petitioner's counsel to use." (Dkt. 185, Page 6, ¶ 19). All classified documents disclosed to petitioner's counsel must be "stored, maintained, and used only in the

1

secure area," and may be removed only if authorized by the Court Security Officer ("CSO"). (Dkt. 185, Page 6, ¶¶ 21-22).

This provision in the protective order required Paracha's Ohio-based habeas counsel to travel to the secured facility in the greater D.C. area to prepare for and litigate Paracha's habeas in the district court. A trip to D.C. was necessary to review documents, draft pleadings, and prepare for the merits hearing. To date, taxpayers have spent approximately $70,000 for Paracha's habeas counsel[1] to travel to and from D.C., including hotel expenses, airfare, and per diem. Keeping the documents in a secured facility in the greater D.C. area made sense while Paracha's case was being litigated in this Court. The secured facility is close to the federal courthouse so when classified documents needed to be filed or received, it was not overly burdensome to the CSOs.

It makes less sense to keep the documents 400 miles away from habeas counsel now that the case is on appeal. Instead, keeping the classified documents in a Cleveland-area SCIF is the least burdensome for everyone involved and is the most fiscally responsible use of taxpayers' funds. Unlike in the district court proceeding, Paracha's appellate case will not involve multiple classified filings. After opening documents are filed (which is anticipated to be done later this month), there will be only three classified filings – Paracha's opening and reply briefs, and the government's brief. After the CSOs transport the documents to a Cleveland-area SCIF, they would only need to return for the three classified filings and one final time to return the documents to D.C. when the appeal is complete. In contrast, undersigned counsel would require numerous, multi-day trips to litigate the appeal. Counsel will need time at the secured facility to read through classified transcripts and pleadings, and to draft the appellate briefs.

---

[1] This figure only includes expenses for Attorneys Shusky, Cahoon, and Bryan from the Federal Public Defender's Office.

The burden on the government and the CSOs in transporting and maintaining Paracha's classified documents in a Cleveland-area SCIF while his appeal is pending is minimal when compared to the money the taxpayers will spend in funding undersigned counsel's trips to D.C. to prepare the briefs for appeal. Paracha respectfully requests this Court modify the protective order and require the government to transport and maintain Paracha's classified documents in a Cleveland-area SCIF while his appeal is pending.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender


/*s/ CATHERINE ADINARO SHUSKY*
CATHERINE ADINARO SHUSKY
Attorney at Law
Office of the Federal Public Defender
1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113
Phone: (216) 522-4856; Fax: (216) 522-4321
cathi_shusky@fd.org
CLAIRE R. CAHOON
Assistant Federal Public Defender
617 Adams Street
Toledo, Ohio 43604
Phone: (419) 259-7370; Fax: (419) 522-4321
claire_cahoon@fd.org


Counsel for Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.

/*s/ CATHERINE ADINARO SHUSKY*
CATHERINE ADINARO SHUSKY
Attorney at Law

Counsel for Petitioner