**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAIFULLAH PARACHA, | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action No. 04-2022 (PLF) |
| | : | |
| vs. | : | |
| | : | |
| DONALD J. TRUMP, et al., | : | |
| | : | |
| Respondents. | : | |

**REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR MODIFICATION OF PROTECTIVE ORDER**

Now comes the Petitioner, Saifullah Paracha, and respectfully replies to the Respondents' Opposition to his Motion for Modification of Protective Order. (*See* Doc. 552, Mtn. Modify; Doc. 553, Resp. Opp.). Mr. Paracha asserts that his request for modification is reasonable under the circumstances. Therefore, he moves this Court to modify the protective order to allow undersigned counsel to access his classified materials from a Cleveland-area SCIF.

As Respondents note, it has been eleven years since the issue of whether defense counsel could access Guantanamo Bay case materials outside of the Washington, D.C. area. (*See* Doc. 553, Resp., Opp., p. 3). Mr. Paracha's case is now on appeal, which reduces the burden on the CISOs. There will not be ongoing discovery or voluminous classified pleadings that will necessitate repeated delivery of classified documents to Cleveland. Undersigned counsel, on the other hand, will have to take repeated trips to D.C. in order to effectively research, draft, and finalize legal

1

arguments that rely on classified documents. While some procedures will have to be in place for effective use of a Cleveland-rea SCIF, the Respondents' "reference point" regarding the cost of manning the fully staffed secured facility is not at all applicable to what would be required in this case. (*See* Doc. 533, Resp. Opp., p. 5). Petitioners' raise the issue of a modification at this juncture because the burden on CISOs would be significantly reduced.

Further, the coronavirus is causing additional travel-related restrictions in the Federal Public Defender and presumably most federal agencies. Allowing this modification would provide undersigned counsel with the tools needed to efficiently litigation Mr. Paracha's appeal while limiting the need for travel to infrequent CISO delivery of classified materials. Keeping the current protective order in place would require many multi-day trips for undersigned counsel to the secured facility in D.C., requiring far more travel and exposure. Therefore, Mr. Paracha respectfully requests that this Court grant his request for a modification of the protective order.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender

/*s/ Claire R. Cahoon*
CLAIRE R. CAHOON
Assistant Federal Public Defender
617 Adams Street
Toledo, Ohio 43604
Phone: (419) 259-7370; Fax: (419) 522-4321
claire_cahoon@fd.org
CATHERINE ADINARO SHUSKY
Attorney at Law
EDWARD G. BRYAN
Assistant Federal Public Defender
1660 W. 2nd Street, Suite 750
Cleveland, Ohio 44113
Phone: (216) 522-4856; Fax: (216) 522-4321
cathi_shusky@fd.org
Counsel for Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.

/*s/ Claire R. Cahoon*
CLAIRE R. CAHOON
Assistant Federal Public Defender

Counsel for Petitioner